FEE PAID

FILED
CLERK, U.S. DISTRICT COURT

AUG 1 3 2025

CENTRAL DISTRICT OF CALIFORNIA
BY            rsm            DEPUTY
FROM EDSS

S/N/I

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| ALEXANDER DOUGLAS PLANK, | ) | Case No. **2:25-CV-07523-AB-SSCx** |
| | ) | |
| Plaintiff, | ) | |
| | ) | **VERIFIED COMPLAINT** |
| v. | ) | |
| | ) | |
| SAG-AFTRA, | ) | |
| | ) | |
| Defendant. | ) | |
| | ) | |

INTRODUCTION

1. Plaintiff Alexander Douglas Plank ("Plaintiff") brings this action to enjoin Defendant SAG-AFTRA from publishing, mailing, or otherwise distributing a member voter guide that materially alters and crops Plaintiff's photograph to remove his service animal. Defendant's conduct misrepresents Plaintiff's identity and accommodations, and constitutes discrimination under federal and state disability laws.

1

JURISDICTION AND VENUE

2. This Court has federal question jurisdiction under 28 U.S.C. § 1331 (Title I/III of the Americans with Disabilities Act ("ADA")). The Court has supplemental jurisdiction over the state-law claims pursuant to 28 U.S.C. § 1367.

3. Venue is proper in this District under 28 U.S.C. § 1391 because the acts complained of occurred in this District and Plaintiff resides here.

PARTIES

4. Plaintiff Alexander Douglas Plank is an individual and a resident of Los Angeles County, California.

5. Defendant SAG-AFTRA is a labor organization and membership union with activities and members in California. Defendant published or prepared for distribution a member voter guide that contains an altered photograph of Plaintiff.

FACTUAL ALLEGATIONS

6. In July of 2025, Plaintiff submitted a photograph to SAG-AFTRA for inclusion in its member voter guide. The photograph depicted Plaintiff with his service animal.  [Exhibit A.]

2

7. On August 8, 2025, Plaintiff discovered that the photograph included in the draft/final voter guide was altered so that Plaintiff's service animal was cropped out.  [Exhibit B.]

8. Other headshots in the same guide were not cropped to the same degree and at least one other included photograph was nonstandard.

9. Plaintiff notified SAG-AFTRA of his objection to the alteration on August 8, 2025 via email, requesting correction or withdrawal. [Exhibit C.]  He specifically asked when the voter guide was going to be distributed.

10. On August 12, SAG-AFTRA for the first time indicated that the guide was scheduled for mailing on August 13, 2025, and that once mailed, the guides cannot be recalled.

11. The alteration materially misrepresents Plaintiff's identity and denies visibility of his necessary accommodation, because it removes his identification as a disabled actor in the materials that SAG-AFTRA voters will consider in their voting, thus causing him irreparable dignitary, reputational, and emotional harm.

CLAIMS FOR RELIEF

Count I — Violation of the Americans with Disabilities Act (42 U.S.C. § 12101 et seq.)

12. Plaintiff realleges the foregoing paragraphs.

13. Defendant's alteration and planned distribution of the altered photograph constitutes discrimination in violation of the ADA because it denies Plaintiff equal access to services, programs, or activities provided by Defendant and/or constitutes employment-related discrimination by a labor organization. Plaintiff seeks injunctive relief, declaratory relief, attorneys' fees, and costs.

Count II — 42 U.S.C. § 1983 / 14th Amendment (Equal Protection) — (Pled in the Alternative)

14. Plaintiff realleges the foregoing paragraphs.

15. The Fourteenth Amendment prohibits state actors from denying equal protection of the laws. Plaintiff alleges that if Defendant acted under color of state law with respect to the publication or distribution of the guide (or is otherwise fairly attributable to the State), Defendant's conduct denies Plaintiff equal

4

protection. Plaintiff pleads this count in the alternative pending discovery on state-action facts.

Count III — California Disabled Persons Act (Cal. Civ. Code §§ 54, 54.2)

16. Plaintiff realleges the foregoing paragraphs.

17. Defendant's conduct violates California Civil Code §§ 54 and 54.2 by interfering with Plaintiff's rights as a person with a disability and misrepresenting or denying the presence of a service animal.

Count IV — Fair Employment and Housing Act (Cal. Gov. Code § 12940)

18. Plaintiff realleges the foregoing paragraphs.

19. Defendant's conduct constitutes discrimination within the meaning of FEHA with respect to a labor organization or employer practice.

Count V — Intentional Infliction of Emotional Distress

20. Plaintiff realleges the foregoing paragraphs.

21. Defendant's deliberate alteration, publication, and threatened distribution of the altered photograph was extreme and outrageous and has caused Plaintiff severe emotional distress.


PRAYER FOR RELIEF

WHEREFORE, Plaintiff requests that the Court enter judgment in his favor and against Defendant as follows:

A. A temporary restraining order and preliminary and permanent injunctive relief enjoining Defendant from publishing, mailing, or distributing any member guide or materials containing the altered photograph of Plaintiff and requiring Defendant to correct the photograph and include it in the voter guide);

B. An order requiring Defendant to preserve and produce original photograph files, editing logs, communications, and production materials related to the guide;

C. Compensatory damages, including for emotional distress, to the extent permitted by law;

D. Punitive damages in the amount of $250,000;

E. Reasonable attorneys' fees and costs;

F. Declaratory relief that Defendant's actions violated the ADA and California law;

G. Such other relief that the Court deems just and proper.

VERIFICATION

I, Alexander Douglas Plank, declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct to the best of my knowledge.

Executed on August 12, 2025 at Los Angeles, California.

/s/ Alexander Douglas Plank

Alexander Douglas Plank

c/o Arise Artists Agency

PO Box 930

Manhattan Beach, CA 90267

Phone: (703) 966-8504

Email: alex@alexplank.com

EXHIBIT A



EXHIBIT B



# Voter's Guide and
# Voting Instructions for the
# 2025 Los Angeles Local Election

**August 13, 2025**

The candidates have been requested to provide, at their discretion, statements for this brochure in accordance with the rules outlined in the SAG-AFTRA Nominations and Election Policy ("Guidelines"). Except as set forth in the guidelines, statements will be printed exactly as submitted. Statements for Convention Delegate positions are not permitted in the Guide, but photos will be available online.

**THE CANDIDATES' STATEMENTS IN THIS BROCHURE ARE SOLELY THOSE OF EACH OF THE CANDIDATES. SAG-AFTRA DOES NOT ENDORSE ANY OF THE CONTENTS OF, OR OPINIONS EXPRESSED IN, THESE STATEMENTS.**

Please note that the candidate names are listed in order by randomly selecting a letter and then listing candidate names alphabetically by last name starting with the letter selected. The random letter selected this year is "L".

If a candidate for any office is unopposed, the candidate shall be declared elected without the necessity of a membership vote.

Please note that the following candidates ran unopposed and will be installed in office on September 12, 2025:

**National Board Member – Singer/Recording Artist** - Dan Navarro;
**Local Board Member – Broadcaster** - Wendy Burch;
**Local Board Member – Dancer** - Danielle Towne;
**Local Board Members – Singer/Recording Artist** - Kenton Chen and Fletcher Sheridan;
**Convention Delegates – Broadcast/News & Information** - Rob Archer and Joy Benedict;
**Convention Delegate – Dancer** - Kevin Stea;
**Convention Delegates – Singer** - Kenton Chen, Natalie Gonzalez Dubois, Jarret Johnson and Fletcher Sheridan

● ● ●

## IMPORTANT!

Before marking your ballot, please read the "Voting Instructions" on back of this guide.
Following these instructions assures that your vote will be cast properly.

The Local Officers and National Board Members, by virtue of their election to those positions, shall also serve as Convention Delegates. The Local Officers also serve on the Local Executive Committee. The Local Officers, Local Board Members and Convention Delegates, by virtue of their election to those positions, also serve as Alternate National Board Members and in certain circumstances, Convention Delegates are also eligible to serve as Alternate Local Board Members.

# PRESIDENT / 2 YEAR TERM
## VOTE FOR NO MORE THAN ONE (1)



**001 / PETER ANTICO**
Former Los Angeles New Technology Chair, Stunt Safety Chair, Macroeconomic Scholar, Capital Management, 45yr. vested member, I incepted the Asner legal action winning a 20.6 million settlement for seniors. SAG-AFTRA cut 30% of staff, cut member services, gave executive staff over 1 million in raises while working from home. My opponent championed a disastrous building purchase for 49 million cash, tax assessed value 23 million, current value 15 million. 30 million wasted of your due's money! I will restore financial responsibility, transparency & honesty. Vote the most qualified, not celebrity. I support revenue based residual increases & Blockchain AI protection. **VOTE SLAVIN•ANTICO** UnionMemberNews.com



**002 / JOELY FISHER**
What a privilege it's been to serve as your National Secretary-Treasurer. Now, I ask for your vote for Los Angeles President as I turn my razor-sharp focus on my hometown. Work contraction, strikes, and fires have devastated our city. As President, I will fiercely advocate for the return of production. I've built relationships with political allies that have delivered generous tax incentives and credits. I vow to strengthen the gains in our last contract in upcoming negotiations. I'll stay at the forefront in battling the existential threat of AI as we usher in a new Golden Age. TheCoalition2025.org



**003 / BRIAN KRUSE**
I'm not a celebrity—I'm you. A struggling actor who understands the challenges we face. I'm running to be our voice at the table. Hollywood is in crisis. It's time to bring work—and hope—back to Los Angeles. As your President, I will engage with leaders, work to fix our pensions, restore healthcare and fight for fair wages. I'll be the most transparent president this union has ever seen—going live, sharing updates, and keeping you informed every step of the way. The union deserves leadership worthy of its people. Let us rise together. Let me serve. Let me be

# VICE PRESIDENT / 2 YEAR TERM
## VOTE FOR NO MORE THAN TWO (2)



**004 / LISA ANN WALTER**
Union Girl. Lifelong Bada**. Honored to march with you, fight for wage/workplace fairness AI protections & improve our profit from streaming content. 15 years of leadership - including serving on numerous committees and chairing National Communications and Women's Committees. Most proud of creating resolutions and committee work that led to protections for our female members working in states with dangerous reproductive laws. Next steps: Make independent production less complicated and more profitable for our members and keep production in America. Let's go. TheCoalition2025.org



**006 / JOE D'ANGERIO**
I will continue to work on behalf of and for the betterment of all SAG-AFTRA members. **Thank you** for your support. Joe



**005 / DR. CYNTHIA LEA CLARK**
Commercials are now 70% non-union—this must change. I will fight for a micro-budget commercial contract to rebuild relationships with ad agencies and bring work back to members. When casting bypasses proper audition procedures, our rules must be enforced—no exceptions. Fairness starts with accountability. Streaming residuals remain far too low. I will work with Wages & Working Conditions to negotiate stronger, fairer residuals that reflect our value. We cannot allow our standards to erode. I will stand firm, push forward, and work tirelessly to protect our rights, restore opportunity, and strengthen our union—for all of us, now and for the future.



