UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

FILED
CLERK, U.S. DISTRICT COURT
AUG 13 2025
CENTRAL DISTRICT OF CALIFORNIA
BY rsm DEPUTY
FROM EDSS

| | |
|---|---|
| ALEXANDER DOUGLAS PLANK, | Case No. 2:25-CV-07523-AB-SSCx |
| Plaintiff, | PLAINTIFF'S EX PARTE MOTION FOR TEMPORARY RESTRAINING ORDER |
| v. | AND FOR EXPEDITED HEARING ON PRELIMINARY INJUNCTION |
| SAG-AFTRA, | |
| Defendant. | |

NOTICE OF MOTION AND MOTION

TO THE HONORABLE COURT AND TO DEFENDANT SAG-AFTRA:

PLEASE TAKE NOTICE that Plaintiff Alexander Douglas Plank respectfully moves the Court ex parte for a Temporary Restraining Order and an expedited hearing for a Preliminary Injunction to prevent Defendant SAG-AFTRA from printing, mailing, publishing, or distributing any member voter guide, mailing, or other material that contains a photograph of Plaintiff which has been altered to

1

remove or crop out Plaintiff's service animal, or which otherwise misrepresents Plaintiff's disability accommodations.

This ex parte motion is supported by the accompanying Memorandum of Points and Authorities, the verified declaration of Plaintiff, and the proposed order submitted concurrently.

RELIEF SOUGHT

Plaintiff seeks:

1. A Temporary Restraining Order enjoining Defendant SAG-AFTRA from printing, publishing, mailing, distributing, or otherwise disseminating any member guide, mailing, or material containing a photograph of Plaintiff that has been altered to crop out his service animal or otherwise misrepresents Plaintiff's disability accommodations;

2. An order requiring Defendant to preserve all original photographs, digital files, editing logs, communications, and proofs related to the guide;

3. Expedited discovery limited to production of the original photo, any edited versions, editing metadata, and communications regarding editing decisions and mailing lists; and

2

4. Such other relief as the Court deems just and proper.

STATEMENT OF FACTS

Plaintiff submitted a photograph to Defendant for inclusion in the member voter guide that displayed Plaintiff with his service animal. Defendant altered the image by cropping out the service animal and intends to mail the guide on August 13, 2025. Mailing the altered guide will cause immediate and irreparable harm to Plaintiff's reputation and rights.

LEGAL STANDARD

A Temporary Restraining Order is appropriate where the movant demonstrates (1) a likelihood of success on the merits, (2) a likelihood of irreparable harm in the absence of relief, (3) that the balance of equities tips in the movant's favor, and (4) that an injunction is in the public interest. *See Winter v. Natural Resource Defense Council, Inc.,* 555 U.S. 7 (2008), and similar Ninth Circuit authority.

ARGUMENT

(1) Plaintiff is likely to succeed on the merits under the ADA and applicable California disability statutes.

(2) The harm from mailing the altered guide—public erasure of Plaintiff's accommodation, reputational harm, and emotional distress—is irreparable.

(3) The balance of hardships favors Plaintiff because any inconvenience to Defendant in correcting or delaying the mailing is minimal compared to Plaintiff's irreparable harm.

(4) Public interest favors enforcement of disability rights.

CONCLUSION

For the reasons set forth above and in the accompanying declaration, Plaintiff respectfully requests that the Court grant the requested temporary restraining order

and schedule an expedited hearing on Plaintiff's motion for preliminary injunction.

Dated: August 12, 2025.

Respectfully submitted,

/s/ Alexander Douglas Plank

Alexander Douglas Plank

c/o Arise Artists Agency

PO Box 930

Manhattan Beach, CA 90267

Phone: (703) 966-8504

Email: alex@alexplank.com