

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| ALEXANDER DOUGLAS PLANK, | ) | Case No. 2:25-CV-07523-AB-SSCx |
| | ) | |
| Plaintiff, | ) | |
| | ) | PROPOSED ORDER GRANTING |
| | ) | TEMPORARY RESTRAINING |
| v. | ) | ORDER |
| | ) | |
| SAG-AFTRA, | ) | |
| | ) | |
| Defendant. | ) | |
| | ) | |

Upon consideration of Plaintiff's Ex Parte Motion for Temporary Restraining Order and the supporting declaration, and good cause appearing, IT IS HEREBY ORDERED that:

1. Defendant SAG-AFTRA, its officers, agents, servants, employees, attorneys, and all persons in active concert or participation with them, are temporarily enjoined and restrained from printing, publishing, mailing, distributing, or otherwise disseminating any member guide, mailing, or other communication that contains a photograph of Plaintiff which has been altered to crop out Plaintiff's

service animal or which otherwise materially misrepresents Plaintiff's disability accommodations, pending further order of this Court.

2. Defendant shall preserve and not destroy any originals, digital files, metadata, email correspondence, editing logs, proofs, or other records relating to the photograph submitted by Plaintiff and any edits or instructions related thereto.

3. Within [3] business days of this Order, Defendant shall produce to Plaintiff copies of: (a) the original photograph submitted by Plaintiff; (b) any edited versions or proofs; and (c) any communications or internal notes relating to the editing, design, and mailing decisions for the guide.

4. A hearing on Plaintiff's Motion for Preliminary Injunction shall be held on August ____, 2025, at _____. Defendant may file opposition and Plaintiff may file a reply in accordance with the Court's scheduling order.

5. This Temporary Restraining Order shall remain in effect until the Court rules on the Motion for Preliminary Injunction or until further order of the Court.

IT IS SO ORDERED.

Dated: _____

_____
UNITED STATES DISTRICT JUDGE