Name and address:
Susan Davis
Cohen, Weiss and Simon LLP
909 Third Avenue, 12th Floor
New York, NY 10022-4731

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

ALEXANDER DOUGLAS PLANK

Plaintiff(s)

v.

SAG-AFTRA

Defendant(s).

CASE NUMBER

2:25-CV-07523-AB-SSCx

**(PROPOSED) ORDER ON APPLICATION OF NON-RESIDENT ATTORNEY TO APPEAR IN A SPECIFIC CASE *PRO HAC VICE***

The Court, having determined whether the required fee has been paid, and having reviewed the Application of Non-Resident Attorney to Appear in a Specific Case *Pro Hac Vice* filed by

Davis, Susan
*Applicant's Name (Last Name, First Name & Middle Initial)*

212-356-0207
*Telephone Number*

646-473-8207
*Fax Number*

sdavis@cwsny.com
*E-Mail Address*

of

Cohen, Weiss and Simon LLP
909 Third Avenue, 12th Floor
New York, NY 10022-4731

*Firm/Agency Name & Address*

for permission to appear and participate in this case on behalf of
SAG-AFTRA

*Name(s) of Party(ies) Represented*      ☐ Plaintiff(s)   ☒ Defendant(s)   ☐ Other: _____

and designating as Local Counsel

Lalas, Jonah J.
*Designee's Name (Last Name, First Name & Middle Initial)*

286755
*Designee's Cal. Bar No.*

(323) 963-8693
*Telephone Number*

(415) 362-8064
*Fax Number*

jlalas@altber.com
*E-Mail Address*

of

Altshuler Berzon LLP
350 West Colorado Blvd., #420
Pasadena, California 91105

*Firm/Agency Name & Address*

**HEREBY ORDERS THAT the Application be:**

☒ GRANTED.
☐ DENIED:   ☐ for failure to pay the required fee.
　　　　　 ☐ for failure to attach a Certificate of Good Standing issued within 30 days prior to filing of Application.
　　　　　 ☐ for failure to complete Application: _____
　　　　　 ☐ pursuant to L.R. 83-2.1.3.2:  ☐ Applicant resides in California;  ☐ previous Applications listed indicate Applicant is regularly employed or engaged in business, professional, or other similar activities in California.
　　　　　 ☐ pursuant to L.R. 83-2.1.3.4; Local Counsel:  ☐ is not member of Bar of this Court;  ☐ does not maintain office in District.
　　　　　 ☐ because _____

**IT IS HEREBY FURTHER ORDERED THAT the Application fee, if paid:**  ☐ be refunded   ☐ not be refunded.

Dated _____

U.S. District Judge/U.S. Magistrate Judge