**007 / DAVID JOLLIFFE**
I'm running for re-election as your SAG-AFTRA Los Angeles Vice President to continue fighting for fairness, transparency, and stronger contracts in every category of our union. I've proudly served you through strikes, negotiations, and the fight for AI protections—and I'm not done yet. I'm furious about what happened to our seniors' health insurance. I promise that residuals will start counting as earnings for seniors. Together, let's build a more inclusive, forward-thinking union that champions all performers. I'm asking for your vote to keep moving SAG-AFTRA forward—stronger, united, and member-driven. TheCoalition2025.org

The Local Officers and National Board Members, by virtue of their election to those positions, also serve as Convention Delegates. The Local Officers also serve on the Local Executive Committee. The Local Officers, Local Board Members and Convention Delegates, by virtue of their election to those positions, also serve as Alternate National Board Members and in certain circumstances, Convention Delegates are also eligible to serve as Alternate Local Board Members.

# LOCAL BOARD MEMBER – ACTOR/PERFORMER AND STUNT PERFORMER / 2 YEAR TERM

## VOTE FOR NO MORE THAN FORTY-ONE (41) – *CONTINUED ON NEXT PAGE*



### 008 / SCOTT LAMBRIGHT
I'm a voice actor, but despite talking for a living, I think the best way to learn is by listening. Listening to concerns from members helps shape my views. I've held the line through two different strikes in the last few years. From the recently settled IMA strike, and the TV & Theatrical, two contracts I frequently work. On the picket line, I learned so much from colleagues, friends, and supporters who I'm lucky to call allies in these trying times. I've served on an organizing committee and fought the good fight, so let me bring your voice to leadership!



### 012 / ANTHONY MARCIONA
(he/him) We must do better! An out and proud working Actor-Dancer for over 50 years, I will continue to advocate for working performers. I fight for living wages, guaranteed Health & Pension for all, safer working conditions, stronger negotiations, transparency and "borderless" work zones. My committee service: Dancers (Chair), Seniors, Sexual Harassment Prevention, LGBTQ+. Let's stop the gaslighting and favoritism and make a change. Together, we can strengthen our Union and build a respectable and sustainable livelihood. www.anthonymarciona.com   TheCoalition2025.org



### 016 / MARIN M. MILLER
Since 2018, I have fought for better transparency and wages with the grassroots performers advocacy group I co-founded. Our efforts have resulted in the founding of the dubbing steering committee at SAG-AFTRA and thousands of union jobs. I've also developed gender-affirming speech therapy alongside trans SLPs and hope to serve as an advocate and point of information for young marginalized artists. As a non-binary person raised by two generations of prison guards, I've long reflected on systems that fail communities. Voice actors struggle to have their voices represented in SAG-AFTRA because we have no elected representatives–help us change that.



### 009 / CATHERINE LIDSTONE
Thanks to your vote, I have had the privilege and the honor of representing the interests of the membership in the LA Local Board & at Convention since 2023. With 12 years of membership, 5 years of Committee work and myriad opportunities in service on behalf of National Board members, I have learned the inner workings of our union and developed collaborative relationships with leaders, staff and members alike. As we move forward in an ever changing industry landscape, I will persist in the fight for the betterment of members' wages, working conditions, and inherent artistic value. Onward and upward. TheCoalition2025.org



### 013 / A MARTINEZ
I'm A Martinez, running for the LA Local Board, and grateful to be aligned with the Coalition. It's been clear for years that our Union's lingering, merger-born partisanship was a crack that weakened us. The unity we forged to get through the 2023 negotiations was a tremendous advantage, and that fact that we've failed to retreat to our separate camps again is the measure of a deeply welcome common sense. The country is teetering on the edge of an unprecedented surrender to economic injustice, and the resistance of unions will be crucial. Solidarity is where we begin. TheCoalition2025.org



### 017 / MARILYN MONROVIA
*THIS ISN'T FUNNY!* MEMBERSHIPFIRST and UNITE FOR STRENGTH sold us out! They promised to fight for working comedians, fair wages, proper healthcare, and meaningful pensions. Instead, we got platitudes and bad deals, shaking hands with executives who exploit us. This leaves us with dry spells and shrinking opportunities. Our art is devalued, our voices silenced by the corporate machine. We deserve better than these false champions. It's time to truly UNITE and reclaim what's ours: our laughs, our stages, our honest jokes. Nationally VOTE Chuck Slavin • Peter Antico UnionMemberNews.com   MarilynMonroviaComedy.com



### 010 / KATE LINDER
As a prior board member and current 43-year+ cast member of *The Young and the Restless*, I truly understand the importance of Pension And Health Care and served on several negotiating committees with that as my primary focus. I was co-chair of the Honors and Tributes committee and served on the Film Society, Military Personnel & Families Support, Organizing, M.O.V.E committees and I'm serving as Governor for the Performers Peer group of The Television Academy. I know many of you because I am one of you. I look forward to making SAG-AFTRA work best for everyone. We are stronger together.



### 014 / SARAH ANN MASSE
As a proud SAG-AFTRA member since 2012, and serving on committees consistently since 2019, I have prioritized safety, accessibility, inclusion, and equity for all members - especially our most vulnerable populations. Through committee work, convention, W&Ws, and LA Local Board Service, I've been directly involved in ensuring better contract protections against sexual violence, better accessibility for our disabled members, and image protection for all. As a queer, disabled, woman who is a survivor myself these will continue to be my top priorities. I am honored to serve and humbly request your vote so I can continue. @SarahAnnMasse TheCoalition2025.org



### 018 / NICOLE LEANNE NELSON
As a member of the Stand-in Committee, I bring a unique perspective to the table, having worked across nearly every SAG-AFTRA category from Major Role Performer to background. This broad experience fuels my strong commitment to advocating for background performers, ensuring their vital contributions are recognized and supported. Beyond that, I firmly believe we must address critical issues like healthcare qualification thresholds, and push for greater residuals transparency. These are essential steps to securing a more equitable and sustainable future for all SAG-AFTRA members. I love my union, and I want everyone to be able to love it as much



### 011 / MONIQUE MARISSA LUKENS
Lightworker  Lukens!!!!!! (AEA) Theatre MFA. Mathematics BA. Educator Essence & NEA Delegate '23-'25. MY BOARD GOALS: Supporting SAG-AFTRA Accountability for: Productions Promoting Pharma-harma; Animal flesh&secretions; Propaganda; Killing; Indoctrination; and a Proponent of Informed consent always and non-carnal intimacy. Began union membership in Philadelphia, 2000. Vegetarian since-2001. Spiritually-religious, ethical VEGAN since-2006. Much ORGANIC-RAW-since 2009. These principles lead my artistic philosophy. I reject animal exploitation. I would like to lead you and the biz towards a new state of consciousness. Ask me about "First Sunday of the Month with Monique Zooms for Critically Thinking, Independent, SAG-AFTRA Members."



### 015 / KEVIN MCCORKLE
More career power and control for all LA Union members. An LA Union actor casting database FREE to our membership. Make our new building a hub for creativity and content creation. More social interaction and relationship building programs for members. Increased opportunity and education for every member, not a small percentage. New contracts, affordable technology gives us freedom to create our own content. Empowering programs and training to do that. These should be Union priorities, vote for me, together we'll make it happen. Thanks for your trust and support. TheCoalition2025.org



### 019 / THOMAS OCHOA
Performers are powerful—and we deserve a union that acts like it. As a Latine performer and the only drag artist serving on both the LA Local & National Boards, I've championed inclusive, progressive leadership through committee service and member-driven reform. I authored the LA Local Town Halls proposal—now adopted to ensure members have a regular space to be heard. I'm passionate about ensuring access to middle-class stability, ending exploitation within the casting process, guaranteeing enforceability of contract terms, and rebranding SAG-AFTRA as a union that is unafraid, empowered, and truly member-focused. TheCoalition2025.org

The Local Officers and National Board Members, by virtue of their election to those positions, shall also serve as Convention Delegates. The Local Officers also serve on the Local Executive Committee. The Local Officers, Local Board Members and Convention Delegates, by virtue of their election to those positions, also serve as Alternate National Board Members and in certain circumstances, Convention Delegates are also eligible to serve as Alternate Local Board Members.

# LOCAL BOARD MEMBER – ACTOR/PERFORMER AND STUNT PERFORMER / 2 YEAR TERM
## VOTE FOR NO MORE THAN FORTY-ONE (41) – *CONTINUED ON NEXT PAGE*



**020 / JENNY O'HARA**
$750 Million in tax incentives!! The accomplishments of our LA Board, members, leaders, and staff who advocate for us are remarkable. The member turnout during the TV/Theatrical strike was extraordinary and led, I am certain, to our historic gains in our subsequent contract negotiations. It has been a pretty amazing year, all in. We applaud the stamina and unwavering commitment of our negotiating teams and our members. I am asking once again for your vote for LA Local Board and Delegate. Onward! Service: LA Local First VP, LA Local Board, National Board.  Committees - National HATS, LA HATS, TV/Theatrical Negotiating, Executive, Communications, Women's, Self Tape, TV Theatrical Principal Performers. www.TheCoalition2025.org



**024 / ALEX PLANK**
Once elected, I will be the only member of leadership with a service dog. As an autistic actor and disability rights activist, I have a passion for improving things for marginalized performers. Having served as a strike captain and on the performers with disabilities and communications committees, I'm excited to continue to work to bring SAG-AFTRA into the modern era by increasing our union organizing efforts, building solidarity, and improving future negotiations so that our members have opportunities in a rapidly changing world. **TheCoalition2025.org**

**028 / LINSAY ROUSSEAU**
As a VO and on-camera actor, I work across multiple contracts. I know firsthand that one size doesn't fit all. I've served on the Interactive Negotiating Committee and LA Local Committee, always putting members first. Our video game negotiations proved what's possible when we stand strong together. I'll keep fighting for fair contracts, safe sets, and AI protections — especially in VO and stunts, where members are often overlooked. I'm also VP of QueerVox and on the board of NAVA. I don't represent one category—I represent all of us. I'm running because OUR union deserves leadership that listens, shows up, and never



**021 / PEGGY LANE OROURKE**
I currently Chair the *Child Protection Task Force* and have vastly improved our contracts with changes that haven't happened in 40 years. There is now an Institutional Initiative to continue this essential work for Minors. I Chair the *Sexual Harassment Prevention Committee* and the *Stand In/Rehearsal Actor Committee.* I came up with the 150.00 adjustment for Multi Camera Rehearsal Actors and Photo Doubles. I believe in doing the work. Not complaining about what hasn't been done, but working towards what CAN be done. I'd appreciate your vote so I can keep doing that on your behalf. **TheCoalition2025.org**



**025 / STEFANIE POWERS**
I am running to resume my position on the Local Board after much consideration because I feel there is still so much to accomplish on behalf of my fellow performers and I live in hope that my participation will add to those of like mind who feel that a union is important in defending the four principles for which it was formed... to safeguard and defend wages and working conditions, and to protect our pension and health care. **TheCoalition2025.org**



**029 / JERI RYAN**
I've been lucky enough to work as an actor since 1990. For most of those years, I took all of this - our rights, our union-won protections — for granted. But I've seen the seismic shift in our industry. Watched it become less viable as a career for many working class actors. While we've made some gains, our fight continues. The past 2 years, I've been proud to serve on the LA Local Board, on National Committees : TV/Theatrical Principal Performers, Sexual Harrassment, Government Affairs & Public Policy, Honors & Tributes, and on LA Local Committees: Executive, Sexual Harassment, Women's. Now, I'm ready to keep fighting to protect this industry we all love. TheCoalition2025.org



**022 / RON OSTROW**
I've been a working actor for almost 40 years. I know from personal experience as a two-time cancer survivor how important our health benefits are and how hard they are to earn. During 10 major negotiations I've been fighting to improve our contracts, protect our plans, increase residuals, and make benefits accessible for all. As chair of the National Background Actors Committee, I fight hard for background. We need contracts that support everyone and leaders who'll work for you. I respectfully ask for your vote for another term on the LA Local Board. **TheCoalition2025.org**



**026 / BEATA POZNIAK**
As a 35-year SAG-AFTRA member, performer, and award-winning voice artist, I understand the challenges and dreams we share in every corner of our industry. For many years, I've fought for underrepresented voices by serving on the Local and National Women's Committees. I have spearheaded events to honor great achievements of women in our industry and beyond. I also initiated and lobbied for the first bill in the history of US Congress recognizing International Women's Day in America, proving I can get things done. Together, we can protect fair pay, strengthen healthcare and pensions, and build a future where every



**030 / WEDNEZDAY RYAN**
UPDATE: Los Angeles 2023, ballots mailed 60,957 only 10,697 voted. How is this democracy? Encourage members to VOTE! Since 2008 I have spent most of my time resisting dangerous globalist policies that have been gutting our access to the work, while simultaneously sounding the alarm about emerging technologies for well over a decade.  Ever wonder WHY the work is going overseas or WHY scanning is now a condition of employment or WHO gets these funds? Insanity= doing the same thing over and over again expecting different results. SAG-AFTRA needs unentangled, futurist leaders transparent enough to ask questions like these. https://wednezdayryan.workbooklive.com



**023 / CHEYENNE PEREZ**
I'm a working-class actor running for the LA Local Board to represent those making a living gig by gig. I serve as Vice Chair of the LA Organizing Committee and was a Strike Captain and Lot Organizer at Warner Bros. Since joining SAG-AFTRA in 2018, I've been committed to building member power from the ground up. I'm running to fight for accessible healthcare, enforceable contracts, and fair pay for all performers. It's 2025—our union must meet this moment with courage, solidarity, and a clear vision for a stronger future. **TheCoalition2025.org**



**027 / SHERYL LEE RALPH**
Greetings. I'm running for local and national SAG/AFTRA board leadership because I believe in building a stronger, more inclusive, and transparent union that truly reflects the needs of OUR members. I've seen firsthand as LA Local VP the power of collective action, but I've also seen where we can do better whether it's in communication, advocacy, or protecting our rights on the ground. I'm committed to fighting for real change. With your support, I'll work to ensure that our union remains a force for fairness, equity, and lasting progress. Thank you. Sheryl Lee Ralph **TheCoalition2025.org**



**031 / WOODY SCHULTZ**
Since joining SAG-AFTRA, I've proudly advocated for our members' rights and protections. As AI Task Force chair and Innovations and New Technology vice-chair, I'm focused on how emerging technologies like AI can benefit members while fighting to mitigate the potential threats to our livelihoods. On multiple negotiating committees I've bargained strong contract language to safeguard a performer's voice and likeness. As a Government Affairs and Public Policy Committee member I've fought for legislation to protect performers' work and images and for increased tax incentives to bring work back to California. Together, let's ensure a future with fair compensation and endless possibilities for all members. www.TheCoalition2025.org

The Local Officers and National Board Members, by virtue of their election to those positions, shall also serve as Convention Delegates. The Local Officers also serve on the Local Executive Committee. The Local Officers, Local Board Members and Convention Delegates, by virtue of their election to those positions, also serve as Alternate National Board Members and in certain circumstances, Convention Delegates are also eligible to serve as Alternate Local Board Members.

# LOCAL BOARD MEMBER – ACTOR/PERFORMER AND STUNT PERFORMER / 2 YEAR TERM

## VOTE FOR NO MORE THAN FORTY-ONE (41) – *CONTINUED ON NEXT PAGE*



### 032 / SHAAN SHARMA
I do what I believe is right for you, the members, not what's easy or self-serving. For over 8 years, I've challenged the status quo wherever it fails us. With your support, we reformed the LA Local, rebuilt the LA Conservatory and Member Orientation, and mentored amazing, new leaders. But bad National leadership keeps blocking our progress. To move SAG-AFTRA forward, we must reform the other 24 Locals and who they elect to the National Board. Most of us come from one of them, so let's help them, and get our union working properly.



### 036 / KEVIN E. WEST
No Statement



### 040 / PETER ANTICO
Former Los Angeles New Technology, LA Stunt Safety Chair, Macroeconomic Scholar, Capital Management, 45yr. vested member, I incepted the Asner legal action, won 20.6 million settlement for seniors. SAG-AFTRA cut 30% of staff, cut member services, gave executive staff over 1 million in raises while working from home. Opponents purchased building for 49 million cash, tax assessed value 23 million while members lost healthcare. Current value 15 million! 30 million in dues wasted. I will restore financial responsibility, transparency & honesty. I support residuals for TV coordinators, increased BG coverage nationwide, revenue based residual increases & Blockchain AI protection. VOTE SLAVIN•ANTICO UnionMemberNews.com



### 033 / ALYSON STONER
As a 25-year member and mental health practitioner, I'm committed to increasing mental health tools and resources for all members, as well as creating safer and healthier performance spaces for youth. With experience in film/tv/commercial/digital/VO/theater, I bring a cross-disciplinary, accessibility-minded, and trauma-informed lens to each conversation. Let's build a healthier, more sustainable industry that integrates wellbeing into our work. TheCoalition2025.org



### 037 / VIVICA WHITSETT
Proud union member for over 25 years, former National and LA local board member. I believe our members deserve a diverse board that explores innovative ways to organize work, pass legislation related to AI, and provide protections for background performers and intimacy coordinators on set. I will continue to uphold my commitment to inclusiveness, accountability, and the future of this union and our members. Together, we stand stronger. Contracts worked: Commercials, TV/theatrical productions, New Media/low-budget projects Committees Served:  CARC, Executive Committee, Communications, Governance, LA Host, Diversity, Honors & Tributes, and MOVE. Notably, I held the position of former National/LA Local Chair of EEO.



### 041 / KRISTEN ARIZA
I have been a working-class member of SAG since 2002. In that time, I have seen how many of us actors have been taken advantage of, how our contracts have eroded, and our residuals have been reduced. Why am I running? Because I want to make sure as many members as possible are able to earn a living and maintain their healthcare benefits and pension. I am passionate about transparent communication and the education of our membership. I presently serve on the Commercial Performers Committee and would be honored to have your vote for LA Local Board and Convention Delegate. TheCoalition2025.org



### 034 / CHRISTIAN TELESMAR
I am excited to run for my second term for LA Local Board and Convention Delegate. With a decade of union membership, I am passionate about diversity, equity, and inclusion in the arts. Experience on the Orientation Subcommittee and as Vice-Chair of the LA Strike Preparedness Committee has given me valuable insights into union governance. As a business owner with an MFA and an MBA, I offer a fresh perspective on technology, innovation and performer labor leadership. If elected, I will fight for better communication, compensation, and representation for all. TheCoalition2025.org



### 038 / PAUL ZIES
A longtime SAG member (27 years ) in film, television, and commercials. I am a first-time candidate for Los Angeles Local Board Member as well as a Convention Delegate. I want to be a part of our coalition and ensure our pensions remain secure, push for more SAG productions to stay in Los Angeles, and improve how we qualify for healthcare.



### 042 / SEAN ASTIN
For 44 years—since I joined the union as a young performer and my mother was President of this union—I've had a deep passion for the fierce advocacy of our members. Through service on the National and Local Boards, five Negotiating Committees, and many others, I've learned that every performer and every Local deserves real understanding and determined support. Our industry is hurting. We need strong leadership. Healthcare and pension reform. Expansive AI protections. Better contracts. Better pay. Better streaming residuals. Stronger enforcement. Safer working conditions. I have been and will continue to fight for you. TheCoalition2025.org



### 035 / KATIE VON TILL
Education and communication are the cornerstones of my union service. I make myself available to fellow members and do my best to help them get the answers they seek. My keen analytical skills, open-mindedness, and unwavering dedication have proven to be assets on committees, in boardrooms, on the picket line, at convention, and as National Co-Chair of the Commercial Contract Negotiating Committee. LA Local Committees include: Government Affairs and Public Policy and Voiceover Performers. National Committees include: Professional Representatives, Financial Core, and Commercial Performers. Union service is rarely fun. I don't do it for kicks. I do it for us. TheCoalition2025.org



### 039 / MONIB ABHAT
As a 10-year SAG member, I've experienced the highs and the lows of what this profession and this union has given and taken from us. I've been able to dedicate my entire life to the craft, and then I've had to pivot, working in other industries to provide for my family after I lost my earning qualification for healthcare. I want to be a voice for the union members who are at the tipping point of success and transition. To advocate for the members who've been able to withstand the last five years, and have pulled themselves back up



### 043 / JANE AUSTIN
Member since 1987, former National-Secretary Treasurer, and LA Local President for four years.  I have demonstrated my commitment to strengthening contracts and raising awareness for action on crucial industry issues.  My priorities are protection for our members with the use of AI technology and returning production to the United States, not only for our members income, but to sustain contributions to maintain a robust and thriving pension and health plans.  If elected I will continue to fight for SAG AFTRA members' future and ensure that all artists are valued, represented, and protected. TheCoalition2025.org

The Local Officers and National Board Members, by virtue of their election to those positions, shall also serve as Convention Delegates. The Local Officers also serve on the Local Executive Committee. The Local Officers, Local Board Members and Convention Delegates, by virtue of their election to those positions, also serve as Alternate National Board Members and in certain circumstances, Convention Delegates are also eligible to serve as Alternate Local Board Members.

# LOCAL BOARD MEMBER – ACTOR/PERFORMER AND STUNT PERFORMER / 2 YEAR TERM

## VOTE FOR NO MORE THAN FORTY-ONE (41) – *CONTINUED ON NEXT PAGE*



### 044 / SHONDRELLA AVERY
As a seasoned corporate professional and storyteller, I understand both business strategy and creative expression. I'm committed to bridging these worlds with purpose and passion. Let's stay focused on the present, honoring how far we've come while continuing the vital work ahead. I deeply respect the contributions each of you has made. I remain fully devoted to the mission, ready to build, elevate, and amplify our voices. Together, we rise—united in purpose, moving from victory to victory as we shape a future of impact, growth, and shared success. **TheCoalition2025.org**



### 048 / HEATHER-ASHLEY BOYER
During the strikes in 2023, Heather-Ashley became an outspoken advocate for actors on the picket lines, highlighting the threat AI presents to performers' livelihoods. After the strikes, Heather-Ashley began pursuing legislative protections at state and federal levels, and became involved in union leadership, serving on multiple committees within SAG-AFTRA, including the LA Government and Public Policy Committee (GAPP) and LA New Technology Committee. Heather-Ashley is working to establish guardrails on AI, including a federal right of publicity to protect everyone's likeness from exploitation. Her mission is clear: hold the line against technological overreach and build a human-centered future. **TheCoalition2025.org**

### 052 / JESSE MARTINEZ CARLOS
I'm running for Board Member because I believe in strengthening our union's voice and empowering every member. I come from a Union family. It's in my blood.  With multiple years experience in advocacy with Union Healthcare, Law Enforcement and the Entertainment sectors and a passion for fairness, I'm committed to better contracts, inclusive opportunities, and accountability in leadership. I'll listen and lead with integrity fighting for the future we all imagine. Committees currently serving: Stand-In/Rehearsal Actors, Government Affairs and Public Policy & Commercial Performers. Together, we shape what comes next. **TheCoalition2025.org**



### 045 / DAVID BLUE
A New Yorker who made L.A. my home *cough*years*cough* ago, I've worked almost every contract in my decades in SAG-AFTRA: from background to series regular, featured to lead, TV, Film, Video Games, Commercials, Animation, Dubbing, Dance… and I think that's what makes our Union strong: all of us. Together, Fighting as one, we can advance our contracts & careers. Not about slates, not about parties, but as a united front - listening to your wants, and fighting for our needs. I'd be honored to be your voice on the Local Board. www.TheCoalition2025.org



### 049 / LAURA LINDA BRADLEY
Over my ten years of union service, our industry has rapidly evolved; but what remains is the power of community! I've had the honor of serving on national and local committees including Member Outreach Relations & Education, Professional Representatives, and Next Gen Performers. I've been inspired teaching at the SAG-AFTRA Conservatory and moderating for the SAG-AFTRA Foundation. I would love to continue my union service as a board member for the Los Angeles Local. I believe all members deserve access to the creative resources & mentorship essential to building a lasting career. I will support LA members in building a community where we come together as collaborators. www.TheCoalition2025.org



### 053 / EVER CARRADINE
I have been a proud union member and working actor for 30 years. I've worked in sitcoms, network TV, cable, studio films, independents, and streamers. I have been everything from a day player to number one on the call sheet.  I have seen first hand how our business has changed, and how hard it has become to make a living wage as an actor. I am not afraid to use my voice to call out injustice, and I would be honored to continue to give my time and my voice to work on behalf of my fellow actors. www.TheCoalition2025.org



### 046 / KATE BOND
After serving as an alternate in every National Board meeting since I joined the Local Board, I wish I could tell you that things are fine. Things are not fine. A lot of our entrenched national leadership and staff are out of touch with the realities that rank-and-file members face. That's why I was a strike captain. It's why I've fought to get contract language for our deals released. It's why I'm lead plaintiff in the class action lawsuit against Actors Access.  And it's why I'll keep working to reform our union, build power, and increase transparency. **TheCoalition2025.org**



### 050 / MATT BUSH
For the past two years, I've served as a Los Angeles Board member and National Board alternate. What stands out most is that, on big-picture issues, these seats are largely performative (no pun intended). The board almost always defers to the Executive Director and staff. Sometimes that's appropriate—but other times, it's been catastrophic. Unless we elect more—and I mean a lot more—board members willing to have uncomfortable conversations about how our union is run, we'll keep rearranging deck chairs on the Titanic. If we get the numbers, I'll be a dependable vote for real change at the top. **TheCoalition2025.org**



### 054 / GERARDO CELASCO
No Statement



### 047 / MICHELLE C. BONILLA
A working SAG-AFTRA actor for over 31 years, I work under many of our contracts as a performer. Providing safer working conditions, proper wages, diversity, inclusion, and bettering contracts has always been my focus. As your LA Local Board member, I used my seat to make steady and powerful change: co-writing a resolution on DEI that inspired our union to release a statement, and during the fires, working with SAG-AFTRA Foundation to help more members get financial help. Committees: National Latino, National Self-Tape, National Government Review, Local Government Review, Constitutional Amendments and Resolutions, National Strike Preparation. It would be an honor to continue to serve on our Los Angeles Local Board. www.TheCoalition2025.org www.michellecbonilla.com



### 051 / DANICE CABANELA
It's been an incredible honor to be a SAG-AFTRA member for over a decade now. I've served as Co-Vice Chair of the LA Organizing Committee as well as on the LA Strike Preparedness Committee. I'm also proud to have served as a Strike Captain during the 2023 strike. In all of those experiences, I've witnessed immense power and inspiration working alongside my fellow members and believe that when we work united we can do immense good. Collective action is a powerful thing and I would be greatly honored to serve on the LA Local Board. **TheCoalition2025.org**



### 055 / VANESSA CHESTER
I'm Vanessa Chester, a proud SAG-AFTRA member since the age of three. I'm best known for my roles in A Little Princess and The Lost World: Jurassic Park. As the daughter of Guyanese immigrants and a first-generation college graduate, I'm passionate about access to opportunity, education, and social justice. I currently serve on several national SAG-AFTRA committees, including the Self Tape, M.O.R.E., and iActor Committees. I'm dedicated to improving the quality of life for working actors and empowering performers to know their worth. **TheCoalition2025.org**

The Local Officers and National Board Members, by virtue of their election to those positions, shall also serve as Convention Delegates. The Local Officers also serve on the Local Executive Committee. The Local Officers, Local Board Members and Convention Delegates, by virtue of their election to those positions, also serve as Alternate National Board Members and in certain circumstances, Convention Delegates are also eligible to serve as Alternate Local Board Members.

# LOCAL BOARD MEMBER – ACTOR/PERFORMER AND STUNT PERFORMER / 2 YEAR TERM

## VOTE FOR NO MORE THAN FORTY-ONE (41) – *CONTINUED ON NEXT PAGE*



**056 / JILLIAN CLARE**
As a proud SAG-AFTRA member since 2001, I'm here to fight fiercely for fair contracts, residuals, image rights, and real on-set safety. I've served on our LA Local Board for two years and attended numerous National Board meetings, advocating for meaningful change. As Co-Chair of the LA Young Performers Committee for four years, I've championed protections for our most vulnerable talent. I'm completing my Master's in Legal Sciences at Cornell, focused on AI and negotiation, serve on the Child Protection Task Force, and bring political experience, working with congressmen to push federal protections for minors. Let's demand better—together. TheCoalition2025.org



**060 / NICOLE CYRILLE**
As a fierce advocate for performers with disabilities, I pushed to create and now chair the LA Performers with Disabilities Committee, and Vice Chair of its National Committee. I served on the 2023 TV/Theatrical and 2025 Commercial Negotiating Committees. I'm running as an independent because leadership should be open to everyone—not just a few. I believe what supports disabled performers strengthens our union as a whole. My work centers on equity, access, and authentic representation. With deep union experience and a commitment to inclusion, I respectfully ask for your vote to help build a stronger, more representative SAG-AFTRA.

**064 / SUSIE DUFF**
A union is the only organized effort on the face of this planet whose sole purpose is the redistribution of greed. Greed tossed 11,750 senior performers from our Health Plan—mid-Pandemic—despite the fact that —for decades—these very seniors paid to build it. **Greed creates being residuals— that, for SAG-AFTRA Seniors, no longer count to create their health plan.** Greed is why your pension accrues at half the rate of your own paid employees. Confused? Concerned? Clear, coherent solutions are yours only if you vote. Please, our Union deserves your vote. Please urge your friends to vote. Thank you.



**057 / DR. CYNTHIA LEA CLARK**
**Proud Union Member – 40+ Years Strong**
I've worked most contracts and dedicated decades to protecting and uplifting our members. SAG Board SAG-AFTRA Conservatory – 20 Years Casting – 5 Years Health & Safety – 2 Communications – 2 HAT – 2 Wages & Working Conditions – 4 Trial Board – 2 AFTRA Nominating Committee – 1 Sexual Harassment - 1 PWD – 1 Special Events (AFTRA) – 3 Elected Delegate – 8 Conventions **Experience. Integrity. Action.** —I'm committed to making this Guild stronger!

**061 / JOE D'ANGERIO**
I will continue to work on behalf of and for the betterment of all SAG-AFTRA members. **Thank you** for your support. Joe



**065 / MARIE FINK**
Proud SAG-AFTRA stunt performer/ coordinator for 20-years. Currently serving on National and Local boards, I am running once again to continue the fight for stronger contracts, enforcement of our hard-earned negotiated CBA terms, more work in the LA local and a solution to the broken residual system. I seek full transparency from SAG-AFTRA in all matters concerning guild members. I will continually speak up, show up, and stand up for what's right. If you want someone who puts members first and is not afraid to challenge the status quo, then vote for Marie Fink for Local Board.TheCoalition2025.org



**058 / JOSH COVITT**
25 years in SAG-AFTRA. Member of Commercial Performers and Organizing Committee. Not famous (sorry, Mom), not affiliated with a "party", can't claim a working middle-class actor who wants to make sure that SAG-AFTRA members can make a living. RATES & RESIDUALS are my primary concerns; keep them fair and competitive, and there's a future for us all. Beyond acting, my experience in math/ education helps me break down numbers & contracts and effectively communicate concepts. Elect me to the LA Board and I will do everything I can to work for ALL our members. Thank you!!!



**062 / WILLIAM STANFORD DAVIS**
As a local board member, senior performer, and proud union member with over 30 years of service, I'm deeply committed to seeing production return to Los Angeles. Honoring the tradition of filmmaking in Los Angeles by bringing work back home means jobs for our crews, stability for families, and a stronger local economy. Additionally, during the onset of the COVID-19 pandemic, many seniors like myself were stripped of our health insurance—an experience marked by shame and humiliation. We cannot allow that to happen again. Our union must ensure that our health insurance and pensions are protected, especially for senior members. We must make



**066 / FRANCES FISHER**
I've served our beloved union for 25 years. National Board, LA Local VP & Local Board Member. I've fought hard for your protections- We made gains to build upon in the next negotiations. Seniors who are vested must have their residuals count as earnings. I've kept putting the Membership First and foremost in my mind. Vote my ride-or-die, Union Stalwart David Joliffe. TheCoalition2025.org



**059 / JAMES CROAK**
No Statement



**063 / DENNIS DEPEW**
SAG-AFTRA Brothers/Sisters, Been busy finishing up my MA in Criminal Justice, & prepping to start the Doctrine in Criminal Justice courses come Fall 2026. I've been involved in multiple local committees the last few terms. We've been through it the last 5 years: COVID, 2023 strike, & just recently the LA County fires. My goal if elected would be to fight to have productions return/remain in LA/Hollywood, and the great state of California. Hollywood is the heart of the entertainment industry and we need to show that our heart still beats strong here in Tinseltown.



**067 / RICHARD HADFIELD**
The goal for every union and any elected union leader should be to elevate the standard of living of the members that they represent. I'm asking for your vote so that I can continue to work for the actors-performers, singer-recording artists and broadcasters in that effort. I have now served several terms on the Los Angeles local Board and as Chair of the LA Government Review Committee. This experience gives me the ability to better guide the local in assisting LA members in achieving their career goals.TheCoalition2025.org

The Local Officers and National Board Members, by virtue of their election to those positions, shall also serve as Convention Delegates. The Local Officers also serve on the Local Executive Committee. The Local Officers, Local Board Members and Convention Delegates, by virtue of their election to those positions, also serve as Alternate National Board Members and in certain circumstances, Convention Delegates are also eligible to serve as Alternate Local Board Members.

# LOCAL BOARD MEMBER – ACTOR/PERFORMER AND STUNT PERFORMER / 2 YEAR TERM

## VOTE FOR NO MORE THAN FORTY-ONE (41) – *CONTINUED*



**068 / SAMANTHA HARTSON**
Last election, we ran as Unity, and many were not fans. Being part of the TV/ Theatrical Negotiating Committee, I appreciated not having to worry about an election while trying to navigate important negotiations, where **every category** had **vital needs.** I didn't change who I was or vote differently. It was a group that found ways to work together, and it was a welcome change. This year, we'll try something similar, because it felt much more productive to find common ground in a kind manner. Now, to focus on **HealthCare for seniors**, and **bringing work back! TheCoalition2025.org**



**070 / SWATI KAPILA**
As a proud SAG-AFTRA member for 18 years, I understand the joys and hardships of building a sustainable career in this business. I'm a working actor, mom, and first generation American. I'm running to amplify the voices of everyday performers: co-stars, guest stars, parents, and all artists fighting for a fair shot. I've worked a wide variety of theatrical and commercial contracts, as both a Principal and Background actor. I can speak to the unique challenges inherent to each. We need better resources, smarter protections, and stronger community. I'd be honored to serve the Los Angeles local.
IG @SwatiKapila



**072 / HENRY KINGI JR**
I believe in unity and the real power of progress. As a proud SAG-AFTRA member for 37 years, I've weathered industry shifts, stood with our colleagues, and remain focused on the future. With today's economic climate and the rise of AI reshaping our landscape, we must act to protect what matters—our jobs, our voices, and our humanity. As Chair of both the National and LA Local Stunt & Safety Committees, I've fought to raise awareness, but real change happens in the room. I will serve with integrity, share my experience, and stay fully committed to our union's future **TheCoalition2025.org**



**069 / AUSTIN HIGHSMITH GARCES**
As a member since 2005, I'm proud to have served on the LA Local Board and Convention Delegate this past term, and I'm eager to continue working for the largest SAG-AFTRA local. I've served on the National Low Budget Committee for two terms, as well as SAG indie, and I'm passionate about working for our members who perform in indie projects and who use our low budget contracts. I will continue to work as hard as I can for the working class actor, as I'm one myself and have been for 20 years and counting. www.TheCoalition2025.org



**071 / MATT KAVANAUGH**
Two years ago, in the midst of a historic strike, two longtime-feuding groups of politically strident members came together and presented a unified front in the election and negotiating room, for the benefit of the membership. We are coming together again because it's critical to have experienced leaders that represent a diverse array of knowledge, lived experiences and learned viewpoints. Members need work opportunities, reliable contract enforcement and strong AI protections. With your vote to re-elect me to the board, I will bring bold, outside-the-box strategies to address these concerns. Thank you. **TheCoalition2025.org**

The Local Officers and National Board Members, by virtue of their election to those positions, also serve as Convention Delegates. The Local Officers also serve on the Local Executive Committee. The Local Officers, Local Board Members and Convention Delegates, by virtue of their election to those positions, also serve as Alternate National Board Members and in certain circumstances, Convention Delegates are also eligible to serve as Alternate Local Board Members.

# NATIONAL BOARD MEMBER – ACTOR/PERFORMER AND STUNT PERFORMER
## VOTE FOR NO MORE THAN SIXTEEN (16) – *CONTINUED ON NEXT PAGE*



### 073 / KATE LINDER
As a prior board member and current 43-year+ cast member of *The Young and the Restless*, I truly understand the importance of Pension And Health Care and served on several negotiating committees with that as my primary focus. I was co-chair of the Honors and Tributes committee and served on the Film Society, Military Personnel & Families Support, Organizing, M.O.V.E committees and I'm serving as Governor for the Performers Peer group of The Television Academy. I know many of you because I am one of you.. I look forward to making SAG-AFTRA work best for everyone. We are stronger together.



### 077 / MARILYN MONROVIA
*THIS ISN'T FUNNY!* **MEMBERSHIPFIRST** and **UNITE FOR STRENGTH** sold us out! They promised to fight for working comedians, fair wages, proper healthcare, and meaningful pensions. Instead, we got platitudes and bad deals, shaking hands with executives who exploit us. This leaves us with dry spells and shrinking opportunities. Our art is devalued, our voices silenced by the corporate machine. We deserve better than these false champions. It's time to truly **UNITE** and reclaim what's ours: our laughs, our stages, our honest jokes. **Nationally VOTE Chuck Slavin • Peter Antico UnionMemberNews.com.** MarilynMonroviaComedy.com



### 081 / SHERYL LEE RALPH
Greetings. I'm running for local and national SAG/AFTRA board leadership because I believe in building a stronger, more inclusive, and transparent union that truly reflects the needs of OUR members. I've seen firsthand as LA Local VP the power of collective action, but I've also seen where we can do better whether it's in communication, advocacy, or protecting our rights on the ground. I'm committed to fighting for real change. With your support, I'll work to ensure that our union remains a force for fairness, equity, and lasting progress. Thank you. Sheryl Lee Ralph TheCoalition2025.org



### 074 / JODI LONG
Bringing production back to **L.A.** is crucial. Eased film permits and state tax incentives is a start. Getting **FEDERAL** tax credits bringing work back from overseas, is a **MUST**. Ensuring the best contracts, health/pension plans, and AI protections is paramount. Alongside President Drescher, I was the L.A. Chair for the 2023 TV Theatrical negotiations with the AMPTP. National Principal Performers Chair. Your LA President, two terms. I am inclusive and fair with the ability to stand strong when needed. Political maneuvering is deadbeat. Honesty, transparency, consensus, trust, is a more enlightened path to all good things. (96)



### 078 / SHIVA NEGAR
I am proud to be a SAG-AFTRA member because our union gives performers a collective voice. As a working actor, I understand firsthand the challenges we face, especially when it comes to fair pay, diversity, and consistent work opportunities. If elected to the National Board, I'll fight for stronger protections around our image and likeness, demand fair compensation, and champion real diversity and inclusion. Our voices matter, and I'm committed to representing the concerns of working performers navigating this ever-changing and unstable industry. TheCoalition2025.org



### 082 / JERI RYAN
I've been lucky enough to work as an actor since 1990. For most of those years, I took all of this - our rights, our union-won protections — for granted. But I've seen the seismic shift in our industry. Watched it become less viable as a career for many working class actors. While we've made some gains, our fight continues. The past 2 years, I've been proud to serve on the LA Local Board, on National Committees: TV/Theatrical Principal Performers, Sexual Harrassment, Government Affairs & Public Policy, Honors & Tributes, and on LA Local Committees: Executive,Sexual Harassment, Women's. Now, I'm ready to keep fighting to protect this industry we all love. TheCoalition2025.org



### 075 / PAULA MARSHALL
As a proud member since 1985 there has never been a more important time to get involved. So here I am. TheCoalition2025.org



### 079 / RON OSTROW
After over a decade in service, multiple negotiations, and committee chairpersonships, I see our union on the verge of finally embracing its true strength. Better residuals, stronger protections, access to benefits; you've heard that all before, but I think we can make real progress under the leadership of Sean Astin. We can build upon the unity of purpose that we showed during the TV/ Theatrical and Video Game strikes. I ask that you elect him and allow me to work beside him on the national board to continue this forward trend. (see local statement for more). TheCoalition2025.org



### 083 / GRANT SHOW
I've been a member of SAG for 43 years. Throughout those years, I've seen us leave negotiation after negotiation with less than we went in with. The last time was different. We made headway. The producers are going to do their best to claw that back and take even more. We can not let that happen. Our seniors were promised lifetime healthcare after vesting. That promise has shamefully been broken. We must continue the fight we have begun. We must gain more ground and not give an inch! TheCoalition2025.org



### 076 / MARIN M. MILLER
Since 2018, I have fought for better transparency and wages with the grassroots performers advocacy group I co-founded. Our efforts have resulted in the founding of the dubbing steering committee at SAG-AFTRA and thousands of union jobs. I've also developed gender-affirming speech therapy alongside trans SLPs and hope to serve as an advocate and point of information for young marginalized artists. As a non-binary person raised by two generations of prison guards, I've long reflected on systems that fail communities. Voice actors struggle to have their voices represented in SAG-AFTRA because we have no elected representatives–help us change that.



### 080 / STEFANIE POWERS
I am running to resume my position on the National Board after much consideration because I feel there is still so much to accomplish on behalf of my fellow performers and I live in hope that my participation will add to those of like mind who feel that a union is important in defending the four principles for which it was formed... to safeguard and defend wages and working conditions, and to protect our pension and health care. TheCoalition2025.org



### 084 / MARTIN STARR
As a SAG member for the vast majority of my life, our union is very important to me! Thank you for considering voting for me. TheCoalition2025.org

The Local Officers and National Board Members, by virtue of their election to those positions, shall also serve as Convention Delegates. The Local Officers also serve on the Local Executive Committee. The Local Officers, Local Board Members, and Convention Delegates, by virtue of their election to those positions, also serve as Alternate National Board Members and in certain circumstances, Convention Delegates are also eligible to serve as Alternate Local Board Members.

# NATIONAL BOARD MEMBER – ACTOR/PERFORMER AND STUNT PERFORMER

## VOTE FOR NO MORE THAN SIXTEEN (16) – *CONTINUED ON NEXT PAGE*



**085 / KEVIN E. WEST**
I'm a 30+ year veteran of television and independent unity coalition advocate. As L.A. Organizing committee CHAIR and the negotiating committee, during the strike, my union history is steeped in intelligent SOLUTIONS. Currently: M.O.R.E. Co-Chair + Natl: Communications – ProfRep – Disciplinary – Organizing. Henceforth, SAG-AFTRA faces the constant challenge of technology and returning work to California. We cannot rest, nor waste time, with intra-union discord. We're all different, yet must remain together, and that requires M.O.R.E. member education-information nationwide. I'm an innovative thinker and ACTIVE leader, also Founder of the award-winning organization, The Actors' Network. I SERVE efficiently and effectively, for you!



**089 / MÄDCHEN AMICK**
I've been a proud SAG-AFTRA member since 1987. I've grown up in this industry and have seen firsthand how vital it is to care for the whole artist—mind, body, and spirit. My advocacy in mental health, from Capitol Hill to the United Nations, drives my passion to create real, systemic change within our industry. I'm inspired by my fellow members every day, and I'm running for National Board to ensure we build a union that not only protects our work but also champions our well-being, dignity, and humanity at every level. **TheCoalition2025.org**



**093 / SHARI BELAFONTE**
I'm a strong advocate of Unions & Union service. Having been the National VP for Actor/Performers these past 2 years, having served on both LA Local and National boards, and chairing committees, I believe it's imperative that we continue to focus on Diversity, not Division, more now than ever. We need to continue to strengthen our leadership, not just for our members, but for the world stage, guiding the cause for controls on AI and Fairness in ALL workplaces. We serve by example. www.TheCoalition2025.org



**086 / VIVICA WHITSETT**
Proud union member for over 25 years, former National and LA Local Board member. I believe our members deserve a diverse board that explores innovative ways to organize work, pass legislation related to AI, and provide protections for background performers and intimacy coordinators on set. I will continue to uphold my commitment to inclusiveness, accountability, and the future of this union and our members. Together, we stand stronger. Contracts worked: Commercials, TV/theatrical productions, New Media/low-budget projects Committees Served: CARC, Executive Committee, Communications, Governance, LA Host, Diversity, Honors & Tributes, and MOVE. Notably, I held the position of former National/LA Local Chair of EEO.



**090 / PETER ANTICO**
Former Los Angeles Technology Chair, Stunt Safety Chair, Macroeconomic Scholar, Capital Management, 45yr. vested member, I incepted Asner legal action winning a 20.6 million settlement benefiting seniors. SAG-AFTRA borrowed 10 million from PPP, cut 30% of staff, cut member services, gave executive staff over 1 million in raises while working from home. 42 million office expense, purchased building for 49 million cash, tax assessed value 23 million while members lost healthcare. I will restore financial responsibility, transparency & honesty. I support residuals for TV coordinators. increased BG coverage nationwide, meaningful residual increases & AI protection. **VOTE SLAVIN•ANTICO** UnionMemberNews.com



**094 / MICHELLE C. BONILLA**
As a Los Angeles Local Board member, I co-wrote a resolution on DEI, that got passed, and inspired our union to release a statement. During the strike, at President Drescher's request, I spoke to the AMPTP about "Translation" and we now have new protective language in our CBA. My Focus: Purposeful and powerful change, providing safer working conditions, proper wages, diversity, inclusion, and bettering our contracts. I'm on many National/Local Committees **amplifying your voice.** A proud Latina SAG-AFTRA member, with a history of service to our union, it would be an honor to represent you on the National Board. www.michellecbonilla.com



**087 / SHOHREH AGHDASHLOO**
As someone who was embraced by the union 22 years ago and treated as one of its own, I'm eager to give back. If elected to the National Board, I will focus on negotiating and enforcing contracts that guarantee fair wages, safe working conditions, and stronger accountability in how our contracts are upheld. I'll advocate for pension benefits, legal protections, and access to health insurance and retirement plans. I believe in the union's power to support actors in hard times, by securing residuals, and protecting our image and likeness in the face of emerging technologies.



**091 / SEAN ASTIN**
For 44 years—since I joined the union as a young performer and my mother was President of this union—I've had a deep passion for the fierce advocacy of our members. Through service on the National and Local Boards, five Negotiating Committees, and many others, I've learned that every performer and every Local deserves real understanding and determined support. Our industry is hurting. We need strong leadership. Healthcare and pension reform. Expansive AI protections. Better contracts. Better pay. Better streaming residuals. Stronger enforcement. Safer working conditions. I have been and will continue to fight for you. TheCoalition2025.org



**095 / YVETTE NICOLE BROWN**
I am a working actor, writer, and advocate who is humbled to have been elected to serve on the SAG-AFTRA National Board in the past. I'm running again to continue to champion fairness, transparency and opportunity for all members. Understanding the realities we face—from contract negotiations to on-set safety, to representation reflecting the full spectrum of our union - I bring creative, business, and life experience to the table. I'm committed to fighting for equity, inclusion, and innovation. With your support, I'll work tirelessly to ensure ALL our voices are heard and protected in this union we love. www.TheCoalition2025.org



**088 / CRISTELA ALONZO**
Many of our SAG-AFTRA members are living their lifelong dream. Something that once felt impossible to me, but still worth the risk. I believe in protecting and advocating for us so that dream is not just protected but able to thrive. We've long stood at the crossroads of art and commerce, and I'm ready to ensure EVERY member knows their voice is powerful and necessary. There's a chant we say: "Who's got the power? We got the power! What kind of power? People power!" I carry that with me. I am here to serve. **TheCoalition2025.org**



**092 / DIEDRICH BADER**
I'm glad this is alphabetical.I've been around for a bit and i feel like now is a good time for me to step up and help the guild that's been protecting me for so long.i really want to put MEMBERS FIRST that's why i didn't use AI to write this.Health care coverage is one of the issues that i would like to focus on and be of some help. I'll be asking Sean Astin for advice a lot.



**096 / GERARDO CELASCO**
I've been a proud SAG-AFTRA member since 2006. I've experienced the highs and lows — from strikes to lost coverage, from solidarity to silence. I've been fortunate to keep working post-COVID and post-strike, and I know what it's like to be on set today. I'm not part of a faction. I'm not raising money. I'm running because we need clear, grounded leadership that puts members first and values communication and transparency. This union is at a turning point. I want to help steer it toward focus, accountability, and a renewed commitment to work. I'd be honored to earn your support.

The Local Officers and National Board Members, by virtue of their election to those positions, their also serve as Convention Delegates. The Local Officers also serve on the Local Executive Committee. The Local Officers, Local Board Members and Convention Delegates, by virtue of their election to those positions, also serve as Alternate National Board Members and in certain circumstances, Convention Delegates are also eligible to serve as Alternate Local Board Members.

# NATIONAL BOARD MEMBER – ACTOR/PERFORMER AND STUNT PERFORMER
## VOTE FOR NO MORE THAN SIXTEEN (16) – *CONTINUED*



**097 / DR. CYNTHIA LEA CLARK**
Commercials are now 70% non-union—this must change. I will fight for a micro-budget commercial contract to rebuild relationships with ad agencies and bring work back to members. When casting bypasses proper audition procedures, our rules must be enforced—no exceptions. Fairness starts with accountability. Streaming residuals remain far too low. I will work with Wages & Working Conditions to negotiate stronger, fairer residuals that reflect our value. We cannot allow our standards to erode. I will stand firm, push forward, and work tirelessly to protect our rights, restore opportunity, and strengthen our union—for all of us, now and for the future.



**101 / KEITH DAVID**
As a SAG-AFTRA member for many years, I've followed the pulse of the latest information and innovations that continually shape and change our industry. Taking that knowledge to heart, I have always voted my mind. To make a difference, I need to be in the room where it happens - participating in conversations and decisions that make our union stronger. I want to make sure our members feel heard and that their voices count. We make positive change, not by complaining to colleagues, but by taking concerns, frustrations, and ideas straight to the source. That's what I intend to do. TheCoalition2025.org



**104 / JOELY FISHER**
My passion and dedication to our union is unyielding. We've come so far—but we can and must do better. As your National Board member and Chair of Government Affairs, I vow to keep fighting hard for us. In the next negotiations, I'll push to raise wages, make our sets safer, protect gold-standard healthcare, and secure a strong pension for retirement. I will lead the charge against the existential threat of artificial intelligence. Together, we'll build real power at the table and ensure our union remains the fierce, unbreakable force our members deserve. Let's get this done! TheCoalition2025.org



**098 / JAMES CROAK**
No Statement



**102 / DENNIS DEPEW**
SAG-AFTRA Brothers/Sisters, Been busy finishing up my MA in Criminal Justice, & prepping to start the Doctrine in Criminal Justice courses come Fall 2026. I've been involved in multiple local committees the last few terms. We've been through it the last 5 years: COVID, 2023 strike, & just recently the LA County fires. My goal if elected would be to fight to have productions return/remain in LA/Hollywood, and the great state of California. Hollywood is the heart of the entertainment industry and we need to show that our heart still beats strong here in Tinseltown.



**105 / JASON GEORGE**
For over 20 years, I've fought tirelessly for performers—on the strike line, every TV/Theatrical Negotiating Committee since 2001, proudly serving as Diversity Advisory Committee Chair, improving agent relationships on the Performer Representatives Committee, or testifying multiple times in Sacramento and DC for California and Federal tax incentives to bring back work. I also serve to help struggling performers in need on the SAG-AFTRA Foundation Board and Motion Picture Television Fund NextGen Committee. I've had a blessed career but I'll never forget the struggle. I use my experience to support my fellow performers because I want us all working. Believing in and fighting for us all! www.TheCoalition2025.org



**099 / NICOLE CYRILLE**
As a fierce advocate for performers with disabilities, I pushed to create and now chair the LA Performers with Disabilities Committee, and Vice Chair of its National Committee. I served on the 2023 TV/Theatrical and 2025 Commercial Negotiating Committees. I'm running as an independent because leadership should be open to everyone—not just a few. I believe what supports disabled performers strengthens our union as a whole. My work centers on equity, access, and authentic representation. With deep union experience and a commitment to inclusion, I respectfully ask for your vote to help build a stronger, more representative SAG-AFTRA.



**103 / SUSIE DUFF**
A union is the only organized effort on the face of this planet whose sole purpose is the redistribution of greed. Greed tossed 11,750 senior performers from our Health Plan—mid-Pandemic—despite the fact that, for decades, our seniors paid to build it. **Greed creates teeny residuals that, for SAG-AFTRA Seniors, no longer count towards their health plan.** Greed allows your pension to accrue at half the rate of your own paid employees. Confused? Clear, coherent solutions are yours only if you vote. Please urge your friends to vote. Thank you.



**106 / ELY HENRY**
I've been a working actor for 22 years, I served as a **strike captain** during the 2023 TV/Theatrical strike, I'm a member of the **LA Local Organizing Committee** and both the **LA and National Strike Preparedness Committees**. I'm co-chair of the **After Action Review subcommittee** analyzing the strike to learn from our experience and make strategic adjustments should we be forced to go on strike again. I'm running for National Board because we need someone in that room who knows the struggle of working actors, has experience with union work, and who believes in transparency top to bottom. @elyhenry4sagaftra



**100 / JOE D'ANGERIO**
I will continue to work on behalf of and for the betterment of all SAG-AFTRA members. **Thank you** for your support. Joe

The Local Officers and National Board Members, by virtue of their election to those positions, also serve as Convention Delegates. The Local Officers also serve on the Local Executive Committee. The Local Officers, Local Board Members and Convention Delegates, by virtue of their election to those positions, also serve as Alternate National Board Members and in certain circumstances, Convention Delegates are also eligible to serve as Alternate Local Board Members.

Photos that were provided for Convention Delegate candidates can be found at: sagaftra.org/lacds

**Please note:** Pursuant to Article 5.5. of the Los Angeles Local Constitution, Local members may only vote for convention delegates in their declared category. Therefore, your ballot will only contain the delegate candidates in your declared category.

## CONVENTION DELEGATE – ACTOR/PERFORMER / 2 YEAR TERM
### VOTE FOR NO MORE THAN ONE HUNDRED TWENTY-FIVE (125)

| | | | | |
|---|---|---|---|---|
| 107. SCOTT LAMBRIGHT | 140. TODD PETERSON | 173. RENÉE THREATTE | 206. VERONICA BRUCE | 239. CHANON FINLEY |
| 108. KHRISTINA LOUISE LAMONTE | 141. HOLLY PITRAGO | 174. JEFF TORRES | 207. CARLEASE BURKE | 240. ROBERT FISHER |
| 109. BJ LANGE | 142. MARK A PLANAS | 175. STACEY TRAVIS | 208. MATT BUSH | 241. ROBIN FITZGERALD |
| 110. PAUL LECLAIR | 143. ALEX PLANK | 176. KATIE VON TILL | 209. DANICE CABANELA | 242. MARY M. FLYNN |
| 111. DOMINIC LEE | 144. RIANN PORTNOY | 177. HILARY WARD | 210. MADONNA CACCIATORE | 243. RORI FLYNN |
| 112. JEN LEVIN | 145. BEATA POZNIAK | 178. CARYN WEST | 211. CASSANDRA CAPOCCI | 244. TIM FRIEDLANDER |
| 113. CATHERINE LIDSTONE | 146. LEE PURCELL | 179. KEVIN E. WEST | 212. JESSE MARTINEZ CARLOS | 245. KAITLYN FUREY |
| 114. KATE LINDER | 147. JULIA RACHILEWSKI | 180. BEN WHITEHAIR | 213. MICHAEL CARNEGIE | 246. GARRY GUERRIER |
| 115. RUTH LIVIER | 148. DILEEP RAO | 181. VIVICA WHITSETT | 214. JOI CARR | 247. JASON T. GAFFNEY |
| 116. MELISA LOPEZ | 149. CARLA RENATA | 182. RUTH WILHOIT | 215. EVER CARRADINE | 248. LEE GARLINGTON |
| 117. DONNA LOYD | 150. LINSAY ROUSSEAU | 183. TERRY WILKERSON | 216. GERARDO CELASCO | 249. CHARLES GEMMILL |
| 118. MONIQUE MARISSA LUKENS | 151. CATHY CAHLIN RYAN | 184. PAUL ZIES | 217. WILLIAM CHARLTON | 250. MIKE GENOVESE |
| 119. ANTHONY MARCIONA | 152. JERI RYAN | 185. CHERI ADAMS | 218. VANESSA CHESTER | 251. JASON GEORGE |
| 120. SARAH ANN MASSE | 153. WEDNEZDAY RYAN | 186. LORI ALAN | 219. JILLIAN CLARE | 252. MARC GESCHWIND |
| 121. JAMES MATHIS III | 154. TEMA SALL | 187. VINCENT AMAYA | 220. DR. CYNTHIA LEA CLARK | 253. GISELLE GILBERT |
| 122. KEVIN MCCORKLE | 155. WOODY SCHULTZ | 188. KONSTANTINE ANTHONY | 221. DAVID CLENNON | 254. RUBEN ROBERTO GOMEZ |
| 123. ROBIN MCWILLIAMS | 156. CHELSEA SCHWARTZ | 189. KRISTEN ARIZA | 222. ASSAF COHEN | 255. EILEEN GRUBBA |
| 124. DAVID MILLBERN | 157. JOAN SCHWARTZ | 190. SHONDRELLA AVERY | 223. JOHN P. CONNOLLY | 256. RICHARD HADFIELD |
| 125. MARIN M. MILLER | 158. SHEA SCULLIN | 191. NANDINI BAPAT | 224. JOSH COVITT | 257. REN HANAMI |
| 126. CARMEN MOLINARI | 159. MARA SHUSTER-LEFKOWITZ | 192. KURTIS BEDFORD | 225. ELLEN CRAWFORD | 258. LINDA HARCHARIC |
| 127. MARILYN MONROVIA | 160. NINA SIEMASZKO | 193. SHARI BELAFONTE | 226. NICOLE CYRILLE | 259. SAMANTHA HARTSON |
| 128. LIZZA MONET MORALES | 161. DAVID SILVA | 194. DEMETRI BELARDINELLI | 227. JOE D'ANGERIO | 260. SARAH HARUKO |
| 129. RON MORGAN | 162. DEEP SINGH | 195. MICHAEL JAMES BELL | 228. PATRIKA DARBO | 261. MARY HEISS |
| 130. HUGH MUN | 163. NICK SMOKE | 196. LEQUAN ANTONIO BENNETT | 229. GLENN DARBY | 262. HAYDEN D HIEBERT |
| 131. MILO ZEUS MUSTANG | 164. YOLANDA SNOWBALL | 197. DAVID BLUE | 230. LAUREN DE MIRANDA | 263. AUSTIN HIGHSMITH GARCES |
| 132. NICOLE LEANNE NELSON | 165. ARNE STARR | 198. KATE BOND | 231. JODI DENNITHORNE | 264. EDWARD HONG |
| 133. THOMAS OCHOA | 166. EVELYN STOKES | 199. MICHELLE C. BONILLA | 232. DENNIS DEPEW | 265. JENNAE HOVING |
| 134. JENNY O'HARA | 167. ALYSON STONER | 200. SEAN MICHAEL BOOZER | 233. WILL DINSMOOR | 266. DIANA ELIZABETH JORDAN |
| 135. PEGGY LANE OROURKE | 168. ALYSON STOVER | 201. HEATHER-ASHLEY BOYER | 234. JAY DISNEY | 267. JACKIE JOSEPH |
| 136. MARY OSTROW | 169. JASON STUART | 202. LAURA LINDA BRADLEY | 235. SUSIE DUFF | 268. MATT KAVANAUGH |
| 137. CUTTER RAY PALACIOS | 170. LAURA SUMMER | 203. JESSICA BROWN | 236. CASEY FEIGH | 269. ALEX KEENER |
| 138. STEPHEN PELUSO | 171. CHRISTIAN TELESMAR | 204. JULIE BROWN | 237. FRED FEIN | 270. ALI KINKADE |
| 139. CHEYENNE PEREZ | 172. IQBAL THEBA | 205. KAREN A BROWN | 238. CELIA FINKELSTEIN | 271. JAY KOGEN |

## CONVENTION DELEGATE – STUNT PERFORMER / 2 YEAR TERM
### VOTE FOR NO MORE THAN THREE (3)

| | | |
|---|---|---|
| 272. PETER ANTICO | 274. MARIE FINK | 276. HENRY KINGI JR |
| 273. JAMES CROAK | 275. GINA KESSLER | |

EXHIBIT C

 Gmail

Alexander Plank <alex@alexplank.com>

## URGENT: disability erasure at SAG-AFTRA

**Michelle Bennett** <michelle.bennett@sagaftra.org>                    Tue, Aug 12, 2025 at 2:33 PM
To: alex@alexplank.com

Hi Alex,
The LA Local Election Voter's Guide and ballot materials are scheduled to mail tomorrow on Wednesday, August 13, 2025.

As I previously advised you, the photo was cropped only to align with SAG-AFTRA's Nominations & Election Policy and the candidate instructions, which specify that all photos submitted for the Voter's Guide must be a headshot of the candidate. All candidate photos have been cropped to comply with this Rule. The Election Committee does not have the authority to make any exceptions to the rules set forth in the SAG-AFTRA Nominations and Election Policy; it only has the authority to determine whether the candidate requirements have been met.

Michelle

---------- Forwarded message ---------
From: **Alexander Plank** <alex@alexplank.com>
Date: Fri, Aug 8, 2025 at 4:55 PM
Subject: Re: URGENT: disability erasure at SAG-AFTRA
To: Michelle Bennett <Michelle.Bennett@sagaftra.org>
Cc: Jeffrey Bennett <jpb@sagaftra.org>, <Rebecca.krinsky@sagaftra.org>

Hi Michelle,
I submitted a headshot that includes a disability aid visible within the frame. You cropped the photo to remove that disability aid. Your guide from this year and other years includes headshots framed more widely of other actors so this is not about framing.

Cropping my photo because there is evidence of my disability in the frame is a violation of federal disability rights legislation as well as the equal protection clause in the 14th amendment of the constitution.

Unions do not have the authority to override federal law.

You are violating these laws based on your misunderstanding union rules and the laws surrounding disabled individuals, but either way, your interpretation of the sag-aftra union rules is premised on your ableist belief that a headshot should not show signs of a disability.

Sending these out with the cropped image will cause me to suffer irreparable harm due to the following (but not limited to the following): public misrepresentation of my disability accommodations and identity as a disabled actor, harm to my my reputation and credibility as a producer, disability rights activist, and disabled performer, and—as you acknowledged—emotional distress due to discrimination and erasure of my identity as a disabled actor who relies on a service animal.

Could please let me know when you are intending to send these out? If you intend to send these out with the cropped image of me, that is going to be a problem.

Just to be clear, you do not have my permission to send anything to the membership if it includes the photo of me with my service animal cropped out.

Alex

----
Alex Plank
+1 212-321-0730

On Fri, Aug 8, 2025 at 3:46 PM Michelle Bennett <michelle.bennett@sagaftra.org> wrote:

Hi Alex,
Thank you for reaching out to me. I want to assure you that the Union does not stand for disability erasure and that the photo was cropped only to align with SAG-AFTRA's Nominations & Election Policy and the candidate instructions which specify that all photos submitted for the voter's guide must be a headshot of the candidate.

While I understand this situation has caused distress, the Election Committee does not have the authority to make any exceptions to the rules set forth in the SAG-AFTRA Nominations and Election Policy; it only has the authority to determine whether the candidate requirements have been met.

We are always open to suggestions for improving the Union's rules and policies. We will certainly add this to the list of recommendations to be considered and approved for future election cycles.

Michelle

On Fri, Aug 8, 2025 at 2:40 PM Alexander Plank <alex@alexplank.com> wrote:
> Hi Michelle,
> I am a member of the national and local disability committees. I was just informed that SAG-AFTRA is planning on cropping out my service animal from my candidate photo for the voter guide in this election.
>
> I am running for LA local board and hoped to use my position on the board to advocate for disabled performers, especially those with service animals. But if disability erasure is something this union stands for, it is not a union I can be a part of.
>
> I am hoping that SAG-AFTRA will fix this situation because I strongly believe in the power of unions, including this one. But removing visible indicators of disability, regardless of the reason, is not something I can ever stand for.
>
> Thanks,
> Alex
>
>
> ----
> Alex Plank
> +1 212-321-0730
>
>
> -

-