Susan Davis (*pro hac vice forthcoming*)
Olivia R. Singer (Calif. Bar No. 312770)
Kayla Morin (*pro hac vice forthcoming*)
COHEN, WEISS and SIMON LLP
909 Third Avenue, 12th Floor
New York, New York 10022-4869
Tel: (212) 563-4100
sdavis@cwsny.com
*Attorneys for Defendant SAG-AFTRA*

UNITED STATES DISTRICT COURT FOR THE
CENTRAL DISTRICT OF CALIFORNIA

---------------------------------------------------------------x

ALEXANDER DOUGLAS PLANK,

*Plaintiff*,

- v. -

SAG-AFTRA,

*Defendant.*

---------------------------------------------------------------x

Case No.
25-cv-07523 (AB) (SSC)

**DECLARATION OF MICHELLE BENNETT**

I, Michelle Bennett, under penalty of perjury, and in lieu of an affidavit as permitted by 28 U.S.C. § 1746, declare as follows:

1. I am over 18 years of age and competent to give this declaration. This declaration is based on my personal knowledge, information and belief.

2. I am the Chief Governance and Equity & Inclusion Officer for SAG-AFTRA, a position I have held since June 2021.

3. SAG-AFTRA, a national labor organization representing more than 160,000 members, was formed on March 30, 2012 as a result of the merger of the Screen Actors Guild ("SAG") and the American Federation of Television and Radio Artists ("AFTRA"). SAG-AFTRA's members include actors, broadcasters, recording artists, and other media professionals across the United States.

4. SAG-AFTRA is in the final stages of conducting an internal election for national officers, national Board members, local officers, local Board members, and Convention Delegates. This is the seventh regularly scheduled biennial election that SAG-AFTRA has held since the 2012 merger of SAG and AFTRA. The elections are being conducted by an independent election firm, Integrity Voting Systems ("IVS"). In my role as Chief Governance and Equity & Inclusion Officer, I am responsible for the internal administration of the election. My election duties include overseeing the mechanics of the national and 25 affiliated Local elections, supervising the preparation of the Voter Information Guide ("Voter's Guide"), and coordinating the elections balloting and tabulations with IVS.

5. Alexander Douglas Plank is a member of SAG-AFTRA's Los Angeles Local Union (the "LA Local"). Plank is running for a seat on the LA Local Board, as well as for a Convention Delegate position, in the 2025 SAG-AFTRA LA Local election (the "2025 Election"). The LA Local Election is also overseen by the LA Local Election Committee, a five-member committee appointed by the LA Local Board.

6. SAG-AFTRA produces a Voter's Guide that it mails to eligible voters with the ballot package. The Voter's Guide contains a headshot and 100-word statement from

each candidate (other than Convention Delegate candidates). Attached hereto as Exhibit A is a copy of SAG-AFTRA's 2025 Voter's Guide for the LA Local Election. SAG-AFTRA pays for the printing and mailing of the Voter's Guide to supplement candidate mailings and e-mailings that are paid for by individual candidates. For the 2025 Election, SAG-AFTRA spent more than $130,000 on printing and assembling the Voter's Guide.

7. The election period in the LA Local began on May 9, 2025, when SAG-AFTRA sent its "Calling all Candidates" notice of nominations and election to all members of the LA Local. Attached hereto as Exhibit B is a copy of the "Calling all Candidates" notice. The nominating period in the LA Local closed on July 11, 2025. On August 13, 2025, IVS mailed ballots and the Voter's Guide to the LA Local's 56,567 eligible members. The ballots will be counted on September 12, 2025. Ex. B at 2. The Voter's Guide was sent to the printers on August 8th and was included in the ballot package mailed to eligible members on August 13th.

8. On March 15, 2025, consistent with the requirements of Title IV and its extensive accompanying regulations, 29 C.F.R. § 452 *et seq*., the SAG-AFTRA National Board adopted a Nominations and Election Policy (the "Election Policy") that contained the specific rules governing the 2025 Election. Attached hereto as Exhibit C is a copy of SAG-AFTRA's 2025 Nominations and Election Policy. The Election Policy, as well as a comprehensive set of candidate instructions ("Candidate Instructions"), was posted on SAG-AFTRA's website on May 5, 2025. Attached hereto as Exhibit D are the Candidate Instructions that SAG-AFTRA posted on its website on May 5, 2025. The Calling All Candidates Notice also notified all candidates that additional requirements for the submission of nominating materials would be described online.

9. To ensure that all candidates who submit statements and photos for the Voter's Guide are treated equally, the Election Policy contains strict rules for the size and format of each candidate's statement and photograph. With respect to the statement, Article III.A.1.b of the Election Policy provides, in relevant part:

b) Candidate Statements

> Candidates may submit a statement in a single paragraph form of not more than one hundred (100) words that will be published, together with the candidate's photo, in the Guide. Candidates' statements and photos will be listed in the Guide in the same order as they appear on the ballot. The Guide shall contain a statement that all candidates were afforded the right to submit statements and photos in accordance with this Nominations and Election Policy . . . .

*See* Ex. C at 8.

10. Article III.A.1.a of the Election Policy, which concerns candidate photographs to be included in the Voter's Guide, provides, in relevant part:

> (a) Photos
>
> 1. Non-Convention Delegate candidates may submit a campaign photo for use in the Voter Information Guide (the "Guide") that will be distributed by SAG-AFTRA to members in good standing together with the mail ballots. Candidates seeking to have their photos used in the Guide must sign a photo release and indemnification form. *Photos submitted for the Guide must be of the candidate running*, and must be in the form of a photograph and not an illustration of any kind. Further, political messaging may not be included.

*See* Ex. C at 8 (emphasis added).

11. The Candidate Instructions provide more specific directions to candidates about their statements and photos in order to ensure that there is no disparity in how candidates are being treated in the union-funded publication. With respect to photos, Article 1.K of the Candidate Instructions requires that candidates submit a "headshot." Article 1.K states:

> K. Photo/Headshot
>
> i. Candidates running for National Board, Local Officer, Local Board or Convention Delegate seats may submit a photo/headshot for the voter's guide (an electronic jpeg format with a resolution greater than 200 dpi is preferred) . . . .
>
> ii. One (1) photo/headshot for all positions in the voter's guide may be submitted through the online nominating portal or offline by email to laelections@sagaftra.org.
>
> iii. Candidates must supply a new photo/headshot (not an illustration) for the voter's guide even if you have previously provided a photo/headshot in connection with former elections or for other SAG-AFTRA purposes.

*See* Ex. D at 4.

12. To comply with Title IV's requirements that all candidates be treated "on an equal basis" and "under the same conditions," 29 C.F.R. §§ 452.67, 452.69, the Candidate Instructions which provide that all photos contain only a headshot of the candidate, and Article III.A.1 of the Election Policy which allows for a photo "of the candidate running," both IVS and SAG-AFTRA staff, crop all candidate photographs to a uniform size that includes only a headshot. This cropping practice was approved by the LA Local Election Committee on August 7, 2025. Attached hereto as Exhibit E is a copy of the action taken by the LA Local Election Committee approving the cropping practice.

13. In the six prior biennial elections held since the 2012 merger of SAG and AFTRA, SAG-AFTRA's Election Policy and Candidate Instructions required that all candidate photographs contain only a headshot of the candidate running. Consistent with this, both IVS and SAG-AFTRA staff have cropped thousands of candidate photographs to ensure that they contain only a headshot of the candidates. Notably, in the 2017, 2019, 2021, and 2023 elections, one candidate, Joanna Leeds ("Leeds"), who submitted a photograph with her dog, had her photograph cropped to remove the dog and include only her headshot. Attached hereto as Exhibit F is the photograph that Leeds submitted to SAG-AFTRA. Attached hereto as Exhibits G, H, I, and J, respectively, are the 2017, 2019, 2021 and 2023 Voter's Guides containing Leeds' cropped photo. *See* Ex. G at 6, Ex. H at 9, Ex. I at 5, and Ex. J at 8.

14. On August 8, 2025, Plaintiff sent me an email expressing his displeasure with the fact that his service animal would not appear in his photograph. Attached hereto as Exhibit K is a copy of my August 8, 2025 correspondence with Plaintiff. Plaintiff stated that he had "hoped to use [his] position on the board to advocate for disabled performers, especially those with service animals." *See* Ex. K at 3. Plaintiff's 100-word statement, however, which accompanied his photograph in the Voter's Guide, clearly set forth his position on this issue:

> Once elected, I will be the only member of leadership with a service dog. As an autistic actor and disability rights activist, I have a passion for improving things for marginalized performers. Having served as a strike captain and on the performers with

> disabilities and communications committees, I'm excited to continue to work to bring SAG-AFTRA into the modern era by increasing our union organizing efforts, building solidarity, and improving future negotiations so that our members have opportunities in a rapidly changing world. **TheCoalition2025.org**

Ex. A at 4. Additionally, the link in his statement was to a website that included a photograph of Plaintiff *with his service animal.*

15. Less than an hour later, I sent Plaintiff the following email:

> Thank you for reaching out to me. I want to assure you that the Union does not stand for disability erasure and that the photo was cropped only to align with SAG-AFTRA's Nominations & Election Policy and the candidate instructions which specify that all photos submitted for the voter's guide must be a headshot of the candidate. . . .
>
> We are always open to suggestions for improving the Union's rules and policies. We will certainly add this to the list of recommendations to be considered and approved for future election cycles.

Ex. K at 3. Plaintiff wrote me back later that day, again protesting the cropping of his service animal from his photograph and asking when the Voter's Guide was being mailed. I advised Plaintiff on August 12, 2025 that the Voter's Guide was being mailed the next day, and stated:

> [T]he photo was cropped only to align with SAG-AFTRA's Nominations & Election Policy and the candidate instructions, which specify that all photos submitted for the Voter's Guide must be a headshot of the candidate. All candidate photos have been cropped to comply with this Rule. The Election Committee does not have the authority to make any exceptions to the rules set forth in the SAG-AFTRA Nominations and Election Policy; it only has the authority to determine whether the candidate requirements have been met.

*See* Ex. K at 1; *see also* Ex. C at 8.

16. SAG-AFTRA mailed the Voter's Guide to the more than 50,000 LA Local eligible voters beginning at 12:24 p.m. Pacific Time on August 13, 2025, with the last delivery taking place at 3:27 p.m. Later that afternoon, via an email Plaintiff sent at 4:47 p.m. Pacific

Time, SAG-AFTRA learned of the instant action. Attached hereto as Exhibit L is the email Plaintiff sent.

I declare under penalty of perjury that the foregoing is true and correct to the best of my knowledge and belief.

Executed at Los Angeles, California, this 15th day of August 2025.

[NAME]

# Exhibit A



# Voter's Guide and Voting Instructions for the 2025 Los Angeles Local Election

**August 13, 2025**

The candidates have been requested to provide, at their discretion, statements for this brochure in accordance with the rules outlined in the SAG-AFTRA Nominations and Election Policy ("Guidelines"). Except as set forth in the guidelines, statements will be printed exactly as submitted. Statements for Convention Delegate positions are not permitted in the Guide, but photos will be available online.

**THE CANDIDATES' STATEMENTS IN THIS BROCHURE ARE SOLELY THOSE OF EACH OF THE CANDIDATES. SAG-AFTRA DOES NOT ENDORSE ANY OF THE CONTENTS OF, OR OPINIONS EXPRESSED IN, THESE STATEMENTS.**

Please note that the candidate names are listed in order by randomly selecting a letter and then listing candidate names alphabetically by last name starting with the letter selected. The random letter selected this year is "L".

If a candidate for any office is unopposed, the candidate shall be declared elected without the necessity of a membership vote.

Please note that the following candidates ran unopposed and will be installed in office on September 12, 2025:

**National Board Member – Singer/Recording Artist** - Dan Navarro;
**Local Board Member – Broadcaster** - Wendy Burch;
**Local Board Member – Dancer** - Danielle Towne;
**Local Board Members – Singer/Recording Artist** - Kenton Chen and Fletcher Sheridan;
**Convention Delegates – Broadcast/News & Information** - Rob Archer and Joy Benedict;
**Convention Delegate – Dancer** - Kevin Stea;
**Convention Delegates – Singer** - Kenton Chen, Natalie Gonzalez Dubois, Jarret Johnson and Fletcher Sheridan

**IMPORTANT!**

**Before marking your ballot, please read the "Voting Instructions" on back of this guide. Following these instructions assures that your vote will be cast properly.**

Ex A-1

The Local Officers and National Board Members, by virtue of their election to those positions, shall also serve as Convention Delegates. The Local Officers also serve on the Local Executive Committee. The Local Officers, Local Board Members and Convention Delegates, by virtue of their election to those positions, also serve as Alternate National Board Members and in certain circumstances, Convention Delegates are also eligible to serve as Alternate Local Board Members.

# **PRESIDENT** / 2 YEAR TERM

## VOTE FOR NO MORE THAN ONE (1)

**001 / PETER ANTICO**
Former Los Angeles New Technology Chair, Stunt Safety Chair, Macroeconomic Scholar, Capital Management, 45yr. vested member, I incepted the Asner legal action winning a 20.6 million settlement for seniors. SAG-AFTRA cut 30% of staff, cut member services, gave executive staff over 1 million in raises while working from home. My opponent championed a disastrous building purchase for 49 million cash, tax assessed value 23 million, current value 15 million. 30 million wasted of your due's money! I will restore financial responsibility, transparency & honesty. Vote the most qualified, not celebrity. I support revenue based residual increases & Blockchain AI protection. **VOTE SLAVIN•ANTICO UnionMemberNews.com**

**002 / JOELY FISHER**
What a privilege it's been to serve as your National Secretary-Treasurer. Now, I ask for your vote for Los Angeles President as I turn my razor-sharp focus on my hometown. Work contraction, strikes, and fires have devastated our city. As President, I will fiercely advocate for the return of production. I've built relationships with political allies that have delivered generous tax incentives and credits. I vow to strengthen the gains in our last contract in upcoming negotiations. I'll stay at the forefront in battling the existential threat of AI as we usher in a new Golden Age.**TheCoalition2025.org**

**003 / BRIAN KRUSE**
I'm not a celebrity—I'm you. A struggling actor who understands the challenges we face. I'm running to be our voice at the table. Hollywood is in crisis. It's time to bring work—and hope—back to Los Angeles. As your President, I will engage with leaders, work to fix our pensions, restore healthcare and fight for fair wages. I'll be the most transparent president this union has ever seen—going live, sharing updates, and keeping you informed every step of the way. The union deserves leadership worthy of its people. Let us rise together. Let me serve. Let me be

---

# **VICE PRESIDENT** / 2 YEAR TERM

## VOTE FOR NO MORE THAN TWO (2)

**004 / LISA ANN WALTER**
Union Girl. Lifelong Bada**. Honored to march with you, fight for wage/workplace fairness AI protections & improve our profit from streaming content. 15 years of leadership - including serving on numerous committees and chairing National Communications and Women's Committees. Most proud of creating resolutions and committee work that led to protections for our female members working in states with dangerous reproductive laws. Next steps: Make independent production less complicated and more profitable for our members and keep production in America. Let's go.**TheCoalition2025.org**

**006 / JOE D'ANGERIO**
**I** will continue to work on behalf of and for the betterment of all SAG-AFTRA members. **Thank you** for your support. Joe

**005 / DR. CYNTHIA LEA CLARK**
Commercials are now 70% non-union—this must change. I will fight for a micro-budget commercial contract to rebuild relationships with ad agencies and bring work back to members. When casting bypasses proper audition procedures, our rules must be enforced—no exceptions. Fairness starts with accountability. Streaming residuals remain far too low. I will work with Wages & Working Conditions to negotiate stronger, fairer residuals that reflect our value. We cannot allow our standards to erode. I will stand firm, push forward, and work tirelessly to protect our rights, restore opportunity, and strengthen our union—for all of us, now and for the future.

**007 / DAVID JOLLIFFE**
I'm running for re-election as your SAG-AFTRA Los Angeles Vice President to continue fighting for fairness, transparency, and stronger contracts in every category of our union. I've proudly served you through strikes, negotiations, and the fight for AI protections—and I'm not done yet. I'm furious about what happened to our seniors' health insurance. I promise that residuals will start counting as earnings for seniors. Together, let's build a more inclusive, forward-thinking union that champions all performers. I'm asking for your vote to keep moving SAG-AFTRA forward—stronger, united, and member-driven. **TheCoalition2025.org**

Ex A-2

The Local Officers and National Board Members, by virtue of their election to those positions, shall also serve as Convention Delegates. The Local Officers also serve on the Local Executive Committee. The Local Officers, Local Board Members and Convention Delegates, by virtue of their election to those positions, also serve as Alternate National Board Members and in certain circumstances, Convention Delegates are also eligible to serve as Alternate Local Board Members.

## LOCAL BOARD MEMBER – ACTOR/PERFORMER AND STUNT PERFORMER / 2 YEAR TERM

VOTE FOR NO MORE THAN FORTY-ONE (41) – ***CONTINUED ON NEXT PAGE***

**008 / SCOTT LAMBRIGHT**

I'm a voice actor, but despite talking for a living, I think the best way to learn is by listening. Listening to concerns from members helps shape my views. I've held the line through two different strikes in the last few years. From the recently settled IMA strike, and the TV & Theatrical, two contracts I frequently work. On the picket line, I learned so much from colleagues, friends, and supporters who I'm lucky to call allies in these trying times. I've served on an organizing committee and fought the good fight, so let me bring your voice to leadership!

**009 / CATHERINE LIDSTONE**

Thanks to your vote, I have had the privilege and the honor of representing the interests of the membership in the LA Local Board & at Convention since 2023. With 12 years of membership, 5 years of Committee work and myriad opportunities in service on behalf of National Board members, I have learned the inner workings of our union and developed collaborative relationships with leaders, staff and members alike. As we move forward in an ever changing industry landscape, I will persist in the fight for the betterment of members' wages, working conditions, and inherent artistic value. Onward and upward. **TheCoalition2025.org**

**010 / KATE LINDER**

As a prior board member and current 43-year+ cast member of *The Young and the Restless,* I truly understand the importance of Pension And Health Care and served on several negotiating committees with that as my primary focus. I was co-chair of the Honors and Tributes committee and served on the Film Society, Military Personnel & Families Support, Organizing, M.O.V.E committees and I'm serving as Governor for the Performers Peer group of The Television Academy. I know many of you because I am one of you. I look forward to making SAG-AFTRA work best for everyone. We are stronger together.

**011 / MONIQUE MARISSA LUKENS**

Lightworker Lukens!!!!!! (AEA) Theatre MFA. Mathematics BA. Educator Essence & NEA Delegate '23-'25. MY BOARD GOALS: Supporting SAG-AFTRA Accountability for: Productions Promoting Pharma-harma; Animal flesh&secretions; Propaganda; Killing; Indoctrination; and a Proponent of Informed consent always and non-carnal intimacy. Began union membership in Philadelphia, 2000. Vegetarian since-2001. Spiritually-religious, ethical VEGAN since-2006. Much ORGANIC-RAW-since 2009. These principles lead my artistic philosophy. I reject animal exploitation. I would like to lead you and the biz towards a new state of consciousness. Ask me about "First Sunday of the Month with Monique Zooms for Critically Thinking, Independent, SAG-AFTRA Members."

**012 / ANTHONY MARCIONA**

(he/him) We must do better! An out and proud working Actor-Dancer for over 50 years, I will continue to advocate for working performers. I fight for living wages, guaranteed Health & Pension for all, safer working conditions, stronger negotiations, transparency and "borderless" work zones. My committee service: Dancers (Chair), Seniors, Sexual Harassment Prevention, LGBTQ+. Let's stop the gaslighting and favoritism and make a change. Together, we can strengthen our Union and build a respectable and sustainable livelihood. www.anthonymarciona.com **TheCoalition2025.org**

**013 / A MARTINEZ**

I'm A Martinez, running for the LA Local Board, and grateful to be aligned with the Coalition. It's been clear for years that our Union's lingering, merger-born partisanship was a crack that weakened us. The unity we forged to get through the 2023 negotiations was a tremendous advantage, and that fact that we've refused to retreat to our separate camps again is the measure of a deeply welcome common sense. The country is teetering on the edge of an unprecedented surrender to economic injustice, and the resistance of unions will be crucial. Solidarity is where we begin. **TheCoalition2025.org**

**014 / SARAH ANN MASSE**

As a proud SAG-AFTRA member since 2012, and serving on committees consistently since 2019, I have prioritized safety, accessibility, inclusion, and equity for all members - especially our most vulnerable populations. Through committee work, convention, W&Ws, and LA Local Board Service, I've been directly involved in ensuring better contract protections against sexual violence, better accessibility for our disabled members, and image protection for all. As a queer, disabled, woman who is a survivor myself these will continue to be my top priorities. I am honored to serve and humbly request your vote so I can continue. @SarahAnnMasse **TheCoalition2025.org**

**015 / KEVIN MCCORKLE**

More career power and control for all LA Union members. An LA Union actor casting database FREE to our membership. Make our new building a hub for creativity and content creation. More social interaction and relationship building programs for members. Increased opportunity and education for every member, not a small percentage. New contracts, affordable technology gives us freedom to create our own content. Empowering programs and training to do that. These should be Union priorities, vote for me, together we'll make it happen.Thanks for your trust and support. **TheCoalition2025.org**

**016 / MARIN M. MILLER**

Since 2018, I have fought for better transparency and wages with the grassroots performers advocacy group I co-founded. Our efforts have resulted in the founding of the dubbing steering committee at SAG-AFTRA and thousands of union jobs. I've also developed gender-affirming speech therapy alongside trans SLPs and hope to serve as an advocate and point of information for young marginalized artists. As a non-binary person raised by two generations of prison guards, I've long reflected on systems that fail communities. Voice actors struggle to have their voices represented in SAG-AFTRA because we have no elected representatives–help us change that.

**017 / MARILYN MONROVIA**

*THIS ISN'T FUNNY!* **MEMBERSHIPFIRST** and **UNITE FOR STRENGTH** sold us out! They promised to fight for working comedians, fair wages, proper healthcare, and meaningful pensions. Instead, we got platitudes and bad deals, shaking hands with executives who exploit us. This leaves us with dry spells and shrinking opportunities. Our art is devalued, our voices silenced by the corporate machine. We deserve better than these false champions. It's time to truly **UNITE** and reclaim what's ours: our laughs, our stages, our honest jokes. **Nationally VOTE Chuck Slavin • Peter Antico UnionMemberNews.com** MarilynMonroviaComedy.com

**018 / NICOLE LEANNE NELSON**

As a member of the Stand-in Committee, I bring a unique perspective to the table, having worked across nearly every SAG-AFTRA category from Major Role Performer to background. This broad experience fuels my strong commitment to advocating for background performers, ensuring their vital contributions are recognized and supported. Beyond that, I firmly believe we must address critical issues like healthcare qualification thresholds, and push for greater residuals transparency. These are essential steps to securing a more equitable and sustainable future for all SAG-AFTRA members. I love my union, and I want everyone to be able to love it as much

**019 / THOMAS OCHOA**

Performers are powerful—and we deserve a union that acts like it. As a Latine performer and the only drag artist serving on both the LA Local & National Boards, I've championed inclusive, progressive leadership through committee service and member-driven reform. I authored the LA Local Town Halls proposal—now adopted to ensure members have a regular space to be heard. I'm passionate about ensuring access to middle-class stability, ending exploitation within the casting process, guaranteeing enforceability of contract terms, and rebranding SAG-AFTRA as a union that is unafraid, empowered, and truly member-focused. **TheCoalition2025.org**

Ex A-3

The Local Officers and National Board Members, by virtue of their election to those positions, shall also serve as Convention Delegates. The Local Officers also serve on the Local Executive Committee. The Local Officers, Local Board Members and Convention Delegates, by virtue of their election to those positions, also serve as Alternate National Board Members and in certain circumstances, Convention Delegates are also eligible to serve as Alternate Local Board Members.

## LOCAL BOARD MEMBER – ACTOR/PERFORMER AND STUNT PERFORMER / 2 YEAR TERM

VOTE FOR NO MORE THAN FORTY-ONE (41) – ***CONTINUED ON NEXT PAGE***

**020 / JENNY O'HARA**
$750 Million in tax incentives!! The accomplishments of our LA Board, members, leaders, and staff who advocate for us are remarkable. The member turnout during the TV/Theatrical strike was extraordinary and led, I am certain, to our historic gains in our subsequent contract negotiations. It has been a pretty amazing year, all in. We applaud the stamina and unwavering commitment of our negotiating teams and our members. I am asking once again for your vote for LA Local Board and Delegate. Onward! Service: LA Local First VP, LA Local Board, National Board. Committees - National HATS, LA HATS, TV/Theatrical Negotiating, Executive, Communications, Women's, Self Tape, TVTheatrical Principal Performers. www.TheCoalition2025.org

**021 / PEGGY LANE OROURKE**
I currently Chair the *Child Protection Task Force* and have vastly improved our contracts with changes that haven't happened in 40 years. There is now an Institutional Initiative to continue this essential work for Minors. I Chair the *Sexual Harassment Prevention Committee* and the *Stand In/Rehearsal Actor Committee.* I came up with the 150.00 adjustment for Multi Camera Rehearsal Actors and Photo Doubles. I believe in doing the work. Not complaining about what hasn't been done, but working towards what CAN be done. I'd appreciate your vote so I can keep doing that on your behalf. **TheCoalition2025.org**

**022 / RON OSTROW**
I've been a working actor for almost 40 years. I know from personal experience as a two-time cancer survivor how important our health benefits are and how hard they are to earn. During 10 major negotiations I've been fighting to improve our contracts, protect our plans, increase residuals, and make benefits accessible for all. As chair of the National Background Actors Committee, I fight hard for background. We need contracts that support everyone and leaders who'll work for you. I respectfully ask for your vote for another term on the LA Local Board. **TheCoalition2025.org**

**023 / CHEYENNE PEREZ**
I'm a working-class actor running for the LA Local Board to represent those making a living gig by gig. I serve as Vice Chair of the LA Organizing Committee and was a Strike Captain and Lot Organizer at Warner Bros. during the 2023 TV/Theatrical Strike. Since joining SAG-AFTRA in 2018, I've been committed to building member power from the ground up. I'm running to fight for accessible healthcare, enforceable contracts, and fair pay for all performers. It's 2025—our union must meet this moment with courage, solidarity, and a clear vision for a stronger future. **TheCoalition2025.org**

**024 / ALEX PLANK**
Once elected, I will be the only member of leadership with a service dog. As an autistic actor and disability rights activist, I have a passion for improving things for marginalized performers. Having served as a strike captain and on the performers with disabilities and communications committees, I'm excited to continue to work to bring SAG-AFTRA into the modern era by increasing our union organizing efforts, building solidarity, and improving future negotiations so that our members have opportunities in a rapidly changing world. **TheCoalition2025.org**

**025 / STEFANIE POWERS**
I am running to resume my position on the Local Board after much consideration because I feel there is still so much to accomplish on behalf of my fellow performers and I live in hope that my participation will add to those of like mind who feel that a union is important in defending the four principles for which it was formed... to safeguard and defend wages and working conditions, and to protect our pension and health care. **TheCoalition2025.org**

**026 / BEATA POZNIAK**
As a 35-year SAG-AFTRA member, performer, and award-winning voice artist, I understand the challenges and dreams we share in every corner of our industry. For many years, I've fought for underrepresented voices by serving on the Local and National Women's Committees. I have spearheaded events to honor great achievements of women in our industry and beyond. I also initiated and lobbied for the first bill in the history of US Congress recognizing International Women's Day in America, proving I can get things done. Together, we can protect fair pay, strengthen healthcare and pensions, and build a future where every

**027 / SHERYL LEE RALPH**
Greetings. I'm running for local and national SAG/AFTRA board leadership because I believe in building a stronger, more inclusive, and transparent union that truly reflects the needs of OUR members. I've seen firsthand as LA Local VP the power of collective action, but I've also seen where we can do better whether it's in communication, advocacy, or protecting our rights on the ground. I'm committed to fighting for real change. With your support, I'll work to ensure that our union remains a force for fairness, equity, and lasting progress. Thank you. Sheryl Lee Ralph **TheCoalition2025.org**

**028 / LINSAY ROUSSEAU**
As a VO and on-camera actor, I work across multiple contracts. I know firsthand that one size doesn't fit all. I've served on the Interactive Negotiating Committee and LA Local Committee, always putting members first. Our video game negotiations proved what's possible when we stand strong together. I'll keep fighting for fair contracts, safe sets, and AI protections — especially in VO and stunts, where members are often overlooked. I'm also VP of QueerVox and on the board of NAVA. I don't represent one category—I represent all of us. I'm running because OUR union deserves leadership that listens, shows up, and never

**029 / JERI RYAN**
I've been lucky enough to work as an actor since 1990. For most of those years, I took all of this - our rights, our union-won protections — for granted. But I've seen the seismic shift in our industry. Watched it become less viable as a career for many working class actors. While we've made some gains, our fight continues. The past 2 years, I've been proud to serve on the LA Local Board, on National Committees : TV/Theatrical Principal Performers, Sexual Harrassment, Government Affairs & Public Policy, Honors & Tributes, and on LA Local Committees: Executive,Sexual Harassment, Women's. Now, I'm ready to keep fighting to protect this industry we all love. TheCoalition2025.org

**030 / WEDNEZDAY RYAN**
UPDATE: Los Angeles 2023, ballots mailed 60,957 only 10,697 voted. How is this democracy? Encourage members to VOTE! Since 2008 I have spent most of my time resisting dangerous globalist policies that have been gutting our access to the work, while simultaneously sounding the alarm about emerging technologies for well over a decade. Ever wonder WHY the work is going overseas or WHY scanning is now a condition of employment or WHO gets these fund$? Insanity= doing the same thing over and over again expecting different results. SAG-AFTRA needs unentangled, futurist leaders transparent enough to ask questions like these. https://wednezdayryan.workbooklive.com

**031 / WOODY SCHULTZ**
Since joining SAG-AFTRA, I've proudly advocated for our members' rights and protections. As AI Task Force chair and Innovations and New Technology vice-chair, I'm focused on how emerging technologies like AI can benefit members while fighting to mitigate the potential threats to our livelihoods. On multiple negotiating committees I've bargained strong contract language to safeguard a performer's voice and likeness. As a Government Affairs and Public Policy Committee member I've fought for legislation to protect performers' work and images and for increased tax incentives to bring work back to California. Together, let's ensure a future with fair compensation and endless possibilities for all members. www.TheCoalition2025.org

The Local Officers and National Board Members, by virtue of their election to those positions, shall also serve as Convention Delegates. The Local Officers also serve on the Local Executive Committee. The Local Officers, Local Board Members and Convention Delegates, by virtue of their election to those positions, also serve as Alternate National Board Members and in certain circumstances, Convention Delegates are also eligible to serve as Alternate Local Board Members.

## LOCAL BOARD MEMBER – ACTOR/PERFORMER AND STUNT PERFORMER / 2 YEAR TERM

VOTE FOR NO MORE THAN FORTY-ONE (41) – ***CONTINUED ON NEXT PAGE***

**032 / SHAAN SHARMA**

I do what I believe is right for you, the members, not what's easy or self-serving. For over 8 years, I've challenged the status quo wherever it fails us. With your support, we reformed the LA Local, rebuilt the LA Conservatory and Member Orientation, and mentored amazing, new leaders. But bad National leadership keeps blocking our progress. To move SAG-AFTRA forward, we must reform the other 24 Locals and who they elect to the National Board. Most of us come from one of them, so let's help them, and get our union working properly.

**033 / ALYSON STONER**

As a 25-year member and mental health practitioner, I'm committed to increasing mental health tools and resources for all members, as well as creating safer and healthier performance spaces for youth. With experience in film/tv/commercial/digital/VO/theater, I bring a cross-disciplinary, accessibility-minded, and trauma-informed lens to each conversation. Let's build a healthier, more sustainable industry that integrates wellbeing into our work. **TheCoalition2025.org**

**034 / CHRISTIAN TELESMAR**

I am excited to run for my second term for LA Local Board and Convention Delegate. With a decade of union membership, I am passionate about diversity, equity, and inclusion in the arts. Experience on the Orientation Subcommittee and as Vice-Chair of the LA Strike Preparedness Committee has given me valuable insights into union governance. As a business owner with an MFA and an MBA, I offer a fresh perspective on technology, innovation and performer labor leadership. If elected, I will fight for better communication, compensation, and representation for all. **TheCoalition2025.org**

**035 / KATIE VON TILL**

Education and communication are the cornerstones of my union service. I make myself available to fellow members and do my best to help them get the answers they seek. My keen analytical skills, open-mindedness, and unwavering dedication have proven to be assets on committees, in boardrooms, on the picket line, at convention, and as National Co-Chair of the Commercial Contract Negotiating Committee. LA Local Committees include: Government Affairs and Public Policy and Voiceover Performers. National Committees include: Professional Representatives, Financial Core, and Commercial Performers. Union service is rarely fun. I don't do it for kicks. I do it for us. TheCoalition2025.org

**036 / KEVIN E. WEST**

No Statement

**037 / VIVICA WHITSETT**

Proud union member for over 25 years, former National and LA Local board member. I believe our members deserve a diverse board that explores innovative ways to organize work, pass legislation related to AI, and provide protections for background performers and intimacy coordinators on set. I will continue to uphold my commitment to inclusiveness, accountability, and the future of this union and our members. Together, we stand stronger. Contracts worked: Commercials, TV/theatrical productions, New Media/low-budget projects Committees Served: CARC, Executive Committee, Communications, Governance, LA Host, Diversity, Honors & Tributes, and MOVE. Notably, I held the position of former National/LA Local Chair of EEO.

**038 / PAUL ZIES**

A longtime SAG member (27 years ) in film, television, and commercials. I am a first-time candidate for Los Angeles Local Board Member as well as a Convention Delegate. I want to be a part of our coalition and ensure our pensions remain secure, push for more SAG productions to stay in Los Angeles, and improve how we qualify for healthcare.

**039 / MONIB ABHAT**

As a 10-year SAG member, I've experienced the highs and the lows of what this profession and this union has given and taken from us. I've been able to dedicate my entire life to the craft, and then I've had to pivot, working in other industries to provide for my family after I lost my earning qualification for healthcare. I want to be a voice for the union members who are at the tipping point of success and transition. To advocate for the members who've been able to withstand the last five years, and have pulled themselves back up

**040 / PETER ANTICO**

Former Los Angeles New Technology, LA Stunt Safety Chair, Macroeconomic Scholar, Capital Management, 45yr. vested member, I incepted the Asner legal action, won 20.6 million settlement for seniors. SAG-AFTRA cut 30% of staff, cut member services, gave executive staff over 1 million in raises while working from home. Opponents purchased building for 49 million cash, tax assessed value 23 million while members lost healthcare. Current value 15 million! 30 million in dues wasted. I will restore financial responsibility, transparency & honesty. I support residuals for TV coordinators, increased BG coverage nationwide, revenue based residual increases & Blockchain AI protection. **VOTE SLAVIN•ANTICO UnionMemberNews.com**

**041 / KRISTEN ARIZA**

I have been a working-class member of SAG since 2002. In that time, I have seen how many of us actors have been taken advantage of, how our contracts have eroded, and our residuals have been reduced. Why am I running? Because I want to make sure as many members as possible are able to earn a living and maintain their healthcare benefits and pension. I am passionate about transparent communication and the education of our membership. I presently serve on the Commercial Performers Committee and would be honored to have your vote for LA Local Board and Convention Delegate. **TheCoalition2025.org**

**042 / SEAN ASTIN**

For 44 years—since I joined the union as a young performer and my mother was President of this union—I've had a deep passion for the fierce advocacy of our members. Through service on the National and Local Boards, five Negotiating Committees, and many others, I've learned that every performer and every Local deserves real understanding and determined support. Our industry is hurting. We need strong leadership. Healthcare and pension reform. Expansive AI protections. Better contracts. Better pay. Better streaming residuals. Stronger enforcement. Safer working conditions. I have been and will continue to fight for you. **TheCoalition2025.org**

**043 / JANE AUSTIN**

Member since 1987, former National-Secretary Treasurer, and LA Local President for four years. I have demonstrated my commitment to strengthening contracts and raising awareness for action on crucial industry issues. My priorities are protection for our members with the use of AI technology and returning production to the United States, not only for our members income, but to sustain contributions to maintain a robust and thriving pension and health plans. If elected I will continue to fight for SAG AFTRA members' future and ensure that all artists are valued, represented, and protected. **TheCoalition2025.org**

The Local Officers and National Board Members, by virtue of their election to those positions, shall also serve as Convention Delegates. The Local Officers also serve on the Local Executive Committee. The Local Officers, Local Board Members and Convention Delegates, by virtue of their election to those positions, also serve as Alternate National Board Members and in certain circumstances, Convention Delegates are also eligible to serve as Alternate Local Board Members.

## LOCAL BOARD MEMBER – ACTOR/PERFORMER AND STUNT PERFORMER / 2 YEAR TERM

VOTE FOR NO MORE THAN FORTY-ONE (41) – ***CONTINUED ON NEXT PAGE***

### 044 / SHONDRELLA AVERY

As a seasoned corporate professional and storyteller, I understand both business strategy and creative expression. I'm committed to bridging these worlds with purpose and passion. Let's stay focused on the present, honoring how far we've come while continuing the vital work ahead. I deeply respect the contributions each of you has made. I remain fully devoted to the mission, ready to build, elevate, and amplify our voices. Together, we rise—united in purpose, moving from victory to victory as we shape a future of impact, growth, and shared success. **TheCoalition2025.org**

### 048 / HEATHER-ASHLEY BOYER

During the strikes in 2023, Heather-Ashley became an outspoken advocate for actors on the picket lines, highlighting the threat AI presents to performers' livelihoods. After the strikes, Heather-Ashley began pursuing legislative protections at state and federal levels, and became involved in union leadership, serving on multiple committees within SAG-AFTRA, including the LA Government and Public Policy Committee (GAPP) and LA New Technology Committee. Heather-Ashley is working to establish guardrails on AI, including a federal right of publicity to protect everyone's likeness from exploitation. Her mission is clear: hold the line against technological overreach and build a human-centered future. **TheCoalition2025.org**

### 052 / JESSE MARTINEZ CARLOS

I'm running for Board Member because I believe in strengthening our union's voice and empowering every member. I come from a Union family. It's in my blood. With multiple years experience in advocacy with Union Healthcare, Law Enforcement and the Entertainment sectors and a passion for fairness, I'm committed to better contracts, inclusive opportunities, and accountability in leadership. I'll listen and lead with integrity fighting for the future we all imagine. Committees currently serving: Stand-In/Rehearsal Actors, Government Affairs and Public Policy & Commercial Performers. Together, we shape what comes next. **TheCoalition2025.org**

### 045 / DAVID BLUE

A New Yorker who made L.A. my home *cough*years*cough* ago, I've worked almost every contract in my decades in SAG-AFTRA; from background to series regular, featured to lead, TV, Film, Video Games, Commercials, Animation, Dubbing, Dance… and I think that's what makes our Union strong: all of us. Together. Fighting as one, we can advance our contracts & careers. Not about slates, not about parties, but as a united front - listening to your wants, and fighting for our needs. I'd be honored to be your voice on the Local Board. www.TheCoalition2025.org

### 049 / LAURA LINDA BRADLEY

Over my ten years of union service, our industry has rapidly evolved; but what remains is the power of community! I've had the honor of serving on national and local committees including Member Outreach Relations & Education, Professional Representatives, and Next Gen Performers. I've been inspired teaching at the SAG-AFTRA Conservatory and moderating for the SAG-AFTRA Foundation. I would love to continue my union service as a board member for the Los Angeles Local. I believe all members deserve access to the creative resources & mentorship essential to building a lasting career. I will support LA members in building a community where we come together as collaborators. www.TheCoalition2025.org

### 053 / EVER CARRADINE

I have been a proud union member and working actor for 30 years. I've worked in sitcoms, network TV, cable, studio films, independents, and streamers. I have been everything from a day player to number one on the call sheet. I have seen first hand how our business has changed, and how hard it has become to make a living wage as an actor. I am not afraid to use my voice to call out injustice, and I would be honored to continue to give my time and my voice to work on behalf of my fellow actors. www.TheCoalition2025.org

### 046 / KATE BOND

After serving as an alternate in every National Board meeting since I joined the Local Board, I wish I could tell you that things are fine. Things are not fine. A lot of our entrenched national leadership and staff are out of touch with the realities that rank-and-file members face. That's why I was a strike captain. It's why I've fought to get contract language for our deals released. It's why I'm lead plaintiff in the class action lawsuit against Actors Access. And it's why I'll keep working to reform our union, build power, and increase transparency. **TheCoalition2025.org**

### 050 / MATT BUSH

For the past two years, I've served as a Los Angeles Board member and National Board alternate. What stands out most is that, on big-picture issues, these seats are largely performative (no pun intended). The board almost always defers to the Executive Director and staff. Sometimes that's appropriate—but other times, it's been catastrophic. Unless we elect more—and I mean a lot more—board members willing to have uncomfortable conversations about how our union is run, we'll keep rearranging deck chairs on the Titanic. If we get the numbers, I'll be a dependable vote for real change at the top. **TheCoalition2025.org**

### 054 / GERARDO CELASCO

No Statement

### 047 / MICHELLE C. BONILLA

A working SAG-AFTRA actor for over 31 years, I work under many of our contracts as a performer. Providing safer working conditions, proper wages, diversity, inclusion, and bettering contracts has always been my focus. As your LA Local Board member, I used my seat to make steady and powerful change: co-writing a resolution on DEI that inspired our union to release a statement, and during the fires, working with SAG-AFTRA Foundation to help more members get financial help. Committees: National Latino, National Self-Tape, National Government Review, Local Government Review, Constitutional Amendments and Resolutions, National Strike Preparation. It would be an honor to continue to serve on our Los Angeles Local Board. www.TheCoalition2025.org www.michellecbonilla.com

### 051 / DANICE CABANELA

It's been an incredible honor to be a SAG-AFTRA member for over a decade now. I've served as Co-Vice Chair of the LA Organizing Committee as well as on the LA Strike Preparedness Committee. I'm also proud to have served as a Strike Captain during the 2023 strike. In all of those experiences, I've witnessed immense power and inspiration working alongside my fellow members and believe that when we work united we can do immense good. Collective action is a powerful thing and I would be greatly honored to serve on the LA Local Board. **TheCoalition2025.org**

### 055 / VANESSA CHESTER

I'm Vanessa Chester, a proud SAG-AFTRA member since the age of three. I'm best known for my roles in A Little Princess and The Lost World: Jurassic Park. As the daughter of Guyanese immigrants and a first-generation college graduate, I'm passionate about access to opportunity, education, and social justice. I currently serve on several national SAG-AFTRA committees, including the Self Tape, M.O.R.E., and iActor Committees. I'm dedicated to improving the quality of life for working actors and empowering performers to know their worth. **TheCoalition2025.org**

The Local Officers and National Board Members, by virtue of their election to those positions, shall also serve as Convention Delegates. The Local Officers also serve on the Local Executive Committee. The Local Officers, Local Board Members and Convention Delegates, by virtue of their election to those positions, also serve as Alternate National Board Members and in certain circumstances, Convention Delegates are also eligible to serve as Alternate Local Board Members.

## LOCAL BOARD MEMBER – ACTOR/PERFORMER AND STUNT PERFORMER / 2 YEAR TERM

VOTE FOR NO MORE THAN FORTY-ONE (41) – ***CONTINUED ON NEXT PAGE***

**056 / JILLIAN CLARE**

As a proud SAG-AFTRA member since 2001, I'm here to fight fiercely for fair contracts, residuals, image rights, and real on-set safety. I've served on our LA Local Board for two years and attended numerous National Board meetings, advocating for meaningful change. As Co-Chair of the LA Young Performers Committee for four years, I've championed protections for our most vulnerable talent. I'm completing my Master's in Legal Sciences at Cornell, focused on AI and negotiation, serve on the Child Protection Task Force, and bring political experience, working with congressmen to push federal protections for minors. Let's demand better—together. **TheCoalition2025.org**

**057 / DR. CYNTHIA LEA CLARK**

**Proud Union Member – 40+ Years Strong** I've worked most contracts and dedicated decades to protecting and uplifting our members. SAG Board SAG-AFTRA Conservatory – 20 Years Casting – 5 Years Health & Safety – 2 Communications – 2 HAT – 2 Wages & Working Conditions – 4 Trial Board – 2 AFTRA Nominating Committee – 1 Sexual Harassment - 1 PWD – 1 Special Events (AFTRA) – 3 Elected Delegate – 8 Conventions **Experience. Integrity. Action.** —I'm committed to making this Guild stronger!

**058 / JOSH COVITT**

25 years in SAG-AFTRA. Member of Commercial Performers and Organizing Committee. Not famous (sorry, Mom), not affiliated with a "party", I am just a working middle-class actor who wants to make sure that SAG-AFTRA members can make a living. RATES & RESIDUALS are my primary concerns; keep them fair and competitive, and there's a future for us all. Beyond acting, my experience in math/education helps me break down numbers & contracts and effectively communicate concepts. Elect me to the LA Board and I will do everything I can to work for ALL our members. Thank you!!!

**059 / JAMES CROAK**

No Statement

**060 / NICOLE CYRILLE**

As a fierce advocate for performers with disabilities, I pushed to create and now chair the LA Performers with Disabilities Committee, and Vice Chair of its National Committee. I served on the 2023 TV/Theatrical and 2025 Commercial Negotiating Committees. I'm running as an independent because leadership should be open to everyone—not just a few. I believe what supports disabled performers strengthens our union as a whole. My work centers on equity, access, and authentic representation. With deep union experience and a commitment to inclusion, I respectfully ask for your vote to help build a stronger, more representative SAG-AFTRA.

**061 / JOE D'ANGERIO**

**I** will continue to work on behalf of and for the betterment of all SAG-AFTRA members. **Thank you** for your support. Joe

**062 / WILLIAM STANFORD DAVIS**

As a local board member, senior performer, and proud union member with over 30 years of service, I'm deeply committed to seeing production return to Los Angeles. Honoring the tradition of filmmaking in Los Angeles by bringing work back home means jobs for our crews, stability for families, and a stronger local economy. Additionally, during the onset of the COVID-19 pandemic, many seniors like myself were stripped of our health insurance—an experience marked by shame and humiliation. We cannot allow that to happen again. Our union must ensure that our health insurance and pensions are protected, especially for senior members. We must make

**063 / DENNIS DEPEW**

SAG-AFTRA Brothers/Sisters, Been busy finishing up my MA in Criminal Justice, & prepping to start the Doctrine in Criminal Justice courses come Fall 2026. I've been involved in multiple local committees the last few terms. We've been through it the last 5 years: COVID, 2023 strike, & just recently the LA County fires. My goal if elected would be to fight to have productions return/remain in LA/Hollywood, and the great state of California. Hollywood is the heart of the entertainment industry and we need to show that our heart still beats strong here in Tinseltown.

**064 / SUSIE DUFF**

A union is the only organized effort on the face of this planet whose sole purpose is the redistribution of greed. Greed tossed 11,750 senior performers from our Health Plan—mid-Pandemic—despite the fact that —for decades—these very seniors paid to build it. **Greed creates teeny residuals—that, for SAG-AFTRA Seniors, no longer count to create their health plan.** Greed is why your pension accrues at half the rate of your own paid employees. Confused? Concerned? Clear, coherent solutions are yours only if you vote. Please, our Union deserves your vote. Please urge your friends to vote. Thank you.

**065 / MARIE FINK**

Proud SAG-AFTRA stunt performer/coordinator for 20-years. Currently serving on National and Local boards, I am running once again to continue the fight for stronger contracts, enforcement of our hard-earned negotiated CBA terms, more work in the LA local and a solution to the broken residual system. I seek full transparency from SAG-AFTRA in all matters concerning guild members. I will continually speak up, show up, and stand up for what's right. If you want someone who puts members first and is not afraid to challenge the status quo, then vote for Marie Fink for Local Board.**TheCoalition2025.org**

**066 / FRANCES FISHER**

I've served our beloved union for 25 years. National Board, LA Local VP & Local Board Member. I've fought hard for your protections- We made gains to build upon in the next negotiations. Seniors who are vested must have their residuals count as earnings. I've kept putting the Membership First and foremost in my mind. Vote my ride-or-die, Union Stalwart David Joliffe. **TheCoalition2025.org**

**067 / RICHARD HADFIELD**

The goal for every union and any elected union leader should be to elevate the standard of living of the members that they represent. I'm asking for your vote so that I can continue to work for the actors-performers, singer-recording artists and broadcasters in that effort. I have now served several terms on the Los Angeles local Board and as Chair of the LA Government Review Committee. This experience gives me the ability to better guide the local in assisting LA members in achieving their career goals.**TheCoalition2025.org**

Ex A-7

The Local Officers and National Board Members, by virtue of their election to those positions, shall also serve as Convention Delegates. The Local Officers also serve on the Local Executive Committee. The Local Officers, Local Board Members and Convention Delegates, by virtue of their election to those positions, also serve as Alternate National Board Members and in certain circumstances, Convention Delegates are also eligible to serve as Alternate Local Board Members.

## LOCAL BOARD MEMBER – ACTOR/PERFORMER AND STUNT PERFORMER / 2 YEAR TERM

VOTE FOR NO MORE THAN FORTY-ONE (41) – ***CONTINUED***

**068 / SAMANTHA HARTSON**

Last election, we ran as Unity, and many were not fans. Being part of the TV/ Theatrical Negotiating Committee, I appreciated not having to worry about an election while trying to navigate important negotiations, where **every category** had vital needs. I didn't change who I was or vote differently. It was a group that found ways to work together, and it was a welcome change. This year, we'll try something similar, because it felt much more productive to find common ground in a kind manner. Now, to focus on **HealthCare for seniors**, and **bringing work back!** **TheCoalition2025.org**

**069 / AUSTIN HIGHSMITH GARCES**

As a member since 2005, I'm proud to have served on the LA Local Board and Convention Delegate this past term, and I'm eager to continue working for the largest SAG-AFTRA local. I've served on the National Low Budget Committee for two terms, as well as SAG indie, and I'm passionate about working for our members who perform in indie projects and who use our low budget contracts. I will continue to work as hard as I can for the working class actor, as I'm one myself and have been for 20 years and counting. www.TheCoalition2025.org

**070 / SWATI KAPILA**

As a proud SAG-AFTRA member for 18 years, I understand the joys and hardships of building a sustainable career in this business. I'm a working actor, mom, and first generation American. I'm running to amplify the voices of everyday performers: co-stars, guest stars, parents, and all artists fighting for a fair shot. I've worked a wide variety of theatrical and commercial contracts, as both a Principal and Background actor. I can speak to the unique challenges inherent to each. We need better resources, smarter protections, and stronger community. I'd be honored to serve the Los Angeles local. IG @SwatiKapila

**071 / MATT KAVANAUGH**

Two years ago, in the midst of a historic strike, two longtime-feuding groups of politically strident members came together and presented a unified front in the election and negotiating room, for the benefit of the membership. We are coming together again because it's critical to have experienced leaders that represent a diverse array of knowledge, lived experiences and learned viewpoints. Members need work opportunities, reliable contract enforcement and strong AI protections. With your vote to re-elect me to the board, I will bring bold, outside-the-box strategies to address these concerns. Thank you. **TheCoalition2025.org**

**072 / HENRY KINGI JR**

I believe in unity and the real power of progress. As a proud SAG-AFTRA member for 37 years, I've weathered industry shifts, stood with our colleagues, and remain focused on the future. With today's economic climate and the rise of AI reshaping our landscape, we must act to protect what matters—our jobs, our voices, and our humanity. As Chair of both the National and LA Local Stunt & Safety Committees, I've fought to raise awareness, but real change happens in the room. I will serve with integrity, share my experience, and stay fully committed to our union's future **TheCoalition2025.org**

The Local Officers and National Board Members, by virtue of their election to those positions, shall also serve as Convention Delegates. The Local Officers also serve on the Local Executive Committee. The Local Officers, Local Board Members and Convention Delegates, by virtue of their election to those positions, also serve as Alternate National Board Members and in certain circumstances, Convention Delegates are also eligible to serve as Alternate Local Board Members.

## NATIONAL BOARD MEMBER – ACTOR/PERFORMER AND STUNT PERFORMER

VOTE FOR NO MORE THAN SIXTEEN (16) – ***CONTINUED ON NEXT PAGE***

**073 / KATE LINDER**
As a prior board member and current 43-year+ cast member of *The Young and the Restless*, I truly understand the importance of Pension And Health Care and served on several negotiating committees with that as my primary focus. I was co-chair of the Honors and Tributes committee and served on the Film Society, Military Personnel & Families Support, Organizing, M.O.V.E committees and I'm serving as Governor for the Performers Peer group of The Television Academy. I know many of you because I am one of you.. I look forward to making SAG-AFTRA work best for everyone. We are stronger together.

**074 / JODI LONG**
Bringing production back to **L.A.** is crucial. Eased film permits and state tax incentives is a start. Getting **FEDERAL** tax credits bringing work back from overseas, is a **MUST**. Ensuring the best contracts, health/pension plans, and AI protections is paramount. Alongside President Drescher, I was the L.A. Chair for the 2023 TV Theatrical negotiations with the AMPTP. National Principal Performers Chair. Your LA President, two terms. I am inclusive and fair with the ability to stand strong when needed. Political maneuvering is deadbeat. Honesty, transparency, consensus, trust, is a more enlightened path to all good things. (96)

**075 / PAULA MARSHALL**
As a proud member since 1985 there has never been a more important time to get involved. So here I am. **TheCoalition2025.org**

**076 / MARIN M. MILLER**
Since 2018, I have fought for better transparency and wages with the grassroots performers advocacy group I co-founded. Our efforts have resulted in the founding of the dubbing steering committee at SAG-AFTRA and thousands of union jobs. I've also developed gender-affirming speech therapy alongside trans SLPs and hope to serve as an advocate and point of information for young marginalized artists. As a non-binary person raised by two generations of prison guards, I've long reflected on systems that fail communities. Voice actors struggle to have their voices represented in SAG-AFTRA because we have no elected representatives–help us change that.

**077 / MARILYN MONROVIA**
*THIS ISN'T FUNNY!* **MEMBERSHIPFIRST** and **UNITE FOR STRENGTH** sold us out! They promised to fight for working comedians, fair wages, proper healthcare, and meaningful pensions. Instead, we got platitudes and bad deals, shaking hands with executives who exploit us. This leaves us with dry spells and shrinking opportunities. Our art is devalued, our voices silenced by the corporate machine. We deserve better than these false champions. It's time to truly **UNITE** and reclaim what's ours: our laughs, our stages, our honest jokes. **Nationally VOTE Chuck Slavin • Peter Antico UnionMemberNews.com** MarilynMonroviaComedy.com

**078 / SHIVA NEGAR**
I am proud to be a SAG-AFTRA member because our union gives performers a collective voice. As a working actor, I understand firsthand the challenges we face, especially when it comes to fair pay, diversity, and consistent work opportunities. If elected to the National Board, I'll fight for stronger protections around our image and likeness, demand fair compensation, and champion real diversity and inclusion. Our voices matter, and I'm committed to representing the concerns of working performers navigating this ever-changing and unstable industry. **TheCoalition2025.org**

**079 / RON OSTROW**
After over a decade in service, multiple negotiations, and committee chairpersonships, I see our union on the verge of finally embracing its true strength. Better residuals, stronger protections, access to benefits; you've heard that all before, but I think we can make real progress under the leadership of Sean Astin. We can build upon the unity of purpose that we showed during the TV/Theatrical and Video Game strikes. I ask that you elect him and allow me to work beside him on the national board to continue this forward trend. (see local statement for more). **TheCoalition2025.org**

**080 / STEFANIE POWERS**
I am running to resume my position on the National Board after much consideration because I feel there is still so much to accomplish on behalf of my fellow performers and I live in hope that my participation will add to those of like mind who feel that a union is important in defending the four principles for which it was formed... to safeguard and defend wages and working conditions, and to protect our pension and health care. **TheCoalition2025.org**

**081 / SHERYL LEE RALPH**
Greetings. I'm running for local and national SAG/AFTRA board leadership because I believe in building a stronger, more inclusive, and transparent union that truly reflects the needs of OUR members. I've seen firsthand as LA Local VP the power of collective action, but I've also seen where we can do better whether it's in communication, advocacy, or protecting our rights on the ground. I'm committed to fighting for real change. With your support, I'll work to ensure that our union remains a force for fairness, equity, and lasting progress. Thank you. Sheryl Lee Ralph **TheCoalition2025.org**

**082 / JERI RYAN**
I've been lucky enough to work as an actor since 1990. For most of those years, I took all of this - our rights, our union-won protections — for granted. But I've seen the seismic shift in our industry. Watched it become less viable as a career for many working class actors. While we've made some gains, our fight continues. The past 2 years, I've been proud to serve on the LA Local Board, on National Committees : TV/Theatrical Principal Performers, Sexual Harrassment, Government Affairs & Public Policy, Honors & Tributes, and on LA Local Committees: Executive,Sexual Harassment, Women's. Now, I'm ready to keep fighting to protect this industry we all love. TheCoalition2025.org

**083 / GRANT SHOW**
I've been a member of SAG for 43 years. Throughout those years, I've seen us leave negotiation after negotiation with less than we went in with. The last time was different. We made headway. The producers are going to do their best to claw that back and take even more. We can not let that happen. Our seniors were promised lifetime healthcare after vesting. That promise has shamefully been broken. We must continue the fight we have begun. We must gain more ground and not give an inch! **TheCoalition2025.org**

**084 / MARTIN STARR**
As a SAG member for the vast majority of my life, our union is very important to me! Thank you for considering voting for me. **TheCoalition2025.org**

The Local Officers and National Board Members, by virtue of their election to those positions, shall also serve as Convention Delegates. The Local Officers also serve on the Local Executive Committee. The Local Officers, Local Board Members and Convention Delegates, by virtue of their election to those positions, also serve as Alternate National Board Members and in certain circumstances, Convention Delegates are also eligible to serve as Alternate Local Board Members.

## NATIONAL BOARD MEMBER – ACTOR/PERFORMER AND STUNT PERFORMER

VOTE FOR NO MORE THAN SIXTEEN (16) – ***CONTINUED ON NEXT PAGE***

### 085 / KEVIN E. WEST

I'm a 30+ year veteran of television and independent unity coalition advocate. As L.A. Organizing committee CHAIR and the negotiating committee, during the strike, my union history is steeped in intelligent SOLUTIONS. Currently: M.O.R.E. Co-Chair + Natl: Communications – ProfRep – Disciplinary – Organizing. Henceforth, SAG-AFTRA faces the constant challenge of technology and returning work to California. We cannot rest, nor waste time, with intra-union discord. We're all different, yet must remain together, and that requires M.O.R.E. member education-information nationwide. I'm an innovative thinker and ACTIVE leader, also Founder of the award-winning organization, The Actors' Network. I SERVE efficiently and effectively, for you!

### 086 / VIVICA WHITSETT

Proud union member for over 25 years, former National and LA Local Board member. I believe our members deserve a diverse board that explores innovative ways to organize work, pass legislation related to AI, and provide protections for background performers and intimacy coordinators on set. I will continue to uphold my commitment to inclusiveness, accountability, and the future of this union and our members. Together, we stand stronger. Contracts worked: Commercials, TV/theatrical productions, New Media/low-budget projects Committees Served: CARC, Executive Committee, Communications, Governance, LA Host, Diversity, Honors & Tributes, and MOVE. Notably, I held the position of former National/LA Local Chair of EEO.

### 087 / SHOHREH AGHDASHLOO

As someone who was embraced by the union 22 years ago and treated as one of its own, I'm eager to give back. If elected to the National Board, I will focus on negotiating and enforcing contracts that guarantee fair wages, safe working conditions, and stronger accountability in how our contracts are upheld. I'll advocate for pension benefits, legal protections, and access to health insurance and retirement plans. I believe in the union's power to support actors in hard times, by securing residuals, and protecting our image and likeness in the face of emerging technologies.

### 088 / CRISTELA ALONZO

Many of our SAG-AFTRA members are living their lifelong dream. Something that once felt impossible to me, but still worth the risk. I believe in protecting and advocating for us so that dream is not just protected but able to thrive. We've long stood at the crossroads of art and commerce, and I'm ready to ensure EVERY member knows their voice is powerful and necessary. There's a chant we say: "Who's got the power? We got the power! What kind of power? People power!" I carry that with me. I am here to serve. **TheCoalition2025.org**

### 089 / MÄDCHEN AMICK

I've been a proud SAG-AFTRA member since 1987. I've grown up in this industry and have seen firsthand how vital it is to care for the whole artist—mind, body, and spirit. My advocacy in mental health, from Capitol Hill to the United Nations, drives my passion to create real, systemic change within our industry. I'm inspired by my fellow members every day, and I'm running for National Board to ensure we build a union that not only protects our work but also champions our well-being, dignity, and humanity at every level. **TheCoalition2025.org**

### 090 / PETER ANTICO

Former Los Angeles Technology Chair, Stunt Safety Chair, Macroeconomic Scholar, Capital Management, 45yr. vested member, I incepted Asner legal action winning a 20.6 million settlement benefiting seniors. SAG-AFTRA borrowed 10 million from PPP, cut 30% of staff, cut member services, gave executive staff over 1 million in raises while working from home. 42 million office expense, purchased building for 49 million cash, tax assessed value 23 million while members lost healthcare. I will restore financial responsibility, transparency & honesty. I support residuals for TV coordinators. increased BG coverage nationwide, meaningful residual increases & AI protection. **VOTE SLAVIN•ANTICO UnionMemberNews.com**

### 091 / SEAN ASTIN

For 44 years—since I joined the union as a young performer and my mother was President of this union—I've had a deep passion for the fierce advocacy of our members. Through service on the National and Local Boards, five Negotiating Committees, and many others, I've learned that every performer and every Local deserves real understanding and determined support. Our industry is hurting. We need strong leadership. Healthcare and pension reform. Expansive AI protections. Better contracts. Better pay. Better streaming residuals. Stronger enforcement. Safer working conditions. I have been and will continue to fight for you. **TheCoalition2025.org**

### 092 / DIEDRICH BADER

I'm glad this is alphabetical.I've been around for a bit and i feel like now is a good time for me to step up and help the guild that's been protecting me for so long.i really want to put MEMBERS FIRST that's why i didn't use AI to write this.Health care coverage is one of the issues that i would like to focus on and be of some help. I'll be asking Sean Astin for advice a lot.

### 093 / SHARI BELAFONTE

I'm a strong advocate of Unions & Union service. Having been the National VP for Actor/Performers these past 2 years, having served on both LA Local and National boards, and chairing committees, I believe it's imperative that we continue to focus on Diversity, not Division, more now than ever. We need to continue to strengthen our leadership, not just for our members, but for the world stage, guiding the cause for controls on AI and Fairness in ALL workplaces. We serve by example. www.TheCoalition2025.org

### 094 / MICHELLE C. BONILLA

As a Los Angeles Local Board member, I co-wrote a resolution on DEI, that got passed, and inspired our union to release a statement. During the strike, at President Drescher's request, I spoke to the AMPTP about "Translation" and we now have new protective language in our CBA. My Focus: Purposeful and powerful change, providing safer working conditions, proper wages, diversity, inclusion, and bettering our contracts. I'm on many National/Local Committees **amplifying your voice.** A proud Latina SAG-AFTRA member, with a history of service to our union, it would be an honor to represent you on the National Board. www.michellecbonilla.com

### 095 / YVETTE NICOLE BROWN

I am a working actor, writer, and advocate who is humbled to have been elected to serve on the SAG-AFTRA National Board in the past. I'm running again to continue to champion fairness, transparency and opportunity for all members. Understanding the realities we face—from contract negotiations to on-set safety, to representation reflecting the full spectrum of our union - I bring creative, business, and life experience to the table. I'm committed to fighting for equity, inclusion, and innovation. With your support, I'll work tirelessly to ensure ALL our voices are heard and protected in this union we love. www.TheCoalition2025.org

### 096 / GERARDO CELASCO

I've been a proud SAG-AFTRA member since 2006. I've experienced the highs and lows — from strikes to lost coverage, from solidarity to silence. I've been fortunate to keep working post-COVID and post-strike, and I know what it's like to be on set today. I'm not part of a faction. I'm not raising money. I'm running because we need clear, grounded leadership that puts members first and values communication and transparency. This union is at a turning point. I want to help steer it toward focus, accountability, and a renewed commitment to work. I'd be honored to earn your support.

Ex A-10

The Local Officers and National Board Members, by virtue of their election to those positions, shall also serve as Convention Delegates. The Local Officers also serve on the Local Executive Committee. The Local Officers, Local Board Members and Convention Delegates, by virtue of their election to those positions, also serve as Alternate National Board Members and in certain circumstances, Convention Delegates are also eligible to serve as Alternate Local Board Members.

## NATIONAL BOARD MEMBER – ACTOR/PERFORMER AND STUNT PERFORMER

VOTE FOR NO MORE THAN SIXTEEN (16) – ***CONTINUED***

**097 / DR. CYNTHIA LEA CLARK**

Commercials are now 70% non-union—this must change. I will fight for a micro-budget commercial contract to rebuild relationships with ad agencies and bring work back to members. When casting bypasses proper audition procedures, our rules must be enforced—no exceptions. Fairness starts with accountability. Streaming residuals remain far too low. I will work with Wages & Working Conditions to negotiate stronger, fairer residuals that reflect our value. We cannot allow our standards to erode. I will stand firm, push forward, and work tirelessly to protect our rights, restore opportunity, and strengthen our union—for all of us, now and for the future.

**098 / JAMES CROAK**

No Statement

**099 / NICOLE CYRILLE**

As a fierce advocate for performers with disabilities, I pushed to create and now chair the LA Performers with Disabilities Committee, and Vice Chair of its National Committee. I served on the 2023 TV/Theatrical and 2025 Commercial Negotiating Committees. I'm running as an independent because leadership should be open to everyone—not just a few. I believe what supports disabled performers strengthens our union as a whole. My work centers on equity, access, and authentic representation. With deep union experience and a commitment to inclusion, I respectfully ask for your vote to help build a stronger, more representative SAG-AFTRA.

**100 / JOE D'ANGERIO**

**I** will continue to work on behalf of and for the betterment of all SAG-AFTRA members. **Thank you** for your support. Joe

**101 / KEITH DAVID**

As a SAG-AFTRA member for many years, I've followed the pulse of the latest information and innovations that continually shape and change our industry. Taking that knowledge to heart, I have always voted my mind. To make a difference, I need to be in the room where it happens - participating in conversations and decisions that make our union stronger. I want to make sure our members feel heard and that their voices count. We make positive change, not by complaining to colleagues, but by taking concerns, frustrations, and ideas straight to the source. That's what I intend to do. TheCoalition2025.org

**102 / DENNIS DEPEW**

SAG-AFTRA Brothers/Sisters, Been busy finishing up my MA in Criminal Justice, & prepping to start the Doctrine in Criminal Justice courses come Fall 2026. I've been involved in multiple local committees the last few terms. We've been through it the last 5 years: COVID, 2023 strike, & just recently the LA County fires. My goal if elected would be to fight to have productions return/remain in LA/Hollywood, and the great state of California. Hollywood is the heart of the entertainment industry and we need to show that our heart still beats strong here in Tinseltown.

**103 / SUSIE DUFF**

A union is the only organized effort on the face of this planet whose sole purpose is the redistribution of greed. Greed tossed 11,750 senior performers from our Health Plan—mid-Pandemic—despite the fact that, for decades, our seniors paid to build it. **Greed creates teeny residuals that, for SAG-AFTRA Seniors, no longer count towards their health plan.** Greed allows your pension to accrue at half the rate of your own paid employees. Confused? Clear, coherent solutions are yours only if you vote. Please urge your friends to vote. Thank you.

**104 / JOELY FISHER**

My passion and dedication to our union is unyielding. We've come so far—but we can and must do better. As your National Board member and Chair of Government Affairs, I vow to keep fighting hard for us. In the next negotiations, I'll push to raise wages, make our sets safer, protect gold-standard healthcare, and secure a strong pension for retirement. I will lead the charge against the existential threat of artificial intelligence. Together, we'll build real power at the table and ensure our union remains the fierce, unbreakable force our members deserve. Let's get this done! **TheCoalition2025.org**

**105 / JASON GEORGE**

For over 20 years, I've fought tirelessly for performers—on the strike line, every TV/Theatrical Negotiating Committee since 2001, proudly serving as Diversity Advisory Committee Chair, improving agent relationships on the Performer Representatives Committee, or testifying multiple times in Sacramento and DC for California and Federal tax incentives to bring back work. I also serve to help struggling performers in need on the SAG-AFTRA Foundation Board and Motion Picture Television Fund NextGen Committee. I've had a blessed career but I'll never forget the struggle. I use my experience to support my fellow performers because I want us all working. Believing in and fighting for us all! www.TheCoalition2025.org

**106 / ELY HENRY**

I've been a working actor for 22 years, I served as a **strike captain** during the 2023 TV/Theatrical strike, I'm a member of the **LA Local Organizing Committee** and both the **LA and National Strike Preparedness Committees**. I'm **co-chair** of the **After Action Review subcommittee** analyzing the strike to learn from our experience and make strategic adjustments should we be forced to go on strike again. I'm running for National Board because we need someone in that room who knows the struggle of working actors, has experience with union work, and who believes in transparency top to bottom. **@elyhenry4sagaftra**

The Local Officers and National Board Members, by virtue of their election to those positions, shall also serve as Convention Delegates. The Local Officers also serve on the Local Executive Committee. The Local Officers, Local Board Members and Convention Delegates, by virtue of their election to those positions, also serve as Alternate National Board Members and in certain circumstances, Convention Delegates are also eligible to serve as Alternate Local Board Members.

Photos that were provided for Convention Delegate candidates can be found at: sagaftra.org/lacds

**Please note:** Pursuant to Article 5.5. of the Los Angeles Local Constitution, Local members may only vote for convention delegates in their declared category. Therefore, your ballot will only contain the delegate candidates in your declared category.

## CONVENTION DELEGATE – ACTOR/PERFORMER / 2 YEAR TERM

VOTE FOR NO MORE THAN ONE HUNDRED TWENTY-FIVE (125)

107. SCOTT LAMBRIGHT
108. KHRISTINA LOUISE LAMONTE
109. BJ LANGE
110. PAUL LECLAIR
111. DOMINIC LEE
112. JEN LEVIN
113. CATHERINE LIDSTONE
114. KATE LINDER
115. RUTH LIVIER
116. MELISA LOPEZ
117. DONNA LOYD
118. MONIQUE MARISSA LUKENS
119. ANTHONY MARCIONA
120. SARAH ANN MASSE
121. JAMES MATHIS III
122. KEVIN MCCORKLE
123. ROBIN MCWILLIAMS
124. DAVID MILLBERN
125. MARIN M. MILLER
126. CARMEN MOLINARI
127. MARILYN MONROVIA
128. LIZZA MONET MORALES
129. RON MORGAN
130. HUGH MUN
131. MILO ZEUS MUSTANG
132. NICOLE LEANNE NELSON
133. THOMAS OCHOA
134. JENNY O'HARA
135. PEGGY LANE OROURKE
136. MARY OSTROW
137. CUTTER RAY PALACIOS
138. STEPHEN PELUSO
139. CHEYENNE PEREZ
140. TODD PETERSON
141. HOLLY PITRAGO
142. MARK A PLANAS
143. ALEX PLANK
144. RIANN PORTNOY
145. BEATA POZNIAK
146. LEE PURCELL
147. JULIA RACHILEWSKI
148. DILEEP RAO
149. CARLA RENATA
150. LINSAY ROUSSEAU
151. CATHY CAHLIN RYAN
152. JERI RYAN
153. WEDNEZDAY RYAN
154. TEMA SALL
155. WOODY SCHULTZ
156. CHELSEA SCHWARTZ
157. JOAN SCHWARTZ
158. SHEA SCULLIN
159. MARA SHUSTER-LEFKOWITZ
160. NINA SIEMASZKO
161. DAVID SILVA
162. DEEP SINGH
163. NICK SMOKE
164. YOLANDA SNOWBALL
165. ARNE STARR
166. EVELYN STOKES
167. ALYSON STONER
168. ALYSON STOVER
169. JASON STUART
170. LAURA SUMMER
171. CHRISTIAN TELESMAR
172. IQBAL THEBA
173. RENÉE THREATTE
174. JEFF TORRES
175. STACEY TRAVIS
176. KATIE VON TILL
177. HILARY WARD
178. CARYN WEST
179. KEVIN E. WEST
180. BEN WHITEHAIR
181. VIVICA WHITSETT
182. RUTH WILHOIT
183. TERRY WILKERSON
184. PAUL ZIES
185. CHERI ADAMS
186. LORI ALAN
187. VINCENT AMAYA
188. KONSTANTINE ANTHONY
189. KRISTEN ARIZA
190. SHONDRELLA AVERY
191. NANDINI BAPAT
192. KURTIS BEDFORD
193. SHARI BELAFONTE
194. DEMETRI BELARDINELLI
195. MICHAEL JAMES BELL
196. LEQUAN ANTONIO BENNETT
197. DAVID BLUE
198. KATE BOND
199. MICHELLE C. BONILLA
200. SEAN MICHAEL BOOZER
201. HEATHER-ASHLEY BOYER
202. LAURA LINDA BRADLEY
203. JESSICA BROWN
204. JULIE BROWN
205. KAREN A BROWN
206. VERONICA BRUCE
207. CARLEASE BURKE
208. MATT BUSH
209. DANICE CABANELA
210. MADONNA CACCIATORE
211. CASSANDRA CAPOCCI
212. JESSE MARTINEZ CARLOS
213. MICHAEL CARNEGIE
214. JOI CARR
215. EVER CARRADINE
216. GERARDO CELASCO
217. WILLIAM CHARLTON
218. VANESSA CHESTER
219. JILLIAN CLARE
220. DR. CYNTHIA LEA CLARK
221. DAVID CLENNON
222. ASSAF COHEN
223. JOHN P. CONNOLLY
224. JOSH COVITT
225. ELLEN CRAWFORD
226. NICOLE CYRILLE
227. JOE D'ANGERIO
228. PATRIKA DARBO
229. GLENN DARBY
230. LAUREN DE MIRANDA
231. JODI DENNITHORNE
232. DENNIS DEPEW
233. WILL DINSMOOR
234. JAY DISNEY
235. SUSIE DUFF
236. CASEY FEIGH
237. FRED FEIN
238. CELIA FINKELSTEIN
239. CHANON FINLEY
240. ROBERT FISHER
241. ROBIN FITZGERALD
242. MARY M. FLYNN
243. RORI FLYNN
244. TIM FRIEDLANDER
245. KAITLYN FUREY
246. GARRY GUERRIER
247. JASON T. GAFFNEY
248. LEE GARLINGTON
249. CHARLES GEMMILL
250. MIKE GENOVESE
251. JASON GEORGE
252. MARC GESCHWIND
253. GISELLE GILBERT
254. RUBEN ROBERTO GOMEZ
255. EILEEN GRUBBA
256. RICHARD HADFIELD
257. REN HANAMI
258. LINDA HARCHARIC
259. SAMANTHA HARTSON
260. SARAH HARUKO
261. MARY HEISS
262. HAYDEN D HIEBERT
263. AUSTIN HIGHSMITH GARCES
264. EDWARD HONG
265. JENNAE HOVING
266. DIANA ELIZABETH JORDAN
267. JACKIE JOSEPH
268. MATT KAVANAUGH
269. ALEX KEENER
270. ALI KINKADE
271. JAY KOGEN

---

## CONVENTION DELEGATE – STUNT PERFORMER / 2 YEAR TERM

VOTE FOR NO MORE THAN THREE (3)

272. PETER ANTICO
273. JAMES CROAK
274. MARIE FINK
275. GINA KESSLER
276. HENRY KINGI JR

# Exhibit B

# SAG·AFTRA Calling All Candidates

This summer, the union's top leadership positions will be determined by a vote of the membership. You will have the chance to elect the union's President and Secretary-Treasurer. Elections will also take place in all of the union's 25 locals for National Board, Local Officer, Local Board and Convention Delegate positions. The Executive Vice President and seven (7) Vice Presidents will be elected at the union's biennial convention to be held virtually, October 25-28, 2025.

### 2025 NATIONAL ELECTION CALENDAR (all times PDT)

**JUNE 11**
Nominating petitions available

**JULY 11 (5 P.M.)**
Deadline for submission of petitions and any other required materials

**JULY 14**
Cutoff for eligibility to vote in the national election. Members must be paid up and in good standing for the May 2025 dues period*.

**AUGUST 13**
Ballots mailed

**SEPTEMBER 12 (6:30 A.M.)**
Deadline for receipt of voted ballot (in designated election P.O. Box)

**OCTOBER 25-28**
Convention Elections

## National Elections

### PRESIDENT AND SECRETARY-TREASURER

The President is the chief elected officer of the union and is charged with carrying out policies established by the National Board and Convention. The President presides at all meetings of the Convention, National Board and Executive Committee. The President also serves as the chief spokesperson for the union, represents the union in affiliated and other organizations, and assumes such other duties and responsibilities as assigned by the National Board and as set forth in the Constitution and policies of the union.

The Secretary-Treasurer is the primary elected officer responsible for the general financial administration of the union, including overseeing the union's funds, financial assets and fiscal records. The Secretary-Treasurer also serves as Chair of the Finance Committee and member of the Executive Committee.

If you are interested in running for the position of President or Secretary-Treasurer, you must meet all eligibility requirements set forth in Article VIII of the SAG-AFTRA Constitution and Article II.C of the Nominations & Election Policy (see summary in box below).

The President and Secretary-Treasurer will serve for a two (2) year term.

Members may obtain a Nominating Petition by making a request for the materials online in the member section of the SAG-AFTRA website beginning Wednesday, June 11, 2025, at **sagaftra.org/elections** or they may be obtained offline by a request in writing via email to Michelle Bennett, Chief Governance and Equity & Inclusion Officer, at **nationalelections@sagaftra.org**. Offline materials will then be sent via email as requested.

Candidates for President must submit a petition signed by no fewer than two hundred (200) members in good standing, including members from at least three (3) locals. Candidates for Secretary-Treasurer must submit a petition signed by no fewer than one hundred fifty (150) members in good standing, including members from at least three (3) locals.

Petitions for both offices must be received electronically through the online nominating portal or offline in scanned form by emailing **nationalelections@sagaftra.org** no later than 5 p.m. PDT on Friday, July 11, 2025. Additional requirements for the submission of nominating materials will be described online or offline

### SUMMARY OF ELIGIBILITY REQUIREMENTS

All candidates must meet the eligibility requirements established by Article VIII of the SAG-AFTRA Constitution and Article II.C of the Nominations & Election Policy, which include the following:

**PRESIDENT AND SECRETARY-TREASURER**

- Must be at least 18 years old upon taking office.
- Must be an active member for twenty-four (24) months prior to the date of nomination.
- Must be paid-up currently from the beginning of the May 2024, November 2024 and May 2025 dues periods.

| DUES PERIOD | PERIOD ENDING | MUST BE PAID BY |
|---|---|---|
| May 2025 | 5/1/25-10/31/25 | 6/9/25* |
| Nov. 2024 | 11/1/24-4/30/25 | 12/10/24 |
| May 2024 | 5/1/24-10/31/24 | 6/10/24 |

**Where applicable, members must be in compliance with the Interactive Media Agreement Dues Relief Payment Program to be eligible to vote or run for office. Request for the May 2025 Interactive Media Agreement Dues Relief Program and first installment payment must have been received on or before 6/9/25 (or date of nomination, whichever comes first).*

in the SAG-AFTRA nominating petition instruction kit.

Once the nominating period has closed, which is the established deadline for receipt of election materials, a candidate may not revoke their consent to serve.

Questions regarding the 2025 national elections may be emailed to **nationalelections@sagaftra.org** or directed to Michelle Bennett, Chief Governance and Equity & Inclusion Officer, at (323) 549-6094.

### EXECUTIVE VICE PRESIDENT AND VICE PRESIDENTS

The Executive Vice President and Vice Presidents from geographic areas (Largest Local, Second Largest Local, Mid-Sized Locals and Small Locals) and work categories (Actor/Performer, Broadcaster and Recording Artist/Singer) will be elected as soon as practicable after the opening of the biennial Convention on October 25, 2025.

The Executive Vice President is the second-highest elected officer in the union and acts in place of the President at and between meetings of the Convention, National Board and Executive Committee if the President is absent or otherwise unavailable to perform their presidential duties. The Executive Vice President, in consultation with and at the direction of the President, assists the President in the governance of the union and may perform such other duties as may be assigned by the President or National Board.

The Vice Presidents from the geographic areas and work categories perform duties and responsibilities assigned to them by the President or National Board.

Candidates for Executive Vice President will be nominated at Convention by any credentialed delegate attending a meeting of the entire delegate body. Candidates for the Vice President positions will be nominated by any credentialed delegate attending Convention from the respective geographic or work category caucus. The term of office for the Executive Vice President and Vice Presidents is two (2) years, commencing immediately upon their election and continuing until their successors are elected. The Executive Vice President and Vice Presidents also serve on the Executive Committee.

Questions regarding the 2025 national elections may be emailed to **nationalelections@sagaftra.org** or directed to Michelle Bennett, Chief Governance and Equity & Inclusion Officer at (323) 549-6094.

## Los Angeles Elections

**If you are interested in running for the position of National Board member, Local Officer, Local Board member or Convention Delegate representing the Los Angeles Local, you must meet all eligibility requirements set forth in Article VIII of the SAG-AFTRA Constitution, Article II.C of the Nominations & Election Policy and the Los Angeles Local Constitution (see summary in box below).**

### 2025 LOS ANGELES ELECTION CALENDAR (all times PDT)

**JUNE 11**
Nominating petitions available

**JULY 11 (5 P.M.)**
Deadline for submission of petitions and any other required materials

**JULY 14**
Cutoff for eligibility to vote in the L.A. election. Members must be paid up and in good standing for the May 2025 dues period*.

**AUGUST 13**
Ballots mailed

**SEPTEMBER 12 (6:30 A.M.)**
Deadline for receipt of voted ballot (in designated election P.O. Box)

**OCTOBER 25-28**
Convention Elections

### SUMMARY OF ELIGIBILITY REQUIREMENTS FOR LOS ANGELES AND NEW YORK LOCAL ELECTIONS

All candidates must meet the eligibility requirements established by Article VIII of the SAG-AFTRA Constitution, Article II.C of the Nominations & Election Policy and the Local Constitutions, which include the following:

**NATIONAL BOARD MEMBER**

- Must be at least 18 years old upon taking office and be a member in good standing of the local for twelve (12) months.
- Must be an active member for twenty-four (24) months prior to the date of nomination.
- Must be paid-up from the beginning of the November 2024 and May 2025 dues periods.
- For Los Angeles and New York member category positions only, must be a member of that category for twelve (12) months.

**LOCAL OFFICER OR LOCAL BOARD MEMBER**

- Must be at least 18 years old upon taking office and be a member in good standing of the local for twelve (12) months.
- Must be paid-up from the beginning of the November 2024 and May 2025 dues periods.
- For Los Angeles and New York member category positions, must be a member of that category for twelve (12) months.

**CONVENTION DELEGATES**

- Must be at least 18 years old upon taking office and be a member in good standing of the local for six (6) months.
- Must be paid-up from the beginning of the May 2025 dues period.
- For Los Angeles member category positions only, must be a registered member of that category for six (6) months.
- For New York member category positions only, must be a member of that category for twelve (12) months.

| DUES PERIOD | PERIOD ENDING | MUST BE PAID BY |
|---|---|---|
| May 2025 | 5/1/25-10/31/25 | 6/9/25* |
| Nov. 2024 | 11/1/24-4/30/25 | 12/10/24 |

**Where applicable, members must be in compliance with the Interactive Media Agreement Dues Relief Payment Program to be eligible to vote or run for office. Request for the May 2025 Interactive Media Agreement Dues Relief Program and first installment payment must have been received on or before 6/9/25 (or date of nomination, whichever comes first).*

Ex B-2

### NATIONAL BOARD MEMBERS

Seventeen (17) National Board positions will be open for election this year as follows: sixteen (16) in the Actor/Performer and Stunt Performer member category group and one (1) in the Singer/Recording Artist member category group.

The thirteen (13) candidates receiving the highest plurality of votes for the Actor/Performer and Stunt Performer member category group will serve for a four (4) year term and the next three (3) candidates in the Actor/Performer and Stunt Performer member category group will serve for a two (2) year term. The one (1) candidate elected for the Singer/Recording Artist member category group will serve for a four (4) year term. National Board members, by virtue of their election to that position, also serve as Convention Delegates.

### LOCAL OFFICERS

Three (3) Local Officer positions will be open for election this year: President; First Vice President; and Second Vice President. The Vice President positions will be elected by a plurality of votes received and will serve in that order. All Local Officers will serve for a two (2) year term and also serve on the Los Angeles Executive Committee. Local Officers, by virtue of their election to those positions, also serve as Convention Delegates.

### LOCAL BOARD MEMBERS

Forty-five (45) Local Board member positions will be open for election this year, including seats assigned for each member category as follows: forty-one (41) Actor/Performer and Stunt Performer member category group, one (1) Broadcaster member category group, one (1) Dancer member category group and two (2) Singer/Recording Artist member category group. Those members elected as Local Officers and Board members, by virtue of their election to those positions, also will serve as Alternate National Board members who may be called upon to serve at National Board meetings when a National Board member is unable to attend. All Local Board members will serve for a two (2) year term.

### CONVENTION DELEGATES

One hundred thirty-seven (137) Convention Delegate positions will be open for election this year (in addition to the Convention Delegate positions held by the Local Officers and National Board members who, by virtue of their election to those positions, also serve as Convention Delegates). Seats are assigned for each member category as follows: one hundred twenty-five (125) Actor/Performer; one (1) Broadcast - Entertainment; two (2) Broadcast - News/Information; one (1) Dancer; one (1) Recording Artist; four (4) Singers; and three (3) Stunt Performers. Convention Delegates may also serve as Alternate Local Board members where a Board member is the sole representative of a category or category grouping and is unavailable to attend a Local Board meeting.

Members may obtain a Nominating Petition by making a request for the materials online in the member section of the SAG-AFTRA website beginning Wednesday, June 11, 2025, at **sagaftra.org/elections** or they may be obtained offline by a request in writing via email to Alexandra Gance, Manager, Governance at **laelections@sagaftra.org**. Offline materials will then be sent via email as requested.

Candidates for National Board and Local Board must submit a petition signed by no fewer than thirty (30) members in good standing of the local. Candidates for Local Officers must submit a petition signed by no fewer than fifty (50) members in good standing of the local. Candidates for Convention Delegate must submit a petition signed by one (1) member in good standing of the local.

Petitions for all offices must be received electronically through the online nominating portal or offline in scanned form by emailing **laelections@sagaftra.org** no later than 5 p.m. PDT on Friday, July 11, 2025. Additional requirements for the submission of nominating materials will be described online or offline in the SAG-AFTRA nominating petition instruction kit.

Once the nominating period has closed, which is the established deadline for receipt of election materials, a candidate may not revoke their consent to serve.

Questions regarding the 2025 LA Local elections may be emailed to **laelections@sagaftra.org** or directed to Alexandra Gance, Manager, Governance at (323) 549-6830.

## New York Elections

**If you are interested in running for the position of National Board member, Local Officer, Local Board member or Convention Delegate representing the New York Local, you must meet all eligibility requirements set forth in Article VIII of the SAG-AFTRA Constitution, Article II.C of the Nominations & Election Policy and the New York Local Constitution (see summary in box on previous page).**

### NATIONAL BOARD MEMBERS

Nine (9) National Board positions will be open for election this year as follows: Eight (8) in the Actor/Performer member category, and one (1) in the Singer/Dancer/Recording Artist member category. The seven (7) Actor/Performer candidates receiving the highest number of votes will serve for a four (4) year term and the next one (1) candidate will be elected to a two (2) year term. The one (1) candidate elected to the Singer/Dancer/Recording Artist member category position will serve for a four (4) year term. National Board members, by virtue of their election to that position, also serve as Convention Delegates.

### 2025 NEW YORK ELECTION CALENDAR (all times EDT)

**JUNE 11**
Nominating petitions available

**JULY 11 (5 P.M.)**
Deadline for submission of petitions and any other required materials

**JULY 14**
Cutoff for eligibility to vote in the N.Y. election. Members must be paid up and in good standing for the May 2025 dues period*.

**AUGUST 13**
Ballots mailed

**SEPTEMBER 12 (9:30 A.M.)**
Deadline for receipt of voted ballot (in designated election P.O. Box)

**OCTOBER 25-28**
Convention Elections

### LOCAL OFFICERS

Five (5) Local Officer positions will be open for election this year: President, 1st Vice President, 2nd Vice President, 3rd Vice President and 4th Vice President. The Vice President positions will be elected by a plurality of votes received and will serve in that order. All Local Officer candidates will serve for a two (2) year term and also serve on the New York Executive Committee. The President, by virtue of their election to that position, also serves as a Convention Delegate.

### LOCAL BOARD MEMBERS

Thirty-four (34) Local Board member positions will be open for election this year, including seats assigned for each member category as follows: twenty-seven (27) Actor/Performer; two (2) Broadcast - Entertainment; two (2) Broadcast - News/Information; two (2) Singer/Dancer/Recording Artist; and one (1) Stunt Performer.

Those members elected as Local Officers and Board members, by virtue of their election to those positions, also will serve as Alternate National Board members who may be called upon to serve at National Board meetings when a National Board member is unable to attend. All Local Board members will serve for a two (2) year term.

### CONVENTION DELEGATES

Seventy-eight (78) Convention Delegate

**Where applicable, members must be in compliance with the Interactive Media Agreement Dues Relief Payment Program to be eligible to vote or run for office. Request for the May 2025 Interactive Media Agreement Dues Relief Program and first installment payment must have been received on or before 6/9/25 (or date of nomination, whichever comes first).*

positions will be open for election this year. Seats are assigned for each member category as follows: seventy (70) Actor/Performer; one (1) Broadcast - Entertainment; two (2) Broadcast - News/Information; one (1) Dancer; one (1) Recording Artist; two (2) Singer, and one (1) Stunt Performer.

Members may obtain a Nominating Petition by making a request for the materials online in the member section of the SAG-AFTRA website beginning Wednesday, June 11, 2025, at **sagaftra.org/elections** or they may be obtained offline by a request in writing by email to Justin Touretz, Deputy General Counsel & National Director, Governance at **nyelections@sagaftra.org**. Offline materials will then be sent via email as requested.

Candidates for National Board, Local Officer and Local Board must submit a petition signed by no fewer than twenty-five (25) members in good standing of the local. Candidates for Convention Delegate must submit a petition signed by one (1) member in good standing of the local.

Petitions for all offices must be received electronically through the online nominating portal or offline in scanned form by emailing **nyelections@sagaftra.org** no later than 5 p.m. EDT on Friday, July 11, 2025. Additional requirements for the submission of nominating materials will be described online or offline in the SAG-AFTRA nominating petition instruction kit.

Once the nominating period has closed, which is the established deadline for receipt of election materials, a candidate may not revoke their consent to serve.

Questions regarding the 2025 NY Local elections may be emailed to **nyelections@sagaftra.org** or directed to Justin Touretz, Deputy General Counsel & National Director, Governance at (212) 863-4211.

## OTHER LOCAL ELECTIONS

If you are interested in running for the position of National Board member, Local Officer, Local Board member or Convention Delegate representing your local area, please visit **sagaftra.org/elections** or contact your Local Executive for complete election eligibility and schedule information. The official notices of nomination and election for locals outside of Los Angeles and New York were mailed to members on May 5, 2025.

Election schedule information for all of the 2025 SAG-AFTRA Elections can be found below.

## 2025 ELECTION CALENDAR DATES

NATIONAL OFFICERS, LOS ANGELES LOCAL AND NEW YORK LOCAL

| | Petition Availability | Petition Deadline (P.M.) | Voting Eligibility Cutoff | Ballots Mailed | Ballots Returned (A.M.) |
|---|---|---|---|---|---|
| National Officers | 6/11/2025 | 7/11/2025 - 5:00 PDT | 7/14/2025 | 8/13/2025 | 9/12/2025 - 6:30 PDT |
| Los Angeles Local | 6/11/2025 | 7/11/2025 - 5:00 PDT | 7/14/2025 | 8/13/2025 | 9/12/2025 - 6:30 PDT |
| New York Local | 6/11/2025 | 7/11/2025 - 5:00 EDT | 7/14/2025 | 8/13/2025 | 9/12/2025 - 9:30 EDT |

OTHER LOCALS

| | Petition Availability | Petition Deadline (P.M.) | Voting Eligibility Cutoff | Ballots Mailed | Ballots Returned (A.M.) |
|---|---|---|---|---|---|
| Arizona-Utah | 5/28/2025 | 6/27/2025 - 5:00 PDT | 6/23/2025 | 7/23/2025 | 8/22/2025 - 9:00 PDT |
| Atlanta | 5/21/2025 | 6/20/2025 - 5:00 EDT | 6/18/2025 | 7/18/2025 | 8/18/2025 - 9:30 EDT |
| Chicago | 5/28/2025 | 6/27/2025 - 5:00 CDT | 6/23/2025 | 7/23/2025 | 8/22/2025 - 8:30 CDT |
| Colorado | 5/28/2025 | 6/27/2025 - 5:00 MDT | 6/30/2025 | 7/28/2025 | 8/27/2025 - 9:00 MDT |
| Dallas-Ft. Worth | 5/21/2025 | 6/20/2025 - 5:00 CDT | 6/16/2025 | 7/16/2025 | 8/15/2025 - 8:00 CDT |
| Hawaii | 5/21/2025 | 6/20/2025 - 5:00 HST | 6/9/2025 | 7/9/2025 | 8/8/2025 - 10:00 HST |
| Houston-Austin | 5/21/2025 | 6/20/2025 - 5:00 CDT | 6/18/2025 | 7/18/2025 | 8/18/2025 - 8:00 CDT |
| Miami | 5/21/2025 | 6/20/2025 - 5:00 EDT | 6/16/2025 | 7/16/2025 | 8/15/2025 - 10:00 EDT |
| Michigan | 5/28/2025 | 6/27/2025 - 5:00 EDT | 6/25/2025 | 7/25/2025 | 8/25/2025 - 9:00 EDT |
| Missouri Valley | 5/21/2025 | 6/20/2025 - 5:00 CDT | 6/16/2025 | 7/14/2025 | 8/13/2025 - 8:00 CDT |
| Nashville | 5/21/2025 | 6/20/2025 - 5:00 CDT | 6/23/2025 | 7/21/2025 | 8/20/2025 - 9:00 CDT |
| Nevada | 5/28/2025 | 6/27/2025 - 5:00 PDT | 6/25/2025 | 7/25/2025 | 8/25/2025 - 9:30 PDT |
| New England | 5/28/2025 | 6/27/2025 - 5:00 EDT | 7/7/2025 | 8/4/2025 | 9/3/2025 - 8:30 EDT |
| New Mexico | 5/21/2025 | 6/20/2025 - 5:00 MDT | 6/23/2025 | 7/21/2025 | 8/20/2025 - 9:00 MDT |
| New Orleans | 5/21/2025 | 6/20/2025 - 5:00 CDT | 6/16/2025 | 7/14/2025 | 8/13/2025 - 9:30 CDT |
| Ohio-Pittsburgh | 5/28/2025 | 6/27/2025 - 5:00 EDT | 6/30/2025 | 7/28/2025 | 8/27/2025 - 9:30 EDT |
| Philadelphia | 6/11/2025 | 7/11/2025 - 5:00 EDT | 7/9/2025 | 8/8/2025 | 9/9/2025 - 9:30 EDT |
| Portland | 5/28/2025 | 6/27/2025 - 5:00 PDT | 7/7/2025 | 8/6/2025 | 9/5/2025 - 9:30 PDT |
| San Diego | 6/11/2025 | 7/11/2025 - 5:00 PDT | 7/9/2025 | 8/8/2025 | 9/9/2025 - 9:30 PDT |
| San Fran-NorCal | 5/21/2025 | 6/20/2025 - 5:00 PDT | 6/11/2025 | 7/11/2025 | 8/11/2025 - 9:00 PDT |
| Seattle | 5/28/2025 | 6/27/2025 - 5:00 PDT | 7/7/2025 | 8/4/2025 | 9/3/2025 - 9:30 PDT |
| Twin Cities | 5/21/2025 | 6/20/2025 - 5:00 CDT | 6/11/2025 | 7/11/2025 | 8/11/2025 - 12:00 CDT |
| Wash.-Mid Atlantic | 5/28/2025 | 6/27/2025 - 5:00 EDT | 7/7/2025 | 8/6/2025 | 9/5/2025 - 9:30 EDT |

Ex B-4

# Exhibit C



# NOMINATIONS AND ELECTION POLICY

*(March 2025)*

Table of Contents

ARTICLE I NOMINATIONS PROCEDURES …………………………………………… 2
A. The Mail Ballot Election …………………………………………………………… 2
B. Convention Nominations …………………………………………………………… 4

ARTICLE II ELIGIBILITY RULES ………………………………………………………. 5
A. Eligibility to Nominate …………………………………………………………… 5
B. Eligibility to Vote …………………………………………………………………… 6
C. Eligibility to Run for Office ……………………………………………………… 6

ARTICLE III CAMPAIGNING AND ACCESS ………………………………………… 8
A. Voter Information Guide ………………………………………………………… 8
B. Mailings of Candidate Literature ……………………………………………... 10
C. Inspection of Membership List ………………………………………………... 12
D. Freedom to Exercise Political Rights ……………………………………………12

ARTICLE IV CAMPAIGN CONTRIBUTIONS ……………………………………… 12
A. Union Funds, Resources, Personnel and Facilities …………………………… 12
B. Employer and other Union Funds, Resources, Personnel and Facilities …………………14

ARTICLE V THE ELECTION ……………………………………………………… 14
A. Election Supervision ………………………………………………………………... 14
B. National Officer Election Committee ………………………………………… 14
C. Conduct of the Mail Ballot Election …………………………………………... 15
D. Ballot Count ………………………………………………………………………... 15
E. Conduct of the Convention Election …………………………………………... 16

ARTICLE VI PROTESTS AND APPEALS ………………………………………….. 16
A. Eligibility Protests …………………………………………………………………...16
B. Election Protests ……………………………………………………………………17

ARTICLE VII ANNOUNCEMENT AND CERTIFICATION OF ELECTION RESULTS …...19

ARTICLE VIII ADDITIONAL NOMINATION AND ELECTION PROCEDURES ………... 19

Note: Guiding Principles for Policy Development

1. All candidates are treated equally.
2. The right of every eligible member in good standing to nominate candidates, run for office and vote in a secret ballot election is protected.
3. Risks associated with disruptive and costly election re-runs are minimized.

# Nominations and Election Policy

The Nomination and Election of National Officers, National Board members, Local Officers, Local Board members and Convention delegates shall be governed by this Election Policy, the SAG-AFTRA Constitution, additional rules governing the 2025 Convention and applicable federal law. Where a matter is not specifically addressed in this Policy, Local Officer and Local Board member elections shall also be governed by Local Constitutions and policies that have been approved by the National Board or its designee that do not conflict with the SAG-AFTRA Constitution or this Election Policy.

**ARTICLE I**

**NOMINATIONS PROCEDURES**

**A. The Mail Ballot Election**

1. Election Calendar

In consultation with the Locals, the election calendar dates shall be approved by the National Board.

2. Distribution of Notice of Nominations and Election

By no later than May 10 of the year in which an election is being held, a Notice of Nominations and Election (collectively, the "Nominations and Election Notice") shall be distributed to members at their last known primary address. This Notice shall be distributed in a format approved by the General Counsel or their designee.

3. Content of Nominations and Election Notice

The Nominations and Election Notice shall contain a list of offices for which nominations are being accepted, the terms of office, the method(s) of nomination, a summary of the eligibility requirements, the election schedule and the deadline for the submission of Nominating Petitions. The Nominations and Election Notice for National Officers, National Board, Local officer, Local Board and Convention delegate positions will be

included in union publications whenever practicable to avoid additional costs of a separate mailing.

4. Requests for Nominating Petitions

Any member in good standing may request a Nominating Petition. All requests from members for these materials must be made online in the member section of the SAG-AFTRA website or in writing via email to the Governance Department for National Officer positions and to the Local Executive Director or other assigned Staff for National Board, Local Officer, Local Board and Convention delegate positions. Materials requested offline will be sent via email, as requested by the member(s) making the request.

5. Signatures on Nominating Petitions

(a) Petition signatures may be obtained electronically online in the member section of the SAG-AFTRA website.

(b) Petition signatures for offline materials must be handwritten and obtained on an original or copy of an official Nominating Petition.

(c) Petition signatures on an original or copy of an official nominating petition must be accompanied by the member's identification number or the last four (4) digits of the member's social security number.

(d) Handwritten signatures on an original or copy of an official nominating petition may be scanned and submitted electronically only if they are on a copy of an official Nominating Petition. Signatures typed in font letters will not be accepted.

(e) In determining the requisite number of signatures online or on an original or copy of an official Nominating Petition, the candidate's signature will be counted.

(f) Only members in good standing in a particular Local are eligible to nominate online or sign petitions in National Board, Local Officer, Local Board, and Convention delegate elections in that Local. All members in good standing of SAG-AFTRA are eligible to nominate online or sign petitions in the election for President and Secretary Treasurer.

6. Required Number of Petition Signatures

(a) Candidates for President shall be nominated online or by written petition signed by no fewer than two-hundred (200) members in good standing, including members from at least three (3) Locals.

(b) Candidates for Secretary-Treasurer shall be nominated online or by written petition signed by no fewer than one-hundred and fifty (150) members in good standing, including members from at least three

(3) Locals.

(c) Candidates for National Board, Local Officer, Local Board, and Convention delegates shall be nominated online or by a written petition signed by the number of members in good standing designated by the Local in its Constitution and/or applicable Rules of Procedure or Election Rules.

7. Return of Nominating Petitions

(a) Online nominations will be closed no later than the established deadline for each election. Nominations will not be accepted after the deadline. Once the nominating period has closed which is the established deadline for receipt of election materials, a candidate may not revoke their Consent to Serve.

(b) Nominating petitions (whether in their entirety or in counterparts) may be sent via email to the appropriate SAG-AFTRA office no later than the established deadline. Nominating Petitions received after the deadline will not be accepted. Once the nominating period has closed which is the established deadline for receipt of election materials, a candidate may not revoke their Consent to Serve. If a document is emailed, there will be no presumption that it has been received by the union before the deadline.

(c) Election materials shall only be accepted via email at the designated office or email address or online in the member section of the SAG-AFTRA website. No exceptions. If the document is not actually received by the appropriate SAG-AFTRA email address or online in the member section of the SAG-AFTRA website within the time specified, no excuse will be accepted for late filing. Therefore, the candidate who chooses to email such documents or submit documents online in the member section of the SAG-AFTRA website is urged to do so with sufficient time for receipt by the established deadline and to check with the appropriate office to ensure that the document(s) have been received.

**B. Convention Nominations**

1. Nominations for Officers elected at the biennial Convention shall take place as soon as practicable after the opening of each regular Convention.

(a) Candidates for Executive Vice President shall be nominated by any delegate attending Convention at a meeting of the entire delegate body.

(b) Candidates for Vice President other than the Executive Vice

President shall be nominated by any delegate attending Convention from their respective delegate caucuses, as set forth in Article VI.G.l.c.ii of the SAG-AFTRA Constitution.

(c) Delegates must receive appropriate credentials to vote in a particular geographic or work category caucus in accordance with credentialing procedures and Convention Rules approved by the National Board.

(d) To be eligible to stand for election, a candidate must be nominated by a Convention delegate, the nomination must be seconded by a Convention delegate and the candidate must submit a Consent to Serve form, as described in Section B.1(e) below. Any one delegate may not nominate more than one (1) candidate for each office.

(e) All nominated candidates must complete a written Consent to Serve form, which must be returned no later than one hour after the close of Nominations. Consent to Serve forms may be emailed to the SAG-AFTRA national office, c/o the Governance Department, in advance of the Convention, provided that such forms must be received in the SAG-AFTRA national office no later than Thursday, October 23, 2025 at 5:00 p.m. (PDT). A candidate who emails their Consent to Serve is urged to do so with sufficient time for receipt by the established deadline. If the document is not actually received in the national office by the time specified, no excuse will be accepted for late filing. Therefore, candidates are urged to check with the national office to ensure that their Consent to Serve has been received. A failure to submit a Consent to Serve form in a timely manner will result in disqualification of the nominee.

(f) Once the Nominations have closed, a candidate may not revoke their Consent to Serve.

## ARTICLE II

## ELIGIBILITY RULES

### A. Eligibility to Nominate

1. To be eligible to nominate online or sign a Nominating Petition for President or Secretary-Treasurer, a member must be in good standing in SAG-AFTRA as defined in Article III.C of the SAG-AFTRA Constitution.

2. To be eligible to nominate the Executive Vice President, a member must be an elected delegate to the SAG-AFTRA Convention at which nominations take place. To be eligible to nominate a Vice President other than the Executive Vice President, a member must be an elected delegate who is

credentialed for the respective delegate caucus for that Vice President, as described in Article I.B.1(c), above and as set forth in credentialing procedures and Convention Rules approved by the National Board.

3. To be eligible to nominate online or sign a Nominating Petition for a National Board member from a particular Local or group of Locals, a member must be in good standing as defined in Article III.C of the SAG-AFTRA Constitution and must be a member of that Local or group of Locals.

**B. Eligibility to Vote**

1. To be eligible to vote for President or Secretary-Treasurer, a member must be an active member in good standing as defined in Article III.C of the SAG-AFTRA Constitution as of a date thirty (30) days prior to the date of the mailing of the ballots or the commencement of telephonic/electronic voting. However, if ballots are mailed or voting in a telephonic/electronic or in-person election commences during the first ninety (90) days of a semi-annual dues period, a member whose dues are paid-up as of the thirty (30) day period referred to above for the immediately preceding semi-annual dues period and/or the current dues period shall be eligible to vote.

2. To be eligible to vote for Executive Vice President, a member must be an elected delegate attending the Convention at which the election takes place.

3. To be eligible to vote for a Vice President other than the Executive Vice President, a member must be an elected delegate attending the Convention who has received credentials to vote in the respective delegate caucus for that Vice President.

4. To be eligible to vote for a member of the National Board, Local Officer, Local Board, or Convention delegate, a member must be an active member in good standing as defined in Article III.C of the SAG-AFTRA Constitution as of a date thirty (30) days prior to the date of the mailing of the ballots, the commencement of telephonic/electronic voting or a membership meeting at which the election will take place. However, if ballots are mailed or voting in a telephonic/electronic or in-person election commences during the first ninety (90) days of a semi-annual dues period, a member whose dues are paid-up as of the thirty (30) day period referred to above for the immediately preceding semi-annual dues period and/or the current dues period shall be eligible to vote.

**C. Eligibility to Run for Office**

1. National Officer

To be eligible to serve as a National Officer, a member: (a) must have been in

good standing in the Union throughout the two dues periods prior to, and the current dues period including the date of their nomination; (b) must be at least 18 years of age upon taking office; (c) must have been an active member for twenty-four (24) months prior to the date of their nomination; and (d) may not be a Management Employee as that term is defined in Article VIII.G of the SAG-AFTRA Constitution and applicable SAG-AFTRA policy.

2. National Board Member

To be eligible to serve as a member of the National Board, a member: (a) must have been in good standing in the Union throughout the dues period prior to, and the current dues period including the date of their nomination; (b) must be at least 18 years of age upon taking office; (c) must have been an active member for twenty-four (24) months prior to the date of their nomination; and (d) may not be a Management Employee as that term is defined in Article VIII.G of the SAG-AFTRA Constitution and applicable SAG-AFTRA policy.

3. National Officer or National Board Member from a Local or Group of Locals

In addition to the criteria set forth in C.1 and C.2 above, in order to be eligible to serve as a member of the National Board or National Officer from a Local or group of Locals, a member must have been a member of the Local or group of Locals for the twelve (12) months prior to the date of their nomination.

4. National Officer or National Board Member from a Work Category

In addition to the criteria set forth in C.1 and C.2 above, in order to serve as a National Officer or Board Member from a Work Category, a member must have been a declared member of that category for the twelve (12) months prior to the date of their nomination.

5. Local Officer or Local Board Member

In order to serve as a Local Officer or Local Board member, a member must meet the criteria set forth in C.2.a, b and d, above, and have been a member of the Local or group of Locals for the twelve (12) months prior to the date of their nomination as well as any additional criteria established under the Local's Constitution and/or Rules of Procedure that have been approved by the National Board or its designee. In order to be eligible to serve as a Local Officer or Local Board member in a seat designated for a particular Work Category, a member must have been a declared member of that category for the twelve (12) months prior to the date of their nomination, unless specifically provided otherwise in the Local Constitution.

6. Convention Delegate

In order to be eligible to serve as a Convention delegate, a member: (a) must have been a member in good standing of their Local for the six (6) months

prior to the date of their nomination; and (b) may not be a Management Employee as that term is defined in Article VIII.G of the SAG-AFTRA Constitution and applicable SAG-AFTRA policy. In order to be eligible to serve as a Convention delegate in a seat designated for a particular Work Category, a member must have been a declared member of that category for the six (6) months prior to the date of their nomination, unless specifically provided otherwise in the Local Constitution.

7. Staff will make every effort to accommodate inquiries regarding eligibility and confirm receipt of all relevant materials (especially near deadlines) within a timeframe of no more than three (3) business days, if possible.

## ARTICLE III

## CAMPAIGNING AND ACCESS

### A. Voter Information Guide/Candidate Materials

1. The Mail Ballot Election for President, Secretary-Treasurer, National Board, Local Officers and Local Board

(a) Photos

1. Non-Convention Delegate candidates may submit a campaign photo for use in the Voter Information Guide (the "Guide") that will be distributed by SAG-AFTRA to members in good standing together with the mail ballots. Candidates seeking to have their photos used in the Guide must sign a photo release and indemnification form. Photos submitted for the Guide must be of the candidate running, and must be in the form of a photograph and not an illustration of any kind. Further, political messaging may not be included.

2. Convention Delegate candidates may also submit a campaign photo in accordance with the requirements in Article III.A.1.a (1), above. However, the photos will not appear in the Voter Information Guide and will be made available online through a link in the Guide.

b) Candidate Statements

Candidates may submit a statement in a single paragraph form of not more than one hundred (100) words that will be published, together with the candidate's photo, in the Guide. Candidates' statements and photos will be listed in the Guide in the same order as they appear on the ballot. The Guide shall contain a statement that all candidates were afforded the right to submit statements and photos in accordance

with this Nominations and Election Policy. A nominated candidate may have their photo and statement appear in the Guide only if their materials have been received by the appropriate SAG-AFTRA designated email address no later than the established deadline. If a document is emailed, there will be no presumption that it has been received by the union before the deadline. If the document is not actually received by the appropriate SAG-AFTRA designated email address within the time specified, no excuse will be provided to the candidate for late filing. Therefore, the candidate who chooses to email such documents is urged to do so with sufficient time for receipt by the established deadline and to check with the appropriate office to ensure that the document(s) have been received. Candidate photos and statements received after the deadline will not be accepted.

(i) Words divided by slashes, hyphens or other punctuation are counted individually, except for SAG-AFTRA, Officer titles (including National Officer, National Board and Local Board titles) and the names of union committees excluding the word "committee" which are counted as one word.

(ii) Names of the Pension & Health Funds and Foundations are counted as one word.

(iii) Cities are counted as one word. States are also counted as one word.

(iv) Names of locals including the word "local" are counted as one (1) word.

(v) Telephone numbers are counted as one word. Other numbers are counted as one word.

(vi) URLs (website addresses) and addresses following the "@" symbol are counted as one (1) word. However, URLs and handles may contain no more than five (5) words. Thereafter, all word count rules will apply.

(vii) A candidate's name as the title is not counted as part of the statement.

(viii) All word count rules apply to hashtags following the "#" symbol.

(ix) In the event that a statement submitted in advance of the published due date exceeds one hundred (100) words, a candidate may revise it prior to the deadline. If a revised

statement is not received by the established deadline, the original statement will have only the first one hundred (100) words printed. It is the candidate's responsibility to check their statement's word count following the rules in this Article III.A.1(b). Statements not in compliance with this policy will be reviewed following the established deadline by the appropriate election committee and will be cut off at exactly one hundred (100) words.

(x) To ensure a uniform and equitable display of candidate information, candidate statements will be: 1) displayed in paragraph form with no additional line spacing, 2) listed in text format only and contain no graphics or emoji's, 3) all website addresses will be underlined and 4) presented in the same font and size.

(xi) Except as set forth above, statements will be printed exactly as submitted.

2. Additional Materials for National Board, Local Officers and Local Board Positions

Additional materials for National Board, Local Officers and Local Board positions may be provided at the discretion of the Local Board in accordance with these rules and, if additional rules are deemed appropriate, approval by the National Board or Executive Committee is required.

3. The Convention Election

(a) Nominated candidates will have the opportunity to participate in a candidates' forum that will be held as soon as practicable after the opening of each regular Convention and/or, at the discretion of the National Board, to have their photo and a statement appear in a Candidate Information Guide in accordance with standing rules adopted by the National Board or its designee.

(b) Article III.A.1.a and b shall be applicable to Candidate Information Guides distributed at Convention.

**B.    Mailings of Candidate Literature**

1. Each candidate shall be permitted a reasonable opportunity, equal to that of any other candidate, to have their literature sent via U.S. Postal Service or electronic mail (hereinafter collectively referred to as "candidate mailings") at the candidate's expense. Each candidate is entitled to a reasonable number of candidate mailings, whether or not any other candidate makes such request(s).

2. Such request(s) for candidate mailings shall be made in writing by the candidate to the Governance Department, and shall specify the desired date of the mailing. Requests will be processed as set forth below.

3. With respect to U.S. Postal Service candidate mailing requests, SAG-AFTRA will arrange for the production of mailing labels and for a mail house to either: (a) label and mail campaign postcards, materials in other mailing formats, or pre-sealed envelopes containing campaign material, or (b) insert the candidate's pre-printed campaign material into labeled envelopes and mail. SAG-AFTRA will provide the candidate with instructions for delivery of candidate material to the mail house, as well as an estimate from the mail house for the reasonable costs of such mailing, including the vendor's charge and the postal fees. All campaign material must include the return address of the mail house and must not indicate or suggest in any manner that the material is an official communication from SAG-AFTRA. All literature must include the following disclaimer: "Not paid for with SAG-AFTRA funds." The disclaimer shall be in no less than 10 pt. font. A signed statement will be required certifying that the material meets the requirements set forth in this paragraph.

   The candidate may also contract with the mail house to print their campaign literature. Candidates must tender the cost of the mailing, including printing, upon delivery of their material to the mail house. A candidate also will be responsible for reimbursing SAG-AFTRA, prior to the mailing for the reasonable costs it incurs in connection with the production of mailing labels. SAG-AFTRA is not required to distribute or arrange for the distribution of any candidate's campaign literature if the candidate is not willing and able to pay for the reasonable costs of the mailing in advance of the mailing. In complying with requests to mail literature, SAG-AFTRA shall use the names and current addresses that are on file for all eligible voters.

4. With respect to requests to distribute candidate literature via e-mail, SAG-AFTRA will make available to all candidates the opportunity to send campaign communications by e-mail to all eligible voters who have provided an e-mail address to the Union. E-mail distribution of literature will be transmitted by an independent company designated by SAG-AFTRA, that specializes in electronic communications. The e-mail message must identify the candidate and be in rich text format. The message may not include attachments although it may include a website's URL in rich text format. The subject line will read "SAG-AFTRA Election Campaign Literature." All messages must be preceded by the following statement:

   This e-mail is not an official communication from SAG-AFTRA, and has not been transmitted at SAG-AFTRA's expense.

   and followed by the following statement:

SAG-AFTRA is required by federal law to comply with all reasonable requests by candidates for union office regarding the distribution of campaign literature at the candidate's expense. The preceding message has been prepared by the candidate and is not endorsed or reviewed by SAG-AFTRA. The candidate has not been provided with your email address and will not receive any responses. This message is being transmitted by an independent electronic communications company that has signed an agreement with SAG-AFTRA which requires the company to guarantee the confidentiality of your email address.

5. The candidate will be responsible for all vendor costs and will pay the vendor directly for the transmission of candidate literature via e-mail. SAG-AFTRA will provide all candidates requesting the distribution of literature via e-mail with instructions concerning the emailing of candidate literature, the name of the authorized vendor and the vendor's price list. Payments must be made to the vendor prior to its rendering services.

6. Candidates will be charged $100.00 per e-mail broadcast and 4.5 cents per address. Additional mailing to the same list of voter constituents will be billed at the 4.5 cents per address. Each candidate will incur a $75.00 per hour additional charge for changes after the first test e-mail unless the change is to correct a vendor error.

7. Upon the reasonable request of each candidate, the Union will provide special programming services to identify specific segments of the membership for campaign mailings. Special programing requests will be billed at the hourly rate of $50.00.

8. All vendors will sign a confidentiality agreement which guarantees that members' mail and e-mail addresses will not be made available to the candidate, the recipients of campaign materials, or any third party. The vendor will verify with SAG-AFTRA, before entering into an agreement with the candidate, that they are included on a list of authorized candidates. Candidates will not be able to see progress messages, bounce notifications or failed delivery information. Upon request by the candidate, the vendor will provide them with a report on the total number of mail and/or e-mails sent and the total number of undeliverable pieces of mail and/or emails.

9. SAG-AFTRA may not refuse to process or distribute any candidate's literature on the basis of its content, nor may it edit any candidate's campaign literature.

**C.    Inspection of Membership List**

Each candidate shall have the right, on one occasion during the thirty (30) days before the ballot count, to inspect, but not copy, a list containing the names and last known addresses of all members of the Union. SAG-AFTRA shall not discriminate in favor of or against any candidate with respect to the membership list. A request to inspect the membership

list shall be made in writing by email sent to the Governance Department at the National Office.

**D. Freedom to Exercise Political Rights**

Subject to the limitations set forth in Article IV, below, all SAG-AFTRA members retain the right to participate in campaign activities, including the right to run for office (if they meet the eligibility requirements in SAG-AFTRA's Constitution), to openly support or oppose any candidate, to aid or campaign for any candidate and to make personal campaign contributions. These rights apply to all members, including members who also serve in the role of an employer.

## ARTICLE IV

## CAMPAIGN CONTRIBUTIONS

**A. Union Funds, Resources, Personnel and Facilities**

1. Except as provided in Article IV.A.4 and 5 below, no SAG-AFTRA funds, resources, personnel or facilities may be used to promote the candidacy of any person, and no candidate may receive any Union contributions made to promote their candidacy. This prohibition includes a ban on monetary contributions and the use of the Union's stationery, equipment, facilities, personnel or other resources to promote a candidate other than that set forth in Article III.A. The following examples of the use of Union funds, resources, personnel and facilities are strictly prohibited:

   (a) Use of the Union office or telephones for campaigning;

   (b) Use of Union office equipment to prepare, fax, email or photocopy campaign material;

   (c) Use of Union stationery for campaign purposes;

   (d) Use of the Union's logo or name or the use of the Union's logo in a manner which would reasonably be construed as an endorsement by the Union, or use of the union's logo or name in the name of any slate of candidates.

   (e) Use of Union publications to promote a candidate.

   (f) Use of Union staff to assist with the preparation or distribution of campaign materials.

2. No member may campaign for themself or for any other candidate during time that is paid for by any employer provided, however, that campaigning incidental to work or during paid vacation, paid lunch hours or break, or similar paid time off is permitted.

3. In light of the Union's obligation to communicate with and inform the membership regarding its normal business activities, the following are examples of non-election related Union communications that are permitted.

   (a) Inclusion of the names of members who also are candidates in communications regarding collective bargaining negotiations, including updates on the status of those negotiations and recommendations regarding ratification votes or other actions of the membership in connection with such negotiations.

   (b) Regular listing or statement of the identity of the Officers, Board members or others who are committee chairs and co-chairs or committee members, on the website, in publications or in other Union communications.

   (c) Reporting of or communications about significant newsworthy events that include references to members who are or may be candidates for Union office.

4. Communications that fall under Section A.3, above, will be reviewed by the General Counsel or their designee to ensure compliance with this Policy and applicable law.

5. Electioneering on the Union's Facebook page, on union premises or at union meetings or committee-sponsored events is strictly prohibited, provided that the National Board or a Local Board may host a "Meet the Candidates" event at which all candidates will be afforded an equal opportunity to address the membership. Advance notice of the opportunity to participate in such an event must be provided to all candidates.

6. The use of the SAG-AFTRA logo, or any facsimile thereof, is not permissible for campaign purposes at any time.

**B. Employer and other Union Funds, Resources, Personnel and Facilities**

No employer or union funds, resources, personnel, equipment, facilities, or any other things of value from any employer or union may be used to promote the candidacy of any person, and no candidate may receive any employer or union contributions made to promote their candidacy. This prohibition includes a ban on monetary contributions and the use of a union's or employer's stationery, website or social media sites, mail or email lists, equipment, facilities, personnel or other resources to promote a candidate. Without limitation, some examples of prohibited contributions include media outlets using employer funds to publish or broadcast candidate promotional materials and employers, including industry management (such as directors or casting agents), using their work emails or social media sites to promote or denigrate any candidates or slates. The prohibition on employer contributions extends to every employer, regardless of the nature of the business or whether any union represents its

employees, and to every thing of value used to promote a member's candidacy. The prohibition extends to SAG-AFTRA and all other labor unions. If a SAG-AFTRA member is also an employer, however, the law does not prohibit them from contributing their personal funds to a candidate without using any employer funds or resources.

## ARTICLE V

## THE ELECTION

### A. Election Supervision

The election of the President, Secretary-Treasurer, National Board members, Local Officers, Local Board members and Convention delegates shall be conducted by one independent election services company (the "election company") selected by the General Counsel or their designee. The nomination and election of the Vice Presidents shall be conducted at the Convention by the Union.

### B. National Officer Election Committee

The National Board shall appoint a National Officer Election Committee (the "Election Committee") to oversee the conduct of all National Officer nominations and elections. The Election Committee shall be made up of at least three (3) members in good standing who may not be candidates for National Officer, National Board, Local Officer, Local Board or Convention delegate positions. For purposes of this Section, service on the Election Committee shall be deemed to commence on the date of and immediately upon appointment to the Election Committee.

### C. Conduct of the Mail Ballot Election

1. The Election. The 2025 election of the President, Secretary-Treasurer, National Board, Local Officer, Local Board and Convention delegate shall be conducted entirely by mail ballot for the purposes of transparency and observation.

2. Printed Ballots. All ballots shall be identified as the Official SAG-AFTRA Election Ballot.

3. Mailing of Ballots. All ballots will be mailed to the last-known home address of each member in good standing, or another address that the member has designated for the receipt of SAG-AFTRA communications, and must be returned in not less than thirty (30) days.

4. Order of Placement. The order of candidates on the ballot for all elections including elections held at convention shall be alphabetical with the starting letter determined by lot by the National Election Committee.

5. Write-Ins. Write-in votes will not be permitted.

6. Slate Membership. Each candidate nominated for office may campaign as a member of a slate of candidates, regardless of whether the slate is complete. No candidate shall be compelled to run as a member of a slate.

7. Nomination for Multiple National Offices. No candidate shall be permitted to run for both President and Secretary-Treasurer or for more than one (1) Vice President position at Convention except that if a candidate is not elected, they may be permitted to run for another Vice President position until elected.

8. Ballot Security. Representative(s) of the election company will maintain the ballots at all times during the election. The election company shall retain the ballots for a minimum of one (1) year following the election.

9. Observers. Each candidate shall have the right to be present and/or to designate observers to be present during the election process. The Election Committee shall have the right to remove candidates or observers that obstruct or otherwise interfere with the ballot count.

10. Unopposed Candidates. An unopposed candidate shall be deemed elected.

**D. Ballot Count**

1. The Count. The ballot count shall begin as soon as practicable following the deadline for the return of the ballots. Only ballots that have arrived in the official P.O. Box by the established deadline will be picked up.

2. Voter Intent. Any ballot marked in such a way as to reasonably indicate the intent of the voter will be counted. The Election Committee will resolve questions as to the intent of a ballot.

3. Eligibility Check. The eligibility of all voters will be determined prior to the opening and tabulation of the ballots. Members may challenge the eligibility of a voter by identifying the voter and clearly specifying the basis for the objection before any envelopes are opened. All decisions on voter eligibility will be made by the Election Committee.

4. Tie vote. In the event of a tie for any non-National Officer position, which will be verified by a re-count, the winner shall be determined by a neutral, random selection administered by the Local Election Committee, except that in a Local or group of Locals that has only one National Board seat, a runoff election may be conducted. In the event of a tie vote for the President or Secretary-Treasurer, a run-off election shall be conducted. The Election Committees will oversee any re-run elections that are conducted.

5. Plurality Vote. The holder(s) of the highest number of votes shall be deemed

elected, regardless of whether a majority is achieved.

6. Tabulation. Ballots for the President and Secretary-Treasurer shall be tallied within the forty-five (45) day period immediately prior to the Convention.

**E. Conduct of the Convention Election**

1. The election of the Executive Vice President shall be conducted by a secret ballot vote of the Convention delegates as soon as practicable after the opening of each regular Convention in accordance with policies established by the National Board.

2. The election of the other Vice Presidents shall be conducted by a secret ballot vote of the delegates in their respective delegate caucuses as soon as practicable after the opening of each regular Convention.

3. The provisions of C.2 and 4-10, above, shall apply to the Convention election.

4. The ballot tabulation shall begin as soon as practicable after the polls have closed. The requirements of D.2, 3 and 5, above, shall apply to the Convention ballot count.

## ARTICLE VI

## PROTESTS AND APPEALS

**A. Eligibility Protests**

Any member who desires to challenge a ruling on eligibility or challenge a candidate's eligibility to run for National or Local office in the non-convention election must file a written protest with the National or Local Election Committee, respectively, within three (3) business days of when the member knew or should have known of the basis for the eligibility challenge. Written protests that challenge a candidate's eligibility and allege that a candidate is primarily employed as management or primarily performs the functions of management in the Union's jurisdiction must include with specificity information that provides a basis for the challenge and shows how a candidate is acting primarily and continually in the interests of an employer or employers rather than in the interests of the members of the Union and how those activities conflict with performance of representational duties. Protests concerning the eligibility of a member nominated at the Convention shall be filed within two (2) hours of the close of Convention nominations conducted in accordance with Article I.B.1 of this Nominations and Election policy. Eligibility protests shall be decided promptly by the National or Local Election Committee. The Election Committee may, in its discretion, decide such protests based on the documents submitted, a conference call hearing or an in-person hearing. Each Election Committee's decision on eligibility is final and binding.

**B.    Election Protests**

1.  National Officer Election

    (a)    Any protest regarding an alleged violation of the election provisions of the SAG-AFTRA Constitution, this Election Policy or applicable law in the National Officer Election must be filed with the Election Committee appointed by the SAG-AFTRA National Board (the "national Election Committee") to oversee the election.

    (b)    The protest shall set forth with reasonable specificity the nature of the alleged violation, the facts underlying it and how it may have affected the outcome of the election.

    (c)    The national Election Committee shall consider all facts it deems appropriate to resolve an election protest and may, in its discretion, hold hearings concerning any such protests. All affected candidates will receive a copy of the protest and any evidence submitted in support of the protest, and will have the opportunity to submit evidence to the national Election Committee.

    (d)    The national Election Committee shall also have the authority to hear and decide any protest filed under Article VI.B.2, below, if the facts giving rise to the protest are identical to those involved in a National Officer protest that has been filed with the national Election Committee. If the national Election Committee decides to assume jurisdiction of such a protest, the Local Election Committee shall have no further authority to hear or decide the protest. The national Election Committee shall also have exclusive jurisdiction to hear and decide any protest arising out of or involving the online nomination and election, whether in connection with a National or Local election.

    (e)    The national Election Committee shall render its written decision as promptly as possible, but in no event more than forty-five (45) days following the date of the election.

    (f)    National Election Committee decisions shall be final and binding. Elections challenged by a member are presumed valid unless and until the same or another candidate is elected in a rerun election.

2.  National Board, Local Officer, Local Board and Convention delegate elections

    (a)    Each Local shall establish an Election Committee to (1) oversee the conduct of the National Board, Local Officer, Local Board and

Convention delegate nominations and elections; and (2) hear and determine election protests in accordance with this Election policy and additional Local policies or procedures that are not inconsistent herewith, subject to Article VI.B.1.d, above.

(b) The Local Election Committee shall be made up of at least three (3) members in good standing who may not be candidates for President, Secretary-Treasurer, National Board, Local Officer, Local Board or Convention delegate.

(c) Protest Procedures

(i) Within fourteen (14) days following the election, a member in good standing may file with the Local Election Committee an election protest concerning an alleged violation of the election provisions of the SAG-AFTRA Constitution, this Election Policy, a Local's election policies or applicable law. The protest shall set forth with reasonable specificity the nature of the alleged violation, the facts underlying it and how it may have affected the outcome of the election.

(ii) The Local Election Committee shall consider all facts it deems appropriate to resolve an election protest and may, in its discretion, hold hearings concerning any such protests. All affected candidates will receive a copy of the protest and any evidence submitted in support of the protest, and will have the opportunity to submit evidence to the Local Election Committee.

(iii) The Local Election Committee shall render its written decision on all election protests as promptly as possible, but in no event more than forty-five (45) days following the date of the election.

(iv) Local Election Committee decisions shall be final and binding. Elections challenged by a member are presumed valid unless and until the same or another candidate is elected in a rerun election.

## ARTICLE VII

## ANNOUNCEMENT AND CERTIFICATION OF ELECTION RESULTS

Upon completion of the vote count in the mail ballot elections, the results shall be certified by the election company in writing to the National and Local Election Committees. The results of the Convention elections will be certified by SAG-AFTRA and announced immediately following the elections. Results for mail ballot elections will be distributed at

tabulation and emailed to candidates. Results of both the mail ballot and Convention elections will be posted on SAG-AFTRA's website. The National Officers, National Board members, Local Officers, Local Board members and Convention delegates who have been elected shall assume their offices immediately upon their election.

## ARTICLE VIII

## ADDITIONAL NOMINATION AND ELECTION PROCEDURES

The National Board or its designee may develop additional nomination and election procedures for the mail ballot and Convention elections, provided that such procedures are consistent with the SAG-AFTRA Constitution and applicable federal law.

A. Board Term Start Dates

All 2025 new Board terms begin on Friday, September 12, 2025.

B. Uniform National and Local Petition Forms

Uniform National and Local petition forms including the online nominating forms will be prepared by the Governance Department subject to approval of counsel.

# Exhibit D



## LOS ANGELES LOCAL

## Instructions for SAG-AFTRA Election Candidates

---

**These instructions highlight some of the important rules governing the election. However, this is not a complete list and you are urged to read the notice of nomination and election, National Constitution, Local Constitution and the "SAG-AFTRA Nominations and Election Policy" document for more complete information regarding eligibility, candidacy, nominations and elections. You may also find information regarding union elections on www.dol.gov.**

**Questions regarding the 2025 elections may be emailed to laelections@sagaftra.org. Information may also be found online at sagaftra.org/elections.**

## Table of Contents

1. Required Election Materials 1

2. Return of Offline Election Materials 4

3. Election Materials Checklist For Offline Submissions ONLY 4

4. Campaigning 5

---

# 1. Required Election Materials

### A. Nominating Petition

**i.** Nominating petitions for National Board and Local Board positions must be signed by AT LEAST THIRTY (30) SAG-AFTRA MEMBERS IN GOOD STANDING OF THE LOS ANGELES LOCAL.

Nominating petitions for Local Officer positions must be signed by AT LEAST FIFTY (50) SAG-AFTRA MEMBERS IN GOOD STANDING OF THE LOS ANGELES LOCAL.

Ex D-1

Nominating petitions for Convention Delegate positions must be signed by ONE (1) SAG-AFTRA MEMBER IN GOOD STANDING OF THE LOS ANGELES LOCAL.

**ii. Important Note:** Members may concurrently run for a National Board, local officer, local board and convention delegate position. However, candidates are not permitted to run concurrently for multiple local officer positions.

**iii.** Petition signatures may be obtained through the online nominating portal or offline on an original or copy of an official nominating petition.

**iv.** If signatures are obtained offline on a blank petition form, the following will apply:

a. Each candidate must sign the line for the signature of the nominee in order to be eligible for nomination and meet the consent to serve requirement (see front page of petition).

b. Handwritten signatures may be scanned and submitted via email only if they are on a copy of an official nominating petition. Signatures typed in font letters will not be accepted.

c. Handwritten signatures of members who do not meet the above requirements will not be counted, so candidates are urged to obtain more than the minimum number required for offline petitions.

*(Please note: If you obtain all of the required signatures online, there is no need to download or submit an offline petition. Additional signatures are not required since only eligible members can sign your online petition)*.

**B. Ballot Display Name Verification**

**i.** Candidates must complete the ballot name verification form to ensure that their name is properly listed on the election ballot and voter's guide.

**ii.** The name of each candidate for election will appear on the ballot exactly as requested on the name verification form and will be printed in capital letters only.

**C. Consent to Serve**

**i.** Candidates must consent to serve and may not withdraw their candidacy for any position(s) following the established nominating deadline.

**ii.** Once the nominating period has closed, a candidate may not revoke their consent to serve.

**D. Minimum Age Requirement**

**i.** Candidates must read and affirm that they will be eighteen (18) years of age or older upon taking office on Friday, September 12, 2025.

**E. Prohibition of Service - Casting Professionals**

**i.** Candidates must read and affirm that they do not regularly work as a casting professional pursuant to the National Board policy approved in April of 2021.

**F. Prohibition of Service - Management Employees**

**i.** Candidates must read and affirm that they are not primarily employed as management or primarily perform the functions of management as set forth in Article VIII.G of the SAG-AFTRA Constitution.

**G. Media Inquiry Form**

**i.** Candidates are encouraged but not required to complete the media inquiry form.

**ii.** This form provides instructions for the forwarding of media inquiries regarding your candidacy.

**H. Photo Release & Indemnification Agreement**

**i.** Candidates who would like their photos published in the voter guide are required to sign a photo release and indemnification agreement.

(*Please note: Convention delegate photos will not appear in the Voter's Guide, but will be made available on the SAG-AFTRA website through a link in the Voter's Guide. Convention delegate candidate statements are not permitted in either the Voter's Guide, or through the link to the SAG-AFTRA website.)*

**ii.** The purpose of this form is to protect SAG-AFTRA against any legal action in connection with the use and publication of candidate photographs in the SAG-AFTRA voter's guide, magazine, or website.

**I. LMRDA Prohibition Against Certain Persons Holding Union Office or Employment**

**i.** Candidates must read and affirm that they have not been convicted of any of the crimes described in Section 504 of the LMRDA in the last thirteen (13) years.

**J. Candidate Statement** *(Not Permitted for Convention Delegate Positions)*

**i.** Candidates running for National Board, Local Officer or Local Board seats may submit a statement in a single paragraph form of not more than one hundred (100) words in compliance with the policy that will be published, together with the candidate's photo, in the voter's guide sent to all eligible voters (this is the only campaign literature sent at SAG-AFTRA expense).

**ii.** Statements may be submitted through the online nominating portal or offline by email to laelections@sagaftra.org.

**iii.** Please see detailed instructions for preparing your candidate statement under Article III.A.1.b. in the "SAG-AFTRA Nominations and Election Policy".

**iv.** Please note that neither SAG-AFTRA staff nor SAG-AFTRA equipment may be used in the preparation, typing or copying of candidate statements.

**v. Important Notice:** The Election Committee does not correct grammar, spelling or any other mistakes in candidate statements. Statements are presented exactly as written.

**K. Photo/Headshot**

**i.** Candidates running for National Board, Local Officer, Local Board or Convention Delegate seats may submit a photo/headshot for the voter's guide (an electronic jpeg format with a resolution greater than 200 dpi is preferred). *Convention delegate photos will not appear in the Voter's Guide, but will be made available on the SAG-AFTRA website through a link in the Voter's Guide.*

**ii.** One (1) photo/headshot for all positions in the voter's guide may be submitted through the online nominating portal or offline by email to laelections@sagaftra.org.

**iii.** Candidates must supply a new photo/headshot (not an illustration) for the voter's guide even if you have previously provided a photo/headshot in connection with former elections or for other SAG-AFTRA purposes.

## 2. Return of Offline Election Materials

*****PLEASE BE ADVISED*****

*****Candidates Are Encouraged to Submit Materials in Advance of Published Deadlines*****

**All offline election materials must be returned by email to laelections@sagaftra.org no later than 5:00 p.m. (PDT) on FRIDAY, JULY 11, 2025. NO EXCEPTIONS.**

Please Note: If a document is emailed, in accordance with any provision of the "SAG-AFTRA Nominations and Election Policy", there will be no presumption that it has been received by the Union within the time specified.

Therefore, if you choose to email your documents, you are urged to email with sufficient time for receipt, and check with the appropriate SAG-AFTRA contact to ensure that the materials have been received.

## 3. Election Materials Checklist For Offline Submissions ONLY

- ☐ **Nominating Petition**
- ☐ **Photo/Headshot**

☐ **Candidate Statement***

☐ **Complete Form Document that Includes:**

Ballot Display Name Verification

Minimum Age Requirement

Prohibition of Service - Casting Professional Confirmation

Prohibition of Service - Management Employee Confirmation

Media Inquiry Information

Photo Release & Indemnification Agreement

LMRDA Notice Confirmation

Any Other Specific Local Requirements

**Not Permitted for Convention Delegate Positions.*

## 4. Campaigning

Candidates may choose to campaign by various methods at the candidate's own expense. Please refer to Article III.B. of the "SAG-AFTRA Nominations and Election Policy" and for more detailed information on vendors, process and cost: Click Here

# Exhibit E

**Los Angeles Local Election Committee Meeting – August 7, 2025**

Excerpt from Draft Summary of Actions

***It was moved and seconded to approve that any photos submitted be cropped to comply with the Nominations and Elections Policy and the Candidate Instructions.***

***Approved Unanimously***

# Exhibit F



Ex F-1

# Exhibit G

This REVISED Los Angeles Local Voter's Guide is the final official SAG-AFTRA Voter's Guide for the Los Angeles Local. Any electronic copies of this document without this legend are not authoritative and should be discarded. Official print copies will not contain this legend.

SAG·AFTRA

9538540501

# SAG-AFTRA VOTER'S GUIDE AND VOTING INSTRUCTIONS

## FOR THE 2017 LOS ANGELES LOCAL ELECTION

July 25, 2017

The candidates have been requested to provide, at their discretion, statements for this brochure in accordance with rules outlined in the SAG-AFTRA Constitution and the Nominations and Election Policy ("Guidelines"). Except as set forth in the guidelines, statements will be printed exactly as submitted.

**THE CANDIDATES' STATEMENTS IN THIS BROCHURE ARE SOLELY THOSE OF EACH OF THE CANDIDATES. SAG-AFTRA DOES NOT ENDORSE ANY OF THE CONTENTS OF, OR OPINIONS EXPRESSED IN THESE STATEMENTS.**

If a candidate for any office is unopposed, the candidate shall be declared elected without the necessity of a membership vote. Please note that the following candidates ran unopposed and will be installed in office on August 24, 2017:

Local Board Member – Broadcaster – Robert G Archer; Local Board Member – Dancer – Danielle Towne; Local Board Member - Singer/Recording Artist – Jasper Randall; National Board Member – Singer/Recording Artist – Dan Navarro; Convention Delegate – Broadcast – Entertainment – Mike Sakellarides; Convention Delegate – Broadcast – News/Information – Zohreen Adamjee and Robert G Archer; Convention Delegate – Dancer – Danielle Towne

The Local Officers and National Board members, by virtue of their election to those positions, shall also serve as convention delegates. The Local Officers, Local Board members and Convention Delegates, by virtue of their election to those positions, also serve as Alternate National Board members and in certain circumstances, Convention Delegates are also eligible to serve as Alternate Local Board members.

# President - 2 year term

***Vote for no more than one (1).***

**01. CLYDE KUSATSU –**
Service for members and not for self is my guide. You elected me the first Asian American President of SAG-AFTRA Los Angeles, and I worked hard with local and state government to bring jobs back to LA. In spite of that victory, I believe we should now pursue even larger incentives. I worked to streamline our union's operations and dedicated our local budget to improving member services. As Chair of the Nickelodeon Negotiating Committee, I led the fight to equalize the UPTOWN Contract to our TV Agreement. We move forward. Your Voice. Your Union. Your Future. **www.UniteforStrength.com**

**02. JOHN TREMAINE –**
Brothers and sisters in sag-aftra it is time to make the changes of leadership and administration... I promise you to bring back Screen Actors Guild and put it into the prominence that it once enjoyed as the most powerful Motion Picture Union in America... I have supported Membership First in the past and I still do in all their principles... within the next year I promise you we will wipe out the corruption which has slowed our Union to a crawl... our main objective is complete participation by 100% of the membership so that we can return to being Screen

**03. JANE AUSTIN –**
Thank you for allowing me to be your Los Angeles Local President for the past two years. Through my leadership, the historic acrimony in the LA Board room has been eliminated. We are working together and seeing positive results. Our member participation has nearly doubled and we have expanded member services like the Conservatory and the Health Fair. I strive to make your union membership as positive and productive as possible. My office will always be open for you. I look forward in continuing to serve the members. www.membershipfirst.com

---

**IMPORTANT: Before marking your ballot, please read the "Voting Instructions" on back of this guide. Following these instructions assures that your vote will be cast properly.**

REVISED

The Local Officers and National Board members, by virtue of their election to those positions, shall also serve as convention delegates. The Local Officers, Local Board members and Convention Delegates, by virtue of their election to those positions, also serve as Alternate National Board members and in certain circumstances, Convention Delegates are also eligible to serve as Alternate Local Board members.

# Vice President - 2 year term

*Vote for no more than two (2).*

**04. DAVID JOLLIFFE –** It's becoming harder and harder to make a living as an actor. Cable and New Media residuals aren't livable. Commercial performers are being decimated by nonunion. Background performers are being squeezed to the point of nonexistence. It's crazy that we're renting our Los Angeles office to the tune of $5 million per year. Our pension earnings are still split between SAG and AFTRA. So much needs to be fixed. Allow me to be your advocate and fight to make things right. We need strong voices in the boardroom. Not people who explain and give it all away. MembershipFirst.com

**05. PETER KWONG –** I'M INDEPENDENT looking to protect you. I serve one master - YOU! We need contracts with decent wages. We need change! SERVICE, EXPERIENCE, VISION - few words to describe me. I'll represent and fight for you in the Board Room as I have 40 years experience (previous Boards, working contracts, serving committees.) I know how to work the system for us all. I will focus on Increasing wages, working conditions, accessibility to staff, and membership issues to name a few. **A VOTE FOR ME IS A VOTE FOR YOU!** Let's work together to make our Union strong!

**06. JENNY O'HARA –** We must pursue strong enforcement of our contracts, and dynamic organizing of more and better work so all members can make a living and raise families. Our health plans are finally merged. Pensions next. Residuals delivery is rapid and our fiscal health is excellent. We are negotiating ways to generate greater compensation on the dozens of new exhibition platforms. Our union is making great progress but we must go further. My service: SAG-AFTRA National and Local Boards, Committees: Executive, Local and National Honors and Tributes Chair, Communications, National Disciplinary Review Chair, MOVE, TV/Theatrical Standing, and Local Government Affairs and Public Policy. **www.UniteforStrength.com**

**07. PATRICIA RICHARDSON –** Proud to be running for office with wise David Jolliffe (as Co-VP's), and beautiful, lionhearted Jane Austin as your local President. Together they have the most years of experience in Boardrooms, on Negotiating Committees and Chairing them, often healing divisiveness with humor and resilience. Among other accomplishments Jane and Membership First brought open Board meetings and much more member participation to the LA local. We'll fight for more transparency, stronger contracts, a fair deal for background, a solution to the problems of split earnings in our pension plans, and your voices heard throughout the Union! Vote MembershipFirst.com

**08. ELLEN CRAWFORD –** **Listen, Engage, Organize.** It is vital that we truly listen to our membership and engage as a united front, not just a few weeks before each negotiation, but continuously. Reaching out to each other, we grow stronger and surmount any challenges. As chair of *National* and *Local Organizing* and *MOVE LA*, I see what committed members accomplish, not only within our own union, but by joining with labor and community partners. Member of *Executive, Government Review, Film Society, NextGen, Healthcare Safety Net, LA Local Member Area,* and *Reinstatement Obligations Review Committees*, and a vice president on the California Labor Federation. Honored to have served since 2009. **www.UniteforStrength.com**

**09. VAN EPPERSON –** SAG-AFTRA is a gigantic force divided by unnecessary, destructive politics. The two-party system doesn't serve our nation or our union. We must stand together in true solidarity to prove we are ONE and regain our collective power. I believe leadership and big names should let us think for ourselves instead of telling us how to vote. I don't have all the answers. I do have open ears, intelligence, and honesty. Vote for me and I'll fight to increase/restore our dwindling incomes. I stand for ALL OF US. *(Read my full statement at "Van Epperson Actor/ Director" on Facebook.)*

---

**IMPORTANT: Before marking your ballot, please read the "Voting Instructions" on back of this guide. Following these instructions assures that your vote will be cast properly.**

The Local Officers and National Board members, by virtue of their election to those positions, shall also serve as convention delegates. The Local Officers, Local Board members and Convention Delegates, by virtue of their election to those positions, also serve as Alternate National Board members and in certain circumstances, Convention Delegates are also eligible to serve as Alternate Local Board members.

# Local Board Member At Large - 2 year term

*Vote for no more than forty-one (41).*

**10. PATRICK FABIAN –**
A working actor for two decades, I'm honored to have served both locally and nationally on the SAG-AFTRA boards. As our business models continue to rapidly change, I want to help our members and union shift and change with it, to ensure that all new work is covered work. Please help me achieve that goal by supporting me and my fellow candidates from **www.UniteforStrength.com**

**14. SPENCER GARRETT –**
I joined SAG in 1985. It's part of my family history. As SAG-AFTRA I believe we are "Stronger Together." A working actor for 30 years, I've witnessed rapid changes in our industry, alarmed that the middle class actor is being left in the dust by corporate avarice and "creative" cast scheduling among other inequities. Working every contract from Ultra-Low to Schedule F and beyond, I've sat on Low Budget and Wages & Working Conditions Committees. I want to be on the front lines, working to ensure that as the industry changes and platforms continue expanding, our LIVELIHOODS grow with the changing times. **www.UniteforStrength.com**

**18. JOHN PAUL GREEN –**
I'm so thankful for my union. As soon as I had the opportunity to join SAG-AFTRA, I jumped at the chance. We are a. strong union and can only get stronger. Teamwork is key. I'm specifically worried about the rise of non-union commercials, getting a fair deal for performers in the video game industry, and "Uptown Contracts" for children's TV shows. With your support, I want to help performers stay safe and maintain respect. I look forward to being your advocate. @JohnPaulGreen

**11. FRANCES FISHER –**
I currently sit on the SAG-AFTRA National Board. I'm inspired to see actors standing up for themselves. I want to bring that grassroots enthusiasm to the Local Los Angeles Boardroom. Together we can push back on Management's continual attack on our ability to make a living. Fight for better residuals. I will Fight for Background and Commercial Performers. Relocating ourselves at our own expense, to then be hired for scale plus 10% must stop. Please vote Esai for President and Jane for Secretary-Treasurer. And you must vote for our Union's hero, David Jolliffe. MembershipFirst.com

**15. JASON GEORGE –**
Over fifteen years building a career and fighting for performers, I've experienced firsthand our industry's fundamental transformations impacting our livelihoods: abusive GSA agent contracts; runaway production forcing performers to claim "local hire" or commute internationally; short order, limited and web series providing more work opportunities but compressing wages with insufficient residuals. SAG-AFTRA needs experienced leaders who know how to fight harder and smarter so we may all build and sustain careers in this new world. We must strategically leverage our strength to capitalize on this creative golden age. Diversity Advisory Committee chair, SAG-AFTRA Foundation Board, TV/Theatrical Negotiating Committee for 15 years. **www.UniteforStrength.com**

**19. PAMELA GUEST –**
In SAG-Aftra since 1974. I am proud to stand with MembershipFirst to protect the rights and futures of my fellow actors through truth and transparency. I am deeply disturbed by the direction in which we are going. I spent 10 years working as a casting director when parts didn't come my way. If elected I'll continue to fight for casting more women, minorities and seniors; for safe workplaces free from harassment; for a living wage guaranteed by residuals; for affordable health care and parity with our staff's pensions. Vote for me and all of MembershipFirst.com

**12. KATE FLANNERY –**
I served for three years on the SAG board during the critical merger of our great unions. I am grateful to all who served before me to protect me in my career. Now, I would be honored to once again represent my fellow actors, singers, dancers, broadcasters, stunt performers and background actors. The power of our new union is contingent upon us showing up and speaking up. I'm asking for your support, so I can help protect our interests in this intense digital age and the numerous new media platforms. **www.UniteforStrength.com**

**16. MARC C GESCHWIND –**
As a longtime member of SAGAFTRA, I truly believe our current leadership has let us down. I, like many SAGAFTRA members feel 'THEY' do not represent the concerns of all members, WE CAN DO BETTER! I will continue to make our leadership aware of the daily and future concerns of all members of our guild. Any future contracts must include the needs of ALL actors, including BACKGROUND, STUNTS, DAY PLAYERS & STAND-INS at fair compensation regardless of media or platform - we must STOP cutting rates and entering into bad contracts. Thank you for your consideration. Marc Geschwind

**20. RICHARD HADFIELD –**
The founding principle of the Screen Actors Guild was "A service organization of actors, governed by actors, for actors". The wisdom of that philosophy can be used today by substituting the word "performer". In order for performers to effectively govern our union, we need more transparency and less secrecy. More information should be shared with the membership. An informed membership will create a more powerful and potent union. I will be a vocal force in that respect and I am determined to make sure that our contracts are strongly enforced. I would be grateful for your vote. www.membershipfirst.com

**13. HANK GARRETT –**
I have been a proud member of the Union for many years and have served on most of the committees since I first joined. There have been so many changes -- and some NOT for the best! I hope to help make new changes the best ever for our Union because I bring a positive and FIGHTING attitude to the table! MembershipFirst.com

**17. DAVID GORYL –**
I've been a SAG and SAG-AFTRA member since 1998. For many of those years, I'll admit, I wasn't very educated in how it all worked. That all changed in 2015 when I served as a Convention Delegate and started attending the Commercials and TV/Theatrical Wages & Working Committee meetings. I'm committed to doing all I can for my fellow working actors and all SAG-AFTRA members. As the industry continues to change, help us evolve and grow stronger as One. **www.UniteforStrength.com**

**21. BRIAN HAMILTON –**
What's being done with our hard-earned pensions? Why are so many jobs non-union now, when the merger was supposed to make us stronger? Why aren't our contracts being enforced by staff as they should be? **We need answers and solutions.** I'm a vested member with service on former SAG Hollywood Board, New Technology, Website and LGBT Committees. Our union is run by the people who show up. Vote for me and I'll steadfastly protect our best interests. MembershipFirst.com

**IMPORTANT: Before marking your ballot, please read the "Voting Instructions" on back of this guide. Following these instructions assures that your vote will be cast properly.**

Case 2:25-cv-07523-AB-SSC Document 13-1 Filed 08/15/25 Page 63 of 136 Page ID #:166

The Local Officers and National Board members, by virtue of their election to those positions, shall also serve as convention delegates. The Local Officers, Local Board members and Convention Delegates, by virtue of their election to those positions, also serve as Alternate National Board members and in certain circumstances, Convention Delegates are also eligible to serve as Alternate Local Board members.

# Local Board Member At Large (Continued) - 2 year term

*Vote for no more than forty-one (41).*

**22. LINDA HARCHARIC –** Current elected Local Board member/ National Alternate. Committees: Local & National Background Performers, Open Board, Organizing, Communications. Priorities: guaranteeing transparency and accountability within SAG-AFTRA and its trustees in the P&H&R Plans; rectifying negotiated contracts lacking minimums and paying below living wages; fixing contracts which entirely exclude coverage for Background; completely equalizing inferior West Coast Background terms to superior East Coast terms regarding union covered 'numbers', overtime, etc.; ensuring the best contract - not just any contract; raising respect for ALL performers; returning to a viable way to earn both a living and pension & health credits. www.MembershipFirst.com

**23. ROXANNE HART –** NO STATEMENT.

**24. SAMANTHA HARTSON –** We need parity in our Background Contracts with N.Y. and Nationwide Coverage! If you have a show running on a High Budget New Media platform you should be making a great living wage like our Founding Fathers brought us in Network T.V.! The fact that we have not kept that standard up is unconscionable! We need to make sure we are enforcing our contracts, these violations the producers are trying to get away with in every contract with every category needs to STOP! I will not stop fighting for that! 17 year member of the Union! MembershipFirst.com

**25. MICHAEL HAWLEY –** NO PHOTO. NO STATEMENT.

**26. CUPID HAYES –** This election is not about "sides", parties, or politics. It's about relevance. Our ability to make a living gets harder by the day, while those benefiting from our ignorance, division, fear, and egos are staff and the current leadership. They have turned a blind eye to "new media", the corruption of our P&H and H&R plans, and the livelihood of our members. It's time to wake up, stand up, and clean up. Vote for a union that works for you-not the other way around. Vote for contract enforcement. Vote for transparency. Vote for those that HONESTLY put YOU FIRST.

**27. LOUIS HERTHUM –** 35 year SAG member, 37 year AFTRA member who can no longer stand by while constant losses are being sustained by membership. ***New Media is crucial to our future and we're losing that fight.*** Residuals are disappearing. Background performers are, and have been taking a beating. ***Disparity in pensions for staff vs. membership is appalling. They have a much better deal!*** Merger has NOT been what was promised so don't be swayed by A-List Actor endorsement of current leadership. Unions are formed for "working people" like you and me, not multi millionaires. Let's re-claim OUR union! Running as an **Independent.**

**28. JENNAE HOVING –** I have decided to run for office so that I can give back what I have gained through my membership with SAG-AFTRA. From background actor to stand-in to weekly contract performer, I have worked in a variety of positions. This experience has provided me with the experience to be a voice for a wide range of performers. I appreciate the hard work of those that served before me. I wish to continue this work to strengthen our union. I respectively ask for your vote so that I may represent all performers in Los Angeles Local. www.membershipfirst.com

**29. JON HUERTAS –** I've now proudly served on the Local and National Boards for 8 years and in that time, I've learned exactly what our union does for its members and what we as members can do for our union. As a united SAG-AFTRA, it is now time for all of us as performers to unite with each other to represent our union and ultimately ourselves. Standing together we can protect our future... our livelihood... as well as the future of the many talented professionals that will come after us. "With strength, integrity and pride for years to come - Unite For Strength." **www.UniteforStrength.com**

**30. CHRISTIAN HUTCHERSON – "Everyday someone needs to be inspired. That's where we as Actors/ Artists/Musicians/Entertainers come-in. Through Film/Music/Art/ Plays/Dancing. So, never lose sight of your Dreams!"** I would like to concentrate on the smaller issues for members. Most of the Local Board Members will be handling the larger issues like Contracts, Pensions and Healthcare programs. Where as I would like to assist members with more day to day opportunities. Making a Win-Win for both performers (additional opportunities) and the union (volunteers). SAG-AFTRA is a large group of family and friends, we all need to help and

**31. MATTHEW JAEGER –** Proud member of SAG-AFTRA since 2005. Not rich or famous - my wife and I support our family as artists under numerous television, film, commercial, industrial, and PSA contracts each year. With current efforts to undermine it, I believe SAG-AFTRA must be dynamic: able to respond to members' needs and producers' concerns with speed and accuracy to ensure we don't miss opportunities due to unnecessary red tape and delay. I want to increase SAG-AFTRA's efforts to adapt to new technology and stem OTC and non-union work to maximize members' opportunities and protection in this difficult and rewarding industry. **Unionworking.com** **www.UniteforStrength.com**

**32. NICK JAINE –** Regardless of our political differences, as artists we stand united. We must fight to limit runaway production and non-union work. We need a better cable contract. A SAGPH buy-in option for everyone. Better SAGPH transparency and communication with members about the details of their health and pension benefits. A renewed focus on the long-term care of our aging members. Short and long-term disability plans. A mentorship program for new members. More member general meetings with casting directors. Member assistance with survival-jobs and finding additional income. Furthering SAG-AFTRA community outreach. Making sure that every member has a voice.

**33. DAVID JOLLIFFE –** It's becoming harder and harder to make a living as an actor. Cable and New Media residuals aren't livable. Commercial performers are being decimated by nonunion. Background performers are being squeezed to the point of nonexistence. It's crazy that we're renting our Los Angeles office to the tune of $5 million per year. Our pension earnings are still split between SAG and AFTRA. So much needs to be fixed. Allow me to be your advocate and fight to make things right. We need strong voices in the boardroom. Not people who explain and give it all away. MembershipFirst.com

**IMPORTANT: Before marking your ballot, please read the "Voting Instructions" on back of this guide. Following these instructions assures that your vote will be cast properly.**

REVISED

The Local Officers and National Board members, by virtue of their election to those positions, shall also serve as convention delegates. The Local Officers, Local Board members and Convention Delegates, by virtue of their election to those positions, also serve as Alternate National Board members and in certain circumstances, Convention Delegates are also eligible to serve as Alternate Local Board members.

# Local Board Member At Large (Continued) - 2 year term

*Vote for no more than forty-one (41).*

**34. MATT KAVANAUGH –**
As exemplified through the work I have done in SAG-AFTRA committees and in other lobbying efforts, I am a strong advocate of motivating members to take charge and ownership of their union. An informed and engaged membership is the path to moving forward. I've fought for improved organizing initiatives , aggressive negotiating strategies, stronger contract enforcement, P&H plan viability, increased transparency and accountability, and greater member involvement and education. With a seat on the board I can build on these efforts and achieve so much more for all of us. Please allow me that opportunity with your vote. www.membershipfirst.com.

**35. TREY KING –**
In an effort to learn the truth regarding our Pension and Health Plans and recent questionable revelations that are the result of a previous complaint I filed with the DOJ, I come before you to ask for your vote. This election, we need to REMOVE current SAG-AFTRA leadership for standing in the way of TRUTH and JUSTICE regarding OUR Pension and Health Plans. Please review the documentation and evidence of Breach of Fiduciary Responsibility outlined on my official Facebook page - "TreyKingOfficialPage". Please vote for a return to membership control of OUR union.

**36. CLYDE KUSATSU –**
What gives me purpose and fulfillment is being of service to you, the members of SAG-AFTRA Los Angeles. When I served as your first elected LA President, I worked hard to coordinate with the offices of the mayor, state assembly, state senators, and congressmen to bring $330 million of production incentives to California, which has increased local productions, particularly in television. I enthusiastically champion the unique services our LA local offers like our valuable SAG-AFTRA Film Society (which I co-chair), extraordinary Conservatory Program and the burgeoning NexGen Performers activities. Your Voice. Your Union. Your Future.
**www.UniteforStrength.com**

**37. PETER KWONG –**
I'M INDEPENDENT looking to protect you. I serve one master - YOU! We need contracts with decent wages. We need change! SERVICE, EXPERIENCE, VISION - few words to describe me. I'll represent and fight for you in the Board Room as I have 40 years experience (previous Boards, working contracts, serving committees.) I know how to work the system for us all. I will focus on increasing wages, working conditions, accessibility to staff, and membership issues to name a few. **A VOTE FOR ME IS A VOTE FOR YOU!** Let's work together to make our Union strong!

**38. DAN LAURIA –**
Why are we so divided? Why has the best of us become so angry with those who also wish the best for all of us. We need a ref who will drag us out of the quick sand that has threatened to bring us all below the bar that we must over come. The other side loves the fight we've created among ourselves. I'd like to be the voice of reason. I'm an Independent and eager to speak for and to all actors who love our craft, our art and our union.

**39. DONNA LYNN LEAVY –**
As a long time working member of both unions, I am frustrated about the direction our union is heading. Split fees are creating problems for all our working members. Special contracts with individual companies that pay less are eroding the actor's ability to make a living. As a result SAG pension credits are harder to obtain. I am determined to go to the wall to rectify that. Help me,help you.
MembershipFirst.com

**40. JOANNA LEEDS –**
I'm relatively annoying and while this definitely works against me in all areas of life, it has become apparent that this is exactly what the board needs: someone who will speak up and not relent until changes are implemented. My loudest fights will be regarding the following: better residuals for basic cable and new media and better health insurance (since it got significantly worse since the merger). I promise to be your advocate and am always available to hear what other issues you'd like championed in the board room! Let me annoy until they submit!
MembershipFirst.com

**41. DAWNN LEWIS –**
I am proud to have been a member of SAG & AFTRA - now SAG-AFTRA - since 1987. Serving three terms on the National SAG Board, I was honored to participate in our mission to successfully merge our esteemed unions. As Chair of the Singers Committee, I oversaw the implementation of the LA Singers Facebook page - which has improved and increased union outreach to the singers community exponentially. An actor performer working across multiple areas, I understand how vital our union can be. Gains we made on behalf of our members must continue to be protected and improved.
**www.UniteforStrength.com**

**42. KATE LINDER –**
Honored with a star on the Hollywood Walk of Fame and currently in my 35th year on the Emmy winning *The Young and the Restless,* I have also appeared in several recent films. Served as Governor of the Television Academy's Daytime Programming Peer Group for four years. Having served on the AFTRA board since 2004 and proudly on the SAG-AFTRA board since merger, I strongly believe I can contribute to the future strengthening of our union and moving forward to establish the best outcome for our members.
**www.UniteforStrength.com**

**43. ELAINE LOH –**
My past two years of service as a member of the Los Angeles Local Board of Directors has been both humbling and insightful. I hope to continue the complex processes of refining our New Media contracts, championing greater opportunities for our diverse performers, and engaging members to learn more about how their union works. Thank you for this chance to serve and make a difference.
**www.UniteforStrength.com**

**44. KURT LOTT –**
I have been a member for 30 years and have been blessed to have a career that I have been able to raise my family and provide a middle-class life for them. I see that opportunity disappearing for up-and-coming performers. We need to preserve residuals and enforce the terms of our contracts so our members are earning what they deserve. I am a member of Stuntmen's Association, Local Board member, and a SAG/AFTRA member. I will work to solve these problems. A member for members. www.membershipfirst.com

**45. JAMILA MAJESTY –**
As your present Delegate I am proud to work for you again. I attended every Local Board Meeting & am ready to take action to make our Local Board even better, for all Entertainers. I have spent endless hours listening to every possible member & fully grasping our needs. VOTE **JAMILA MAJESTY!**

**IMPORTANT: Before marking your ballot, please read the "Voting Instructions" on back of this guide. Following these instructions assures that your vote will be cast properly.**

The Local Officers and National Board members, by virtue of their election to those positions, shall also serve as convention delegates. The Local Officers, Local Board members and Convention Delegates, by virtue of their election to those positions, also serve as Alternate National Board members and in certain circumstances, Convention Delegates are also eligible to serve as Alternate Local Board members.

# Local Board Member At Large (Continued) - 2 year term

## *Vote for no more than forty-one (41).*

**46. ANTHONY MARCIONA –** Celebrating 50 years in entertainment, I joined SAG-AFTRA in 1970. As a strong Union supporter, we have made great strides in pay and working conditions, but the New Media revolution has taken advantage, sending salaries and set conditions back decades. We must stand up to big producers and corporations to be treated fairly, keeping up with the cost of living. The Union must create new lucrative work contracts to make a better richer livelihood, not putting so much effort into prohibited work. Keeping Membershipfirst.com and foremost will only build the respect as a profession that we all deserve.

**47. RICK MARKMAN –** Hello, I am Rick Markman I am proud to serve on the **National Background Committee**, **Los Angeles Local Background Committee** & chair the **Background Actors Education & Outreach sub-committee**. My goal as a board member is to ensure that members of the **Background Community** are fully represented, informed & educated on all SAG-AFTRA matters as it relates to the **Background Actor**. Thank you for considering me for a board seat as you prepare to cast your ballet MembershipFirst.com

**48. TOHORU MASAMUNE –** I'm a proud, long-time union member. I've served on the SAG-AFTRA MOVE committee since 2010, and as a delegate to the last two conventions. I'm fortunate to have worked in several capacities from playing an iconic lead role in a hit summer blockbuster studio feature, to acting in commercials, TV, stage, animation, and the indiest of indies. My core belief is that we're one big family held together by a profound desire to create magic on-screen and communicate. I will do everything in my power to listen to members, and advocate intelligent win-win solutions which benefit all performers. **www.UniteforStrength.com**

**49. ELIZABETH MCLAUGHLIN –** For the past four years, I've been honored to serve as the National Co-Chair of SAG-AFTRA's Young Performers Committee. As a member since 2008, a YPC member since 2009, and a SAG-AFTRA National Board Member, I fight for young Performers. It's time to look ahead to the future of our industry, meeting the new content of streaming video on demand head on, for the contracts we deserve. With SAG-AFTRA it's time to work on our strength; our strength lies in our future. With your support, I will continue to fight for our future. **www.UniteforStrength.com**

**50. JULIE MICHAELS –** Familiar to audiences from films such as *Road House* and *Point Break*, I have also found success as an Emmy and SAG Award nominated stunt coordinator and performer. I currently work as a stunt coordinator with hundreds of performers on *How To Get Away With Murder*, *Jane the Virgin* and *Nashville*. As a two-term board member, I am proud to have testified and achieved UNION contracts on shows like *Saturday Night Live*. I will continue to make myself available to you, be there to answer your questions and ensure the union is working for you. **www.juliemichaels.com** **www.UniteforStrength.com**

**51. MATTHEW MODINE –** We're members of a wonderful guild that was built and designed by individuals with foresight, wisdom and courage. Our guilds founders united actors and built a union where artists creatively thrived. Let's restore and update that mission.

**52. MARILYN MONROVIA –** History of service: Mt. San Antonio College- Committee Member, Women In Aviation- VP, Horseless Carriage Club of America So. Cal. Regional Group- Newsletter Editor, HCCA Ladies Auxiliary- Secretary, Women of the Woods- Photographer, Boy Scouts of America- Assistant Scout Master, Woodcarving Merit Badge Counselor, Leadership Training-WB3317, Arcadia Congregational Church- Founding Family (1952), SEIU Local 280 Member.

**53. ESAI MORALES –** Infighting hurts all of us. I build bridges, I listen, and I learn from a wide spectrum of ideas. This is what I am proposing – open communications and educating our members. We need realistic wages/ working conditions while protecting residuals and ending rollbacks. I'll propose a background seat on the national board. We'll obtain pension plan parity and solvency, along with savvy financial management and constructive communications. With our employers, we'll achieve increased understanding. Our goal is greater solidarity and mutual respect. I know it can be done. Responsible and proactive leadership. #peacefulwarrior. I need your vote. www.membershipfirst.com

**54. RON MORGAN –** I work for members in the boardrooms and on committees-- I am your voice. I have always listened to members' needs and desires and will continue to do that. Our union needs strong leaders. I am a person with experience, vision and commitment, the qualities necessary to guide SAG-AFTRA into a strong future. With your help and participation I will use these qualities to ensure our future. Together we are SAG-AFTRA! Committee service: Vice-President LA County Federation of Labor; Member Orientation, MOVE, Commercial Performers, Organizing, Professional Representatives, Military & Families Support, Reinstatement Obligation Review. I work for you and respectfully ask for your vote. **www.UniteforStrength.com**

**55. AUBREY MOZINO –** It's been a privilege to serve our powerful union as a local board member. However, much work still remains to ensure the strength of our union for future generations of SAG-AFTRA members. As Vice Chair of the NextGen Performers sub-committee, I've strived to engage and educate fellow Millennial members to become more involved with their union and inspire future leaders. I believe my voice and experience serving can increase engagement with younger performers by focusing on topics important to them such as New Media contracts, community building, fair wages for emerging platforms, and networking opportunities. **www.UniteforStrength.com**

**56. DAN NAVARRO –** *National Recording Artists / Singers Vice President* 2013-2015, 2015-2017; *Los Angeles Local Board* 2013-2017; *Chair, Sound Recordings Code Negotiating* 2002, 2014; Communications Committee, Singers Committee; President's Task Force on Education, Outreach and Engagement; Multiple negotiating teams since 2000 (Commercials, TV/Theatrical, Sound Recordings). Working English and Spanish singer ("Happy Feet"), voice actor (POTC5), hit songwriter (Pat Benatar's "We Belong"), touring recording artist (14 CDs), 24 years vested SAG, 22 years AFTRA. The unions merged, the health plans merged, but there is more to do - organizing, New Media, pension, residuals, in the boardroom, at the bargaining table and in Washington. Please allow me to continue to serve. **www.UniteforStrength.com**

**57. JENNY O'HARA –** We must pursue strong enforcement of our contracts, and dynamic organizing of more and better work so all members can make a living and raise families. Our health plans are finally merged. Pensions next. Residuals delivery is rapid and our fiscal health is excellent. We are negotiating ways to generate greater compensation on the dozens of new exhibition platforms. Our union is making great progress but we must go further. My service: SAG-AFTRA National and Local Boards, Committees: Executive, Local and National Honors and Tributes Chair, Communications, National Disciplinary Review Chair, MOVE, TV/Theatrical Standing, and Local Government Affairs and Public Policy. **www.UniteforStrength.com**

**IMPORTANT: Before marking your ballot, please read the "Voting Instructions" on back of this guide. Following these instructions assures that your vote will be cast properly.**

The Local Officers and National Board members, by virtue of their election to those positions, shall also serve as convention delegates. The Local Officers, Local Board members and Convention Delegates, by virtue of their election to those positions, also serve as Alternate National Board members and in certain circumstances, Convention Delegates are also eligible to serve as Alternate Local Board members.

# Local Board Member At Large (Continued) - 2 year term

*Vote for no more than forty-one (41).*

**58. PEGGY LANE OROURKE –**
**A lot of actors now are working more but earning less. With around 500 scripted shows, we should all be making more. Streaming has killed the residual we can bank on. It takes strong people to show up and fight for this. I will. I was on the negotiating team for the Uptown Agreement and I fought for members to be included on that. I'm on the FiCore Review Committee and the National Background Committee and on the Board of Directors for Actors Pac. I'm willing and able to keep fighting for all members. MembershipFirst.com**

**59. RON OSTROW –**
A working middle class actor since 1984. Currently LA Local Boardmember. I've worked under numerous contracts from background to series regular. I chair the National and LA Local Background Actor Committees. Served on 3 TV/Theatrical Negotiating Committees. I know the issues on the set and in governance. Members still don't have a merged pension and can't earn credits. Background actors don't have equitable representation in the boardrooms like stunt performers, broadcasters, and dancers. We need governance that listens and aggressively fights for the membership. If you agree we need a more transparent engaged leadership, please vote for me. I'll help. MembershipFirst.com

**60. LEE PURCELL –**
Performing since age 5; proud union member since 1969. I bring a lifetime of experience as a working actress and a fresh voice to the membership. There is much to do. I am especially interested in helping the underserved minorities of women and Seniors of all ethnicities and gender orientations. Twice Primetime Emmy nominated. I am currently serving on the SAG-AFTRA Radio Play Committee and on the LA Seniors Committee; voting member of both the Motion Picture Academy and Television Academy; formerly on the Television Academy Peer Group Executive Committee. It would be an honor to serve the members of SAG-AFTRA. **www.UniteforStrength.com**

**61. DILEEP RAO –**
The LA local board has great influence in matters facing the union. I am running to represent you and our values: accountability, advancing our salary and working conditions, and bettering our stake in the film, television and streaming business models. As technology and distribution of our work changes wholesale, we need smart and effective leadership to set the terms of debate, not just react to what our employers state them to be. Our union is the best forum to fight for these values, that our work be not just a passion, but a profession that sustains us with dignity. **www.UniteforStrength.com**

**62. AUTUMN REESER –**
It's been a joy and an honor to learn more about our union while serving on the board the past two years. I've been an actor since the age of 6, a member of the union since I was 20 and I want to continue to make a difference through representing our talented membership. I'm so proud of our recent achievements like merging the health plans and the amazing new app and will to continue to push for more exciting changes like these. **www.UniteforStrength.com**

**63. PATRICIA RICHARDSON –**
I have two more years on the National Board but am now running for the next term on the Local Board. I started serving on both boards four years ago. I was raised in a military family and service gets into your DNA. I got lucky in my career but watched as employers took advantage of the changes in the business. They grew. Performer's paychecks and residuals shrank, travel and working conditions slid backwards, and employers compressed our wages, choices, and lives. Please help me continue to serve you and defend the career you love. Vote and visit : MembershipFirst.com

**64. ROBIN RIKER –**
43 year member, serving on National & Local board & working tirelessly for Transparency and Accountability yet constantly met with obstruction from Exec.Staff and the UFS controlled Boardroom. Critical information is deliberately withheld from you the members. Fact: Union Trustees, legally bound to look out for the health of your pension, voted to cut your benefits in half while voting to let staff retain full benefits. Fact: this petition: http://bit.ly/2n1ifc signed by 1600 members was dismissed by NED White with the words " A letter signed by thousands, I don't care." The union exists for you! Vote! MembershipFirst.com

**65. BRADY ROMBERG –**
We have problems. New Media is cannibalizing our theatrical residuals. Our commercial department is running their own agenda. Worst of all our membership is doing non-union work. The non-union work needs to stop. We need to get our staff to fight for our contracts we and we need to come up with a long term strategy for keeping our fair share of residuals. I joined SAG in 2006 doing Background work. By 2008 I was making a living doing stunts. I make a great living as a stuntman and I want to pay it forward.

**66. RICCO ROSS –**
Originally from Chicago, LA has been my home for 20 years. I'm running to help make SAG-AFTRA stronger, more united and be a voice for members without voices. I have 10 siblings and lived in Europe for 13 years. This unique and invaluable perspective has served me well as a board member. I'm a UCLA fellow (MFA) and a LAMDA trained Shakespearean scholar. I served as Local Board Chair for KPFK public radio, as a National Board member for the Pacifica Foundation and as Co-Chair of Progressive Democrats of LA. I would love your vote. **www.UniteforStrength.com**

**67. DONNA M RUSSO –**
**My name is Donna Russo and I am an Actor / Dancer that uses a walker. I have even done a stunt or two. I am 4' 5". I hope to represent people with Disabilities, Dancers, Actors, "Little People" as well as Stunt People and Background Actors. I want to raise visibility for my community and want to help create more casting opportunities with CDs as well. We have a necessary voice that isn't being represented. It's all doable, we just have to make the effort and show up. I will.**

**68. WOODY SCHULTZ –**
Eight years ago you first elected me to represent you on our union's board. I've never forgotten that and have steadfastly worked to protect and improve our ability to earn a living under our contracts. I fought to merge our unions and health plans, for increased tax incentives bringing work back to California, for anti-age discrimination legislation and, in our TV/Theatrical negotiations, for the strongest possible contract gains. My work is not done, though. Vote for me so I can keep fighting for you. Committees: Chair, L.A. Communications, Performance Capture; Member, Government Affairs & Public Policy, SAG Awards, SAGIndie, Low Budget, Honors and Tributes, Organizing, Military Personnel and Families Support. **www.UniteforStrength.com**

**69. SHEA SCULLIN –**
A union member since 1988, I am committed to building a stronger, more cohesive union to serve and protect the SAG-AFTRA membership. I'm currently serving my 2nd two-year term as National Convention Delegate and on the MOVE LA Steering Committee. Also serving as a SAG-AFTRA delegate to the LA County Federation of Labor, I believe we are all stronger pulling together. I will fight for stronger contracts, recapture more work under our union's Commercials contract and strive to bring balance to the boardroom. I would be honored to serve you and thank you for your consideration. **www.UniteforStrength.com**

**IMPORTANT: Before marking your ballot, please read the "Voting Instructions" on back of this guide. Following these instructions assures that your vote will be cast properly.**

The Local Officers and National Board members, by virtue of their election to those positions, shall also serve as convention delegates. The Local Officers, Local Board members and Convention Delegates, by virtue of their election to those positions, also serve as Alternate National Board members and in certain circumstances, Convention Delegates are also eligible to serve as Alternate Local Board members.

# Local Board Member At Large (Continued) - 2 year term

*Vote for no more than forty-one (41).*

**70. QUEEN ALLJAHYE SEARLES –**
In appreciation of the profound contributions to humanity demonstrated through the good works of our diverse membership, past, present and future; I, Queen AllJAHye Searles, submit my candidacy for SAG-AFTRA Los Angeles Local Board Member. Being a member of the largest and most prestigious Entertainment Union Worldwide is Soul Reviving, gives my Life Renewed Meaning and helps keep me Lifted from the mires of homelessness and post-traumatic distress symptoms. Listening to, understanding, and utilizing my knowledge, skills, and talents in Commerce, Pedagogy and Entertainment to sagaciously present the concerns of SAG-AFTRA members in accordance with Board Policies, would be a Great Honor.

**71. SHAAN SHARMA –**
For the last couple years I've been working with our amazing staff and member leadership to **help our union brothers and sisters feel the value of their membership** in a real, tangible way. Being a board member will give me more influence to **help our union improve and expand the ways it supports us as artists every day**. I'm focused on four areas: **Member Education** - through the Conservatory and events at HQ, **Employment Relationships** - panels and workshops with casting pros, **Social Events** - for members to connect, and **Quality of Life** - expanding the resources and benefits available to us. MembershipFirst.com

**72. MARTIN SHEEN –**
It has always been an honor and privilege to serve my fellow Union members. Lately, work and life issues have kept me away from the boardroom more than I would like. However, even when I'm not available to be in the boardroom, I'm always promoting a positive agenda: better contracts, being strong at the negotiating table, doing everything possible to have just one pension plan, transparency and fighting for our Background performers. With your vote, I will continue to do my best and protect my fellow members. www.membershipfirst.com

**73. DAVID SOBOLOV –**
I'm a working tv and game character voice actor - Grodd on The Flash and Drax on Marvel's Guardians of the Galaxy. If you'd like someone on the Board who cares whether or not millions in residuals that currently never get paid get into your bank account, who wants to reign in the bloated six figure executive staff salaries, work to maintain our health care and pensions, and devote your dues money to better serve the working membership in general, I'm your guy. MembershipFirst.com

**74. JOHN SOLARI –**
John Solari. member 1985. I want to stop giving our union away. Residuals,Union actors working non union. ECT. VOTE DONT LET ANYONE TOTELL VOTE ONE SIDE ONLY. GOOD PEOPLE BOTH SIDES.LETS TAKE BACK OUR UNION. I WILL WORKWITH ALL WHO ARE FOR YOU THE ACTOR. THANKYOU. JOHNJOHN

**75. SCOTT STEWART –**
I've been in the union (both pre and post merger) for over 12 years as both a Background Actor and Principal Actor. My hopes and goals, if elected, to include but limited to: improved transparency, better communications to the general membership of all contract proposals (to include both pros and cons), and representation of Background Actors in negotiations and national/local boards.

**76. IQBAL THEBA –**
SAG-AFTRA needs leaders who understand the rapidly changing industry and who can plan accordingly for our future. Since the founding of SAG in 1933 we have achieved a great many things but we have a long way to go. New Media, Agency contracts, background actors and transparency are some of my priorities. I am a proud SAG-AFTRA member, two-term LA Board member and a working actor for 25 years. I know exactly what it's like out there. I will look after your interests and be your voice in the boardroom. **www.UniteforStrength.com**

**77. JONATHAN TAYLOR THOMAS –**
Since I started as a child actor, a group still being taken advantage of by Producers, times have become more uncertain for performers. Many members are facing chronic insecurity, shrinking paychecks, and unlivable residuals in Basic Cable and New Media. Periodic work at scale is simply not sustainable. Let's fight for stronger contracts, better health care and pensions, and a fair deal for background. A tough, proactive union built on solidarity can push back against poor salaries and deteriorating working conditions. Help me work for all of you to protect our livelihoods. MembershipFirst.com

**78. JOHN TREMAINE –**
NO STATEMENT.

**79. ARMAND VASQUEZ –**
Our union must remain strong, united, and progressive, with our eyes and ears carefully tuned to the ever-changing nature of our industry. As someone who served on the Commercials Negotiating Committee, participated in Commercials, Spanish Language, Improv Comedy organizing, and moderated a panel at SAG-AFTRA, I understand not only the importance of fighting for our contracts to protect us through both the good and difficult times, but also the importance of membership interaction. I believe in diversity- both in casting and union leadership. What makes us different makes us great. Most importantly, I believe in getting involved. Make a difference. **www.UniteforStrength.com**

**80. DAVID VILLAR –**
The changing landscape of media has presented new threats to our ability to earn a sustainable income. Participating in the Commercials Contract Wages & Working Conditions meetings and serving as a Convention delegate, my support helped lead to substantial and progressive gains on the previous commercials contract. Becoming more active in our union, I've developed relationships I intend to utilize to secure stronger contracts while promoting diversity, efficiency and efficacy in the operations of our great union. I will always be open to listening to all members, no matter what aspect of the industry or contract they work under. **www.UniteforStrength.com**

**81. KATIE VON TILL –**
As a delegate and member of the Commercial Performers Committee, Commercial Contract Standing Committee and Outreach Committee, I've been honored to serve SAG-AFTRA. I've worked many of our contracts both on and off-camera. If you attended my talks about commercial residuals, you know how serious I am about the work we do and the enforcement of our contracts. I will spreadsheet anything! Yep, I just used "spreadsheet" as a verb. I mean business, the kind of business that puts money in our pockets. I'm not afraid to speak up and be heard or to shut up and listen. Let's do this! **www.UniteforStrength.com**

**IMPORTANT: Before marking your ballot, please read the "Voting Instructions" on back of this guide. Following these instructions assures that your vote will be cast properly.**

The Local Officers and National Board members, by virtue of their election to those positions, shall also serve as convention delegates. The Local Officers, Local Board members and Convention Delegates, by virtue of their election to those positions, also serve as Alternate National Board members and in certain circumstances, Convention Delegates are also eligible to serve as Alternate Local Board members.

# Local Board Member At Large (Continued) - 2 year term

*Vote for no more than forty-one (41).*

**82. DAVID WESTBERG –**
"An informed member is an empowered member," as I state at every Membership Orientation. Whether your artistry springs in front of the camera or behind the microphone, challenges abound! Recapturing commercials, improving/strengthening contracts, harnessing this town as one creative team, honing and shaping a union that can answer the call of New Media springing up at warp speed or the explosion of new platforms and the viewing habits of our trusty fans. I joined the union 50 years ago this summer. The union has changed, because we have changed it. **www.UniteforStrength.com**

**83. BEN WHITEHAIR –**
I care deeply about expanding and serving our community. Whether it's as Chair of the NextGen Performers Committee, co-founder of the LA Actors Tweetup, teacher at UCLA, blogger, coach, or Board Member I've been doing just that. Under my leadership, NGP has hosted diversity and career development panels, member mixers, and networking opportunities. But there's so much more to do. A vote for me is a vote for modernizing SAG-AFTRA's tech and social media, tackling New Media, expanding diversity, and creating opportunities for YOU to connect with fellow members, learn from professionals, and improve your career. Let's do this! **www.UniteforStrength.com**

**84. VIVICCA A. WHITSETT –**
Proud union actor 20 years. From Background performers to minorities to voice artists, members deserve a diverse board pursuing new ways to organize more work. I bring a commitment to inclusiveness, responsibility and accountability for the future of the great merged union. No more divisiveness; our fellow actors are not our enemies. Together we stand stronger. Contracts worked include Commercials, TV/Theatrical, New Media, Ultra Low Budget, NetCode. Current: 2017 Chair LA Host Committee, Communications, Honors & Tributes, EEOC and MOVE Committees. Prior: 2011 National Co-Chair Ethnic Employment Opportunity Committee, Professional Representatives. **www.UniteforStrength.com**

**85. JANE AUSTIN –**
It's been an honor to serve you for the last 15 years. I serve on almost 40 committees Nationally and Locally, and currently serving on my fifth TV/Theatrical negotiating committee. I understand the needs of our members. Contract enforcement is paramount on my agenda. Our members are being under paid millions of dollars because of contract violations. Not only does this impact your income, but also residuals, pension and health contributions, and dues income. It needs to stop. I am an advocate for the members and I am ready to continue my work for you. www.membershipfirst.com

**86. RACHEL BAILIT –**
Infused with passion and fresh energy, I offer over twenty years experience working as an actress and acting teacher. Everyday I work with actors and am committed to protecting their rights and livelihood. As a bipartisan independent I will work to unify our union. I am "in the trenches" with you, striving to achieve acting opportunities and better pay so we have access to affordable healthcare, higher compensation, better contracts and residuals. I will fight for you, represent you, and keep our union strong.

**87. MICHAEL BELL –**
**50 year union member. Won residual raise for VO members. Helped establish member's rights to observe board meetings. Kicked executive butt to support profit sharing for members who work Interactive contracts. I am not through fighting. I need your vote to have a strong voice in the board room. Majority rules, and until Membership First gets that majority, your voice will be null and void. "Transparency" is Membership First's mantra. We will make sure your dues are no longer squandered, and there will be an end to misappropriation of our pension funds. VOTE ME. VOTE YOU. MEMBERSHIPFIRST.COM**

**88. TREVOR BRUNSINK –**
If a chain is as strong as its weakest link, then SAG-AFTRA's current leadership illustrates our Unity in divided pension/retirement plans and our Strength in many weak union contracts. The beggar I saw wearing a SAG-AFTRA t-shirt speaks of our future until our motto becomes: No member left behind. As SAG-AFTRA members, your needs matter, from Background Actor to Series Regular. I have a master's degree in management and a bachelor's degree in communication/film. I have worked principal, stunt, stand-in, and background contracts. My goal: a living wage and healthy retirement. **MembershipFirst.com**

**89. JOI CARR –**
I have a strong commitment to the arts, to nurturing collaborative relationships, to equity and inclusion, and to all that happens with SAG-AFTRA. As a member since 1987, I know our work counts and affects the quality of our lives. I currently serve as a Los Angeles Delegate and on the following committees: National EEO, Women's, LA Host and as Vice Chair of Los Angeles Local EEO. As Associate Professor of English/Film Studies at Pepperdine University, I have multifaceted experience engaging a new generation of storytellers. I welcome the opportunity to contribute in meaningful ways. **www.UniteforStrength.com**

**90. GABRIELLE CARTERIS –**
The extraordinary privilege of serving as president is a journey I began nine years ago. After I was badly injured while filming, the union took care of me -- and I pledged to give back through my service. Together we've accomplished so much: the historic unionization of Telemundo... working with California's governor to pass the IMDb law... seeing our health plans merge... and now I'm focused on leading our TV/Theatrical negotiations. The work of SAG-AFTRA never stops but I bring passion to protecting our members every day. I would be deeply honored to continue fighting for you. **www.USANLeadership.com** **www.UniteforStrength.com**

**91. NATALIA CASTELLANOS –**
It's more important than ever to speak our minds and protect SAG-AFTRA. As a Latina, I will fight to keep our union relevant and I will ensure that the entertainment industry continues to embrace cultural diversity. As a member of the *Commercials Organizing & Recapture Initiative,* my mission for projects to remain union will continue to be a vital priority. As artists, we must safeguard the livelihood of our craft and conserve our union, building its strength for the generations who will inherit the efforts we make today. **www.UniteforStrength.com**

**92. WILLIAM CHARLTON –**
Thirty years of cobbling together a living, working most of our contracts, and I'm profoundly aware of the challenges we confront making a living under UNION contracts. I helped lead the successful SAG-AFTRA merger and adamantly believe we need strategic, responsive, unified, solution-oriented leadership to navigate our new landscape of exploding New Media platforms, non-union invasion in commercials and having to fight for our quotes. It's your union. Please vote for me to continue being your voice. *Negotiating Committees: TV/Theatrical, Commercials, Corporate-Educational. Committees: National Chair Professional Representatives, Finance, Communications, Organizing.* **www.UniteforStrength.com**

**93. PARVESH CHEENA –**
I've had the honor of serving on the LA Local Board for the past six years. I'm determined to continue the solid work SAG-AFTRA is doing as a newly reinvigorated force in the industry. As a member of the *Ethnic Employment Opportunity, Asian Pacific American Media, and* LGBT *Committees* I intend to pursue additional gains for diversity performers. I wish to continue serving my fellow members, moving forward with stronger contracts and making sure members are engaged and apprised of developments and our historic gains in the New Media landscape. **www.UniteforStrength.com**

**IMPORTANT: Before marking your ballot, please read the "Voting Instructions" on back of this guide. Following these instructions assures that your vote will be cast properly.**

REVISED

The Local Officers and National Board members, by virtue of their election to those positions, shall also serve as convention delegates. The Local Officers, Local Board members and Convention Delegates, by virtue of their election to those positions, also serve as Alternate National Board members and in certain circumstances, Convention Delegates are also eligible to serve as Alternate Local Board members.

# Local Board Member At Large (Continued) - 2 year term

***Vote for no more than forty-one (41).***

**94. TOM CHOI –**
I am proud to have been a part of the campaign to successfully unite the two unions. Member of the EEOC, APAM, Professional Representatives committee & various TV contract negotiation committees. Involved with all W&W meetings for Theatrical, Commercial as well as Interactive Negotiations. Drawing on my MBA background, I will work to keep SAG-AFTRA ahead in the ever-changing new media landscape. I will advocate for progressive casting, streamlining independent filmmaking contracts and improving union-performer communications. **www.UniteforStrength.com**

**95. DAVID CLENNON –**
Background actors are ACTORS. BG actors pay dues and they deserve serious, strong representation by SAG-AFTRA. Background should have at least two guaranteed seats on our National Board (out of a TOTAL of 69 seats). And at least one guaranteed BG seat on Negotiation Committees. If a union doesn't fight for the workers at the low end of the pay scale, it's not fulfilling its mission. We need Solidarity among all acting categories. If we all fight for Background, we all get stronger. MembershipFirst.com

**96. ELLEN CRAWFORD –**
**Strong contracts, solid protection, more organized work.** We have achieved great gains, and are vigorously pushing for more victories. Staying nimble as the industry changes, we develop fresh strategies as it does. MOVE LA, which I chair, provides networking opportunities and programs designed to develop both creative and business skills for the marketplace, particularly for member communities which may have felt previously disengaged. A vice president on the California Federation of Labor, I also chair *LA Local Organizing and National Organizing Committees*, and serve on *Executive, Government Review, Film Society, Healthcare Safety Net, Reinstatement Obligations Review, LA Local Member Area* and *NextGen Performers Committees*. Honored to have served since 2009. **www.UniteforStrength.com**

**97. JOE D'ANGERIO –**
I am a proud member of SAG-AFTRA for over 30 years. I have served on its boards and committees for over 12 years. With your vote I will continue to honor that responsibility and protect where protection is needed and fight where a fight is justified. Some of my present concerns are a guaranteed National Board seat for Background Performers and complete transparency between staff, board, and members. Another goal – members need a better understanding about the policies that affects them. Thank you. www.membershipfirst.com

**98. JOAN DEL MAR –**
As a veteran actor and Union member since 1941, I've been actively serving on Committee's, for Contracts and Events for the last 17 years. Seniors represent approximately 16,000 members and growing. The Pension Fund has not been raised in 9 years, members should be concerned, the Trustees have a fiduciary responsibility to mirror the needs of the membership so we can retire with self respect. It is a honor to serve our Union and I look forward to the years ahead.

**99. CATHERINE DENT –**
With over 300 hours of film and television under my belt, I have seen dramatic changes in all aspects of our profession. There is much work to be done to secure living wages and respectable working conditions for SAG-AFTRA performers. I have been the "boots on the ground" and worked under numerous different contracts. With your support, I will bring that 25+ years experience to the table to proudly and affirmatively fight for all groups within the union. It's not a 'cliche.' It really is "an honor and a privilege to serve."
**www.UniteforStrength.com**

**100. SUSIE DUFF –**
Membership First understands deep into our DNA that a union is the only organized effort on the face of this planet whose sole purpose is the re-distribution of greed. Greed allowed our pension credits to accrue at 1/2 the rate of our own paid employees. Greed threw 300 senior actors from our Health Plan-after decades of paying into it-because they are "too expensive." Greed codified split earnings. If you've zero idea of what these word mean, learn: vote MembershipFirst.com. If you do understand these words, please vote and get your friends to vote MembershipFirst.com.

**101. PAUL EDNEY –**
Hello. I am a very active member, having acted in over 50 Union productions. Mostly Background, but also Principal and Featured roles - www.imdb.com/name/nm2481281/. My main concerns are the continued split earnings of the pension plans. The increase in non-Union production of Commercials. The pitiful low wages/residuals for New Media. The local Film/TV Background numbers should equal the New York zone (Film 85/TV 25 plus all Stand-Ins). Enforce Union rules about working "off the card" and Background Calling Services. We need new blood on the Board to invigorate our Union. Please vote accordingly.

**102. CAROLE ELLIOTT –**
ARE YOU DISENCHANTED WITH SAGAFTRA? STILL TELLING US, WE'LL HAVE MORE JOBS & ETC WITH MERGER? NEED TRANSPARENCY WITH EVERYTHING, ESPECIALLY WITH PENSION & HEALTH. WE NEED HEALTHY MEMBERSHIPFIRST PEOPLE ON NATIONAL & LOCAL BOARDS & CONVENTION DELEGATES. SAGAFTRA SINCE 1977. CASTING NOTICES; $50.00 OR LESS; NON-UNION FOR $300.00 OR MORE. CONTRACTS ENFORED FOR ALL; PRINCIPALS; UNDER-FIVES; BACKGROUND! NEED EXPERIENCED ; QUALIFIED LEADERSHIP; I'M BOTH. I WELCOME THE OPPORTUNITY TO SERVE EVERYONE! I'M NOT AFRAID TO SPEAK UP; I STAND BEHIND MY CONVICTIONS & HAVE DONE SO! PLEASE VOTE MEMBERSHIPFIRST. WE REALLY DO STAND BY MEMBERS FIRST! VOTE FOR ME!

**103. VAN EPPERSON –**
SAG-AFTRA is a gigantic force divided by unnecessary, destructive politics. The two-party system doesn't serve our nation or our union. We must stand together in true solidarity to prove we are ONE and regain our collective power. I believe leadership and big names should let us think for ourselves instead of telling us how to vote. I don't have all the answers. I do have open ears, intelligence, and honesty. Vote for me and I'll fight to increase/restore our dwindling incomes. I stand for ALL OF US. *(Read my full statement at "Van Epperson Actor/Director" on Facebook.)*

**104. DEBBIE EVANS –**
I am a veteran performer with over 300 credits which makes me keenly aware of contractual issues. In my first term as a LA National and Local Board member, I was able to create an educational tool with a FAQ sheet that members can access on the SAG-Aftra website, app, and cheat sheets. This sheet clearly explains the top contract violations and what your rights are while working. Performers now have knowledge that empowers them on the set. My main focus has been to support the members and staff to stand up for our members rights. www.membershipfirst.com

**105. GREG EVIGAN –**
I've been working SAG/AFTRA contracts since 1974. I'm excited to fight along with like-minded actors, who are passionate about changing: "New Media" contracts designed to avoid paying actors, eliminating wavers for Non-Professionals in commercials, fighting for better residuals, getting our SAG pensions out of the "Endangered Zone" , while putting actors on par with "Management". We should get more than Management, or at least equal maximum payouts at retirement. After all, we made the money that created the fund that pays management! Let's change what's wrong with this picture! Together. MembershipFirst.com

**IMPORTANT: Before marking your ballot, please read the "Voting Instructions" on back of this guide. Following these instructions assures that your vote will be cast properly.**

REVISED

The Local Officers and National Board members, by virtue of their election to those positions, shall also serve as convention delegates. The Local Officers, Local Board members and Convention Delegates, by virtue of their election to those positions, also serve as Alternate National Board members and in certain circumstances, Convention Delegates are also eligible to serve as Alternate Local Board members.

# Local Board Member - Stunt Performer - 2 year term

*Vote for no more than one (1).*

**106. MARIE FINK –**
SAG-AFTRA is not current in today's entertainment business. SAG-AFTRA needs: Simplified contracts with straightforward language. New Media contracts dissolved. Modernizing the residual formulas. Members need a union that is **HIGH-PRINCIPLED**. A Union that will **FIGHT** for us and have our best interests at the forefront. SAG-AFTRA must **ENFORCE** our contracts and stop productions from undermining the terms of our collectively bargained agreements. I am a working union stuntwoman of 12 years. I will fight for **ALL MEMBERS** to make sure that we don't get pushed aside while productions continually line their pockets, as our livelihood fades away.

**108. CONRAD E. PALMISANO –**
To all my compatriots, I have been a union member for 47 years and I'm running for the designated "Stunt Seat" and "Delegate." I served on the LA and National Boards and was instrumental in forming the National Stunt and Safety Committee, chairing several years and now proudly serving as member. A veteran, I work with the Military Personnel and Families Support Committee. My goal is to promote a safer work environment as well as more profitable one for all members. Four term President, Stuntmen's Association of Motion Pictures. Our voices need to be there to be heard. I would appreciate your support! **www.UniteforStrength.com**

**109. PETE ANTICO –**
**Pete Antico,** StuntCoordinator/Actor, a 38 year SAG & AFTRA member. I helped uncover the 756k misappropriation of funds found in SAG's pension fund. SAG-AFTRA is run by actors who are not educated in corporate finance, nor governance. We must restore ethics and sound business practices to SAG-AFTRA, through education, transparency, love and forgiveness. We are all responsible, good or bad, for what has taken place in SAG-AFTRA to date. Join me in affecting a change that benefits the ideology of the highest good for all. Read my fact page, watch my videos found on my website below. www.peteantico.com

**107. EDWIN GARCIA II –**
My hope is to address the concerns that stunt performers have in our industry. All to often the voice of the stunt community is not heard or ignored.

---

**IMPORTANT: Before marking your ballot, please read the "Voting Instructions" on back of this guide. Following these instructions assures that your vote will be cast properly.**

REVISED

The Local Officers and National Board members, by virtue of their election to those positions, shall also serve as convention delegates. The Local Officers, Local Board members and Convention Delegates, by virtue of their election to those positions, also serve as Alternate National Board members and in certain circumstances, Convention Delegates are also eligible to serve as Alternate Local Board members.

# National Board Member

## *Vote for no more than fifteen (15).*

**110. PATRICK FABIAN –** A working actor for two decades, I'm honored to have served both locally and nationally on the SAG-AFTRA boards. As our business models continue to rapidly change, I want to help our members and union shift and change with it, to ensure that all new work is covered work. Please help me achieve that goal by supporting me and my fellow candidates from **www.UniteforStrength.com**

**111. SPENCER GARRETT –** I joined SAG in 1985. It's part of my family history. As SAG-AFTRA I believe we are "Stronger Together." A working actor for 30 years, I've witnessed rapid changes in our industry, alarmed that the middle class actor is being left in the dust by corporate avarice and "creative" cast scheduling among other inequities. Working every contract from Ultra-Low to Schedule F and beyond, I've sat on Low Budget and Wages & Working Conditions Committees. I want to be on the front lines, working to ensure that as the industry changes and platforms continue expanding, our LIVELIHOODS grow with the changing times. **www.UniteforStrength.com**

**112. JASON GEORGE –** Over fifteen years building a career and fighting for performers, I've experienced firsthand our industry's fundamental transformations impacting our livelihoods: abusive GSA agent contracts; runaway production forcing performers to claim "local hire" or commute internationally; short order, limited and web series providing more work opportunities but compressing wages with insufficient residuals. SAG-AFTRA needs experienced leaders who know how to fight harder and smarter so we may all build and sustain careers in this new world. We must strategically leverage our strength to capitalize on this creative golden age. Diversity Advisory Committee chair, SAG-AFTRA Foundation Board, TV/Theatrical Negotiating Committee for 15 years. **www.UniteforStrength.com**

**113. MARC C GESCHWIND –** As a longtime member of SAGAFTRA, I truly believe our current leadership has let us down. I, like many SAGAFTRA members feel 'THEY' do not represent the concerns of all members, WE CAN DO BETTER! I will continue to make our leadership aware of the daily and future concerns of all members of our guild. Any future contracts must include the needs of ALL actors, including BACKGROUND, STUNTS, DAY PLAYERS & STAND-INS at fair compensation regardless of media or platform - we must STOP cutting rates and entering into bad contracts. Thank you for your consideration. Marc Geschwind

**114. PAMELA GUEST –** In SAG-Aftra since 1974. I am proud to stand with MembershipFirst to protect the rights and futures of my fellow actors through truth and transparency. I am deeply disturbed by the direction in which we are going. I spent 10 years working as a casting director when parts didn't come my way. If elected I'll continue to fight for casting more women, minorities and seniors; for safe workplaces free from harassment; for a living wage guaranteed by residuals; for affordable health care and parity with our staff's pensions. Vote for me and all of MembershipFirst.com

**115. ROXANNE HART –** I have been a member of the guild since 1978, have worked all the various contracts, and know the protections and pitfalls of each first hand. I am a cancer survivor, was the beneficiary of our wonderful health plan, and now gratefully enjoy some of the security our Pension Plan affords. These benefits were hard fought. It's my time to give back, to make sure, within the world of "new media," and the precarious existence of unions in our world today, that these benifits and rights remain strong, particularly for our younger members. I run to serve,

**116. CUPID HAYES –** This election is not about "sides", parties, or politics. It's about relevance. Our ability to make a living gets harder by the day, while those benefiting from our ignorance, division, fear, and egos are staff and the current leadership. They have turned a blind eye to "new media", the corruption of our P&H and H&R plans, and the livelihood of our members. It's time to wake up, stand up, and clean up. Vote for a union that works for you-not the other way around. Vote for contract enforcement. Vote for transparency. Vote for those that HONESTLY put YOU FIRST.

**117. LOUIS HERTHUM –** 35 year SAG member, 37 year AFTRA member who can no longer stand by while constant losses are being sustained by membership. ***New Media is crucial to our future and we're losing that fight.*** Residuals are disappearing. Background performers are, and have been taking a beating. ***Disparity in pensions for staff vs. membership is appalling. They have a much better deal!*** Merger has NOT been what was promised so don't be swayed by A-List Actor endorsement of current leadership. Unions are formed for "working people" like you and me, not multi millionaires. Let's re-claim OUR union! Running as an **Independent.**

**118. JON HUERTAS –** I've now proudly served on the Local and National Boards for 8 years and in that time, I've learned exactly what our union does for its members and what we as members can do for our union. As a united SAG-AFTRA, it is now time for all of us as performers to unite with each other to represent our union and ultimately ourselves. Standing together we can protect our future... our livelihood... as well as the future of the many talented professionals that will come after us. "With strength, integrity and pride for years to come - Unite For Strength." **www.UniteforStrength.com**

**119. MICHELLE HURD –** I have been a proud union actor since 1994. As a journeyman actor, I have worked many contracts. From soap operas, commercials, VO and on-camera, to background, stand-in, day players, guest stars, recurring arcs and principal series regulars. I fully understand that every contract we work is important and deserves a strong voice fighting for our rights and security in this changing market. Having served on the board before, I understand the intricacies of negotiations and the need to stay diligent to protect our rights in this shifting playing field. I would like to be that voice. **www.UniteforStrength.com**

**120. NICK JAINE –** Regardless of our political differences, as artists we stand united. We must fight to limit runaway production and non-union work. We need a better cable contract. A SAGPH buy-in option for everyone. Better SAGPH transparency and communication with members about the details of their health and pension benefits. A renewed focus on the long-term care of our aging members. Short and long-term disability plans. A mentorship program for new members. More member general meetings with casting directors. Member assistance with survival-jobs and finding additional income. Furthering SAG-AFTRA community outreach. Making sure that every member has a voice.

**121. REGINA KING –** I want to be a part of a union that understands the importance of fighting for all performers, whether they work consistently or sporadically. Recognizing the unique challenges we face in the media professions, we must find new and more successful ways to inform our members of their contract rules and negotiated rights. We have a SAG-AFTRA hotline - we need to make sure every member knows how to use it. As we update our communications we must continue to refine and expand our reach so that each member can understand union strength in the workplace, whatever the contract. **www.UniteforStrength.com**

**IMPORTANT: Before marking your ballot, please read the "Voting Instructions" on back of this guide. Following these instructions assures that your vote will be cast properly.**

The Local Officers and National Board members, by virtue of their election to those positions, shall also serve as convention delegates. The Local Officers, Local Board members and Convention Delegates, by virtue of their election to those positions, also serve as Alternate National Board members and in certain circumstances, Convention Delegates are also eligible to serve as Alternate Local Board members.

# National Board Member (Continued)

*Vote for no more than fifteen (15).*

**122. TREY KING –**
In an effort to learn the truth regarding our Pension and Health Plans and recent questionable revelations that are the result of a previous complaint I filed with the DOJ, I come before you to ask for your vote. This election, we need to REMOVE current SAG-AFTRA leadership for standing in the way of TRUTH and JUSTICE regarding OUR Pension and Health Plans. Please review the documentation and evidence of Breach of Fiduciary Responsibility outlined on my official Facebook page - "TreyKingOfficialPage". Please vote for a return to membership control of OUR union.

**123. CLYDE KUSATSU –**
I am in my 44th year in front of the camera and behind the mic! What gives me purpose and fulfillment is being of service to you, the members of SAG-AFTRA. From Co-Chairing the SAG-AFTRA Film Society to being a board member of the SAG-AFTRA Foundation, this is what I do. We will continue to grow our union from merging the health plans to improving our call center services and operations. We continue to adapt to the changing entertainment landscape while enforcing our contracts. Your Voice. Your Union. Your Future. **www.UniteforStrength.com**

**124. PETER KWONG –**
I'M INDEPENDENT looking to protect you. I serve one master - YOU! We need contracts with decent wages. We need change! SERVICE, EXPERIENCE, VISION - few words to describe me. I'll represent and fight for you in the Board Room as I have 40 years experience (previous Boards, working contracts, serving committees.) I know how to work the system for us all. I will focus on increasing wages, working conditions, accessibility to staff, and membership issues to name a few. **A VOTE FOR ME IS A VOTE FOR YOU!** Let's work together to make our Union strong!

**125. DAN LAURIA –**
Why are we so divided? Why has the best of us become so angry with those who also wish the best for all of us. We need a ref who will drag us out of the quick sand that has threatened to bring us all below the bar that we must over come. The other side loves the fight we've created among ourselves. I'd like to be the voice of reason. I'm an Independent and eager to speak for and to all actors who love our craft, our art and our union.

**126. JAMILA MAJESTY –**
Contracts! Contracts! Contracts! Your money matters to me! How hard we work as ACTORS is 1st. I am a powerful negotiator & excellent executing our needs. SAG Eligible since 1992 serving as part of our governing body since 2015 implementing workloads of love & dedication on a handful of committees. **VOTE JAMILA MAJESTY!**

**127. ELIZABETH MCLAUGHLIN –**
For the past four years, I've been honored to serve as the National Co-Chair of SAG-AFTRA's Young Performers Committee. As a member since 2008, a YPC member since 2009, and a SAG-AFTRA National Board Member, I fight for young Performers. It's time to look ahead to the future of our industry, meeting the new content of streaming video on demand head on, for the contracts we deserve. With SAG-AFTRA it's time to work on our strength; our strength lies in our future. With your support, I will continue to fight for our future. **www.UniteforStrength.com**

**128. MATTHEW MODINE –**
We're members of a wonderful guild that was built and designed by individuals with foresight, wisdom and courage. Our guilds founders united actors and built a union where artists creatively thrived. Let's restore and update that mission.

**129. ESAI MORALES –**
Infighting hurts all of us. I build bridges, I listen, and I learn from a wide spectrum of ideas. This is what I am proposing – open communications and educating our members. We need realistic wages/ working conditions while protecting residuals and ending rollbacks. I'll propose a background seat on the national board. We'll obtain pension plan parity and solvency, along with savvy financial management and constructive communications. With our employers, we'll achieve increased understanding. Our goal is greater solidarity and mutual respect. I know it can be done. Responsible and proactive leadership. #peacefulwarrior. I need your vote. www.membershipfirst.com

**130. JENNY O'HARA –**
We must pursue strong enforcement of our contracts, and dynamic organizing of more and better work so all members can make a living and raise families. Our health plans are finally merged. Pensions next. Residuals delivery is rapid and our fiscal health is excellent. We are negotiating ways to generate greater compensation on the dozens of new exhibition platforms. Our union is making great progress but we must go further. My service: SAG-AFTRA National and Local Boards, Committees: Executive, Local and National Honors and Tributes Chair, Communications, National Disciplinary Review Chair, MOVE, TV/Theatrical Standing, and Local Government Affairs and Public Policy. **www.UniteforStrength.com**

**131. ROBERT PINE –**
I think our union is in a better place than it has ever been thanks to the leadership which Gabrielle Carteris, David White, his staff, and our National and local Boards have provided. Currently serving on the National Board, I would very much appreciate your vote so I may continue to work on your behalf to make SAG-AFTRA the strongest and most influential union in the world, and to continue to deliver good forward thinking contracts in an ever-changing and more challenging entertainment business. **www.UniteforStrength.com**

**132. AUTUMN REESER –**
It's been a joy and an honor to learn more about our union while serving on the board the past two years. I've been an actor since the age of 6, a member of the union since I was 20 and I want to continue to make a difference through representing our talented membership. I'm so proud of our recent achievements like merging the health plans and the amazing new app and will to continue to push for more exciting changes like these. **www.UniteforStrength.com**

**133. ROBIN RIKER –**
43 year member, serving on National & Local board & working tirelessly for Transparency and Accountability yet constantly met with obstruction from Exec.Staff and the UFS controlled Boardroom. Critical information is deliberately withheld from you the members. Fact: Union Trustees, legally bound to look out for the health of your pension, voted to cut your benefits in half while voting to let staff retain full benefits. Fact: this petition: http://bit.ly/2n1ifc signed by 1600 members was dismissed by NED White with the words " A letter signed by thousands, I don't care." The union exists for you! Vote! MembershipFirst.com

**IMPORTANT: Before marking your ballot, please read the "Voting Instructions" on back of this guide. Following these instructions assures that your vote will be cast properly.**

The Local Officers and National Board members, by virtue of their election to those positions, shall also serve as convention delegates. The Local Officers, Local Board members and Convention Delegates, by virtue of their election to those positions, also serve as Alternate National Board members and in certain circumstances, Convention Delegates are also eligible to serve as Alternate Local Board members.

# National Board Member (Continued)

***Vote for no more than fifteen (15).***

**134. SHAAN SHARMA –**
For the last couple years I've been working with our amazing staff and member leadership to **help our union brothers and sisters feel the value of their membership** in a real, tangible way. Being a board member will give me more influence to **help our union improve and expand the ways it supports us as artists every day**. I'm focused on four areas: **Member Education** - through the Conservatory and events at HQ, **Employment Relationships** - panels and workshops with casting pros, **Social Events** - for members to connect, and **Quality of Life** - expanding the resources and benefits available to us. MembershipFirst.com

**135. MARTIN SHEEN –**
It has always been an honor and privilege to serve my fellow Union members. Lately, work and life issues have kept me away from the boardroom more than I would like. However, even when I'm not available to be in the boardroom, I'm always promoting a positive agenda: better contracts, being strong at the negotiating table, doing everything possible to have just one pension plan, transparency and fighting for our Background performers. With your vote, I will continue to do my best and protect my fellow members. www.membershipfirst.com

**136. ABIGAIL SPENCER –**
I've been a professional actor for 18 years and I'm passionate about supporting fellow members and protecting the business of our art. With all forms of content exploding, protecting quality and enforcing safety are top priorities. The new short order series norm reveals "relocation" to be a thing of the past as actors, particularly those with families, find they must pay for two residences. "Exclusivity" must be reimagined to allow actors more opportunities. Grateful to stand on the shoulders of those who came before, dedicated to improving our present and our future. **www.UniteforStrength.com**

**137. JONATHAN TAYLOR THOMAS –**
Since I started as a child actor, a group still being taken advantage of by Producers, times have become more uncertain for performers. Many members are facing chronic insecurity, shrinking paychecks, and unlivable residuals in Basic Cable and New Media. Periodic work at scale is simply not sustainable. Let's fight for stronger contracts, better health care and pensions, and a fair deal for background. A tough, proactive union built on solidarity can push back against poor salaries and deteriorating working conditions. Help me work for all of you to protect our livelihoods. MembershipFirst.com

**138. STACEY TRAVIS –**
Honored to have served on the local and national boards for almost a decade. I am running to finalize the merger of our benefits plans, continue to fight for online privacy and secure more work for our California members. As Chair of Los Angeles' Government and Public Policy Committee, I contributed to the recently executed $330M California Tax Incentive, fought for overdue wage increases in Low Budget, achieving a 25% pay raise. A working actor for decades under multiple contracts, I hope to continue my service and earn your vote. Currently serving: Online Privacy (Chair), Low Budget (Vice Chair), SAGIndie, TV/Theatrical Standing, Military Personnel and Families Support, Women's. **www.UniteforStrength.com**

**139. JOHN TREMAINE –**
NO STATEMENT.

**140. VIVICCA A. WHITSETT –**
Proud union actor 20 years. From Background performers to minorities to voice artists, members deserve a diverse board pursuing new ways to organize more work. I bring a commitment to inclusiveness, responsibility and accountability for the future of the great merged union. No more divisiveness; our fellow actors are not our enemies. Together we stand stronger. Contracts worked include Commercials, TV/Theatrical, New Media, Ultra Low Budget, NetCode. Current: 2017 Chair LA Host Committee, Communications, Honors & Tributes, EEOC and MOVE Committees. Prior: 2011 National Co-Chair Ethnic Employment Opportunity Committee, Professional Representatives. **www.UniteforStrength.com**

**141. PETE ANTICO –**
**Pete Antico,** a 38 year SAG & AFTRA member. I helped uncover the 756k misappropriation of funds found in SAG's pension fund. SAG-AFTRA is run by actors who are not educated in corporate finance, nor governance. We must restore ethics and sound business practices to SAG-AFTRA, through education, transparency, love and forgiveness. We are all responsible, good or bad, for what has taken place in SAG-AFTRA to date. Join me in affecting a change that benefits the ideology of the highest good for all. Read my fact page, watch my videos found on my website below. www.peteantico.com

**142. JANE AUSTIN –**
It's been an honor to serve you for the last 15 years. I serve on almost 40 committees Nationally and Locally, and currently serving on my fifth TV/ Theatrical negotiating committee. I understand the needs of our members. Contract enforcement is paramount on my agenda. Our members are being under paid millions of dollars because of contract violations. Not only does this impact your income, but also residuals, pension and health contributions, and dues income. It needs to stop. I am an advocate for the members and I am ready to continue my work for you. www.membershipfirst.com

**143. BRENDA BOYEN –**
**It is way past time ACTORS without lines(called by most background actors,but not by me)GET BILLING.It is wrong when the personal assistant to the accountant,the nurse,the city of Cleveland and all of the animals can get billed but not all of the cast(who need billing to get more work).I intend to stop this oppressive practice and get all actors billing.Help me and yourself by voting for me. Someone should at least try.**

**144. GABRIELLE CARTERIS –**
The extraordinary privilege of serving as president is a journey I began nine years ago. After I was badly injured while filming, the union took care of me -- and I pledged to give back through my service. Together we've accomplished so much: the historic unionization of Telemundo... working with California's governor to pass the IMDb law... seeing our health plans merge... and now I'm focused on leading our TV/Theatrical negotiations. The work of SAG-AFTRA never stops but I bring passion to protecting our members every day. I would be deeply honored to continue fighting for you. **www.USANLeadership.com www.UniteforStrength.com**

**145. DAVID CLENNON –**
Background actors are ACTORS. BG actors pay dues and they deserve serious, strong representation by SAG-AFTRA. Background should have at least two guaranteed seats on our National Board (out of a TOTAL of 69 seats). And at least one guaranteed BG seat on Negotiation Committees. If a union doesn't fight for the workers at the low end of the pay scale, it's not fulfilling its mission. We need Solidarity among all acting categories. If we all fight for Background, we all get stronger. MembershipFirst.com

**IMPORTANT: Before marking your ballot, please read the "Voting Instructions" on back of this guide. Following these instructions assures that your vote will be cast properly.**

REVISED

The Local Officers and National Board members, by virtue of their election to these positions, shall also serve as convention delegates. The Local Officers, Local Board members and Convention Delegates, by virtue of their election to those positions, also serve as Alternate National Board members and in certain circumstances, Convention Delegates are also eligible to serve as Alternate Local Board members.

# National Board Member (Continued)

## *Vote for no more than fifteen (15).*

**146. PAUL EDNEY –**
Hello. I am a very active member, having acted in over 50 Union productions. Mostly Background, but also Principal and Featured roles - www.imdb.com/name/nm2481281/. My main concerns are the continued split earnings of the pension plans. The increase in non-Union production of Commercials. The pitiful low wages/residuals for New Media. The local Film/TV Background numbers should equal the New York zone (Film 85/TV 25 plus all Stand-Ins). Enforce Union rules about working "off the card" and Background Calling Services. We need new blood on the Board to invigorate our Union. Please vote accordingly.

**147. VAN EPPERSON –**
SAG-AFTRA is a gigantic force divided by unnecessary, destructive politics. The two-party system doesn't serve our nation or our union. We must stand together in true solidarity to prove we are ONE and regain our collective power. I believe leadership and big names should let us think for ourselves instead of telling us how to vote. I don't have all the answers. I do have open ears, intelligence, and honesty. Vote for me and I'll fight to increase/restore our dwindling incomes. I stand for ALL OF US. *(Read my full statement at "Van Epperson Actor/Director" on Facebook.)*

**148. DEBBIE EVANS –**
I am a veteran performer with over 300 credits which makes me keenly aware of contractual issues. In my first term as a LA National and Local Board member, I was able to create an educational tool with a FAQ sheet that members can access on the SAG-Aftra website, app, and cheat sheets. This sheet clearly explains the top contract violations and what your rights are while working. Performers now have knowledge that empowers them on the set. My main focus has been to support the members and staff to stand up for our members rights. www.membershipfirst.com

**149. GREG EVIGAN –**
I've been working SAG/AFTRA contracts since 1974. I'm excited to fight along with like-minded actors, who are passionate about changing; "New Media" contracts designed to avoid paying actors, eliminating wavers for Non-Professionals in commercials, fighting for better residuals, getting our SAG pensions out of the " Endangered Zone" , while putting actors on par with "Management". We should get more than Management, or at lease equal maximum payouts at retirement. After all, we made the money that created the fund that pays management! Let's change what's wrong with this picture! Together. MembershipFirst.com

---

**IMPORTANT: Before marking your ballot, please read the "Voting Instructions" on back of this guide. Following these instructions assures that your vote will be cast properly.**

The Local Officers and National Board members, by virtue of their election to these positions, shall also serve as convention delegates. The Local Officers, Local Board members and Convention Delegates, by virtue of their election to those positions, also serve as Alternate National Board members and in certain circumstances, Convention Delegates are also eligible to serve as Alternate Local Board members.

# National Board Member - Stunt Performer - 4 year term

*Vote for no more than one (1).*

**150. MARIE FINK –**
SAG-AFTRA is not current in today's entertainment business. SAG-AFTRA needs: Simplified contracts with straightforward language. New Media contracts dissolved. Modernizing the residual formulas. Members need a union that is **HIGH-PRINCIPLED**. A Union that will **FIGHT** for us and have our best interests at the forefront. SAG-AFTRA must **ENFORCE** our contracts and stop productions from undermining the terms of our collectively bargained agreements. I am a working union stuntwoman of 12 years. I will fight for **ALL MEMBERS** to make sure that we don't get pushed aside while productions continually line their pockets, as our livelihood fades away.

**151. JULIE MICHAELS –**
Familiar to audiences from films such as *Road House* and *Point Break*, I have also found success as an Emmy and SAG Award nominated stunt coordinator and performer. I currently work as a stunt coordinator with hundreds of performers on *How To Get Away With Murder*, *Jane the Virgin* and *Nashville*. As a two-term board member, I am proud to have testified and achieved UNION contracts on shows like *Saturday Night Live*. I will continue to make myself available to you, be there to answer your questions and ensure the union is working for you. **www.juliemichaels.com** **www.UniteforStrength.com**

**152. GREGG SMRZ –**
NO PHOTO. NO STATEMENT.

---

**IMPORTANT: Before marking your ballot, please read the "Voting Instructions" on back of this guide. Following these instructions assures that your vote will be cast properly.**

REVISED

Note: For Convention Delegate – Actor/Performer positions, a member must be a member of that category as of the cut-off for voting eligibility (June 25th) to vote for candidates in that race.

# Convention Delegate - Actor/Performer - 2 year term

*Vote for no more than one hundred thirty-two (132).*

153. PATRICK FABIAN
154. MICHAEL FAULKNER
155. FRED FEIN
156. DANIEL RAY FETTERLY
157. CATHY FIELDING
158. KATE FLANNERY
159. RICHARD FLEMING-VLAMINGEN
160. CRYSTAL FLORES
161. LEE GARLINGTON
162. HANK GARRETT
163. SPENCER GARRETT
164. MIKE GENOVESE
165. JASON GEORGE
166. MARC C GESCHWIND
167. ELLIOT GHERTNER
168. DAVID GOLDMAN
169. DAVID GORYL
170. JOHN PAUL GREEN
171. PAMELA GUEST
172. RICHARD HADFIELD
173. BRIAN HAMILTON
174. MICHAEL HANSON
175. LINDA HARCHARIC
176. HAYES HARGROVE
177. SAMANTHA HARTSON
178. MICHAEL HAWLEY
179. CUPID HAYES
180. LAURI HENDLER
181. JACK E. HERMAN
182. LOUIS HERTHUM
183. KEVIN HIGH
184. AMY HILL
185. JENNAE HOVING
186. JON HUERTAS
187. MICHELLE HURD
188. CHRISTIAN HUTCHERSON
189. PIANKHI IKNATON
190. MATTHEW JAEGER
191. NICK JAINE
192. JEFF JEFFERS
193. KIMBERLY ABLES JINDRA
194. KEITH JOHNSON
195. DIANA ELIZABETH JORDAN
196. JACKIE JOSEPH
197. DAWN JOYAL
198. KARLA WITH A K
199. MATT KAVANAUGH
200. ROBERT KENISTON
201. MOBIN KHAN
202. MATTHEW KIMBROUGH
203. BRIAN KIMMET
204. TREY KING
205. CHIL KONG
206. CLYDE KUSATSU
207. PETER KWONG
208. TOM LA GRUA
209. STEVE LANZA
210. SHYLA LA'SHA
211. DAN LAURIA
212. DAVID H. LAWRENCE XVII
213. JOHN LAWSON
214. DONNA LYNN LEAVY
215. PAUL LECLAIR
216. JOANNA LEEDS
217. JEN LEVIN
218. DAWNN LEWIS
219. KATE LINDER
220. ELAINE LOH
221. JM LONGORIA
222. KURT LOTT
223. MICHAEL C. MAHON
224. DOUGLAS MAIDA
225. JAMILA MAJESTY
226. ANTHONY MARCIONA
227. LAUREN MARINI
228. RICK MARKMAN
229. TOHORU MASAMUNE
230. KYLE MCAULEY
231. MELINDA MCGRAW
232. DENNIS MCMULLEN
233. MARY MCNEILL
234. ALEX MEBANE
235. AJ MEIJER
236. CRAIG MICHAELSON
237. ALTARA MICHELLE
238. MITCHELL RYAN MILLER
239. MATTHEW MODINE
240. MIKE MONROE
241. MARILYN MONROVIA
242. ESAI MORALES
243. RON MORGAN
244. DANIELLE MOTLEY
245. AUBREY MOZINO
246. ROB NAGLE
247. LUCAS NEFF
248. GAYE NELSON
249. P.J. OCHLAN
250. JAKE O'FLAHERTY
251. JENNY O'HARA
252. RICHARD OLMSTED
253. PEGGY LANE OROURKE
254. RON OSTROW
255. GRETCHEN PALMER
256. TONY PASQUALINI
257. STEPHEN R. PELUSO
258. MARISA PERSSON
259. LAUREN PETERSON
260. CHRIS PIERCE
261. AMY PIETZ
262. BEATA POŹNIAK
263. LEE PURCELL
264. RUBEN RABASA
265. DILEEP RAO
266. ANN MARIE RAVENS
267. AUTUMN REESER
268. ROBIN RIKER
269. BARBARA ROBERTS
270. GUNNAR ROHRBACHER
271. ELLYSA ROSE
272. RICCO ROSS
273. DONNA M RUSSO
274. WEDNEZDAY RYAN
275. WENDY SCHENKER
276. SHEA SCULLIN
277. QUEEN ALLJAHYE SEARLES
278. NICOLE SHANAHAN
279. SHAAN SHARMA
280. MARTIN SHEEN
281. NINA SIEMASZKO
282. PAT SKIPPER
283. DAVID SLATTERY
284. CHALENE SLOAN
285. DAVID SOBOLOV
286. JOHN SOLARI
287. BEN SOLENBERGER
288. JERILYN STAPLETON
289. ARNE STARR
290. BRETT DAVID STELTER
291. SCOTT STEWART
292. MIKE STILL
293. EVELYN L. STOKES
294. JASON STUART
295. JAYA SUBRAMANIAN
296. MAUREEN SULLIVAN
297. AMIR TALAI
298. BOB TELFORD
299. IQBAL THEBA
300. GJ TIARI
301. STEVE TOM
302. SEAN TOMAZIN
303. DARIN TOONDER
304. MARCY FRAZEN TOSCHI
305. JOSEPH TRAN
306. STACEY TRAVIS
307. JOHN TREMAINE
308. NICK ULLETT
309. ARMAND VASQUEZ
310. NED VAUGHN
311. DAVID VILLAR
312. KATIE VON TILL
313. KATIE WALLACK
314. DAVID WESTBERG
315. BRUCE WEXLER
316. BEN WHITEHAIR
317. VIVICCA A. WHITSETT
318. LYNNANNE ZAGER
319. VINCENT AMAYA
320. JENNIFER LYNN ANDERSEN
321. CHRISTOPHER ANDERSON
322. JUAN CARLOS ARVELO
323. KEVIN ASHWORTH
324. DAVID AUGUST
325. FORD AUSTIN
326. JEFF AUSTIN
327. JAMES BABBIN
328. STEVE BARR
329. MIKIE BEATTY
330. MICHAEL BELL
331. JODIE BENTLEY
332. TIMOTHY BLAKE
333. DAPHNE BLOOMER
334. CHRISTINA BOBROWSKY
335. MICHELLE C. BONILLA
336. SEAN MICHAEL BOOZER
337. ANDREW BOYLE
338. STEVEN H. BOZAJIAN
339. IVAR BROGGER
340. JEN FAITH BROWN
341. ROB BROWNSTEIN
342. MICHAEL PATRICK BRUEN
343. TREVOR BRUNSINK
344. GREG BRYAN
345. RAZA BURGEE
346. JENNIFER H CALDWELL
347. K CALLAN
348. MARGOT CARLSON
349. JOI CARR
350. NATALIA CASTELLANOS
351. CORINNA CECHI
352. WILLIAM CHARLTON
353. PARVESH CHEENA
354. TOM CHOI
355. DAVID PAUL CHRISTIAN
356. CYNTHIA LEA CLARK
357. BOB CLENDENIN
358. DAVID CLENNON
359. CLARK COFFEY
360. ASSAF COHEN
361. STEVEN JOHN COHEN
362. TIMOTHY RYAN COLE
363. VIRGINIA REESE COLES
364. JOHN P CONNOLLY
365. MIMI COZZENS
366. SCOTT CRAWFORD
367. JOE D'ANGERIO
368. PATRIKA DARBO
369. JOAN DEL MAR
370. CATHERINE DENT
371. DENNIS DEPEW
372. JAY DISNEY
373. JENNA DOOLITTLE
374. SUSIE DUFF
375. WILLIAM DUFFY
376. MICHELLE DUNKER
377. CATHERINE EADS
378. PAUL EDNEY
379. AMIN EL GAMAL
380. CAROLE ELLIOTT
381. VAN EPPERSON
382. MARK DAMON ESPINOZA
383. GREG EVIGAN

**IMPORTANT: Before marking your ballot, please read the "Voting Instructions" on back of this guide. Following these instructions assures that your vote will be cast properly.**

REVISED

Note: For Convention Delegate – Singers positions, a member must be a member of that category as of the cut-off for voting eligibility (June 26th) to vote for candidates in that race.

## Convention Delegate - Singer - 2 year term

*Vote for no more than four (4).*

**384. JASPER RANDALL**
**385. FLETCHER SHERIDAN**
**386. SALLY STEVENS**
**387. GERALD WHITE**
**388. CHARLEAN CARMON**

---

Note: For Convention Delegate – Stunt Performer positions, a member must be a member of that category as of the cut-off for voting eligibility (June 26th) to vote for candidates in that race.

## Convention Delegate - Stunt Performer - 2 year term

*Vote for no more than three (3).*

**389. MARIE FINK**
**390. G. GRANT JEWETT**
**391. MARY KARCZ**
**392. JULIE MICHAELS**
**393. CONRAD E. PALMISANO**
**394. GREGG SMRZ**
**395. ANDREA VANEPPS**
**396. PETE ANTICO**
**397. ALEX DANIELS**
**398. NICK EPPER**
**399. DEBBIE EVANS**

---

**IMPORTANT: Before marking your ballot, please read the "Voting Instructions" on back of this guide. Following these instructions assures that your vote will be cast properly.**

# Exhibit H





# Voter's Guide and Voting Instructions for the 2019 Los Angeles Local Election

**July 29, 2019**

The candidates have been requested to provide, at their discretion, statements for this brochure in accordance with the rules outlined in the SAG-AFTRA Constitution and the Nominations and Election Policy ("Guidelines"). Except as set forth in the guidelines, statements will be printed exactly as submitted.

**THE CANDIDATES' STATEMENTS IN THIS BROCHURE ARE SOLELY THOSE OF EACH OF THE CANDIDATES. SAG-AFTRA DOES NOT ENDORSE ANY OF THE CONTENTS OF, OR OPINONS EXPRESSED IN THESE STATEMENTS.**

If a candidate for any office is unopposed, the candidate shall be declared elected without the necessity of a membership vote. Please note that the following candidates ran unopposed and will be installed in office on August 28, 2019:

**Local Board Member – Broadcaster** - Rob Archer;
**Local Board Member – Singer/Recording Artist** - Jasper Randall and Fletcher Sheridan;
**National Board Member – Broadcast (News & Entertainment)** - Hal Eisner;
**National Board Member – Singer/Recording Artist** - Dan Navarro;
**Convention Delegate – Broadcast – Entertainment** - Mike Sakellarides;
**Convention Delegate – Broadcast – News/Information** - Rob Archer and Joy Benedict;
**Convention Delegate – Singer** - Jasper Randall, Fletcher Sheridan, Suzanne Waters and Charlean Carmon

**IMPORTANT!**
**Before marking your ballot, please read the "Voting Instructions" on back of this guide. Following these instructions assures that your vote will be cast properly.**

The Local Officers and National Board Members, by virtue of their election to those positions, shall also serve as Convention Delegates. The Local Officers also serve on the Local Executive Committee. The Local Officers, Local Board Members and Convention Delegates, by virtue of their election to those positions, also serve as Alternate National Board Members and in certain circumstances, Convention Delegates are also eligible to serve as Alternate Local Board Members.

# PRESIDENT / 2 YEAR TERM

## VOTE FOR NO MORE THAN ONE (1)

**01 / PATRICIA RICHARDSON**

Honored to be your current LA Local First VP. We have the largest local, half the Union's members. Our building, doubling as National Headquarters and our home, now a construction site RENTED at $6,000,000 a year, is inadequate for our needs. We still have to rent other spaces for any large meetings. Thanks to MF, LA holds the ONLY Board meetings open to members. WE FIGHT for transparency in all matters. Come to meetings! We need your energy, involvement, knowledge, experience and support. Keep your Union honest. Keep your representatives ACCOUNTABLE! Apathy will break us. VOTE MODINE/LONG/MembershipFirst.com

**03 / JANE AUSTIN**

Thank you for letting me serve as your Los Angeles Local President for the last two terms. During that time our local has flourished. We've gone from 280 events, workshops, and panels in 2015 to 499 events attended by over 37,000 SAG-AFTRA members. We have significantly increased participation in the LA conservatory and expanded our classes and table reads. I strive to make our union as strong, responsive, and inclusive for the LA members. I look forward to continue working with the membership to accomplish that. **www.janeworks.org**

**04 / MICHELLE HURD**

I have been a proud union actor since 1994. As a journeyman actor, I have worked many contracts. From soap operas, commercials, VO and on-camera, to background, stand-in, day players, guest stars, recurring arcs and principal series regulars. I fully understand that every contract we work is important and deserves a strong voice fighting for our rights and security in this changing market. Having served on the board, I understand the intricacies of negotiations and the need to stay diligent to protect our rights in this shifting playing field. I would like to be that voice.
**www.UniteForStrength.com**

**02 / QUEEN ALLJAHYE SEARLES**

To prevent continued depletion of Member earnings, insurance, pension, residuals, through New Media Contracts or otherwise; to ensure future generations of aspiring talented emerging artists can earn living wages; and most importantly to uphold the integrity of the SAG-AFTRA Constitution; **It is time for UnSlated-UnSlanted Change!** Said Contracts allow Multi-Billion-dollar Media/Entertainment Conglomerates and producers to circumvent accountability under our Constitution and Board Rules by sanctioning embedded live-unpaid commercials and Brand/Product Placements within productions. See https://youtu.be/lK4eto4en2oStudy Pause/Study https://youtu.be/uN4Ou3Z5aMc Read/Study https://deadline.com/2017/08/kevin-hart-interview-laugh-out-loud-launch-1202142601/ Current leadership maintains these aren't commercials. A vote for me will ensure positive changes

---

# VICE PRESIDENT / 2 YEAR TERM

## VOTE FOR NO MORE THAN TWO (2)

**05 / ELLEN CRAWFORD**

**I believe in community.** This business can be lonely, intimidating and impersonal. But we all share the joy of our craft. In my ten years of service, I have dedicated my focus to bringing members together... to discuss challenges, learn new skills, and connect as fellow artists socially and creatively. **We are the union. Union gives strength**. Very proud to have been instrumental in establishing *NextGen Performers*. Currently chair of *MOVE, LA Local Organizing* and *National Organizing Committees* and VP on the *California Labor Federation*. Also serve on *LA* and *National Executive, National Government Review, Health Care Safety Net, Film Society* and *Reinstatement Obligations Review Committees*.**www.UniteForStrength.com**

**07 / DAVID JOLLIFFE**

It's been my honor to serve you as your Los Angeles 2nd Vice-President. But, also, it's been extremely frustrating! We are a minority in the boardroom -- so it's almost impossible to make the changes we need. Our residuals are plummeting. We're paying $6 million a year to rent our LA headquarters. The SAG-AFTRA staff -- paid with our dues -- has a pension plan far superior to ours. Once more, I'm asking for your vote to fight the good fight. Matthew Modine for National President. Jodi Long for Secretary/Treasurer. Please vote. **MembershipFirst.com**

**08 / CLYDE KUSATSU**

**#RoadTested.** As the **first** elected President of SAG-AFTRA LA, I know what it takes to **guide** our local and improve member services while fighting for more incentives for California. This I will continue as Vice-President. As Chair of the It's A Laugh Negotiating Committee, we got **wage gains** for our background community, and in the Uptown/Nickelodeon Contract we carved out under-five's for Background only, and now both contracts have been **equalized** to our TV Agreement! What gives me purpose and fulfillment is being of service to you, the members of SAG-AFTRA. Let's move forward together. **INCLUSION. VISION. RESULTS.**
**www.UniteForStrength.com**

**06 / FRANCES FISHER**

Vote Matthew Modine for National President; Jodi Long for National Secretary/Treasurer; Patricia Richardson for L A Local President; David Jolliffe & Moi for L A Local Vice-Presidents. I agree with Jolliffe's statements. He possesses institutional memory that surpasses staff and elected. I'm 20 years on the National Board. We need a majority led by President Modine to stave off giveaways like reducing Portal-to-Portal down to Set-to-Set for all series performers worldwide. We have ways to make our union strong; we just need a majority of support. Vote all MembershipFirst.com candidates.


The Local Officers and National Board Members, by virtue of their election to those positions, shall also serve as Convention Delegates. The Local Officers also serve on the Local Executive Committee. The Local Officers, Local Board Members and Convention Delegates, by virtue of their election to those positions, also serve as Alternate National Board Members and in certain circumstances, Convention Delegates are also eligible to serve as Alternate Local Board Members.

## LOCAL BOARD MEMBER – ACTOR/PERFORMER AND STUNT PERFORMER / 2 YEAR TERM

VOTE FOR NO MORE THAN FORTY-ONE (41) – ***CONTINUED ON NEXT PAGE***

### 09 / MARK A PLANAS

I believe that we, as SAG/AFTRA members, have a responsibility to all our members, from the newest to the most successful, to obtain the best possible wages, working conditions and benefits possible. As a member of our local board, I will work towards making this local the best and strongest within our Guild. I loo forward to your support for myself and for MembershipFirst.com

### 10 / LEE PURCELL

It is an honor to serve on the LA Local Board. Much is still to be done, so I'm respectfully asking for another vote of confidence in 2019. My passion is to help all - members, but my focus is to end ageism and gender bias toward senior and women actors to increase employment opportunities for those underserved "minorities." Currently on the LA Local Women's Committee, the National Seniors Committee, the LA Local Seniors Committee, Chair National Seniors Outreach Subcommittee, SAG-AFTRA Radio Plays Committee and more. Twice Primetime Emmy nominated. Member of The Motion Picture Academy and The Television Academy. Thank you. **www.UniteForStrength.com**

### 11 / DILEEP RAO

The LA local board has great influence in matters facing the union. I want to represent you and our values: accountability, advancing our salary and working conditions, and courage in our rapidly changing industry. We must continue to better our stake in the film, television, and streaming business models. As technology and distribution of our work changes with video streaming 'networks" and micro ads (all shot under our contracts), we need smart and effective leadership to set the terms of debate,. Our union is the best forum to fight for these values,. I humbly ask for your vote. **www.UniteForStrength.com**

### 12 / PATRICIA RICHARDSON

Have been serving nationally and locally six years. Currently, I am one of two LA VPs with my good friend, the funny, kind, and smart David Jolliffe. Please send him back as a VP. Whoever wins as the local President, he is of such value to Local leadership. Come to our meetings! We're not afraid for you to see what we say and how we vote. We WANT you to come. We want you to vote for all of us, as with MF, putting members first is a reality- not just our name. Vote Modine/Long/MembershipFirst.com

### 13 / JOHNATHON SCHAECH

I have over 30 years of experience as a working actor. My primary goal for running is to erase the division within our membership and to stop the exploitation of our pensions, residuals, and health benefits. We also need union leaders that will fight for a safer working environment for ALL its members. As an outspoken sexual abuse survivor, I'll strive to educate ALL members about sexual harassment and misconduct. I honor and cherish my relationships in this community, and that truly puts me in a humble position to better serve you. Thank you!

### 14 / WOODY SCHULTZ

Despite a nationwide attack on unions, I've seen SAG-AFTRA grow enormously in size and strength during my ten years representing you on our national and local boards. I'm so proud of what we have accomplished: a revolutionary new commercials contract; multi-pronged initiative combating sexual harassment; health plan merger; direct deposit of residuals; historic unionization of Telemundo; expanded California film/television tax incentives; innovative Short Project Agreement; first-ever residuals for video games and so much more. I feel there are so many incredible things we can still accomplish. Vote for me so I can keep fighting for you! **www.UniteForStrength.com**

### 15 / SHEA SCULLIN

My goal is to bring Union work back to Los Angeles. I strive to cross party lines to unify SAG-AFTRA and bring peace to the boardroom. I am the Vice-Chair of the MOVE Committee, on the Los Angeles Local Organizing Committee, and a Representative in the House of Labor representing SAG-AFTRA. I participate in and mobilize members for labor rallies and parades, and do charity on behalf of our Union. I will fight for stronger contracts and represent those who feel under-represented and unheard. I would be honored to serve you on the SAG-AFTRA Los Angeles Local Board. **www.UniteForStrength.com**

### 16 / QUEEN ALLJAHYE SEARLES

SAG-AFTRA Members' ability to attain qualifying minimums for adequate health care has become increasingly impossible for the vast majority. Business savvy is the missing link to UnSlant Slates that allow constant depletion of actors' income. Queen AllJAHyé is ready and willing to devote 2 years of time and energy galvanizing members nationwide and lobbying congress to implement laws, requiring Managers to procure educational credentials and State Certification to operate as Administrators for talent, thereby alleviating the need for performers to pay managers and agents, and thus retain more of their earnings, while simultaneously reducing the propensity for unscrupulous behavior.

### 17 / SHAAN SHARMA

Many of you know me from my work the past three years to make membership in our union so valuable that we would never do anything to undermine it: reforming and expanding our Conservatory, my classes and lectures, table reads with the WGA, CSA, and The Black List, free self-taping, celebrity guest instructors, and as a Local Board Member. But there's only so much any of us can do without good leadership at the top. Every category of our membership is in crisis. We urgently need new national leadership. **MembershipFirst.com** & for my full report: **ShaanSharma.com**

### 18 / GREGG SMRZ

I have been a SAG-AFTRA Stunt Performer for 37 years. The current administration has led us down the wrong path with weak negotiators, weak contract enforcement, and have failed to keep up with the rapidly changing business. Because of this, our Pension plan is in serious trouble, and they are doing nothing to correct it. I'm asking for your vote so I can hold those in power accountable and help make this union something to be proud of again. Vote Matthew Modine for President, and Jodi Long for Secretary-Treasurer. Support MembershipFirst.com candidates.

### 19 / ARNE STARR

Would love to get the union back to what it was supposed to be, a supporter of actors, at all levels from principle to background, all inclusive. Plus all others who are a part of our union, from stunt folk, to broadcasters, and dancers and all that work under our contracts. Its time to stop giving it all away to the producers as has been happening for years now, taking away travel time making things more dangerous, keeping background down with never increasing numbers, all of this stuff needs to stop and we need to really become the union that

### 20 / ALAN STARZINSKI

I am passionate about our union. I attended both the commercial and theatrical W&Ws. I am looking to help our union adapt to the fast paced changes going on throughout our industry. I don't like bs and I show up. **www.UniteForStrength.com**

The Local Officers and National Board Members, by virtue of their election to those positions, shall also serve as Convention Delegates. The Local Officers also serve on the Local Executive Committee. The Local Officers, Local Board Members and Convention Delegates, by virtue of their election to those positions, also serve as Alternate National Board Members and in certain circumstances, Convention Delegates are also eligible to serve as Alternate Local Board Members.

## LOCAL BOARD MEMBER – ACTOR/PERFORMER AND STUNT PERFORMER / 2 YEAR TERM

VOTE FOR NO MORE THAN FORTY-ONE (41) – ***CONTINUED ON NEXT PAGE***

**21 / SCOTT STEWART**

I've done work as both Principal and Background Actor. If elected, I'll do what I can for better transparency. An example being publishing BOTH pros and cons for each union contract. proposal. I'm also in favor of Background Actors to be included, more so than now, in the political and contract negotiation process.

**22 / IQBAL THEBA**

Getting my SAG card was one of the happiest day of my life. Whether you're a background actor, a stunt person, dancer, singer, recording artist or broadcast person, we are ALL in this together. My primary goal in the boardroom will be supporting and initiating efforts that help us deal with the unique challenges faced by SAG-AFTRA so we can stay ahead of the curve and continue to grow stronger. I fully support Gabrielles Carteris's intelligent, compassionate, and visionary leadership that has brought us so far and will continue to guide us to a better future. **www.UniteForStrength.com**

**23 / JONATHAN TAYLOR THOMAS**

We have critical negotiations coming up. Our members still face chronic insecurity, shrinking paychecks, and unlivable residuals in Basic Cable and New Media. We need strong contracts, improved session fees, better health care and pensions, and a fair deal for background. We need transparent and accountable leadership that will advocate for and protect all of our members. With your help and engagement we can protect our futures. Vote Matthew Modine for President, Jodi Long for Secretary-Treasurer. membershipfirst.com

**24 / STACEY TRAVIS**

I have been honored to serve on Local and National boards. Making a living acting under multiple contracts over the years has compelled me to serve our members. I will continue our fight for online privacy. As Chair of LA GAPP, we helped secure five more years of Tax incentives in CA to 2025 and lobbied DC for a bill to reclaim our tax deductions. Helped create SPA and will work to continue increasing our pay in Low Budget New Media & Films and improve our claims resolutions. *Online Privacy (Chair)*, *Government Affairs and Public Policy* (Chair), *Low Budget* (Chair), *SAGIndie*, *TV/Theatrical*, *Military Personnel and Families Support*, *National & Local Women's committee*

**25 / TONI TRUCKS**

SEAL TEAM has allowed me to see first-hand the powerful impact job opportunities for veterans can have. Service members are particularly well suited to learn new skills and are able to beautifully apply their unique knowledge and experience in productions to elevate the final product. As a Union member for over 14 years, I have experienced the drastic decline of our residual payments as audiences are being trafficked to individual network streaming for past programing, while actual re-airings are few and far between. I'll fight for these issues and the hiring of marginalized union members. **www.UniteForStrength.com**

**26 / ARMAND VASQUEZ**

Our union must remain strong, united, and progressive, with our eyes and ears carefully tuned to the ever-changing nature of our industry. As someone who served on the Commercials Negotiating Committee, participated in Commercials, Spanish Language, & Improv Comedy organizing, moderated a panel at SAG-AFTRA, I understand not only the importance of fighting for our contracts to protect all of us through both the good and difficult times, but also the importance of membership interaction. I believe in diversity— both in casting and union leadership. What makes us different makes us great. Most importantly, I believe in getting involved. **www.UniteForStrength.com**

**27 / BRAD VENABLE**

NO STATEMENT

**28 / LISA VIDAL**

It has been an honor for me to serve on the National Board of SAG-AFTRA, representing our body of performers. UFS and Gabrielle Carteris continue to fight to make us an even stronger, bolder, innovative union. Please re-elect me so I can continue to fight with you for even more productive change. We still face many challenges and changes in our industry and I need your support to be able to continue the fight! I will passionately continue to advocate for more diversity fairness, better health plans and benefits, and better care and treatment of performers! Thank you. **www.UniteForStrength.com**

**29 / DAVID VILLAR**

The changing landscape of media has presented new threats to our ability to earn a sustainable income. Participating in the Wages and Working Conditions meetings and serving as a Convention delegate, my support helped lead to substantial and progressive gains on our new commercials contract. Becoming more active in our union I've developed relationships I intend to utilize to secure stronger contracts while promoting diversity, efficiency and efficacy in the operations of our great union. I will always be open to listening to all members, no matter what aspect of the industry or contract they work under. **www.UniteForStrength.com**

**30 / KATIE VON TILL**

SAG-AFTRA health insurance saved my life when I nearly died of sepsis. Serving is my way of giving back. We're in a fight for the survival of our union and all unions. My analytical skills, cool head, and unwavering loyalty benefit that fight. As National Chair of the Commercial Performers' Committee and LA Vice Chair of the Commercial Contract Negotiating Committee, I reached across party lines. Please re-elect me so I can continue to stay up all night worrying about us. I'll probably do it anyway, but it would be nice to do it in an official capacity. **www.UniteForStrength.com**

**31 / KATIE WALLACK**

I have been a union member for nine years and a union delegate for three terms. I was on the negotiating committee for the 2016 & 2019 commercial contract negotiations. I am a longstanding member of the Commercial Performers Committee (CPC) and will finish my graduate degree in Ethical Leadership from Claremont Lincoln University in December. My graduate work has helped my union service work in the areas of collaboration and communication. My joy comes from empowering fellow union members on how our union works, how they can be a part of the change and follow their creative bliss. **www.UniteForStrength.com**

**32 / LISA ANN WALTER**

I'm UNION. I don't shy from a fight We lose more with every negotiation: ~Lower BASE PAY ACROSS ALL PLATFORMS ~Loss of Travel/Turnaround ~No STREAMING RESIDUALS ~Management mishandled the fight to remove our ages from IMDb - This GENDER EQUALITY issue most hurts women over 50 ~Every year HEALTH INSURANCE ELIGIBILITY MINIMUM goes up $2,000 ~ SAG PENSION in DANGER ZONE - I can't afford to lose it, can you? I will work for our PAY, HEALTHCARE, SAFETY & PENSIONS. I serve on #EEODiversityCommittee Please vote for me and MATTHEW MODINE - President JODI LONG - SecretaryTreasurer

Ex H-4

The Local Officers and National Board Members, by virtue of their election to those positions, shall also serve as Convention Delegates. The Local Officers also serve on the Local Executive Committee. The Local Officers, Local Board Members and Convention Delegates, by virtue of their election to those positions, also serve as Alternate National Board Members and in certain circumstances, Convention Delegates are also eligible to serve as Alternate Local Board Members.

## LOCAL BOARD MEMBER – ACTOR/PERFORMER AND STUNT PERFORMER / 2 YEAR TERM

VOTE FOR NO MORE THAN FORTY-ONE (41) – ***CONTINUED ON NEXT PAGE***

### 33 / BEN WHITEHAIR

You know how challenging this career can be. Like many of us, I've experienced first hand the struggle to make a living as a performer. Now more than ever **we need a union that has our back, gets us more money, and fights for our future.** As a board member and **chair of the NextGen Performers Committee**, I've been a staunch advocate for **improving our New Media contracts**, a **champion of diversity**, and **committed to making it far easier for members to create their own content**. There is so much more to do. Join me! **www.UniteForStrength.com**

### 34 / VIVICCA A WHITSETT

Proud union actor 20+years. From Background performers to minorities to voice artists, members deserve a diverse board pursuing new ways to organize more work. I bring a commitment to inclusiveness, responsibility and accountability for the future of the great merged union. No more divisiveness; our fellow actors are not our enemies. Together we stand stronger. Contracts worked include Commercials, TV/Theatrical, New Media, Ultra Low Budget, NetCode. Current: 2018 Chair LA Host Committee, Communications,Honors & Tributes, EEOC MOVE Committees 2018 National Co-Chair Ethnic Employment Opportunity Committee Prior: Professional Representatives. **www.UniteForStrength.com**

### 35 / PETE ANTICO

Current Local Board/National Board Alternate, Spearheaded implementation of Machine Learning and Artificial Intelligence streamlining Union operations and residual tracking. Support equal pay for women, purchasing an office, SAG-AFTRA wasted over 80 million in leases of members money. Portal to Portal was given away, as was NewMedia, cable TV. Support equal pension payouts between staff and members, staff's payouts over double than members. Our residuals are dwindling, our pension underfunded in an 11,000 point market rise. What! Singers, dancers, stunts, background, underrepresented. Vote Matthew Modine President & Jodi Long Secretary Treasurer. www.membershipfirst.com

### 36 / ED ASNER

As a past President of SAG and a union member for 7 decades, I've seen a lot. Our current state of affairs is the most tenuous I've ever seen. New Media and all future exhibition platforms could very easily be our downfall. We have seen how poorly we were prepared for cable and DVD's. That can never happen again. Please help me along with Matthew Modine for President and Jodi Long for Secretary/Treasurer and the entire MembershipFirst.com team to protect our future.

### 37 / JANE AUSTIN

What does it mean to be a Local Board Member? It means you show up to every meeting. It means you serve on the local committees. It means you support and participate in the events that those committees organize. And most importantly you listen to what the members are saying, and you advocate for what they want in the boardroom. This is what service as a board member means to me, and I promise to continue doing that so that SAG-AFTRA can represent the needs and interests of its members. **www.janeworks.org**

### 38 / JESSICA BARTH

As a Silence Breaker with the #MeToo movement I helped empower victims, globally, to speak their truth. I tell my daughters their voice is their Superpower. I will use mine to invigorate a sense of urgency towards building a union where ALL members are supported and protected, prioritizing stronger negotiations putting members first! I've been an advocate for the underdog my entire life. I know how to build bridges and I'm not afraid to cross them. I won't stop fighting until every member feels represented and protected while pursuing dreams we all share in our hearts. **VoicesInAction.org MembershipFirst.com**

### 39 / ROSA BLASI

*Strong Medicine* was the first live action basic cable television drama to go over 100 episodes, I was grateful to star in that series, followed by another 100+ episodes of a cable comedy. I've probably done 50+ other episodes on various platforms. From this 25 year career, it's shocking that I receive nearly zero residuals. I want to represent all union members to fight for basic pay equity moving forward. Thanks for your support-Vote Matthew Modine for National President and Jodi Long Secretary-Treasure.

### 40 / MICHELLE C. BONILLA

I've had the privilege of being a working SAG-AFTRA actor for over 25 years. I've worked under many of our contracts as a performer and know that as new technologies surface, our contracts need to continue to provide safe working conditions and proper wages. I have served on our EEO Committee, was elected a 2017 Delegate to our Convention, and have participated in both the Commercial and Theatrical W&W's. I am a proud union member and would be honored to serve on our Los Angeles Local Board to continue to protect and advance our members into the future. www.michellecbonilla.com **www.UniteForStrength.com**

### 41 / IVAR BROGGER

For the past 45 years I have made my living as an actor, with over a hundred credits in feature films, television, and commercials. For 30 years I was a Principal Councilor of Actor's Equity Association. I served as chair of 4 national contract negotiations. Progress can only be achieved through dedicated preparation, fighting for your beliefs, and remaining open to competing ideas. There is no room for ego in a negotiation, only service to membership's best interests. I want to bring that same sense of cooperation, commitment and caring to the SAG-AFTRA boardroom. I want to be a part

### 42 / TREVOR BRUNSINK

SAG-AFTRA contracts paying minimum wage, minus dues owed. SAG Pension endangered; inequality of staff benefiting over members. Pension/Retirement plans divided 7 years post-merger. **IT'S TIME FOR CHANGE.** I joined SAG and AFTRA in 2007 pre-merger, have a master's degree in management, served on the Stand-In Committee and at the 2017 SAG-AFTRA National Convention. No more of this "turning careers into hobbies" negotiation approach. There is strength in unity when our leadership isn't steering us off a cliff. Time for transparency, fight for under represented. Vote Matthew Modine/President, Jodi Long/Secretary-Treasurer. Support MembershipFirst.com candidates.

### 43 / NEVE CAMPBELL

It's time for me to get involved. I am very concerned about our future. We can't let what happened in cable and Home-Video/DVD, happen in New Media. It's imperative that we have the strongest team possible, to secure fair wages and residuals for all these new exhibition platforms. The fact that we're renting our offices around the Country, instead of building equity by owning, seems financially irresponsible to me. Union communications need to be more transparent. I'm voting for Matthew Modine for President. Jodi Long for Secretary/ Treasurer. Along with the entire MembershipFirst.com Team. Please join me.

### 44 / JOI CARR

I have a strong commitment to the arts, to nurturing collaboration, to equity and inclusion, and to all that happens with SAG-AFTRA. As a member since 1987, I know our work counts! I am on the ground working for us. I currently serve as a Los Angeles Delegate and on the following committees: National/Local EEO, Women's, and as Vice Chair of LA Host and Los Angeles EEO. As a Professor (Ph.D.) of English and Film at Pepperdine University, I have experience leading academic programs/committees and engaging a new generation of storytellers. I welcome the opportunity to contribute in meaningful ways. **www.UniteForStrength.com**

Ex H-5

The Local Officers and National Board Members, by virtue of their election to those positions, shall also serve as Convention Delegates. The Local Officers also serve on the Local Executive Committee. The Local Officers, Local Board Members and Convention Delegates, by virtue of their election to those positions, also serve as Alternate National Board Members and in certain circumstances, Convention Delegates are also eligible to serve as Alternate Local Board Members.

## LOCAL BOARD MEMBER – ACTOR/PERFORMER AND STUNT PERFORMER / 2 YEAR TERM

VOTE FOR NO MORE THAN FORTY-ONE (41) – ***CONTINUED ON NEXT PAGE***

### 45 / GABRIELLE CARTERIS

I'm asking for your vote because SAG-AFTRA has a huge impact on performers' ability to make a living and I'm experienced in making positive change for members. I led the groundbreaking Commercials negotiations, the NLRB victory during the BBH strike, and fought for industry respect for members working background. I've championed legislation to eliminate sexual harassment, ageism on IMDb, and to protect members' digital image/voice rights. Negotiated a direct, comprehensive agreement with Netflix that eliminates free bargaining in low budget SVOD, improves protections against outrageous exclusivity terms/options, and for the first time covers performance capture.
**www.UniteForStrength.com**

### 46 / JOANNA CASSIDY

I've had the privilege of being in this business for many years and no time in the future will I be retiring. I can't because SAG-AFTRA has given away so much of what we worked so hard for. We used to get wonderful residuals, not now. Pension imbalances with staff - this is not right. I also want to protect future performers with their P&H benefits. I'm supporting Matthew Modine for President. Jodi Long for Secretary-Treasurer. Membership First will fight for you and I will be right on top of that Rose.

### 47 / NATALIA CASTELLANOS

We cannot live in the past: we must look forward. I believe we as a collective must make the changes needed to help every member in our union. It is those progressive thinkers that are willing to take enough risks to strengthen our union in this new day and age. As a Latina who cares about diversity in our industry (and who was part of the Commercials Contract Negotiating Team), I will continue to fight for work under all our contracts while embracing cultural diversity.
**www.UniteForStrength.com**

### 48 / WILLIAM CHARLTON

I have worked about every contract we have, and like most of us, am constantly confronted with the challenges of making a living under **UNION** contracts. We need responsive, unified, solution-oriented strategies to navigate a constantly evolving media landscape and fight to keep jobs union - as we did with the new **2019 Commercials contract** – a negotiating committee I was honored to **serve** on. I'm particularly focused on dramatically improving our residual streams, communications, and revamping our Agency agreements. I show up, listen and seek consensus. *Negotiating Committees: TV/ Theatrical, 2019 Commercials, Corporate-Educational. Committees: National Chair Professional Representatives, Finance, Communications, Executive.* **www.UniteForStrength.com**

### 49 / PARVESH CHEENA

I've had the great honor of serving on the LA Local Board for the past eight years. I'm determined to continue the solid work SAG-AFTRA is doing as a strong, unified union. As a member of the *Ethnic Employment Opportunity, Asian Pacific American Media, and other Committees,* I intend to pursue additional gains for everyday working actors and performers like myself. I wish to continue serving my fellow union members, moving forward with stronger contracts, and making sure we are engaged with progressive leadership, as demonstrated with our work on the new commercial contract.
@parvesh **www.UniteForStrength.com**

### 50 / TOM CHOI

I will continue to fight for SAG/AFTRA to keep pace in the ever-changing landscape of content creation and advertising. As the industry moves forward so must our Union. Proud negotiation committee member on the new, historic, innovative and industry-praised 2019 COMMERCIALS CONTRACT. My ongoing commitment to the union includes: SAG Pension Trustee, LA Board Member, Negotiation committee member for the Disney It's A Laugh and Nickelodeon Uptown contract. Member of the following committees: Professional Representatives, Asian Pacific Americans in Media, Equal Employment Opportunities, Commercials Performers, Los Angeles Executive. I am business strategy oriented with an MBA in Finance.
**www.UniteForStrength.com**

### 51 / CHANTAL COUSINEAU

I stand rooted in the principle of **EQUALITY**. I will focus on your safety, support, and worth. An equal, inclusive and diverse playing field is the way forward. Aligned with the wonderful UniteforStrength slate, I can continue to affect lasting change. An example of that work is legislative reform (#TakeTheLead bills #StrongerCA #SB224), innovative new contracts, and real time workplace support. I see and hear all of you and would be grateful to be of service as a delegate, local, and national board member**.**
**www.UniteForStrength.com**

### 52 / TIFFANY YVONNE COX

I'm the actor who friends come to when they don't understand their rights as a SAG-AFTRA performer, or need contracts explained. Being an educator on how our union supports living wages and respectable working conditions brings me great joy. I have worked closely with union contracts as I began to produce my own content. Becoming a "hyphenate" influenced my desire to bring fresh, young, diverse voices to our union's leadership. It would be an honor to share my ideas as our union moves forward in this ever-changing industry. **www.UniteForStrength.com**

### 53 / ELLEN CRAWFORD

**The future is personal.** As we each face revolutions in technology, creativity, and business models, we can either pine for the "good old days" or join together to turn this new world to our advantage. **We can do this!** The more we share knowledge and network, particularly with member communities which have felt previously disengaged, the more power we have collectively and individually. As chair of *MOVE, National* and *Local Organizing*, and a VP on the *California Labor Federation*, I see what committed members can accomplish. Also on *LA* and *National Executive*, *National Government Review, Health Care Safety Net, Film Society* and *Reinstatement Obligations Review Committees*. **www.UniteForStrength.com**

### 54 / MICHAEL CUDLITZ

My union has protected me and my family, so it's time for me to do my part. We've seen resources wasted trying to stop a merger of groups with basically the same membership fighting for the same things. The SAG-AFTRA merger was the single smartest thing both unions have ever done. I'm proud of the current SAG-AFTRA leadership: I support them in the direction going forward. We must be strong to fight for what we believe in, but we must also be self-aware and realize if the fight is eroding the very ground we stand on.
**www.UniteForStrength.com**

### 55 / JOE D'ANGERIO

Please support Matthew Modine for President and Jodi Long for Secretary-Treasurer. I'm a 40 year member and current board member. **Pensions** - underfunded. There hasn't been a pension increase in over 10 years. **Residuals** - disappearing. I just received a residual check for .01 cents. I hope I made my point. **Negotiations -** not good enough. We must stop pattern bargaining. **5757 Wilshire** - $6 million rent per year. Better to own. With your vote, including the above, our focus will be improving rates, contracts and safety via stronger negotiations. Support MembershipFirst.com candidates. THANK YOU.

### 56 / DENNIS DEPEW

I've been a SAG-AFTRA member for 13 years. Just now getting involved in the political aspect of it. Been on the sideline for years, but now I would like to get more involved. The #ADSGOUNION is a topic I strongly stand with.

Ex H-6

The Local Officers and National Board Members, by virtue of their election to those positions, shall also serve as Convention Delegates. The Local Officers also serve on the Local Executive Committee. The Local Officers, Local Board Members and Convention Delegates, by virtue of their election to those positions, also serve as Alternate National Board Members and in certain circumstances, Convention Delegates are also eligible to serve as Alternate Local Board Members.

## LOCAL BOARD MEMBER – ACTOR/PERFORMER AND STUNT PERFORMER / 2 YEAR TERM

VOTE FOR NO MORE THAN FORTY-ONE (41) – ***CONTINUED ON NEXT PAGE***

### 57 / PETER RJ DEYELL

As a child actor, now in my 5 decades of membership, I have watched the evolution of the industry and the erosion of our contracts. We were the number one union, now we don't get the respect we deserve. SAG-AFTRA is not just a union, but a guild. A guild that embraces the performers living wage, health & welfare, workplace safety, working conditions, and most importantly, a future. In our upcoming contract negotiations we need to negotiate from strength - Membership First. You are the guild - vote your voice for strong leadership!

### 58 / JAY DISNEY

I am delighted to have the opportunity to serve the LA Local by running for the Board, having been a board member in Chicago for both SAG and SAG-AFTRA. As an actor, writer, and producer, I have worked with members from across our country and have an excellent understanding of how the industry works in our locals. Committees: (National) Low Budget, RORC, Background, DRC, Organizing; and (local) RORC, Organizing; attended three conventions; assisted with the 2014 TV/TH negotiations. It is one of my joys to see SAG-AFTRA become the best, strongest, most esteemed union in our industry. **www.UniteForStrength.com**

### 59 / BEN DUKES

It is TIME to intelligently lead SAG-AFTRA into its next chapter. As a veteran member, I want to serve YOU as Local Board Member and Delegate. We urgently need to be forward-thinking with technology, develop a support system for all members, and ensure a deeply connected Guild nationwide. Our Commercial contract was a solid first step, but the Theatrical contract faces massive challenges. Proper and focused allocation of resources comes from LEADERSHIP. As an advocate of the non-partisan ideology of UnionWorking, I WANT to serve YOU and create a stronger SAG-AFTRA for all! Your Vote = Your Voice.

### 60 / DEBBIE EVANS

I've been a proud working member for 40+ years with 400+ credits. This has allowed me to have quite an extensive overview of our industry and what is needed for a sustainable career. One of my objectives is to make sure we have the opportunity to earn a decent living with quality healthcare and retirement. I've served on the National, LA Boards and many committees, all with the goal of protecting, empowering, and serving the members for a better future. It would be an honor to represent you. Vote Matthew Modine-President & Jodi Long-Secretary-Treasurer please support @MenbershipFirst.com candidates

### 61 / GREG EVIGAN

I've been working SAG/AFTRA contracts since 1974, LA and National board-member for the past two years. Again, I'm excited to fight along with like-minded actors, who are passionate about changing: "New Media" contracts designed to avoid paying actors, eliminating wavers for Non-Professionals in commercials, fighting for better residuals, getting our SAG pensions out of the "Endangered Zone", while putting actors on par with "Staff". We should be getting at least equal maximum payouts at retirement. Let's change what's wrong with this picture! **MembershipFirst.com Now!**

### 62 / PATRICK FABIAN

A working actor for two decades, I'm honored to have served both locally and nationally on the SAG-AFTRA boards. As our business models continue to rapidly change, I want to help our members and union shift and change with it, to ensure that all new work is covered work. Please help me achieve that goal by supporting me and my fellow candidates from **www.UniteForStrength.com**

### 63 / FRED FEIN

I have been a union member since 1985. I am committed to building a stronger, more cohesive union to serve and protect the SAG-AFTRA membership. Currently serving as a delegate, I am on the National Background, Local Background and Stand-In committees. **www.UniteForStrength.com**

### 64 / MARIE FINK

SAG-AFTRA must anticipate the changes in industry technologies. We must modernize residual formulas, dissolve "New Media" contracts, and negotiate stronger contracts that represent rapid changes to viewing platforms. Members deserve a union of **HIGH PRINCIPLES**. A Union with the courage to **FIGHT** for all members and fight against productions that choose to undermine our negotiated agreements. I am a working union stuntwoman of 14 years. Together, with **MATTHEW MODINE** as President of SAG-AFTRA and **MembershipFirst**, we will fight for **ALL** SAG-AFTRA members' best interests and for the **future of our Union**.

### 65 / FRANCES FISHER

Vote Matthew Modine for National President; Jodi Long for National Secretary/Treasurer; Patricia Richardson for L A Local President; David Jolliffe & Moi for L A Local Vice-Presidents. I agree with Jolliffe's statements. He possesses institutional memory that surpasses staff and elected. I'm 20 years on the National Board. We need a majority led by President Modine to stave off giveaways like reducing Portal-to-Portal down to Set-to-Set for all series performers worldwide. We have ways to make our union strong; we just need a majority of support. Vote all MembershipFirst.com candidates.

### 66 / KATE FLANNERY

I served on the SAG board during the critical merger of our legacy unions, and am currently serving on the local board. I believe the power of our union is contingent upon us showing up and speaking up. I am grateful to all who served before me to protect me in my career. Now, I would be honored once again to continue representing my fellow actors, singers, dancers, broadcasters, stunt performers, and background actors. I'm asking for your support so I can help protect our interests in this burgeoning digital age and the numerous new media platforms. **www.UniteForStrength.com**

### 67 / EDWIN GARCIA II

In a time where we are divided more than ever, isn't it time for SAG/AFTRA to stand together as one united voice. As an independent candidate and working actor/stuntman I want a better life for my family and yours, to represent fellow members and no longer allow this union to buckle under the pressure of the producers, that means no longer giving up fair work practices. We can never get back what has been lost but we can stop and start protecting what we still have. A vote for me would be a vote to save our union.

### 68 / SPENCER GARRETT

As a **working** character actor for over 30 years, I've witnessed first-hand the rapid changes in our industry. I have worked every contract, yet no matter the scale of the project, our concerns as artists have a common, universal theme: "**Respect** our humanity. **Reward** our work." I have sat on Wages and Working Conditions, Low Budget Film, Honors and Tributes and Film Society committees. I like to be 'in the room where it happens' to ensure that as the industry shifts and changes at an ever-expanding pace, our LIVELIHOODS will grow with the changing times. It would be my honor to serve the membership again. **www.UniteForStrength.com**

The Local Officers and National Board Members, by virtue of their election to those positions, shall also serve as Convention Delegates. The Local Officers also serve on the Local Executive Committee. The Local Officers, Local Board Members and Convention Delegates, by virtue of their election to those positions, also serve as Alternate National Board Members and in certain circumstances, Convention Delegates are also eligible to serve as Alternate Local Board Members.

## LOCAL BOARD MEMBER – ACTOR/PERFORMER AND STUNT PERFORMER / 2 YEAR TERM

VOTE FOR NO MORE THAN FORTY-ONE (41) – ***CONTINUED ON NEXT PAGE***

### 69 / GISELLE GILBERT

The way media is being created and consumed is changing constantly, and it's vital that our union keeps up. As the youngest voice of the SAG-AFTRA Commercials Committee, I proudly fought alongside our diverse and experienced membership to craft the innovative **2019 Commercials Contract**. The insight I've gained from contract - negotiation, as well as my experience as an actor, producer, and digital content creator, gives me confidence that I can help steer our union in the right direction. I'm energetic, passionate, and will gladly be a nuisance to ensure a thriving future for all members of our union. **www.UniteForStrength.com**

### 70 / MICHELLE JUBILEE GONZALEZ

**My mission is to forge better policies that effectively resolve any and all contract violations, as well as empower the membership to use their voices and demand greater accountability and transparency within this guild. It's time to ignite the members to unleash their inner entrepreneurial & business-minded abilities so we can get back to earning a livable income performing a craft that has taken years to cultivate. Let's write a new chapter together: The Art of THRIVING in the Creative Industries. Thank you.** Vote All @MembershipFirst.com Candidates

### 71 / DAVID GORYL

I've been a SAG and SAG-AFTRA member since 1998. This industry has changed so much in that time, and I believe that it is my duty to be of service to my Union, my fellow Actors – to help educate and inform - to be a voice for others. I am committed to doing my part as our business continues to evolve at such a rapid pace. **www.UniteForStrength.com**

### 72 / ELLIOTT GOULD

It is essential that we stay current with our industry and evolve together in order to further the needs and interests of our precious union. We must navigate in solidarity to support and realistically maintain the health, the education and the welfare of our rank and file membership. I have served us before and I want to bring my experience and knowledge back into the board room. Please consider voting me to our board of directors. With integrity, devotion and in solidarity. Please vote for Matthew Modine and Jodi Long and MembershipFirst.com candidates. Your brother, Elliott Gould.

### 73 / PAMELA GUEST

Raped at my first audition, made an award-winning short chronicling that experience ahead of the #MeToo movement. SAG-AFTRA 1974, current National/Local-LA Boards, Women's, LA Executive Committees, Blue Ribbon Sexual Harassment Subcommittee. Received unanimous board support for 2017 SH Task Force and the first-ever W&W on Sexual Harassment 2019. Outspoken advocate for survivors, testifying in Sacramento and Albany for ground-breaking legislation, RAINN speaker, Time's Up Safety Committee, PAVE ambassador. Spent 10 years working in casting when parts didn't come my way. I know your pain. **Vote Modine/Long. David Joliffe LA VP and all MembershipFirst.com** candidates.

### 74 / RICHARD HADFIELD

SAG-AFTRA's mission is to organize and negotiate the best wages and working conditions for you, the membership. If you feel that SAG-AFTRA should do better, I am asking for your vote. Under current leadership, union commercials have declined, there have been insignificant increases in background actor caps and earning a pension credit is becoming impossible. We need change. Please join me and vote in new leadership. Elect Matthew Modine-National President, Jodi Long-Secretary Treasurer and Patricia Richardson-Local President and me. We will fight harder to organize work and gain stronger contracts. Support **MembershipFirst.com** candidates.

### 75 / BRIAN HAMILTON

Why is there so much **non-union** commercial and VO work? Why is actors' income still split into 2 pensions? I thought the **merger** was supposed to fix all this? *"Stronger together"* we were told. Many promises haven't been fulfilled. Are you better off now than you were 7 years ago? It's time to take inventory and decisive action. Support MembershipFirst.com candidates.

### 76 / LINDA HARCHARIC

Vested thirty-two year union member who believes the present administration lacks transparency and real leadership: seven years after merger, split earnings remain. They've failed to cover and represent background actors in ***all*** contracts and ***on*** the governing Boards; tacitly approved a better pension deal for the staff over the members, while qualification thresholds spiral out of reach; accepted minimum wage for new media union jobs; given away portal-to-portal AND residuals; negotiated away claims to curry favor with producers on inferior contracts; TIME FOR CHANGE! MODINE-President/LONG Secretary-Treasurer. Please support ALL @MembershipFirst.com Candidates.

### 77 / LOUIS HERTHUM

As a 37-year SAG member, 39-year's AFTRA, I've watched members lose ground consistently, especially under current leadership. Pension disparity with staff, residuals drying up, pension plan in "danger zone", "new media" is here to stay & threatens us all but mainly, middle-class performers. Background artists and stunt performers not being treated as equal members. And we ***MUST*** have more ***TRANSPARENCY*** in our union! ***We need leadership that truly puts the membership's best interest first!*** Vote Matthew Modine, President - Jodi Long, Secretary-Treasurer. I support all MembershipFirst.com candidates. Thank You!

### 78 / JENNAE HOVING

Vote for Matthew Modine for President - Jodi Long for Secretary-Treasurer. I am running for office so I can continue giving back to my fellow SAG-AFTRA members. Having worked as a background actor, stand-in, photo double, stunts and weekly contract player, I understand a variety of members' concerns. I ask for your vote so I may represent all performers in LA local. Support MembershipFirst.com candidates.

### 79 / MICHELLE HURD

I have been a proud union actor since 1994. As a journeyman actor, I have worked many contracts. From soap operas, commercials, VO and on-camera, to background, stand-in, day players, guest stars, recurring arcs and principal series regulars. I fully understand that every contract we work is important and deserves a strong voice fighting for our rights and security in this changing market. Currently serving on the National board, I understand the intricacies of negotiations and the need to stay diligent to protect our rights in this shifting playing field. I would like to be that voice. **www.UniteForStrength.com**

### 80 / DAVID JOLLIFFE

I've served on the National Boards of both SAG and AFTRA. It's an understatement to say that I've seen a lot (and learned a lot). But it has NEVER been as bad as it is now. Unlivable residual structures. Our long-fought-for location protections -- thrown away. Renting, instead of owning our offices. Our staff having a better pension than the members. Board members giving in to every staff whim. Time for us to take back our power. Matthew Modine for National President. Jodi Long for Secretary/Treasurer. Please vote. **MembershipFirst.com**

Ex H-8

The Local Officers and National Board Members, by virtue of their election to those positions, shall also serve as Convention Delegates. The Local Officers also serve on the Local Executive Committee. The Local Officers, Local Board Members and Convention Delegates, by virtue of their election to those positions, also serve as Alternate National Board Members and in certain circumstances, Convention Delegates are also eligible to serve as Alternate Local Board Members.

## LOCAL BOARD MEMBER – ACTOR/PERFORMER AND STUNT PERFORMER / 2 YEAR TERM

VOTE FOR NO MORE THAN FORTY-ONE (41) – ***CONTINUED ON NEXT PAGE***

### 81 / MATT KAVANAUGH

It has sickened me to watch the well-being of the SAG-AFTRA membership stifled by the petty and unethical practices of those desperate to hold on to political power. The irresponsible wasting of your dues money, unthinkable defenses of pension inequities, corrupt governance practices, terrible negotiated contracts, and a complete lack of transparency. I've tried to stop this nonsense in my nearly 2 years in the boardroom, but I need your help. Vote Matthew Modine for President, Jodi Long for Secretary-Treasurer, Patricia Richardson LA President, David Jolliffe local LA VP, and support all MembershipFirst.com candidates.

### 82 / HENRY KINGI, JR

As our industry expands we must prepare ourselves for what's to come. I am a working member of over 30 years and having worked under multiple SAG-AFTRA contracts, I know our members needs. Maintaining a strong union that backs our members, enforces our contracts, protects our residuals, maintains a healthy pension & health plan requires good communication and hard work. I am up for the task and will be diligent in my efforts. Fellow members, if we think of our Membership First and Unite For Strength I believe we'll reach Solidarity.

### 83 / CLYDE KUSATSU

Having been a working actor for 46 years, I am grounded in our **core values**. What gives me purpose and fulfillment is being of service for you, the members of SAG-AFTRA Los Angeles, and to represent you as the National Vice-President LA. I am a champion of what our local offers our members -- like our valuable SAG-AFTRA Film Society (which I co-chair) and the burgeoning NexGen Performers and their works that attract our **future**. I also serve as a board member of the SAG-AFTRA Foundation that has offerings for all members. Let's move forward together. **INCLUSION.VISION.RESULTS** **www.UniteForStrength.com**

### 84 / DIANE LADD

I'm here to stand with you and fight for the Dignity, Respect, and Work you deserve. British Academy Award Winner, 3 x Oscar Nominee, Diane Ladd Please vote for MembershipFirst.com candidates.

### 85 / DONNA LYNN LEAVY

As a long time, 40 year working member of both former unions, I am frustrated about the direction our new union is heading. It is time I help steer the largest theatrical union in the world in the right direction. Split fees are creating problems for all our working members. As a result SAG pension credits are harder to obtain. I am determined to go to the wall in the boardroom to rectify that. Help me, help you.

### 86 / JOANNA LEEDS

Vote for Matthew Modine for President - Jodi Long for Secretary-Treasurer. After having served two years as a local board member, it is clear that we have a lot of work to do. This is an important election as we have a big contracts negotiation coming up. My biggest fights will be for better residuals for basic cable and new media, securing our health and pension, and protecting the members at large. I promise to be your advocate and am always available to hear your concerns. Most importantly, vote David Jolliffe Vice-President. Support MembershipFirst.com candidates.

### 87 / JEN LEVIN

I have loved getting to know SAG-AFTRA members through various union events, meetings, and by serving as a Delegate at the past two National Conventions. I would be honored to be able to serve as a member of the Local Board to be able to represent members and make sure that their voices are heard. I am excited for the opportunity to make sure our union is moving forward in this changing industry, and be a participant in how the union serves this wonderful and diverse community. **www.UniteForStrength.com**

### 88 / PABLO LEWIN

I've been a SAG-AFTRA member since 2001. A former Union Representative and chairman for the TWA West Coast Airline Pilots under the Airline Pilots Association (ALPA/AFL-CIO) from 1997 to 2001. Actor, Improviser, Comedian, Filmmaker. Airline Pilot. I noticed that the Actors union/guild lacks certain discipline and a tougher (yet reasonable) stand at the bargaining table to ensure that working actors are able to make a decent living and to further lower the barriers to get pension and health credits, because frankly the current contracts and benefits do not keep up with the marketplace. I have actor friends

### 89 / KATE LINDER

Honored with a star on the Hollywood Walk of Fame, I'm currently in my 37th year on the Emmy-winning, top-rated *The Young and the Restless* and have also appeared in numerous recent feature films. I served as Governor of the Television Academy's Daytime Programming Peer Group for four years and served on the AFTRA board since 2004. I've proudly served on the SAG-AFTRA board since the merger. I know I can contribute to the future strengthening of our union and continue moving forward to establish the best outcome for all of our members. **www.UniteForStrength.com**

### 90 / ELAINE LOH

I entered the entertainment industry fourteen years ago, a middling amount of time compared to some other candidates. But, in those fourteen years of great landscape change, I have experienced all that the union has to offer to a woman, a minority, and a new media content producer - and I have a fresh eye towards all that we must still fight for. My intent is to contribute to the discussion of recapturing union work, particularly in commercials and digital content, and to continue to fight for more inclusive casting. I am humbled to have been able to serve on the

### 91 / JODI LONG

In our last LA election, only 16% of all ballots mailed, *voted*. To *thrive* as a Union we *need your experience and participation*. It's *YOUR UNION, have an issue, get involved.* LA EEOC Chair produced Unconscious Bias Workshop sponsored by SAG-AFTRA at Sony Studios, brought this to our members in CALL TO CREATE workshops. SAG Legacy Women's Committee, spearheaded first efforts for IMDB to take down our DOB. NATIONAL BOARD, EXECUTIVE COMMITTEE, NEGOTIATING COMMITTEE. The Academy, Actors' Executive Committee. Vote Modine/Long. Support MembershipFirst.com candidates. Vote David Joliffe, the encyclopedia of SAG-AFTRA contracts is stored in his brain!

### 92 / KURT LOTT

I'm a member for members and proud to be running as an independent candidate. I support **Jane Austin** **janeworks.org** for **National President** of SAG-AFTRA. Thank you for your support and electing myself to the board in the last 2 elections. I ran on a slate then and want to help end the division in the board room created by these factions. Members are on the same team and the only agenda should be improving the livelihood of the performers. Election of only independent candidates is one approach. Your chance to make a change **VOTE!**

Ex H-9

The Local Officers and National Board Members, by virtue of their election to those positions, shall also serve as Convention Delegates. The Local Officers also serve on the Local Executive Committee. The Local Officers, Local Board Members and Convention Delegates, by virtue of their election to those positions, also serve as Alternate National Board Members and in certain circumstances, Convention Delegates are also eligible to serve as Alternate Local Board Members.

## LOCAL BOARD MEMBER – ACTOR/PERFORMER AND STUNT PERFORMER / 2 YEAR TERM

VOTE FOR NO MORE THAN FORTY-ONE (41) – ***CONTINUED***

### 93 / JAMILA MAJESTY

JAMILA MAJESTY for Local Board Member. To all 80,000 local members who are right here @ home remember before all else we are one. We are joined together for we have chosen a life to entertain the world with our talents & treasures. We are blessed & are the best of the best of all the professionals in the entertainment industry. I am running for Local Board Member to preserve our endeavor to work, to thrive, to love, & expand our lengths & strengths & grow. To stay strong & become stronger I am committed to you. What matters to

### 94 / ANTHONY MARCIONA

Vote Matthew Modine for President - Jodi Long for Secretary-Treasurer. 2019 marks my 50th year as SAG-AFTRA member and over 50 years as a professional entertainer. We must take back control of our Union for better pay, working conditions, fiduciary responsibility and transparency. New Media contracts have sent salaries and conditions back decades. We need stronger negotiations for more lucrative contracts to build a better livelihood. Let's keep our Artists United to build the respect as a profession that we all deserve. Support MembershipFirst.com candidates.

### 95 / RICK MARKMAN

Vote for Matthew Modine for President - Jodi Long for Secretary-Treasurer **EDUCATION**, **KNOWLEDGE**, **COMMUNICATION**, **EMPOWERMENT** I believe that **Education** of how our Union operates is key to gaining the **Knowledge** to recognize when something is not working and/or needs changing. Clear and concise **Communication** to our members will ultimately **Empower** us to right the wrongs. My mission is to ensure that all SAG-AFTRA members are fully educated on the operations of our Union so that each & every member can make accurate and informed decisions that affect our livelihood. Support MembershipFirst.com candidates

### 96 / KEVIN MCCORKLE

Joined **SAG** 1982. *Co-Chair LA SAG-AFTRA Conservatory,* serve on the *Commercial Performers Committee.* Co-Founder **Union-Working** a non-partisan grass roots organization working to increase union production and support Entertainment Unions. Fully vested and fortunate recipient of Health and Pension plans. This Union saved my life paying for cancer treatment in 2013. Blessed to be alive and want to **pay it forward** serving this membership, **listening to your needs and advocating for them** in the Boardroom. I will show up and speak up for you. ***Together we can do this.*** Unionworking.com MembershipFirst.com

### 97 / MATTHEW MODINE

If you're reading this statement, I want to remind you that you're much more than a member. You've paid an initiation fee, you pay dues and contributions are made to your health and pension plans. This means you have ownership in this union. It's your union and you have a say in how it functions. Contract negotiations, safe working conditions, a secure P&H and a leadership that understands your needs is what a union should provide. You are the union. Thank you for participating. I look forward to representing the membership.

### 98 / ESAI MORALES

I am here to serve our fellow artists and their families. The time has come to change the guard to better all members. We need your participation to succeed. Salaries, working conditions and pension plans are hard won gains and they are slowly being eroded under the present leadership. The point in having and paying for a union is to leverage our collective power at the bargaining table. Matthew Modine and Jodi Long and MembershipFirst.com will be our best bet in going forward. Please vote us into office.

### 99 / GAYE NELSON

Vote for Matthew Modine for President - Jodi Long for Secretary-Treasurer Union member since age 3, doing commercials, singing, principal work and background. 2017 Convention Delegate. Have observed most Board meetings since and now I'd like to serve on the Los Angeles Local Board to work for stronger contracts and to protect the pensions. Support MembershipFirst.com candidates.

### 100 / MARISOL NICHOLS

I believe in a union that fights for all members, whether they work steadily or sporadically. As we are meeting the revolution in media with innovative contracts, we need to refine and expand our reach to make sure our members understand those contracts. I'm proud we've put in safety and harassment hotlines for actors on the set who need help, advice, or guidance. Our gains for members are only gains if they know how to use them. Build union strength in the workplace and in the lives of our members by arming them with information. **www.UniteForStrength.com**

### 101 / JENNY O'HARA

Join us in strongly enforcing our contracts and dynamically organizing even more and better work, so all our members can make a living. Our fiscal health is excellent and we're negotiating ways to generate new and better residuals and greater compensation on the dozens of new exhibition platforms. The Health plans are merged, Pensions next. Residuals delivery is rapid with direct deposit. Our union is making great progress but we must go further. Service: SAG-AFTRA National and Local Boards, Committees: Executive, Local and National Honors and Tributes Chair, Communications, National Disciplinary Review Chair, MOVE, TV/Theatrical Standing, Local Government Affairs and Public Policy. **www.UniteForStrength.com**

### 102 / RON OSTROW

As a two-time cancer survivor, I know firsthand the importance of member benefits and how hard they are to earn. That is why I will continue to advocate as a Board Member to improve our contracts, protect our plans, and make benefits accessible for all. As chair of both the National and Los Angeles Background Actors Committees, I have fought hard for BG issues. It's past time that Background had a permanent board seat. We need fiscal and election reforms. See our platform and vote for Matthew Modine for President – Jodi Long for Secretary-Treasurer and all MembershipFirst.com candidates.

Ex H-10

The Local Officers and National Board Members, by virtue of their election to those positions, shall also serve as Convention Delegates. The Local Officers also serve on the Local Executive Committee. The Local Officers, Local Board Members and Convention Delegates, by virtue of their election to those positions, also serve as Alternate National Board Members and in certain circumstances, Convention Delegates are also eligible to serve as Alternate Local Board Members.

## LOCAL BOARD MEMBER – DANCER / 2 YEAR TERM

VOTE FOR NO MORE THAN ONE (1)

**103 / DANIELLE TOWNE**

Chair of both SAG-AFTRA Dancers and Music Video Committees, I am also an active board member on Dancers Alliance, which plays a pivotal role in supporting positive change in the dance industry. We negotiated the first ever Music Video Agreement in 2012, and in 2017 we successfully enhanced the way dancers are compensated, (and added background coverage!). We are now preparing to push for a third iteration to further improve wages and working conditions. I will continue fighting to recapture non-union jobs and improving enforcement of existing contracts. I believe that education on the importance of our union is crucial. **www.UniteForStrength.com**

**104 / LAMONTE DE CARLO GOODE**

Fellow performers: My name is Lamonte Goode. After many years of difficult, disciplined training in the dance studios of my life, I have finally realized my dreams by making a UNION living for the past fifteen years as an artist, acrobat and dancer in film, television and commercials. Dancers play an integral and irreplaceable role in our industry - and deserve the best contracts, with equal pay, enforced safety, protected benefits. I believe, with your support, I can be that voice for change - and realized dreams - for all dancers. Vote MATTHEW MODINE - President. JODI LONG - Secretary-Treasurer. Support @MembershipFirst.com candidates.

## NATIONAL BOARD MEMBER – ACTOR/PERFORMER AND STUNT PERFORMER / 4 & 2 YEAR TERM

VOTE FOR NO MORE THAN SIXTEEN (16) – ***CONTINUED ON NEXT PAGE***

**105 / PATRICIA RICHARDSON**

44-year-lucky-member of SAG-AFTRA, served six years on the National and LA Local Boards where I'm now First VP. Why lucky? Before landing in a successful sitcom, I worked years as an unknown middle class actor when you could make a living exclusively by acting without being a star. I want you to have what I had, what our predecessors fought for but has been lost or given away. Livable wages, covered travel, 12 hour turnaround, attainable health plans, pension plans protected from embezzlements, unbalanced split earnings, unfair higher distributions to staff.
Vote Matthew/Jodi/MembershipFirst.com

**108 / QUEEN ALLJAHYE SEARLES**

SAG-AFTRA represents the interest of Members who have aggregate incomes totaling trillions of dollars. It is incumbent upon National Leadership to protect the rights of each Member by ensuring that they have the opportunity to VOTE. Members can ONLY vote by mail, ballots must be **RECEIVED by,** rather than, **POST MARKED BY,** August 28, 6:30A.M. and in-person or online voting are not options! Timely Candidate Debates should be scheduled to allot time for informed voting based on research of candidate credentials. Currently, Members are forced to choose quickly from dictated Slanted Slates for ballots to be "received by

**111 / LISA VIDAL**

It has been an honor for me to serve on the National Board of SAG-AFTRA, representing our body of performers. UFS and Gabrielle Carteris continue to fight to make us an even stronger, bolder, innovative union. Please re-elect me so I can continue to fight with you for even more productive change. We still face many challenges and changes in our industry and I need your support to be able to continue the fight! I will passionately continue to advocate for more diversity fairness, better health plans and benefits, and better care and treatment of performers! Thank you. **www.UniteForStrength.com**

**106 / JOHNATHON SCHAECH**

I have over 30 years of experience as a working actor. My primary goal for running is to erase the division within our membership and to stop the exploitation of our pensions, residuals, and health benefits. We also need union leaders that will fight for a safer working environment for ALL its members. As an outspoken sexual abuse survivor, I'll strive to educate ALL members about sexual harassment and misconduct. I honor and cherish my relationships in this community, and that truly puts me in a humble position to better serve you. Thank you!

**109 / JONATHAN TAYLOR THOMAS**

We have critical negotiations coming up. Our members still face chronic insecurity, shrinking paychecks, and unlivable residuals in Basic Cable and New Media. We need strong contracts, improved session fees, better health care and pensions, and a fair deal for background. We need transparent and accountable leadership that will advocate for and protect all of our members. With your help and engagement we can protect our futures. Vote Matthew Modine for President, Jodi Long for Secretary-Treasurer. membershipfirst.com

**112 / ED ASNER**

As a past President of SAG and a union member for 7 decades, I've seen a lot. Our current state of affairs is the most tenuous I've ever seen. New Media and all future exhibition platforms could very easily be our downfall. We have seen how poorly we were prepared for cable and DVD's. That can never happen again. Please help me along with Matthew Modine for President and Jodi Long for Secretary/Treasurer and the entire MembershipFirst.com team to protect our future.

**107 / WOODY SCHULTZ**

Despite a nationwide attack on unions, I've seen SAG-AFTRA grow enormously in size and strength during my ten years representing you on our national and local boards. I'm so proud of what we have accomplished: a revolutionary new commercials contract; multi-pronged initiative combating sexual harassment; health plan merger; direct deposit of residuals; historic unionization of Telemundo; expanded California film/television tax incentives; innovative Short Project Agreement; first-ever residuals for video games and so much more. I feel there are so many incredible things we can still accomplish. Vote for me so I can keep fighting for you! **www.UniteForStrength.com**

**110 / STACEY TRAVIS**

I have been honored to serve on Local and National boards. Making a living acting under multiple contracts over the years has compelled me to serve our members. I will continue our fight for online privacy. As Chair of LA GAPP, we helped secure five more years of Tax incentives in CA to 2025 and lobbied DC for a bill to reclaim our tax deductions. Helped create SPA and will work to continue increasing our pay in Low Budget New Media & Films and improve our claims resolutions. *Online Privacy (Chair)*, *Government Affairs and Public Policy* (Chair), *Low Budget* (Chair), *SAGIndie*, *TV/Theatrical, Military Personnel and Families Support, National & Local Women's committee*

**113 / JANE AUSTIN**

It has been an honor to serve on almost 40 committees Nationally and Locally for the last 16 years. My experience has given me the insight to understand the needs of our membership, which is to make sure we negotiate the strongest contracts we can. We also need to do a better job at enforcing those contracts, and to provide the safest sets for our members to work on. I look forward to continuing my service in creating a strong union that you can rely on. With your help I know we can accomplish this. **www.janeworks.org**

The Local Officers and National Board Members, by virtue of their election to those positions, shall also serve as Convention Delegates. The Local Officers also serve on the Local Executive Committee. The Local Officers, Local Board Members and Convention Delegates, by virtue of their election to those positions, also serve as Alternate National Board Members and in certain circumstances, Convention Delegates are also eligible to serve as Alternate Local Board Members.

## NATIONAL BOARD MEMBER – ACTOR/PERFORMER AND STUNT PERFORMER / 4 & 2 YEAR TERM

VOTE FOR NO MORE THAN SIXTEEN (16) – ***CONTINUED ON NEXT PAGE***

**114 / JESSICA BARTH**
As a Silence Breaker with the #MeToo movement I helped empower victims, globally, to speak their truth. I tell my daughters their voice is their Superpower. I will use mine to invigorate a sense of urgency towards building a union where ALL members are supported and protected, prioritizing stronger negotiations putting members first! I've been an advocate for the underdog my entire life. I know how to build bridges and I'm not afraid to cross them. I won't stop fighting until every member feels represented and protected while pursuing dreams we all share in our hearts. **VoicesInAction.org MembershipFirst.com**

**115 / JENNIFER BEALS**
I've been privileged to work in this profession for over 40 years. During that time I've witnessed the decline of securities provided by our union. I took for granted safety on sets, health and pension, residuals, twelve-hour turnarounds. Witnessing them now being whittled away has made me take notice not only out of concern for our present well-being but for the well-being of generations of members to come. Our pension is underfunded and residuals are being stripped from our contracts. I support Matthew Modine and the entire MembershipFirst slate in their collective efforts to right the course.

**116 / YVETTE NICOLE BROWN**
I am running for the National Board because I believe in our union and the good it does for each of us. As a member for 23 years who has been blessed to work in nearly every area of the industry, I know that there is no industry issue too big for all of us to handle. Further, I know that we are better when we all realize that we're in this together. I look forward to being a productive part of all the good we will do in the future. **www.UniteForStrength.com**

**117 / TREVOR BRUNSINK**
SAG-AFTRA contracts paying minimum wage, minus dues owed. SAG Pension endangered; inequality of staff benefiting over members. SAG Pension/AFTRA Retirement plans divided 7 years post-merger. Dues money wasted renting building, not buying. **IT'S TIME FOR CHANGE**. I joined SAG and AFTRA in 2007 pre-merger, have a master's degree in management, served on the Stand-In Committee and at 2017 SAG-AFTRA National Convention. No more of this "turning careers into hobbies" negotiation approach. There is strength in unity when our leadership isn't steering us off a cliff. Time for transparency, fighting for the under represented.

**118 / NEVE CAMPBELL**
It's time for me to get involved. I am very concerned about our future. We can't let what happened in cable and Home-Video/DVD, happen in New Media. It's imperative that we have the strongest team possible, to secure fair wages and residuals for all these new exhibition platforms. The fact that we're renting our offices around the Country, instead of building equity by owning, seems financially irresponsible to me. Union communications need to be more transparent. I'm voting for Matthew Modine for President. Jodi Long for Secretary/Treasurer. Along with the entire MembershipFirst.com Team. Please join me.

**119 / GABRIELLE CARTERIS**
I'm asking for your vote because SAG-AFTRA has a huge impact on performers' ability to make a living and I'm experienced in making positive change for members. I led the groundbreaking Commercials negotiations, the NLRB victory during the BBH strike, and fought for industry respect for members working background. I've championed legislation to eliminate sexual harassment, ageism on IMDb, and to protect members' digital image/voice rights. Negotiated a direct, comprehensive agreement with Netflix that eliminates free bargaining in low budget SVOD, improves protections against outrageous exclusivity terms/options, and for the first time covers performance capture. **www.UniteForStrength.com**

**120 / JOANNA CASSIDY**
I've had the privilege of being in this business for many years and no time in the future will I be retiring. I can't because SAG-AFTRA has given away so much of what we worked so hard for. We used to get wonderful residuals, not now. Pension imbalances with staff - this is not right. I also want to protect future performers with their P&H benefits. I'm supporting Matthew Modine for President. Jodi Long for Secretary-Treasurer. Membership First will fight for you and I will be right on top of that Rose.

**121 / TOM CHOI**
I will continue to fight for SAG/AFTRA to keep pace in the ever-changing landscape of content creation and advertising. As the industry moves forward so must our Union. Proud negotiation committee member on the new, historic, innovative and industry-praised 2019 COMMERCIALS CONTRACT. My ongoing commitment to the union includes: SAG Pension Trustee, LA Board Member, Negotiation committee member for the Disney It's A Laugh and Nickelodeon Uptown contract. Member of the following committees: Professional Representatives, Asian Pacific Americans in Media, Equal Employment Opportunities, Commercials Performers, Los Angeles Executive. I am business strategy oriented with an MBA in Finance. **www.UniteForStrength.com**

**122 / CHANTAL COUSINEAU**
I stand rooted in the principle of **EQUALITY**. I will focus on your safety, support, and worth. An equal, inclusive and diverse playing field is the way forward. Aligned with the wonderful UniteforStrength slate, I can continue to affect lasting change. An example of that work is legislative reform (#TakeTheLead bills #StrongerCA #SB224), innovative new contracts, and real time workplace support. I see and hear all of you and would be grateful to be of service as a delegate, local, and national board member. **www.UniteForStrength.com**

**123 / ELLEN CRAWFORD**
**The future is personal.** As we each face revolutions in technology, creativity, and business models, we can either pine for the "good old days" or join together to turn this new world to our advantage. **We can do this!** The more we share knowledge and network, particularly with member communities which have felt previously disengaged, the more power we have collectively and individually. As chair of *MOVE, National* and *Local Organizing*, and a VP on the *California Labor Federation*, I see what committed members can accomplish. Also on *LA* and *National Executive*, *National Government Review, Health Care Safety Net, Film Society* and *Reinstatement Obligations Review Committees*. **www.UniteForStrength.com**

**124 / MICHAEL CUDLITZ**
My union has protected me and my family, so it's time for me to do my part. We've seen resources wasted trying to stop a merger of groups with basically the same membership fighting for the same things. The SAG-AFTRA merger was the single smartest thing both unions have ever done. I'm proud of the current SAG-AFTRA leadership: I support them in the direction going forward. We must be strong to fight for what we believe in, but we must also be self-aware and realize if the fight is eroding the very ground we stand on. **www.UniteForStrength.com**

**125 / PETER RJ DEYELL**
As a child actor, now in my 5 decades of membership, I have watched the evolution of the industry and the erosion of our contracts. We were the number one union, now we don't get the respect we deserve. SAG-AFTRA is not just a union, but a guild. A guild that embraces the performers living wage, health & welfare, workplace safety, working conditions, and most importantly, a future. In our upcoming contract negotiations we need to negotiate from strength - Membership First. You are the guild - vote your voice for strong leadership!

The Local Officers and National Board Members, by virtue of their election to those positions, shall also serve as Convention Delegates. The Local Officers also serve on the Local Executive Committee. The Local Officers, Local Board Members and Convention Delegates, by virtue of their election to those positions, also serve as Alternate National Board Members and in certain circumstances, Convention Delegates are also eligible to serve as Alternate Local Board Members.

## NATIONAL BOARD MEMBER – ACTOR/PERFORMER AND STUNT PERFORMER / 4 & 2 YEAR TERM

VOTE FOR NO MORE THAN SIXTEEN (16) – ***CONTINUED ON NEXT PAGE***

### 126 / DEBBIE EVANS

I've been a proud working member for 40+ years with 400+ credits. This has allowed me to have quite an extensive overview of our industry and what is needed for a sustainable career. One of my objectives is to make sure we have the opportunity to earn a decent living with quality healthcare and retirement. I've served on the National, LA Boards and many committees, all with the goal of protecting, empowering, and serving the members for a better future. It would be an honor to represent you. Vote Matthew Modine-President & Jodi Long-Secretary-Treasurer please support @MembershipFirst.com candidates

### 127 / PATRICK FABIAN

A working actor for two decades, I'm honored to have served both locally and nationally on the SAG-AFTRA boards. As our business models continue to rapidly change, I want to help our members and union shift and change with it, to ensure that all new work is covered work. Please help me achieve that goal by supporting me and my fellow candidates from **www.UniteForStrength.com**

### 128 / FRANCES FISHER

Vote Matthew Modine for National President; Jodi Long for National Secretary/Treasurer; Patricia Richardson for L A Local President; David Jolliffe & Moi for L A Local Vice-Presidents. I agree with Jolliffe's statements. He possesses institutional memory that surpasses staff and elected. I'm 20 years on the National Board. We need a majority led by President Modine to stave off giveaways like reducing Portal-to-Portal down to Set-to-Set for all series performers worldwide. We have ways to make our union strong; we just need a majority of support. Vote all MembershipFirst.com candidates.

### 129 / KATE FLANNERY

I served on the SAG Board during the critical merger of our legacy unions, and am currently serving on the SAG-AFTRA Los Angeles Local Board. I believe the power of our union is contingent upon us showing up and speaking up. I am grateful to all who served before me to protect me in my career. Now, I would be honored once again to represent my fellow actors, singers, dancers, broadcasters, stunt performers, and background actors. I'm asking for your support so I can help protect our interests in this burgeoning digital age and the numerous new media platforms. **www.UniteForStrength.com**

### 130 / EDWIN GARCIA II

In a time where we are divided more than ever, isn't it time for SAG/AFTRA to stand together as one united voice. As an independent candidate and working actor/stuntman I want a better life for my family and yours, to represent fellow members and no longer allow this union to buckle under the pressure of the producers, that means no longer giving up fair work practices. We can never get back what has been lost but we can stop and start protecting what we still have. A vote for me would be a vote to save our union.

### 131 / SPENCER GARRETT

As a working character actor for over 30 years, I've witnessed first-hand the rapid changes in our industry. I have worked every contract, yet no matter the scale of the project, our concerns as artists have a common, universal theme: "**Respect** our humanity. **Reward** our work." I have sat on Wages and Working Conditions, Low Budget Film, Honors and Tributes and Film Society committees. I like to be 'in the room where it happens' to ensure that as the industry shifts and changes at an ever-expanding pace, our LIVELIHOODS will grow with the changing times. It would be my honor to serve the membership again. **www.UniteForStrength.com**

### 132 / ADAM GOLDBERG

I figured my 30th year as a working actor was a good time to contribute to the union of which I've been a beneficiary for so long. As an actor/writer/director and respective guild member I offer a unique perspective, but my allegiance has always been to the guild which has been my primary support system. Having worked consistently in an ever changing landscape I feel strongly our security and compensation needs to change accordingly. My focus is on salary and residuals, in particular regard to new media and limited series, "relocation fees," and 12 hour days. Proudly **www.UniteForStrength.com.**

### 133 / ELLIOTT GOULD

It is essential that we stay current with our industry and evolve together in order to further the needs and interests of our precious union. We must navigate in solidarity to support and realistically maintain the health, the education and the welfare of our rank and file membership. I have served us before and I want to bring my experience and knowledge back into the board room. Please consider voting me to our board of directors. With integrity, devotion and in solidarity. Please vote for Matthew Modine and Jodi Long and MembershipFirst.com candidates. Your brother, Elliott Gould.

### 134 / PAMELA GUEST

Raped at my first audition, made an award-winning short chronicling that experience ahead of the #MeToo movement. SAG-AFTRA 1974, current National/Local-LA Boards, Women's, LA Executive Committees, Blue Ribbon Sexual Harassment Subcommittee. Received unanimous board support for 2017 SH Task Force and the first-ever W&W on Sexual Harassment 2019. Outspoken advocate for survivors, testifying in Sacramento and Albany for ground-breaking legislation, RAINN speaker, Time's Up Safety Committee, PAVE ambassador. Spent 10 years working in casting when parts didn't come my way. I know your pain. **Vote Modine/Long. David Joliffe LA VP and all MembershipFirst.com** candidates.

### 135 / DAVID JOLLIFFE

I've served on the National Boards of both SAG and AFTRA. It's an understatement to say that I've seen a lot (and learned a lot). But it has NEVER been as bad as it is now. Unlivable residual structures. Our long-fought-for location protections -- thrown away. Renting, instead of owning our offices. Our staff having a better pension than the members. Board members giving in to every staff whim. Time for us to take back our power. Matthew Modine for National President. Jodi Long for Secretary/Treasurer. Please vote. **MembershipFirst.com**

### 136 / HENRY KINGI, JR

As our industry expands we must prepare ourselves for what's to come. I am a working member of over 30 years and having worked under multiple SAG-AFTRA contracts, I know our members needs. Maintaining a strong union that backs our members, enforces our contracts, protects our residuals, maintains a healthy pension & health plan requires good communication and hard work. I am up for the task and will be diligent in my efforts. Fellow members, if we think of our Membership First and Unite For Strength I believe we'll reach Solidarity.

### 137 / CLYDE KUSATSU

My fight for inclusion began as a theatre major at Northwestern University in 1966 as the lone person of color. I am grounded in the values of the working actor and derive great purpose in our membership. We work to **unionize** the unorganized -- TELEMUNDO. We **defend** our members against predators by ending auditions in hotel rooms and private residences. We work to **improve** efficiencies, e.g., direct deposit. The entertainment landscape is evolving; we must be **nimble** in confronting these challenges with tactical insight so our union can survive and **thrive**. Let's move forward together. **INCLUSION.VISION.RESULTS www.UniteForStrength.com**

The Local Officers and National Board Members, by virtue of their election to those positions, shall also serve as Convention Delegates. The Local Officers also serve on the Local Executive Committee. The Local Officers, Local Board Members and Convention Delegates, by virtue of their election to those positions, also serve as Alternate National Board Members and in certain circumstances, Convention Delegates are also eligible to serve as Alternate Local Board Members.

## NATIONAL BOARD MEMBER – ACTOR/PERFORMER AND STUNT PERFORMER / 4 & 2 YEAR TERM

VOTE FOR NO MORE THAN SIXTEEN (16) – ***CONTINUED***

No Photo

### 138 / DIANE LADD

I'm here to stand with you and fight for the Dignity, Respect, and Work you deserve. British Academy Award Winner, 3 x Oscar Nominee, Diane Ladd Please vote for MembershipFirst.com candidates.

### 139 / JODI LONG

There is a lot more work for a lot *less* money. We must *ensure* our contracts and protections *keep up* with the times. Protect and fight for fair residuals in new media and beyond. Our middle class is getting *squeezed.* As LA EEOC Chair, produced Unconscious Bias Workshop sponsored by SAG-AFTRA at Sony Studios, then brought it to our members in CALL TO CREATE. At SAG Legacy Women's Committee, spearheaded first efforts for IMDB to take down our DOB. NATIONAL BOARD, EXECUTIVE COMMITTEE, NEGOTIATING COMMITTEE. The Academy, Actors'Executive Committee. *Inspire, Empower, Protect.* Vote Modine/Long. Support MembershipFirst.com candidates.

### 140 / KURT LOTT

I'm a member for members and proud to be running as an independent candidate. I support **Jane Austin** janeworks.org for **National President** of SAG-AFTRA. As a working stuntman your issues are mine as well. I will work for increased residuals and caps. I'm tired of production taking advantage of performers, contract violations need enforced. I'm a member of Stuntmen's Association, former Local Board Member, and a SAG-AFTRA member like you. Issues need attention, how about you? This is your chance to make a change **VOTE!**

### 141 / JAMILA MAJESTY

Vote JAMILA MAJESTY for National Board. To all 160,000 members worldwide, I have been an eligible member since 1992. I serve on & have involvement in almost a dozen committees. I have served as a Delegate to you before in past years. Why, MAJESTY? Because MAJESTY cares about what you care about. I care about us being united to make contracts & enforce contracts that better our lifestyle & reflect what we well deserve as ACTORS & ENTERTAINERS from a financial standpoint. We are the best of the best & deserve to be paid honestly for this path we have

### 142 / CAMRYN MANHEIM

The biggest challenge confronting SAG-AFTRA is the elevated bargaining power that producers have over actors. We're fighting to keep key benefits that affect our livelihoods. Fragmenting residuals, buyouts, top of show ceilings, exclusivity, and numerous other unfair practices have financially devastated many members. As a proud union member for over 30 years, working under many of our contracts, I've learned that unless we proceed strategically, the problems we face will only be magnified for the next generation. We must expand the successes and vision of the current leadership and prepare for the bold changes needed for long-term success. **www.UniteForStrength.com**

### 143 / RICK MARKMAN

Vote for Matthew Modine for President - Jodi Long for Secretary-Treasurer **EDUCATION**, **KNOWLEDGE**, **COMMUNICATION**, **EMPOWERMENT** I believe that **Education** of how our Union operates is key to gaining the **Knowledge** to recognize when something is not working and/or needs changing. Clear and concise **Communication** to our members will ultimately **Empower** us to right the wrongs. My mission is to ensure that all SAG-AFTRA members are fully educated on the operations of our Union so that each & every member can make accurate and informed decisions that affect our livelihood. Support MembershipFirst.com candidates

### 144 / A MARTINEZ

Sometimes there are detrimental processes working on us, which escape our attention until the damage they inflict cannot be reversed. For our union, this certainly looks to be such a time. I just passed 51 years as a pro in these realms, and look forward now to devoting some serious time and energy to protecting the strength of SAG-AFTRA's future. If you share my gratitude for the dependable shelter this crucial, hard-won, sanctified organization has provided for all of us, I ask you to support my candidacy. Thank you!

### 145 / MARISOL NICHOLS

I believe in a union that fights for all members, whether they work steadily or sporadically. As we are meeting the revolution in media with innovative contracts, we need to refine and expand our reach to make sure our members understand those contracts. I'm proud we've put in safety and harassment hotlines for actors on the set who need help, advice, or guidance. Our gains for members are only gains if they know how to use them. Build union strength in the workplace and in the lives of our members by arming them with information. **www.UniteForStrength.com**

---

## NATIONAL BOARD MEMBER – DANCER / 4 YEAR TERM

VOTE FOR NO MORE THAN ONE (1)

### 146 / BOBBIE BATES

Union member since 1970. 26+ years vested SAG and AFTRA. Advocate for dancers and merger since 1978. Service: Local, National boards, Delegate since 1980. Negotiation Committees: Commercials, TV/Theatrical, NetCode, currently Music Videos. Chaired and served on many committees. Much is changed and much accomplished. SAG-AFTRA has been heroic in keeping up and ahead of forever changing industry and morphing technology. Our current leaders and staff are doing stellar work worldwide, and there is so much more to do. I would be honored to continue working on the National Board with them for you. **www.UniteForStrength.com**

### 147 / LAMONTE DE CARLO GOODE

Fellow performers: My name is Lamonte Goode. After many years of difficult, disciplined training in the dance studios of my life, I have finally realized my dreams by making a UNION living for the past fifteen years as an artist, acrobat and dancer in film, television and commercials. Dancers play an integral and irreplaceable role in our industry - and deserve the best contracts, with equal pay, enforced safety, protected benefits. I believe, with your support, I can be that voice for change - and realized dreams - for all dancers. Vote MATTHEW MODINE - President. JODI LONG - Secretary-Treasurer. Support @MembershipFirst.com candidates.

Ex H-14

The Local Officers and National Board Members, by virtue of their election to those positions, shall also serve as Convention Delegates. The Local Officers also serve on the Local Executive Committee. The Local Officers, Local Board Members and Convention Delegates, by virtue of their election to those positions, also serve as Alternate National Board Members and in certain circumstances, Convention Delegates are also eligible to serve as Alternate Local Board Members.

Please note that pursuant to Article 5.5. of the Los Angeles Local Constitution, Local members may only vote for convention delegates in their declared category. Therefore, your ballot will only contain the delegate candidates in your declared category.

## CONVENTION DELEGATE – ACTOR/PERFORMER / 2 YEAR TERM

VOTE FOR NO MORE THAN ONE HUNDRED THIRTY-SIX (136)

148. LAURIE PALADINO
149. GRETCHEN PALMER
150. BREWSTER W PARSONS
151. STEPHEN R. PELUSO
152. BRIAN PERRY
153. LAUREN PETERSON
154. RUSSELL PETRAKOS
155. ALAN PIETRUSZEWSKI
156. HOLLY PITRAGO
157. MARK A PLANAS
158. LEE PURCELL
159. TARA RADCLIFFE
160. DILEEP RAO
161. ANN MARIE RAVENS
162. AUTUMN REESER
163. BARBARA ROBERTS
164. WEDNEZDAY RYAN
165. RICKY RYBA
166. LOUIS T SALIBA
167. WENDY SCHENKER
168. WOODY SCHULTZ
169. SARAH SCOTT
170. SHEA SCULLIN
171. HOPE SHAPIRO
172. SHAAN SHARMA
173. SHERMAN
174. NICHOLAS SHRINER
175. NINA SIEMASZKO
176. PAT SKIPPER
177. CHALENE SLOAN
178. SCOTT ALAN SMITH
179. DAVID SOBOLOV
180. JOHN SOLARI
181. KYLIE SPARKS
182. JERILYN STAPLETON
183. ARNE STARR
184. ALAN STARZINSKI
185. MARK STEBBEDS
186. BOB STEPHENSON
187. ARON STEVENS
188. SCOTT STEWART
189. EVELYN STOKES
190. STEWART STRAUSS
191. JASON STUART
192. JAYA SUBRAMANIAN
193. MAUREEN SULLIVAN
194. AMIR TALAI
195. ROBERT LEE TAYLOR
196. BOB TELFORD
197. IQBAL THEBA
198. JONATHAN TAYLOR THOMAS
199. SEAN TOMAZIN
200. KERI TOMBAZIAN
201. STACEY TRAVIS
202. TONI TRUCKS
203. NICK ULLETT
204. ARMAND VASQUEZ
205. NED VAUGHN
206. BRAD VENABLE
207. LISA VIDAL
208. DAVID VILLAR
209. BANZAI VITALE
210. KATIE VON TILL
211. KATIE WALLACK
212. LISA ANN WALTER
213. NAOMI WATSON
214. KEVIN E. WEST
215. DAVID WESTBERG
216. BRUCE WEXLER
217. BEN WHITEHAIR
218. VIVICCA A WHITSETT
219. ANSON WILLIAMS
220. LYNNANNE ZAGER
221. ANGELA ZHOU
222. CHERI ADAMS
223. IRIS ALMARIO
224. VINCENT AMAYA
225. JENNIFER LYNN ANDERSEN
226. YARELI ARIZMENDI
227. KEVIN ASHWORTH
228. ED ASNER
229. JANE AUSTIN
230. JAMES BABBIN
231. GJ BAKHTIARI
232. ANASTASIA BARANOVA
233. JESSICA BARTH
234. MICHAEL BELL
235. MICHAEL JAMES BELL
236. JODIE BENTLEY
237. TIMOTHY BLAKE
238. ROSA BLASI
239. CHRISTINA BOBROWSKY
240. CHARLIE BODIN
241. MICHELLE C. BONILLA
242. SEAN MICHAEL BOOZER
243. STEVEN H BOZAJIAN
244. LAURA LINDA BRADLEY
245. JONATHAN BRAY
246. IVAR BROGGER
247. JEN FAITH BROWN
248. JULIE BROWN
249. ROB BROWNSTEIN
250. MICHAEL PATRICK BRUEN
251. JULES BRUFF
252. TREVOR BRUNSINK
253. RAZA BURGEE
254. JENNIFER H CALDWELL
255. WILLIAM CALVERT
256. NEVE CAMPBELL
257. JESSE MARTINEZ CARLOS
258. MARGOT CARLSON
259. JOI CARR
260. RACHELLE CARSON-BEGLEY
261. PAUL CASSELL
262. JOANNA CASSIDY
263. NATALIA CASTELLANOS
264. WILLIAM CHARLTON
265. PARVESH CHEENA
266. TOM CHOI
267. CYNTHIA LEA CLARK
268. BOB CLENDENIN
269. DAVID CLENNON
270. CLARK COFFEY
271. ASSAF COHEN
272. LISA COHEN
273. JOHN P. CONNOLLY
274. JOHN CONTENT
275. MELISSA COOK
276. CHANTAL COUSINEAU
277. TIFFANY YVONNE COX
278. ELLEN CRAWFORD
279. MICHAEL CUDLITZ
280. MAX CUTLER
281. WENDY E. CUTLER
282. JOE D'ANGERIO
283. PATRIKA DARBO
284. JOAN DEL MAR
285. CATHERINE DENT
286. DENNIS DEPEW
287. PETER RJ DEYELL
288. JAY DISNEY
289. MERRY LOWRY DONNER
290. JENNA DOOLITTLE
291. SUSIE DUFF
292. WILLIAM DUFFY
293. BEN DUKES
294. CAITLIN DULANY
295. MICHELLE DUNKER
296. CATHERINE EADS
297. MAGGIE EGAN
298. CAROLE ELLIOTT
299. DAVID ELSON
300. MARK DAMON ESPINOZA
301. PATRICK FABIAN
302. MICHAEL FAULKNER
303. FRED FEIN
304. CAROLINE FEINSTEIN
305. LARRY FINE
306. FRANCES FISHER
307. ROB ROY FITZGERALD
308. CRYSTAL FLORES
309. MARGARET ROSE FLORES
310. TRACY FRAIM
311. ELISA GABRIELLI
312. RICK GALLAVAN
313. KEVIN GARDNER
314. LEE GARLINGTON
315. SPENCER GARRETT
316. MIKE GENOVESE
317. MARC C GESCHWIND
318. ELLIOT GHERTNER
319. GISELLE GILBERT
320. CECILY GISH
321. MICHELLE JUBILEE GONZALEZ
322. DAVID GORYL
323. ELLIOTT GOULD
324. STACIE GREENWELL
325. ELIZABETH GUEST
326. NICHOLAS GUEST
327. PAMELA GUEST
328. RICHARD HADFIELD
329. BRIAN HAMILTON
330. KELLY HANSEN
331. LINDA HARCHARIC
332. SAMANTHA HARTSON
333. MARY HEISS
334. ALEXANDER MICHAEL HELISEK
335. LAURI HENDLER
336. JACK E. HERMAN
337. LOUIS HERTHUM
338. ANDREW HEYL
339. KEVIN HIGH
340. AMY HILL
341. PILAR HOLLAND
342. JENNAE HOVING
343. KYM JACKSON
344. MATTHEW JAEGER
345. HEIDI JAMES
346. MARY ELLEN JENNINGS
347. KEITH JOHNSON
348. DAVID JOLLIFFE
349. KENDALL T. JONES
350. DIANA ELIZABETH JORDAN
351. JACKIE JOSEPH
352. LARRY JOSHUA
353. DAWN JOYAL
354. HARMONY JUPITER
355. MARY KARCZ
356. JAMES EDWARD KARNES
357. MATT KAVANAUGH
358. ANDREW KELLER
359. ROBERT KENISTON
360. MOBIN KHAN
361. MATTHEW KIMBROUGH
362. TREY KING
363. KATHLEEN KITTS
364. STEVE KNOLL
365. CLYDE KUSATSU
366. DIANE LADD
367. TOM LA GRUA
368. STEVE LANZA
369. SHYLA LA'SHA
370. JOHN LAWSON
371. DONNA LYNN LEAVY
372. JOANNA LEEDS
373. JEN LEVIN
374. PABLO LEWIN
375. NANCY LINARI
376. KATE LINDER
377. ANDREW K LO
378. ELAINE LOH
379. JODI LONG
380. KURT LOTT
381. TIM LOUNIBOS
382. JOHN CARROLL LYNCH
383. JESSE MACKEY
384. MICHAEL C. MAHON
385. JAMILA MAJESTY
386. LAWRENCE A. MANDLEY
387. ANTHONY MARCIONA
388. MERCEDES MARIA
389. RICK MARKMAN
390. A MARTINEZ
391. TOHORU MASAMUNE
392. SANDRA MATTHEWS-SIMS
393. RICHARD ALAN MCBRIDE
394. KEVIN MCCORKLE
395. KALINA KITTEN MCCREERY
396. ELIZABETH MCLAUGHLIN
397. MARY MCNEILL
398. ALEX MEBANE
399. DAVID MIZZELL
400. RON MORGAN
401. DANIELLE CHRISTINE MOTLEY
402. AUBREY MOZINO
403. ROB NAGLE
404. ROSEMARY NAPOLI
405. GAYE NELSON
406. MIKE C. NELSON
407. KATY O'BRIAN
408. JAKE O'FLAHERTY
409. JENNIFER LYNN O'HARA
410. DOMINIC OLIVER
411. PETER ONORATI
412. ARTHUR ORTIZ
413. RON OSTROW
414. RICK OVERTON

## CONVENTION DELEGATE – DANCER / 2 YEAR TERM

VOTE FOR NO MORE THAN ONE (1)

415. DANIELLE TOWNE
416. LAMONTE DE CARLO GOODE

## CONVENTION DELEGATE – STUNT PERFORMER / 2 YEAR TERM

VOTE FOR NO MORE THAN THREE (3)

417. GREGG SMRZ
418. PETE ANTICO
419. DEBBIE EVANS
420. EDWIN GARCIA II
421. HENRY KINGI, JR

# Exhibit I



# Voter's Guide and Voting Instructions for the 2021 Los Angeles Local Election

**August 3, 2021**

The candidates have been requested to provide, at their discretion, statements for this brochure in accordance with the rules outlined in the SAG-AFTRA Constitution and the Nominations and Election Policy ("Guidelines"). Except as set forth in the guidelines, statements will be printed exactly as submitted. Photos and statements for Convention Delegate positions are not permitted.

**THE CANDIDATES' STATEMENTS IN THIS BROCHURE ARE SOLELY THOSE OF EACH OF THE CANDIDATES. SAG-AFTRA DOES NOT ENDORSE ANY OF THE CONTENTS OF, OR OPINIONS EXPRESSED IN, THESE STATEMENTS.**

Please note that the candidate names are listed in order by randomly selecting a letter and then listing candidate names alphabetically by last name starting with the letter selected. The random letter selected this year is "D".

If a candidate for any office is unopposed, the candidate shall be declared elected without the necessity of a membership vote.

Please note that the following candidates ran unopposed and will be installed in office on September 2, 2021:

**National Board Member – Singer/Recording Artist** - Dan Navarro;
**Local Board Member – Dancer** - Danielle Towne;
**Convention Delegate – Broadcast – News/Information** - Rob Archer and Joy Benedict

**IMPORTANT!**

**Before marking your ballot, please read the "Voting Instructions" on back of this guide. Following these instructions assures that your vote will be cast properly.**

Ex I-1

The Local Officers and National Board Members, by virtue of their election to those positions, shall also serve as Convention Delegates. The Local Officers also serve on the Local Executive Committee. The Local Officers, Local Board Members and Convention Delegates, by virtue of their election to those positions, also serve as Alternate National Board Members and in certain circumstances, Convention Delegates are also eligible to serve as Alternate Local Board Members.

# PRESIDENT / 2 YEAR TERM

VOTE FOR NO MORE THAN ONE (1)

**01 / JODI LONG**

Throwing many of our senior performers off our **SAG-AFTRA** health plan was unconscionable, especially during a pandemic! We need strong, innovative leaders to lead the charge negotiating our contracts, ensuring the financial health of our Members *and* our Health *and* Pension Plans. As **LA Local's EEOC**'s Chair, we initiated an event bringing the first Unconscious Bias panel to the Producers's Guild. Five years later UB training is the industry standard. **Vote** for your **LA Local** leadership team: **Jodi Long** for **President**, the encyclopedic **David Jolliffe** and kick-ass **Sheryl Lee Ralph** as your **Vice-Presidents**. **Vote MODINE•FISHER Membershipfirst.com**

**02 / YVETTE NICOLE BROWN**

Two years ago, I ran for the National Board because I wanted to give back to the union that protected and supported me for 25 years. Union service has been one of my greatest joys, and I remain committed to ensuring that every member has what they need to do their job safely and joyously. To that end, I am running for President of the Los Angeles Local. Trust me to lead our Los Angeles Local: **I promise to be a respectful, efficient, kind, and productive force as we work together to build a greater future for this union we all love.** **www.UniteforStrength.com**

# VICE PRESIDENT / 2 YEAR TERM

VOTE FOR NO MORE THAN TWO (2)

**03 / JEFF GARLIN**

A vote for me is a vote for Jeff Garlin. **www.UniteforStrength.com**

**05 / PETER KWONG**

SAG-AFTRA IS IN BIG TROUBLE! WE HAVE BEEN LIED TO! SAG PENSION AND HEALTH ARE IN JEOPARDY! STUNTS AND BACKGROUND ARE IGNORED! I'll address issues of @BLACKLIVESMATTER, @STOPASIANHATE, @LGBTQ+, @METOO and will fight for our background, stunts, seniors, women, dancers, children; having served and supported these committees. As Asian, I share the pain of our collective causes. I have the experience, knowledge, dedication to change SAG-AFTRA. Television Academy Governor, SAG National Board, AFTRA National Board, Motion Picture Academy. Vote for an INDEPENDENT SPIRIT AND MIND. You know who will fight for you. Have courage to vote the person; not the SLATE! #INDEPENDENT

**07 / KATIE VON TILL**

The LA Board has been chaotic and contentious, yet I have managed to get along with nearly everyone. LA saw how I run rooms when I co-chaired the Commercial W&Ws (with someone from another party!). Recently a member wrote, "I so appreciate the energy, intelligence, commitment and maybe most of all the perky good will you bring to our meetings." As VP, I would do my best to make sure all voices are heard, debate is productive, and agenda items are discussed in the allotted time. Time is money. Let's stop wasting it. **www.UniteforStrength.com**

**04 / DAVID JOLLIFFE**

Throughout my 2 terms as your 2nd Vice-President, I've tried to lead with strength, honesty and compassion. We in Los Angeles have held the line against a National Board that is reckless, weak and incapable of working in the best interests of the membership. We were betrayed by our own Union regarding the SAG-AFTRA Health Plan. We must start negotiating from a position of strength and stop giving away hard fought for--and won--benefits. It's time for all of us to come together and reestablish a union that will protect all of us. **Vote MODINE•FISHER MembershipFirst.com**

**06 / SHERYL LEE RALPH**

I love being a screen actor. As glamorous as it looks, when you pull back the curtain there are decisions being made concerning performers that need serious attention. As a 40-year SAG-AFTRA member, it is my honor to step up to serve our Union membership. Helping people can be a difficult task, especially when people don't realize specifically what help they need. From Weak Contracts to safety on set, a Healthcare Plan in crisis and worry over our Pension Plans, we must be vigilant! I'm here to help and I ask for your vote. **Vote MODINE•FISHER MembershipFirst.com**

The Local Officers and National Board Members, by virtue of their election to those positions, shall also serve as Convention Delegates. The Local Officers also serve on the Local Executive Committee. The Local Officers, Local Board Members and Convention Delegates, by virtue of their election to those positions, also serve as Alternate National Board Members and in certain circumstances, Convention Delegates are also eligible to serve as Alternate Local Board Members.

## LOCAL BOARD MEMBER – ACTOR/PERFORMER AND STUNT PERFORMER / 2 YEAR TERM

VOTE FOR NO MORE THAN FORTY-ONE (41) – ***CONTINUED ON NEXT PAGE***

**08 / JOE D'ANGERIO**

I'm a current LA Board member with serious concerns about our union. OUR HEALTH CARE - Needs better protection. 8K+ senior members lost coverage. Who will be next? OUR PENSIONS are 75% funded. We must safeguard our future. OUR CONTRACTS - We need better rates, better BG numbers and safety on sets for ALL performers. OUR RESIDUALS - Performers count on them. We cannot let them disappear. These and other issues are my concerns. If they are yours, respectfully, I need your vote. **Vote MODINE•FISHER** **MembershipFirst.com**

**09 / DENNIS DEPEW**

**I am running as an Independent Candidate in this upcoming election. I feel Independent Candidates need their voices heard as well. I am not being endorsed by either/or any slate, and doing this all on my own merit. I've been involved in SAG-AFTRA politics since 2017, starting out as a Convention Delegate. I've been on various different committees throughout the years, and will continue to volunteer my time. The current state of the SAG-AFTRA health/pension plans & the residuals payments are my top priority. Thanks for your support and hope to get your vote.**

**10 / ALYMA DORSEY**

As a working stunt woman and member of SAG-AFTRA for 9 years I have experienced how hard it is for minorities, women and protected classes to advance into leadership roles, secure work and maintain health insurance. I am running for Local Board because *I WILL FIGHT* for real systematic change, create more diverse work environments, break down racial barriers, decrease nepotism and ensure fair and equitable hiring so that our future generations are inclusive and diverse. Together we can make critical choices for our community that establish a path for advancement and create opportunities needed for **EVERYONE** to excel. **www.UniteforStrength.com**

**11 / SUSIE DUFF**

**MembershipFirst** knows that unions are the only organized effort on the face of this planet whose sole purpose is the redistribution of greed. Greed tossed 11,750 senior performers from our Health Plan—mid Pandemic—despite the fact that, for decades, these very seniors paid to build it. Greed creates your teeny residuals. Greed is why your pension accrues at half the rate of your own paid employees. Confused? Concerned? Conflicted? Clear, coherent solutions are yours for the reading at **MembershipFirst.com**. Please vote. Please urge your friends to vote our entire **MembershipFirst** slate. **Vote MODINE•FISHER** **MembershipFirst.com**

**12 / CAITLIN DULANY**

As one of the Silence Breakers who spoke out against Harvey Weinstein early on, I am passionate about supporting and protecting performers on set and beyond. As Vice Co-Chair of the Sag-Aftra LA Committee on Sexual Harassment, I continue to prioritize the safety of our members. Being a major voice of the #MeToo movement ignited my desire for change. We must do better: Better protection for members, stronger contracts, more residuals and a comprehensive health plan that serves us all. Members first! **Vote MODINE•FISHER** **MembershipFirst.com**

**13 / DEBBIE EVANS**

Proud working member for 40+ years with 400+ credits. This has allowed me to have an extensive overview of our industry and what is needed for a sustainable career. As your **Los Angeles SAG-AFTRA Local Board Member**, my guiding principle is to make sure we have the opportunity to earn a decent living with quality **Healthcare** and **Pension**. I have learned in these times **Strong Voices** are imperative. I will continue to take a **Stand for You**! It would be an honor to represent you. **Vote MODINE•FISHER** **MembershipFirst.com**

**14 / FRANCES FISHER**

**MembershipFirst** has an imminent opportunity to win 51% of the National Board. *Then real change will begin*. Enough with weak contracts that didn't put enough money into our Health Plan, resulting in thousands of Plan Participants losing their SAG-AFTRA insurance: **SOSHealthPlan.com** Starting my 21st year on the National Board, I'm running Locally and stepping down as LA Local Vice-President to give brilliant **David Jolliffe** & **Sheryl Lee Ralph** their shot. **Jodi Long** will be a magnificent LA Local President. Vote **Matthew Modine** National President & **Joely Fisher** National Secretary-Treasurer **Vote MODINE•FISHER** **MembershipFirst.com**

**15 / JOELY FISHER**

In 2020, our current administration touted an historic contract. I was outraged. We all know that we can and should do better. I knew I had to get back into the boardroom. I ask for your vote for seats on both the National and Local Boards. I will dedicate my energy and passion to the real work of Committees and Administration which the issues require; strong and strategic negotiations, better protection on sets, world-class Health Care, support regarding self-taping, protecting our pensions, contract enforcement and more. 38 years in our Union, I am ready. **Vote MODINE•FISHER** **MembershipFirst.com**

**16 / EDWIN GARCIA II**

No Statement

**17 / JEFF GARLIN**

A vote for me is a vote for Jeff Garlin. **www.UniteforStrength.com**

**18 / JASON GEORGE**

For better or worse, technology is changing our industry everyday. Diversity is now a requirement of the business model. As chair of the *Diversity Advisory* Committee, I'll continue to fight for better, more authentic representation and equal treatment on both sides of the camera, in all categories of work, for all races, ethnicities, genders, sexual orientations, ages and (dis)abilities. Streaming has destabilized the economics of the business. Logic, experience, strategy and data must guide us in future negotiations, not emotional arguments, outdated paradigms, or wistfully hoping to resurrect the "good ol' days." Our diversity and unity is our strength. **www.UniteforStrength.com**

**19 / GISELLE GILBERT**

I stumbled into union service with a few ideas and a lot of frustration with the status quo. In my time volunteering on both local and national committees, I've learned that smart voices can steer an entire room towards creative, innovative change. I show up. I listen. I collaborate with everyone. I have worked nearly every contract, as a principal and background. I am a content creator who understands your frustrations as member-producers. Got a contract problem? Yo, I'll solve it! Or help find the right person to resolve it. *Let's get stuff done.* **www.UniteforStrength.com**

The Local Officers and National Board Members, by virtue of their election to those positions, shall also serve as Convention Delegates. The Local Officers also serve on the Local Executive Committee. The Local Officers, Local Board Members and Convention Delegates, by virtue of their election to those positions, also serve as Alternate National Board Members and in certain circumstances, Convention Delegates are also eligible to serve as Alternate Local Board Members.

## LOCAL BOARD MEMBER – ACTOR/PERFORMER AND STUNT PERFORMER / 2 YEAR TERM

VOTE FOR NO MORE THAN FORTY-ONE (41) – ***CONTINUED ON NEXT PAGE***

**20 / EVE GORDON**

We've all seen what can happen in our nation, our state, and our union, when we stay informed about issues that affect us. Our union needs us to stay involved and work together, so that we can get what we need as working professionals right now and in the future. I've been acting for decades, and now I want to give back. My primary goal in the boardroom will be to support Unite For Strength's intelligent, compassionate, and visionary efforts to help us to deal with the unique challenges faced by SAG-AFTRA. **www.UniteforStrength.com**

**21 / ELLIOTT GOULD**

One of the most important things in my life is our beloved union. It has been the backbone of stability and security for me, my family and hopefully for all of you who have worked so hard to become members. Some of the decisions made by our current leadership have shaken my confidence and trust. We need transparency, honesty and information to educate and empower our membership. I am currently serving on our National Board of Directors and would like to serve our Local here in LA. Please consider me. **Vote MODINE•FISHER MembershipFirst.com**

**22 / CLARK GREGG**

I was honored to have served in the past on both the Local and National Boards. Now it's time to re-join the fight to protect and serve our members as another seismic and pivotal evolution is taking place in what we do. Please help me achieve that goal by supporting me and my fellow candidates from **www.UniteforStrength.com**

**23 / PAMELA GUEST**

SAG-AFTRA 1974; Authored convention resolutions incentivizing casting **women**, **BIPOC**, **disabilities**, **seniors**, **LGBTQ+**; another to establish **Local Committees on Sexual Harassment**. **Founder/Chair of LA's** championing member-to-member complaint change from 6 months to 10 years, more meaningful reform needed. Chair LA-GAPP; Member President's Sexual Harassment Workgroup, Women's, Seniors; Founded first W&W Caucus (2019) on Sexual Harassment. **TimesUp**, **RAINN** speaker. Deeply disturbed in Boardrooms last 4 years. **Members concerns MUST be heard!** Working for safer sets, living wages guaranteed by residuals; **health care and pensions that don't disappear. Vote MODINE•FISHER** **MembershipFirst.com**

**24 / RICHARD HADFIELD**

The reason for joining a union is that together we can achieve better wages, working conditions and benefits, than if divided. Under the current SAG-AFTRA president and Board majority, our union is polarized. There is no diversity of opinion on the National Committees or with benefit Plan Trustees. It is no wonder the Health Plan is in such trouble. It is no wonder the union cannot achieve better contracts. In order to change this sad state of affairs, we must change our leadership. I'm asking for your vote. Vote **MODINE•FISHER MembershipFirst.com.**

**25 / BRIAN HAMILTON**

Why is there so much non-union commercial and VO work? Why is actors' income still split into 2 pensions? I thought the merger was supposed to fix all this? "Stronger together" we were told. Many promises haven't been fulfilled. It's time to take inventory and decisive action. **Vote MODINE•FISHER MembershipFirst.com**

**26 / REN HANAMI**

I have had the honor and privilege of leading the Asian Pacific American Media (APAM) Committee since its founding in 2002 as a local task force in AFTRA, and as the National Chair since the SAG-AFTRA merger in 2012. **I have worked in diversity, equity, and inclusion my whole career,** also serving on the Diversity Advisory Committee and with organizations like East West Players. **There is still so much work to be done, and I would now like to expand my service to the LA Local Board where I can advocate for all members. www.UniteforStrength.com**

**27 / SAMANTHA HARTSON**

SAG-AFTRA threw our seniors off the Health Plan. During **COVID**! Whatever happened to, *"We Take Care of Our Own"*? Our current National Leaders tried to avoid taking responsibility, by *falsely* claiming that SAG-AFTRA has nothing to do with the Health Plan. **UNTRUE**. SAG-AFTRA seats the Trustees. SAG-AFTRA negotiates the contracts that fund the Health Plan. It was *we* **MembershipFirst** Los Angeles Board Members who stood up and fought back. We're wasting $6 million to **RENT** our Los Angeles Offices. It's nearly impossible for Background Actors to qualify for Pension-Health. Let's change the dynamic. **Vote MODINE•FISHER. MembershipFirst.com**

**28 / AUSTIN HIGHSMITH GARCES**

I'm a journeyman, working class actress who has fought for every role I've booked, and used the lessons I've learned along the way to help the students that I teach. I work on projects at every level and I would be proud to serve on the LA Local Board to continue to try and help my fellow actors in any way I can. **www.UniteforStrength.com**

**29 / DULÉ HILL**

As a 30+ year member, I was honored to be serving on the board when we merged into one unified union. I appreciate the value of unity and the collective pursuit of the overall well being of every union member. Nearly a decade later, artists face new challenges as the landscape of our industry continues to evolve. Though we've made great strides, the journey continues and there's more work to be done. I will listen, learn and pursue all options that work for the betterment of our members. There is strength in numbers. We're in this together. **www.UniteforStrength.com**

**30 / LESLIE HOFFMAN**

Independents in the multi-Actors' Category need voices heard in the Board Room. There are no promises that they will be represented. I wish to be that voice. Members are still owed residuals. Members whose claims have either been denied completely or for years have been told "It is still being worked on". It is time for all Member categories be represented at the Pension & Health Plan due to their unique injuries or health issues. That is how Trustees should be selected. As a former SAG Board, an AFTRA Local & National Board Member, I ask for your vote.

**31 / JENNAE HOVING**

An advocate for background actors and stand-ins, I ask for your vote to represent you in the LA Local. As someone who has been a background actor, stand-in, photo double, stunt performer and actor; I understand the difficulties and need for change. I will try to continue to fight for every SAG-AFTRA member! Vote **MODINE•FISHER MembershipFirst.com**

Ex I-4

The Local Officers and National Board Members, by virtue of their election to those positions, shall also serve as Convention Delegates. The Local Officers also serve on the Local Executive Committee. The Local Officers, Local Board Members and Convention Delegates, by virtue of their election to those positions, also serve as Alternate National Board Members and in certain circumstances, Convention Delegates are also eligible to serve as Alternate Local Board Members.

## LOCAL BOARD MEMBER – ACTOR/PERFORMER AND STUNT PERFORMER / 2 YEAR TERM

VOTE FOR NO MORE THAN FORTY-ONE (41) – ***CONTINUED ON NEXT PAGE***

### 32 / MICHELLE HURD

I have been a proud union actor since 1994, working many contracts: soap operas, commercials, VO and on-camera, background, stand-in, day players, guest stars, recurring arcs and principal series regulars. Every contract deserves a strong voice fighting for rights and security in this changing market. I've been honored to serve as a POC National Board member. **As an Actor and Activist, I cannot stay silent when I witness inequality and injustices**. I understand the intricacies of negotiations and the diligence required to protect our rights in this shifting playing field. I want to continue to be that voice. **www.UniteforStrength.com**

### 33 / AMEN IGBINOSUN

No Statement

### 34 / DEREK JOHNSON

For 13 years I have worked and continue to work under 3 levels of a SAG-AFTRA Contract as a Stunt Performer, Principal Actor and Background Actor. For 13 years I have heard all about historic gains and seen nothing but historic losses. The system is broken. #1 item for the entire UNION should be focused on returning health benefits to those who worked their entire careers to earn them. Their work continues to pay for something they cannot use. They should be celebrated, not punished. Transparency has been a huge problem. Impactful decisions made without members input needs to end.

### 35 / DAVID JOLLIFFE

Throughout my 2 terms as your 2nd Vice-President, I've tried to lead with strength, honesty and compassion. We in Los Angeles have held the line against a National Board that is reckless, weak and incapable of working in the best interests of the membership. We were betrayed by our own Union regarding the SAG-AFTRA Health Plan. We must start negotiating from a position of strength and stop giving away hard fought for--and won--benefits. It's time for all of us to come together and reestablish a union that will protect all of us. **Vote MODINE•FISHER MembershipFirst.com**

### 36 / MATT KAVANAUGH

I remain committed to ending the toxic culture of manipulation, corruption, and non-transparency that defines our current national leadership. Their deceptions and poor decision-making led to over 11,000 people losing their SAG-AFTRA health plan coverage, just 2 weeks after pushing a subpar contract that they promised would "keep the plans healthy." Where is the accountability? This union needs strong leadership post pandemic; leadership that won't squander your dues money or your trust. We are so close to reclaiming SAG-AFTRA for the membership. Help me get us there. **Vote MODINE•FISHER MembershipFirst.com**

### 37 / BRIAN KRUSE

My name is Brian Kruse and I'm running for the local Los Angeles board. After working as a stand in for over 10 years I've learned a tremendous amount about the day to day work of a union actor/background performer. I want your vote so I can represent the majority of the union and try to use the knowledge I've attained to help get background actors' voices heard at the negotiation table.

### 38 / CLYDE KUSATSU

I am a journeyman actor for 48 years now. What gives me purpose and fulfillment is being of service for you, the members of SAG-AFTRA, and to represent you as the **National Vice President LA**. I serve as the Secretary of the **SAG-AFTRA Foundation** Board which provides not only aid for our members but also classes, workshops, audio / video recording labs, screenings, educational scholarships, as well as Storyline Online for kids the world over. We were able to provide aid for over 7,000 members during this past industry shutdown / pandemic crisis. That is what service is: one member helping another. **www.UniteforStength.com**

### 39 / PETER KWONG

SAG-AFTRA IS IN BIG TROUBLE! WE HAVE BEEN LIED TO! SAG PENSION AND HEALTH ARE IN JEOPARDY! STUNTS AND BACKGROUND ARE IGNORED! I'll address issues of @BLACKLIVESMATTER, @STOPASIANHATE, @LGBTQ+, @METOO and will fight for our background, stunts, seniors, women, dancers, children; having served and supported these committees. As Asian, I share the pain of our collective causes. I have the experience, knowledge, dedication to change SAG-AFTRA. Television Academy Governor, SAG National Board, AFTRA National Board, Motion Picture Academy. Vote for an INDEPENDENT SPIRIT AND MIND. You know who will fight for you. Have courage to vote the person; not the SLATE! #INDEPENDENT

### 40 / ERIC LADIN

Since receiving my SAG card in 2001, I've been proud to call myself an actor and am grateful for a union that allows me to make a living doing what I love. However, during that time, our industry has changed, but our union has not been able to keep up. While television today provides more opportunity, actors deal with outdated contracts that must be amended and brought up to date IMMEDIATELY. It is IMPERATIVE that your local board members are working actors who have a pulse on this ever changing industry. **Vote MODINE•FISHER MembershipFirst.com**

### 41 / DONNA LYNN LEAVY

After graduating from The Yale School of Drama, I joined SAG in 1979. I served on the SAG Board, in the eighties. I have been currently serving on the SAG-AFTRA Los Angeles Board for the past four years. I am very troubled by the direction our Union has been headed. The collapsing of our Health Plan, without warning, along with the way our current national leaders abandoned us, is something that can never happen again. I ask for you vote, so I can help get us back on track. **VOTE MODINE•FISHER MembershipFirst.com**

### 42 / ETHAN LEE

We need to be proactive for the interests of our diverse membership, particularly for underrepresented communities. We must infuse fresh perspectives to stay ahead of emerging trends in the media landscape. I will work to strengthen our contracts with earnings/residuals, restore health plan coverage, address disparities with pensions, champion safe working conditions, increase resources for young performers, and promote Asian-American/Pacific-Islander voices. I am a junior studying Political Science at Stanford with a progressive outlook on union governance. Member since 2009. Will collaborate and help make a difference. Vote Modine/Fisher and MembershipFirst.com candidates.

### 43 / JOANNA LEEDS

After having now served as a local board member for the last four years, it's clear we have a lot of work left to do. We need leaders who will fight for our health insurance, our residuals, and better contracts. We need these leaders to secure our pension and to make this union more effective for the entire membership. As your advocate, I'm always here to listen and to voice your concerns in the boardroom. For the real change we've been waiting for, **Vote MODINE•FISHER MembershipFirst.com**

262345_04_SAG-AFTRA SAAF07210002_VG LA.indd 5 7/27/2021 5:58:47 PM

The Local Officers and National Board Members, by virtue of their election to those positions, shall also serve as Convention Delegates. The Local Officers also serve on the Local Executive Committee. The Local Officers, Local Board Members and Convention Delegates, by virtue of their election to those positions, also serve as Alternate National Board Members and in certain circumstances, Convention Delegates are also eligible to serve as Alternate Local Board Members.

## LOCAL BOARD MEMBER – ACTOR/PERFORMER AND STUNT PERFORMER / 2 YEAR TERM

VOTE FOR NO MORE THAN FORTY-ONE (41) – ***CONTINUED ON NEXT PAGE***

### 44 / JEN LEVIN

Joining SAG-AFTRA was one of the best days of my career. I am so proud to be a union actor and even more proud that I've been able to help make this union amazing for my fellow members as a delegate at the past two National Conventions. My passion is to help other members however I can. I co-created the YouTube series ***"You Are The Union"*** to bring more information to members in all locals. I would love to serve the Los Angeles Local as a member of the Local Board to continue my union service. **www.UniteforStrength.com**

### 45 / KATE LINDER

I've proudly served on the SAG-AFTRA & AFTRA boards since 2004 and as Governor of the Television Academy's Daytime Programming Peer Group for four years. These service and leadership roles provided me with a vast amount of negotiating experience. I'm heading into my 40th year on the Emmy-winning, top-rated "The Young and the Restless' and was honored with a Star on the Hollywood Walk of Fame. **I will work tirelessly to contribute to the future strengthening of our union and continue moving forward to establish the best outcome for all of our members. www.UniteforStrength.com**

### 46 / ANTHONY MARCIONA

As a proud working SAG-AFTRA & AEA Member for over 50 years, a professional Performing Artist, an active Union supporter, elected official and multiple committee member and/or chair, I continue to fight for higher wages, guaranteed Health/Pension plans, safer working conditions, open work borders (domestic and international), diversity, Seniors, Dancers and the LGBTQ community. Mega-corporations with evolving technology have taken advantage of our contracts, residuals and health care. We need complete transparency to get our Union back on track, and stronger lucrative contracts for a respectable and sustainable livelihood. **Vote MODINE•FISHER MembershipFirst.com**

### 47 / A MARTINEZ

We work for years. And as artists, we work with pleasure as we go. But pleasure or no, we carry the expectation that rest, when it comes, will not be fraught with greater difficulty than necessary. That expectation is based on history, and on promises made by those we trust. We measure these promises today, finding them unkept, and knowing that the years to come will bring ever greater effort to break us. If we are to pass a recognizable SAG–AFTRA down to those who follow, we need to act now to protect her. **Vote MODINE•FISHER MembershipFirst.com**

### 48 / KEVIN MCCORKLE

Joined **SAG 1982:** *Co-chair LA SAG-AFTRA Conservatory, Commercial Performers Committee, LA New Technology Committee.* Co-Founder **UNIONWORKING,** grassroots organization striving to increase SAG-AFTRA union production, support Unions. Fully vested, Worked multiple contracts, Saved by Health Plan, Bone Marrow Transplant 2013--need better health and pension for all members. Blessed to be alive, auditioning, working. Help me continue **paying it forward** serving **SAG-AFTRA Membership--listening, advocating for you** in the **Boardrooms.** Attended all Local Board Meetings, most National Board Meetings. ***Together, we can do this.*** Vote **MODINE•FISHER. MembershipFirst.com**.

### 49 / NEAL MCDONOUGH

Being married to Ruvé for 20 years and a father of five, I know how important a good union is! Family first, me second is our motto. It's the exact same with our beloved union. We must look out for our collective family first. All members of our family! **Our industry is revolutionizing, and we must embrace the challenges that lay ahead, keeping a hard eye for data and a compassionate heart.** I want to be a part of this new legacy and help lead our amazing union to meet all our members' needs. **www.UniteforStrength.com**

### 50 / MATTHEW MODINE

I have been here, working our Union issues on the National and Local Boards for four years and have served on over 16 philanthropic and civic boards. *{ModineLegacy.com}* My goal: Protect the cornerstones of our Union; a thriving Health Plan, preserving our residuals, enforcing contracts, safeguarding our pensions and as an original Member of the LA Local-Sexual Harassment Committee, ensuring safe working conditions for all. Accomplishing this requires greater inclusion, global leadership, transparency, truthfulness and sustainable prosperity. Joely Fisher and I are prepared to fulfill these goals and respectfully ask for your vote. **Vote MODINE•FISHER MembershipFirst.com**

### 51 / MARILYN MONROVIA

MembershipFirst.com Please be smart. Vote for the Modine/Fisher team, who have a terrific platform. Monrovia yielded the planned independent third-party National President run to instead support MODINE/ FISHER. It is simple to do your part, pick up your pen, and vote M/F in this election. Request to attend an open LA Local Board meeting. membershipfirst.com/ make-a-donation They plan to make this a better union for all our members. Tell your fellow SAG-AFTRA members to vote Modine/Fisher. Dump the big rental fees. Make casting find us on iactor.com, a benefit included with our membership. Independents Vote Modine Fisher. See you.

### 52 / ESAI MORALES

It has been my privilege to serve you as a LA Local Board member. Our hard work, in what is the largest local, pays the bills and keeps the lights on for members of this union. Under the current SAG-AFTRA President, the will of the LA Local membership, which voted for change is 2019, was subverted and virtually shut down by the current President. It wasn't COVID, it was a power grab. We must send a message that this will not stand. Enough is Enough. **Vote MODINE•FISHER MembershipFirst.com**

### 53 / GAYE NELSON

Union member since 1955 (age 3), doing commercials, singing, principal work and background. 2017 and 2019 Convention Delegate. Co-Chair of M.O.V.E and Chair of Open Board Meeting Committees. Communications Director of MembershipFirst. SAG-AFTRA is unrecognizable from the union I knew most of my career. We must restore the protections a union should provide-more money, safer working conditions, strong health and pension plans. **Vote MODINE•FISHER MembershipFirst.com**

### 54 / JENNY O'HARA

SAG-AFTRA must continue moving forward. Under the leadership of Unite for Strength and its allies we achieved over $1 Billion in contract gains, $318 Million *in 2020 alone, garnered huge increases in streaming residuals, secured protections for new and emerging* platforms, and created *new member driven contracts*. We helped create the *Return To Work Safety Protocols , Sexual Harassment and Nudity Protections* in auditions and on set, and a 24-hour *Safety Hotline*. No lies, no attacks. Just progress. Boards: National/Local. Committees: LA/National Executive, LA/National Honors & Tributes Chair, Disciplinary Review Chair, TV/Theatrical Standing, Communications. **For the facts. www.UniteforStrength.com**

### 55 / RICHARD R OLMSTED

The pandemic reinforced the importance of entertainment , stories and reliable information. It's what we do and society needs us! I'll advocate for fairer casting process, higher minimum background numbers and removing stand-ins from the count, locals parity, national coverage standardized classic car rates plus increased access for actors with disabilities. It's time to get some new energy and leadership in SAG-AFTRA, OUR union! I pledge to work with leadership and the new executive director for the meaningful gains and improvement to make this acting life better for all of us. Thank you for your support. In union solidarity, Richard Olmsted

The Local Officers and National Board Members, by virtue of their election to those positions, shall also serve as Convention Delegates. The Local Officers also serve on the Local Executive Committee. The Local Officers, Local Board Members and Convention Delegates, by virtue of their election to those positions, also serve as Alternate National Board Members and in certain circumstances, Convention Delegates are also eligible to serve as Alternate Local Board Members.

## LOCAL BOARD MEMBER – ACTOR/PERFORMER AND STUNT PERFORMER / 2 YEAR TERM

VOTE FOR NO MORE THAN FORTY-ONE (41) – ***CONTINUED ON NEXT PAGE***

### 56 / PEGGY LANE OROURKE

I believe in being a voice of reason and a voice of dissent. I lost my Lifetime Medical after earning it for 28 years and I am livid. I am angry at what complacency can do when those in charge preserve the status quo rather than fight. There is NO excuse for this – it is a betrayal plain and simple. I am committed to fighting for you as I have for over 9 years now. I have served on the Local Board and been on 5 Negotiating Committees. Thank you. **Vote MODINE•FISHER.** **MembershipFirst.com**

### 57 / RON OSTROW

I'm a two-time cancer survivor and a working actor for almost 30 years. I know how important our health benefits are and how hard they are to earn. That's why during 5 major negotiations I've fought to improve our contracts, protect our plans, increase our residuals, and make benefits accessible for all. As chair of both the National and LA Background Actors Committees, I've worked hard for BG issues. Background needs a permanent board seat. We need contracts that support everyone. We need leaders who'll fight for you. I ask for your support. Vote **MODINE•FISHER.** **MembershipFirst.com**

### 58 / ALISON PILL

I've worked as an actor for over twenty years, and seen a lot of changes in that time. I know there will be more changes to come. I want to ensure fair contracts, safe and respectful workplaces committed to anti-racism, and a union that speaks to the needs of all performers, especially those too often left out. I would be honored to serve our membership. **www.UniteforStrength.com**

### 59 / MARK A PLANAS

My reasoning for running for LA Local Board member is simple: we need new faces and voices representing the interests of ALL SAG members, from the newest to the most successful, to provide membership with the best possible compensation, benefits and working conditions in our industry. To ensure equanimity at the local level so that all locals have the same job opportunities based on headcounts, solvency of our health and pension benefits, effective monitoring of workplaces by guild representatives. I ask for your vote for LA Local board Mark A. Planas

### 60 / STEFANIE POWERS

Originally designed to be run by its membership, SAG-AFTRA has become weakened by the loss of members' participation. I fear that we may be in peril of losing not only our constituency, but the very foundations of this Union. We need good and safe working conditions, a strong and restored health and pension plan, higher minimum rates commensurate with inflation, greater participation in the new forms of exhibition, distribution, and sales of our work, so future generations of Union members are able to call their work a profession, not an avocation. Vote **MODINE•FISHER.** **MembershipFirst.com**

### 61 / LEE PURCELL

My passion is to help ALL members, but my focus is to end ageism and gender bias toward senior and women members to increase employment opportunities and respect for those underserved "minorities." As a Los Angeles Local Board member and Chair of the LA Seasoned Performers Committee, I immediately collaborated with insurance professionals (and continue to do so) to tirelessly guide countless seniors to new health insurance after theirs was unceremoniously cancelled. I campaign against ageism, including *Stop the Hate.* Committees include: National Seniors; LA Women's; SAG-AFTRA Radio Plays. Twice Primetime Emmy nominee, member of the Motion Picture Academy and Television Academy. **www.UniteForStrength.com**

### 62 / SHERYL LEE RALPH

I love being a screen actor. As glamorous as it looks, when you pull back the curtain there are decisions being made concerning performers that need serious attention. As a 40-year SAG-AFTRA member, it is my honor to step up to serve our Union membership. Helping people can be a difficult task, especially when people don't realize specifically what help they need. From Weak Contracts to safety on set, a Healthcare Plan in crisis and worry over our Pension Plans, we must be vigilant! I'm here to help and I ask for your vote. **Vote MODINE•FISHER** **MembershipFirst.com**

### 63 / DILEEP RAO

Our profession faces more pressure than ever due to tectonic changes taking place in every sector of our employment. Whether it's the exponential rise in streaming whose later dividends are muted, or the multi-platform uses of our work, I believe we need to be nimble to react and be proactive during these changes. I ask for your vote so that basic fairness and intelligence speak in the room, that above all else our union stands **united in demanding decency, fair treatment, and fair pay for our work. www.UniteforStrength.com**

### 64 / PATRICIA RICHARDSON

I am not returning as your LA President, but am thrilled that our powerful local has Jodi Long running to replace me. Jodi is a local EEOC Chair, served on the Actor's Executive Committee of the Academy, is a current Emmy nominee, and past President of Visual Communications, which produces the LA Asian Film Festival. We are alarmed by SAGAFTRA's eroding contracts, disastrous financial mismanagement and the dictatorship of the National President, who used Covid to silence opposition. Please RE-ELECT our most needed sage, DAVID JOLLIFFE, and welcome SHERYL LEE RALPH as LA VP's! **VOTE MODINE•FISHER MembershipFirst.com**

### 65 / ROMY ROSEMONT

I am a proud member of SAG-AFTRA since 1988. I love my job, but with so many changes in the industry it is nearly impossible for the working actor like me to make a living. This year I've realized I just can't sit back anymore. I need to get involved and work hard to make change -- change that will make things better for ALL of us. We want the same things. **We want better pay and residuals, pension, healthcare, increased diversity, inclusion, an end to unfair exclusivity... and that's just for starters. I will work to get things done! www.UniteforStrength.com**

### 66 / SARA RUE

I have been a proud, grateful union member for over thirty years, working steadily in film and television since I was 9 years old. **I'm running for both Local and National Boards to listen, learn, and vote my conscience in hopes of creating more equitable and safe working environments for performers.** The landscape of our business is ever changing. As more unique opportunities for actors emerge, I believe we need board members who have experience in all capacities and who can provide realistic perspectives on the potential challenges and pitfalls that could lie ahead. **www.UniteforStrength.com**

### 67 / WOODY SCHULTZ

As a 25-year SAG-AFTRA member I've worked almost every union contract. I have experienced everything from working class prosperity to a starving artist existence, so I understand intimately the needs, concerns, and challenges we face at every level. Tough talk and big promises are easy, but we must elect those willing to do the unglamorous work of governance—folks who work harder and smarter to achieve tangible results and create impactful change that will benefit YOU and every member. I am that person and I will fight like hell for all of us. **Inclusion. Vision. Results. www.UniteforStrength.com**

The Local Officers and National Board Members, by virtue of their election to those positions, shall also serve as Convention Delegates. The Local Officers also serve on the Local Executive Committee. The Local Officers, Local Board Members and Convention Delegates, by virtue of their election to those positions, also serve as Alternate National Board Members and in certain circumstances, Convention Delegates are also eligible to serve as Alternate Local Board Members.

## LOCAL BOARD MEMBER – ACTOR/PERFORMER AND STUNT PERFORMER / 2 YEAR TERM

VOTE FOR NO MORE THAN FORTY-ONE (41) – ***CONTINUED ON NEXT PAGE***

### 68 / SARAH SCOTT

**Dreamer, journey-woman actress, mother, intimacy coordinator. I am here in pursuit of equitable pay and harassment-free work environments. Ones where artists can thrive embracing the spectrum of our gender identities, race, abilities, and sexual orientations. I serve as Co-Vice Chair of the LA Committee on Sexual Harassment and have trained to become a certified intimacy coordinator. #MeToo bravely paved the way, but the work has just begun. Child actors deserve far greater protections, our Code-of-Conduct lacks consequences for infractions. Let's stand together and strengthen our collective bargaining power for fairer representation of all members. Vote MODINE•FISHER MembershipFirst.com**

### 69 / SHAAN SHARMA

We need leadership that understands what our members want: taking on the online casting services that cost over $600/year for access to work, creating self-taping guidelines to protect us from unreasonable requirements, access to casting directors, writers, directors, and producers, and the best education so we can be more competitive in an increasingly global marketplace. We also need to change the culture of fear, intimidation, and retaliation that keeps our members from speaking up, whether in auditions, on set, or even within our own union. Visit ShaanSharma.com for my report and **Vote MODINE•FISHER MembershipFirst.com**

### 70 / BROOKE SMITH

A proud SAG-AFTRA member since 1987. With changes in the industry, I'm working harder and earning less. Let's stop the in-fighting and come together. Only 21% of members voted last time! I decided to stop complaining, get informed, and try to make real changes instead. We all want the same things: better pay and working conditions, good residuals, pension, retirement, healthcare, increased diversity, inclusion, better advanced pay terms, better contract enforcement, an end to unfair exclusivity. I've learned a lot about self-advocating and I will work hard to make our union better for all of us! **www.UniteforStrength.com**

### 71 / AMIR TALAI

My greatest passion is building people power-- I've registered voters in trailer parks; personally trained 5000 phonebankers in the 2020 election; helped public housing residents get vaccinated; have published articles about racism in our industry; and co-created the YouTube series *You Are The Union*, because the only way for us to overcome the challenges we face is together, united. I want to help SAG-AFTRA members get what we need and deserve. 20 year working actor, LA board member, multiple committees. It would be my honor to continue serving you. @amirtalai **www.UniteforStrength.com**

### 72 / JONATHAN TAYLOR THOMAS

Our members still face chronic insecurity, shrinking paychecks, and unlivable residuals in Basic Cable and New Media. We need strong contracts, improved session fees, better health care and pensions, and a fair deal for background. We need transparent and accountable leadership that will advocate for and protect all of our members. With your help and engagement we can protect our futures. **Vote MODINE•FISHER MembershipFirst.com**

### 73 / STACEY TRAVIS

The difficulty of making a living wage under multiple contracts compelled me to get involved for our members. I've been proud to be a board member and my focus has included: spearheading the creation of the Micro Budget / Short Project Agreements to help creator-performers by streamlining and simplifying the process, **enhancing unemployment benefits** during the pandemic, **fighting to keep California tax incentives strong** and competitive, **working to restore the tax deductions** that were stripped away, and closing loopholes for illegal streaming. Committees include: Low Budget (Chair); National Government Affairs and Public Policy (Co-Chair); SAGIndie; National Women's. **www.UniteforStrength.com**

### 74 / ARMAND VASQUEZ

Like many of you, I lost my health insurance in 2020. Over the past year, each day was filled with moments of anxiety. Without the help of friends and members like those of you reading this now, I don't know where I'd be. Vote for me so I can give back to my community. I want to be a positive influence for the members of my Local. I will continue the great work I've personally witnessed within the variety of committees I am on. I've been a background actor, an on-camera principal, and also work in voiceover. **www.UniteforStrength.com**

### 75 / KATIE VON TILL

As National Chair of the Commercial Performers' Committee and LA Vice Chair of the Commercial Contract Negotiating Committee, I reached across party lines to seat members. **Together, we led a successful strike against BBH and created the revolutionary Alternate Compensation Structure.** If you're smart, and you show up, I want you on committees. I run with UFS, but I serve the membership. Please re-elect me and I will continue to do so. Or don't, and I will finally take a nap. **www.UniteforStrength.com**

### 76 / LISA ANN WALTER

Proud LA Board Member. Committees: I Chair LA Womens. We are Pushing to protect our jobs by removing our ages from IMDB and numerous Women-Supportive Issues. Chair LA Host – Throwing the glitteriest parties ever!Chair IC Oversight Subcommittee – pushing for equity & inclusion in the new field of Intimacy Coordinators.Member President's Task Force on Sexual Harassment; LA GAPP, LA Sexual Harassment & LA Communications Committees.In my "spare time" **I work non-stop to fight for the return of a quality union healthplan**. Vote #ChessyForever! **Vote MODINE•FISHER MembershipFirst.com**

### 77 / KEVIN E. WEST

Thirty plus+ years in television. NO BS and contract savvy. An advocate for actors since Founding, The Actors' Network (Business Organization) in 1991. Staunch independent and as a core member of @UnionWorking (Grass-roots, non-partisan, solution-based entity), I ONLY care about intelligent solutions. I carry no one's water or wear anyone's T-shirt. We MUST win the next (2) Commercial / Theatrical negotiation cycles or we're in trouble. END this faction-ism. The time is NOW! "Together We Work." Committees: Theatrical Negotiation, L.A. Organizing (Co-Chair), L.A. Conservatory (Vice-Chair), L.A. GRC & Technology. Get on board. WE ARE THE UNION!

### 78 / BEN WHITEHAIR

Like you, I love this industry and our union, but I also know we need change. More money, more work, better healthcare, stronger bargaining, and even safer sets. I also know that **you deserve solutions and action, not just anger and complaining.** As the chair of the NextGen Performers Committee, **I've made it my mission to educate, engage, and inspire younger members to get involved with our union**. I have fought—in committees and on the board—for inclusion, strength, and RESULTS. No one can do this alone, so please vote for me and for **www.UniteForStrength.com**

### 79 / VIVICCA A WHITSETT

Proud union actor 20+ years. From background performers to minorities to voice artists, members deserve a diverse board pursuing new ways to organize more expanded work. **I bring a commitment to inclusiveness, responsibility, and accountability for the future of this great union**. No more divisiveness; our fellow actors are not our enemies. Together we stand stronger. Contracts worked include Commercials, TV/Theatrical, New Media, Ultra Low Budget, NetCode. Current: 2021 National Chair EEO Committee, Communications, Honors & Tributes, Local EEO Committees Prior: Professional Representatives. **www.UniteforStrength.com**

The Local Officers and National Board Members, by virtue of their election to those positions, shall also serve as Convention Delegates. The Local Officers also serve on the Local Executive Committee. The Local Officers, Local Board Members and Convention Delegates, by virtue of their election to those positions, also serve as Alternate National Board Members and in certain circumstances, Convention Delegates are also eligible to serve as Alternate Local Board Members.

## LOCAL BOARD MEMBER – ACTOR/PERFORMER AND STUNT PERFORMER / 2 YEAR TERM

VOTE FOR NO MORE THAN FORTY-ONE (41) – ***CONTINUED ON NEXT PAGE***

### 80 / ZEKE ALTON

Do you feel your union advocates for your best interests? Or do you feel left out, uninformed, or marginalized? I believe SAG-AFTRA can be more transparent and work harder for you. As an on-screen and voice actor I've worked 11 union contracts this last year. I'm a military veteran, former test pilot, and university administrator with the experience, skills, and motivation to enact positive change on behalf of fellow performers. I want to educate members and partners, negotiate with strength, organize more work, and support performer's needs. Let's try a fresh perspective. **Vote MODINE•FISHER MembershipFirst.com**

### 81 / PETE ANTICO

Incumbent LA Local Board member, National Board Alternate, current Technology Chair, Stunt & Safety Co-Chair. 8200 Seniors kicked off their promised lifetime medical. Reasons? 4 failed contract negotiations, poor management skills of Gabrielle Carteris. Vote her entire party out, your pension & healthcare is at stake. How many of you lost healthcare? Time for leadership that has the backbone to fight for strong contracts. Time for Love, Forgiveness, Diversity, the Divine Feminine, Inclusion, Mentorships & Opportunities. A new Paradigm. There is no wealth in the material. VOTE MODINE•FISHER MembershipFirst.com

### 82 / SEAN ASTIN

I am incredibly proud to be a member of the Los Angeles Local. Throughout our Health Plan crisis, the leaders of our Local demonstrated courage, wisdom and compassion making sure that each and every member who had questions and concerns was heard. Unfortunately, for well over a year, the National leaders of this Union pointlessly cancelled all of our Local Committee meetings. As the entire country worked on zoom, we were shut down from on high. This is outrageous. I want to serve on our Local Board to vigorously advocate for our members. **Vote MODINE•FISHER MembershipFirst.com**

### 83 / JANE AUSTIN

What does it mean to be a local board member? It means you show up to every meeting. It means you serve on the local committees. It means you support and participate in the events that those committees organize. And most importantly you listen to what the members are saying and you advocate for what they want in the boardroom. This is what service as a board member means to me and I promise to continue doing that so that SAG-AFTRA can represent the needs and interests of its members. **Vote MODINE•FISHER www.janeworks.org www.MembershipFirst.com**

### 84 / MALCOLM BARRETT

As a 20-year member of SAG-AFTRA, five years as artistic director/founder for one of the most diverse, critically-acclaimed theatre companies in LA, Ammo Theatre, part of the largest Southern LA multi-theatre collective, record-breaking Play-Per-View benefits for Feeding America (both in the wake of the pandemic), I am extremely familiar with serving, performing, and organizing with my fellow entertainment community. I am also familiar with the lack of representation and equity in our business and the desperate need for it to end. I am an advocate for common sense, unity, and the underrepresented. **www.UniteforStrength.com.**

### 85 / SHARI BELAFONTE

I have literally been in this "bizniss" all of my life. As a Scion, the daughter of a passionate celebrity activist, I became aware of the strength of unionizing, watching my father fight for what's right in both social justice and artistic arenas. Ageism, sexism, racism, and wage disparity have no place in a strong workforce. I applaud how far we've come, but am staunchly aware of how far we still have to go for fairness in our worth, comparable opportunities, and being hired to tell OUR stories, in front of and behind the camera. Diversity, not Division. **www.UniteforStrength.com**

### 86 / BILL BELLAMY

As a working actor in this industry for over 25 years, I have experienced first-hand the value of our union and its essential purpose in this business. The entertainment landscape has changed tremendously over the years, and the union must be nimble to simultaneously adjust to keep our hard-won protections in place. I would like the opportunity to bring my energy and experience to make SAG-AFTRA even stronger in its diversity of thought, action, and strategies. **www.UniteforStrength.com**

### 87 / MICHELLE C. BONILLA

I've been a working actor in SAG-AFTRA for over 27 years, and work under many of our contracts as a performer. Providing safer working conditions, proper wages, and bettering our CBA has always been my focus. I serve on the TV/Theatrical Committee, moderated a panel on Latino Inclusion, and co-created "What Now," an open discussion on the changes to our Health Plan. In 2020/21, how we audition, work, and earn changed – in this new world, we must continue to protect our members. It would be an honor to serve on our Los Angeles Local Board. *#unionproud* **www.michellecbonilla.com www.UniteForStrength.com**

### 88 / JULIE BROWN

I have always followed my instincts and stayed true to who I am. But I've noticed in writers rooms that the lack of representation for women, LGBTQ, people of color and other marginalized groups, translates into a skewed vision of the world. We need to be true to our collective reality, creating roles that show the broad, beautiful tapestry of humanity. Our business models morph quickly. We must act diligently with creative solutions. We have begun to address the shift to streaming platforms and need to keep laser focused to build our power. **www.UniteforStrength.com**

### 89 / YVETTE NICOLE BROWN

Two years ago, I ran for the National Board because I wanted to give back to the union that protected and supported me for 25 years. Union service has been one of my greatest joys, and I remain committed to ensuring that every member has what they need to do their job safely and joyously. To that end, I am running for President of the Los Angeles Local. Trust me to lead our Los Angeles Local: **I promise to be a respectful, efficient, kind, and productive force as we work together to build a greater future for this union we all love. www.UniteforStrength.com**

### 90 / JOI CARR

I have a strong commitment to the arts, to nurturing collaboration, to equity and inclusion, and to all that happens with SAG-AFTRA. As a member since 1987, I know our work counts! I am on the ground working for us. I currently serve as a Los Angeles Delegate and on the following committees: National/Local EEO, Women's, and as Vice Chair of LA Host and Los Angeles EEO. As a Professor (Ph.D.) of English and Film at Pepperdine University, I have experience leading academic programs/committees and engaging a new generation of storytellers. I welcome the opportunity to contribute in meaningful ways. **www.UniteforStrength.com**

### 91 / EVER CARRADINE

I've been a proud union member and working actor for over 25 years. I've worked in sitcoms, network TV, cable, studio films, independents, and streamers. I know how contract changes affect working actors because I've personally been affected with each and every change. **I would like to see us paid more for our work, and fight to maintain protections that I know first-hand help us do our job.** My union has been my parachute for so long, I would now love to give my time and use my voice to work for my fellow actors. **www.UniteforStrength.com**

The Local Officers and National Board Members, by virtue of their election to those positions, shall also serve as Convention Delegates. The Local Officers also serve on the Local Executive Committee. The Local Officers, Local Board Members and Convention Delegates, by virtue of their election to those positions, also serve as Alternate National Board Members and in certain circumstances, Convention Delegates are also eligible to serve as Alternate Local Board Members.

## LOCAL BOARD MEMBER – ACTOR/PERFORMER AND STUNT PERFORMER / 2 YEAR TERM

VOTE FOR NO MORE THAN FORTY-ONE (41) – ***CONTINUED***

**92 / JOANNA CASSIDY**

I've had the privilege of being in this business for many years and no time in the future will I be retiring. I can't because SAG-AFTRA continues to give away so much of what we worked so hard for. We used to get wonderful residuals, not now. Pension imbalances with staff - this is not right. I also want to protect future performers' P&H benefits. I'm running with Membership First again because we will fight for you and I will be right on top of that Rose. **MODINE•FISHER** **MembershipFirst.com**

**93 / PARVESH CHEENA**

I've had the honor of serving on the LA Local Board for eight years during the merging of our legacy unions. I'm determined to continue the solid work a unified SAG-AFTRA has been doing as we enter a new decade of post-pandemic opportunity. As a member of the Ethnic Employment Opportunity, Asian Pacific American Media, LGBTQ, Commercial Performers and other Committees, **I'll pursue opportunities and better working rates for everyday working actors and performers. It is a priority to pursue diversity and inclusion for my fellow actors of color and siblings among the Queer community.** @parvesh **www.UniteforStrength.com**

**94 / JILLIAN CLARE**

I became a SAG-AFTRA union member when I was just 8 years old. 20 years of membership later, I want to be more than that - I want to be a voice for my generation in this union. Not only have I worked steadily as an actor my whole life, I have also directed two features, and produced three. As a board member, I will fight for the protection of our craft, our jobs, our health, and our livelihoods. @jillianclare

**95 / CYNTHIA LEA CLARK**

Help me make our Union strong, powerful, and working for all members. The status quo is not working. We are losing too much – (1) retirees are losing their health plan, (2) our income hasn't sufficiently been raised in ages, and (3) background and stunt performers are grossly unprotected. As a Forensic Psychologist, I look for multiple ways to fix problems. I fight for what is right! I will fight for all of us! I am needed here. Let's bring back the pride we felt with the first SAG Awards show – I am an actress. Here's my card! #independent

**96 / MINDY COHN**

I have been a working actor and proud union member for over 40 years. Over this past year, I started to feel more strongly about some issues and thought if I was going to have such strong opinions, it was time to give voice to them and get involved. Our union's needs and demands have been rapidly changing and I find myself wanting to make sure all new work is covered and members are protected. I want my fellow members to feel they have options, choices and support. **www.UniteforStrength.com**

**97 / MELISSA COOK**

Today it is essential to build relationships through networking, learn how to collaborate cross-functionally, and always look for innovative and creative solutions to address change. This is my 16th year of being a proud actor/member of SAG-AFTRA. I am also a Ph.D. candidate at Pepperdine University studying Global Leadership & Change. I would like the opportunity to have a seat on the Los Angeles local board, because **I am a communicator at heart, and with your support, I look forward to sharing my knowledge by strategically leveraging our ability to negotiate and empower all union members. www.UniteforStrength.com**

**98 / CHANTAL COUSINEAU**

A union member of 18 years and certified intimacy coordinator, my heart is rooted in the importance of members feeling empowered, heard, and safe. For 4 years I have advocated for the 1400+ survivors who disclosed their trauma to me. Their experiences directly informed the changes that SAG-AFTRA made to meet the #metoo revolution: from audition policies, member emergency hotline, successful legislative reforms, and safety protocols achieved in the 2020 tv/theatrical contract. I'm proud we continue advancing our vision of a safer workspace. I would be honored to serve Los Angeles membership and echo your voices, ideas, and hopes. **www.UniteforStrength.com**

**99 / ELLEN CRAWFORD**

**Unity is power.** That belief has guided my service in SAG-AFTRA since first being elected twelve years ago. This business can be lonely, intimidating and impersonal. By building a community we can share skills, passions and goals to increase our success. My work as chair of *M.O.V.E.* is focused on nurturing that communal power. Very proud to have been instrumental in establishing *Next Gen Performers.* Chair of *National Organizing Committee* since merger, *California Labor Federation VP*, member of *President's Task Force for Education, Outreach & Engagement*, *Dubbing*, *Government Review*, and *Health Care Safety Net Committees.* **www.UniteforStrength.com**

Ex I-10

262345_04_SAG-AFTRA SAAF07210002_VG LA.indd 10 7/27/2021 8:38:41 AM

The Local Officers and National Board Members, by virtue of their election to those positions, shall also serve as Convention Delegates. The Local Officers also serve on the Local Executive Committee. The Local Officers, Local Board Members and Convention Delegates, by virtue of their election to those positions, also serve as Alternate National Board Members and in certain circumstances, Convention Delegates are also eligible to serve as Alternate Local Board Members.

## LOCAL BOARD MEMBER – BROADCASTER / 2 YEAR TERM

VOTE FOR NO MORE THAN ONE (1)

**100 / SAM RUBIN**

As a Union Broadcaster for over 30 years, and KTLA's entertainment reporter, I've had many occasions to hear from my fellow SAG-AFTRA Members about their concerns regarding the myriad issues facing all of us. I was troubled to hear that thousands of my fellow Union Members lost their health insurance. I rely on our insurance as do my four children. My voice in our Los Angeles Boardroom will be one of finding beneficial solutions. I ask for your vote to allow me to represent us in moving forward with both strength and integrity. **Vote MODINE•FISHER MembershipFirst.com**

**101 / JOY BENEDICT**

I believe we all have a voice, we just have to learn to use it! As a journalist, I've devoted my life to telling the stories of others and helping them fight for what they deserve. As a union broadcast member working in Los Angeles for the last decade, I've served as a delegate and on two National Committees. I'm proud to represent broadcasters not only in my field of TV news, but radio and entertainment. I look forward to serving the needs of all members as we fight for safety and equality in the workplaces. **www.UniteForStrength.com**

## LOCAL BOARD MEMBER – SINGER/RECORDING ARTIST / 2 YEAR TERM

VOTE FOR NO MORE THAN TWO (2)

**102 / SAM HARRIS**

I am a platinum selling recording artist, Tony nominated Broadway actor, songwriter, and author. I have appeared in countless television shows and specials as a singing guest artist, and have been a member of SAG-AFTRA for 40 years. I am eager to get into the boardroom and help change the landscape for recording artists in a positive direction to be better protected by our union. **Vote MODINE•FISHER MembershipFirst.com**

**103 / JASPER RANDALL**

SAG-AFTRA, the most powerful entertainment union in the world, is responsible for establishing wages and working conditions between its signatories and our members. Serving on the National and LA Boards and Executive Committee for the past 6 years and working daily as a SAG-AFTRA singer and vocal contractor under our union contracts, I've witnessed the constant threat of an industry wanting something for nothing. The singers I represent experience this daily as work continues pouring out of the country. I promise I'll do whatever possible to stop this outsourcing and ensure our members remain valued and sought after. **www.UniteForStrength.com**

**104 / FLETCHER SHERIDAN**

As a lifelong SAG-AFTRA member, I understand and appreciate the strength we have in collective bargaining. For the past 20 years, I've had the privilege of serving on several committees and boards, both locally and nationally. If reelected, I will continue to advocate for you, fight to keep work here, and look for ways to embrace the changes we face as a union. **www.UniteforStrength.com**

Ex I-11

The Local Officers and National Board Members, by virtue of their election to those positions, shall also serve as Convention Delegates. The Local Officers also serve on the Local Executive Committee. The Local Officers, Local Board Members and Convention Delegates, by virtue of their election to those positions, also serve as Alternate National Board Members and in certain circumstances, Convention Delegates are also eligible to serve as Alternate Local Board Members.

## NATIONAL BOARD MEMBER – ACTOR/PERFORMER AND STUNT PERFORMER

VOTE FOR NO MORE THAN FOURTEEN (14) – ***CONTINUED ON NEXT PAGE***

**105 / DENNIS DEPEW**

**I am running as an Independent Candidate in this upcoming election. I feel Independent Candidates need their voices heard as well. I am not being endorsed by either/or any slate, and doing this all on my own merit. I've been involved in SAG-AFTRA politics since 2017, starting out as a Convention Delegate. I've been on various different committees throughout the years, and will continue to volunteer my time. The current state of the SAG-AFTRA health/pension plans & the residuals payments are my top priority. Thanks for your support and hope to get your vote.**

**106 / DEBBIE EVANS**

Proud working member for 40+ years with 400+ credits. This has allowed me to have an extensive overview of our industry and what is needed for a sustainable career. As your **Los Angeles SAG-AFTRA National Board Member**, my guiding principle is to make sure we have the opportunity to earn a decent living with quality **Healthcare** and **Pension**. I have learned in these times **Strong Voices** are imperative. I will continue to take a **Stand for You**! It would be an honor to represent you. **Vote MODINE•FISHER** **MembershipFirst.com**

**107 / JOELY FISHER**

In 2020, our current administration touted an historic contract. I was outraged. We all know that we can and should do better. I knew I had to get back into the boardroom. I ask for your vote for seats on both the National and Local Boards. I will dedicate my energy and passion to the real work of Committees and Administration which the issues require; strong and strategic negotiations, better protection on sets, world-class Health Care, support regarding self-taping, protecting our pensions, contract enforcement and more. 38 years in our Union, I am ready. **Vote MODINE•FISHER** **MembershipFirst.com**

**108 / EDWIN GARCIA II**

No Statement

**109 / JEFF GARLIN**

A vote for me is a vote for Jeff Garlin. **www.UniteforStrength.com**

**110 / BRAD GARRETT**

Like many of us, I'm not happy with the direction our Union is headed. The final straw for me was the collapsing of our Health Plan. Nearly 12,000 of our fellow sisters and brothers lost their SAG-AFTRA Health Insurance. We must do better in our contract negotiations. Renting our Los Angeles Offices at $6 million per year is crazy. I DO want to thank our current Los Angeles Board for standing up for us. It's the National Board that needs attention. That's why I'm stepping up to serve on the National Board. **Vote MODINE•FISHER** **MembershipFirst.com**

**111 / JASON GEORGE**

For better or worse, technology is changing our industry everyday. Diversity is now a requirement of the business model. As chair of the **Diversity Advisory** Committee, I'll continue to fight for better, more authentic representation and equal treatment on both sides of the camera, in all categories of work, for all races, ethnicities, genders, sexual orientations, ages and (dis)abilities. Streaming has destabilized the economics of the business. Logic, experience, strategy and data must guide us in future negotiations, not emotional arguments, outdated paradigms, or wistfully hoping to resurrect the "good ol' days." Our diversity and unity is our strength. **www.UniteforStrength.com**

**112 / CLARK GREGG**

I was honored to have served in the past on both the Local and National Boards. Now it's time to re-join the fight to protect and serve our members as another seismic and pivotal evolution is taking place in what we do. Please help me achieve that goal by supporting me and my fellow candidates from **www.UniteforStrength.com**

**113 / LOUIS HERTHUM**

I'm an independent with 41 years in AFTRA, 39 years SAG. I've worked series reg, recurring, guest star, et all. I won't sugarcoat this. If you don't see the losses sustained under current "leadership", then you're not working the contacts YET, or you're not paying attention. Ask those making their living under our contracts. Ask the 11,000 who lost health insurance. Ask those who've lost tens of thousands of earned pension dollars due to reducing members' accrual rate by 43% in 2010, while leaving staff's the same. *Also, I know PERSONALLY how dishonest they are!* I'm fed up! **VOTE Modine/Fisher**

**114 / DULÉ HILL**

As a 30+ year member, I was honored to be serving on the board when we merged into one unified union. I appreciate the value of unity and the collective pursuit of the overall well being of every union member. Nearly a decade later, artists face new challenges as the landscape of our industry continues to evolve. Though we've made great strides, the journey continues and there's more work to be done. I will listen, learn and pursue all options that work for the betterment of our members. There is strength in numbers. We're in this together. **www.UniteforStrength.com**

**115 / MICHELLE HURD**

I have been a proud union actor since 1994, working many contracts: soap operas, commercials, VO and on-camera, background, stand-in, day players, guest stars, recurring arcs and principal series regulars. Every contract deserves a strong voice fighting for rights and security in this changing market. I've been honored to serve as a POC National Board member. **As an Actor and Activist, I cannot stay silent when I witness inequality and injustices.** I understand the intricacies of negotiations and the diligence required to protect our rights in this shifting playing field. I want to continue to be that voice. **www.UniteforStrength.com**

**116 / ANNE-MARIE JOHNSON**

SAG Ralph Morgan Award Honoree. Four terms as SAG's 1st VP. Seventeen years as a SAG Board member and 4 years on the AFTRA board. Chaired SAG's EEOC Committee. Served on over 7 contract negotiating teams. I'm running because the members have been poorly served by SAG-AFTRA., especially the appalling changes in our pension and health plans. Changes which disproportionately negatively impact older actors, women of all ages, performers with disabilities and performers of color. A greedy, thoughtless action taken by "our" elected and our former NED. Please **Vote MODINE•FISHER.** **MembershipFirst.com**

The Local Officers and National Board Members, by virtue of their election to those positions, shall also serve as Convention Delegates. The Local Officers also serve on the Local Executive Committee. The Local Officers, Local Board Members and Convention Delegates, by virtue of their election to those positions, also serve as Alternate National Board Members and in certain circumstances, Convention Delegates are also eligible to serve as Alternate Local Board Members.

## NATIONAL BOARD MEMBER – ACTOR/PERFORMER AND STUNT PERFORMER

VOTE FOR NO MORE THAN FOURTEEN (14) – ***CONTINUED ON NEXT PAGE***

**117 / DEREK JOHNSON**

For 13 years I have worked and continue to work under 3 levels of a SAG-AFTRA Contract as a Stunt Performer, Principal Actor and Background Actor. For 13 years I have heard all about historic gains and seen nothing but historic losses. The system is broken. #1 item for the entire UNION should be focused on returning health benefits to those who worked their entire careers to earn them. Their work continues to pay for something they cannot use. They should be celebrated, not punished. Transparency has been a huge problem. Impactful decisions made without members input needs to end.

**118 / DAVID JOLLIFFE**

Throughout my 2 terms as your 2nd Vice-President, I've tried to lead with strength, honesty and compassion. We in Los Angeles have held the line against a National Board that is reckless, weak and incapable of working in the best interests of the membership. We were betrayed by our own Union regarding the SAG-AFTRA Health Plan. We must start negotiating from a position of strength and stop giving away hard fought for--and won--benefits. It's time for all of us to come together and reestablish a union that will protect all of us. **Vote MODINE•FISHER** **MembershipFirst.com**

**119 / PETER KWONG**

SAG-AFTRA IS IN BIG TROUBLE! WE HAVE BEEN LIED TO! SAG PENSION AND HEALTH ARE IN JEOPARDY! STUNTS AND BACKGROUND ARE IGNORED! I'll address issues of @BLACKLIVESMATTER, @STOPASIANHATE, @LGBTQ+, @METOO and will fight for our background, stunts, seniors, women, dancers, children; having served and supported these committees. As Asian, I share the pain of our collective causes. I have the experience, knowledge, dedication to change SAG-AFTRA. Television Academy Governor, SAG National Board, AFTRA National Board, Motion Picture Academy. Vote for an INDEPENDENT SPIRIT AND MIND. You know who will fight for you. Have courage to vote the person; not the SLATE! #INDEPENDENT

**120 / ETHAN LEE**

We need to be proactive for the interests of our diverse membership, particularly for underrepresented communities. We must infuse fresh perspectives to stay ahead of emerging trends in the media landscape. I will work to strengthen our contracts with earnings/residuals, restore health plan coverage, address disparities with pensions, champion safe working conditions, increase resources for young performers, and promote Asian-American/Pacific-Islander voices. I am a junior studying Political Science at Stanford with a progressive outlook on union governance. Member since 2009. Will collaborate and help make a difference. Vote Modine/Fisher and MembershipFirst.com candidates.

**121 / KURT LOTT**

**Kurt Lott** Having served in the past, performing over 3 decades, and an executive board member of the Stuntmen's Association. I've seen a lot of changes. I'm running as an independent candidate. I'm against required Covid immunizations to work. We can do better to stop contract violations. Diversity, harassment, agents, member tools and education are additional topics that need attention. Let's seat a contract negotiating committee that will seek increased residuals, P&H contributions. We're all in this together. Please support a performer that supports you.

**122 / CAMRYN MANHEIM**

Having served as Secretary-Treasurer the past 2 years, it's clear to me what issues the members are most concerned about. **It's my mission to transform the way SAG-AFTRA engages and communicates with the members, instilling pride and ownership in our union.** Working in unity we can tackle the most important issues of our time. Earning fair wages, reversing unfair options and exclusivity, protections from sexual harassment, diversity, equity and inclusion. I want to leave this union strong for generations to come. **www.UniteforStrength.com**

**123 / NEAL MCDONOUGH**

Being with Ruvé for 20 years and a father of five, I know how important a good union is! Family first, me second is our motto. It's the exact same with our beloved union. We must look out for our collective family first. All members of our family! **Our industry is revolutionizing, and we must embrace the challenges that lay ahead, keeping a hard eye for data and a compassionate heart.** I want to be a part of this new legacy and help lead our amazing union to meet all our members' needs. **www.UniteforStrength.com**

**124 / MATTHEW MODINE**

I have been here, working our Union issues on the National and Local Boards for four years and have served on over 16 philanthropic and civic boards. *{ModineLegacy.com}* My goal: Protect the cornerstones of our Union; a thriving Health Plan, preserving our residuals, enforcing contracts, safeguarding our pensions and as an original Member of the LA Local-Sexual Harassment Committee, ensuring safe working conditions for all. Accomplishing this requires greater inclusion, global leadership, transparency, truthfulness and sustainable prosperity. Joely Fisher and I are prepared to fulfill these goals and respectfully ask for your vote. **Vote MODINE•FISHER MembershipFirst.com**

**125 / ESAI MORALES**

I am asking for your vote. SAG-AFTRA has surrendered so many of the hard - fought gains made by our predecessors that it's becoming difficult to keep track. Your turn-a-round when you work on TV shows outside of LA - Gone. Travel days - no longer a work day with a benefit plan contribution. Background Actors - not covered by union protections where production is growing. Worst of all, the new merged Health Plan could not honor the commitment made to seniors. What's next? Enough is Enough. **Vote MODINE•FISHER** **MembershipFirst.com**

**126 / JENNY O'HARA**

SAG-AFTRA must continue moving forward. Under the leadership of Unite for Strength and its allies we achieved over $1 Billion in contract gains, $318 Million *in 2020 alone, garnered huge increases in streaming residuals, secured protections for new and emerging* platforms, and created *new member driven contracts*. We helped create the *Return To Work Safety Protocols , Sexual Harassment and Nudity Protections* in auditions and on set, and a 24-hour *Safety Hotline*. No lies, no attacks. Just progress. Boards: National/Local. Committees: LA/National Executive, LA/National Honors & Tributes Chair, Disciplinary Review Chair, TV/Theatrical Standing, Communications. **For the facts. www.UniteforStrength.com**

**127 / MARK A PLANAS**

I am asking for your consideration of my candidacy for National Board Member of SAG. I believe that it is time for new ideas, new leadership of our guild. My background in the business world will serve me well in this position, and I hope you will consider me for this position

**128 / STEFANIE POWERS**

Joined SAG in 1961, now SAG-AFTRA. Performed as an actor in films, television, live TV, documentaries, and broadcast as a union professional. At all times I have worked only in productions that were union signatories. I have not always agreed with positions taken by our union in past negotiations, but I have always thought that our union acted in the best interests of its membership. However, recently, especially in 2020, I have become disappointed/concerned with the actions of what has become an unrecognizable Union to the one I joined years ago. We need change. Vote **MODINE•FISHER.** **MembershipFirst.com**

The Local Officers and National Board Members, by virtue of their election to those positions, shall also serve as Convention Delegates. The Local Officers also serve on the Local Executive Committee. The Local Officers, Local Board Members and Convention Delegates, by virtue of their election to those positions, also serve as Alternate National Board Members and in certain circumstances, Convention Delegates are also eligible to serve as Alternate Local Board Members

## NATIONAL BOARD MEMBER – ACTOR/PERFORMER AND STUNT PERFORMER

VOTE FOR NO MORE THAN FOURTEEN (14) – ***CONTINUED ON NEXT PAGE***

### 129 / LEE PURCELL

My passion is to help ALL members, but my focus is to end ageism and gender bias toward senior and women members to increase employment opportunities and respect for those underserved "minorities." As a Los Angeles Local Board member and Chair of the LA Seasoned Performers Committee, I immediately collaborated with insurance professionals (and continue to do so) to tirelessly guide countless seniors to new health insurance after theirs was unceremoniously cancelled. I campaign against ageism, including *Stop the Hate*. Committees include: National Seniors; LA Women's; SAG-AFTRA Radio Plays. Twice Primetime Emmy nominee, member of the Motion Picture Academy and Television Academy. **www.UniteForStrength.com**

### 130 / SHERYL LEE RALPH

I love being a screen actor. As glamorous as it looks, when you pull back the curtain there are decisions being made concerning performers that need serious attention. As a 40-year SAG-AFTRA member, it is my honor to step up to serve our Union membership. Helping people can be a difficult task, especially when people don't realize specifically what help they need. From Weak Contracts to safety on set, a Healthcare Plan in crisis and worry over our Pension Plans, we must be vigilant! I'm here to help and I ask for your vote.
**Vote MODINE•FISHER MembershipFirst.com**

### 131 / MICHAEL RAPAPORT

I'm a proud SAG-AFTRA member. Being informed and educated about some concerns from my fellow members I strongly believe that all SAG-AFTRA MEMBERS need to be more involved. SAG-AFTRA is OUR UNION! We need to protect it and ourselves. The recent loss of SAG-AFTRA Health Care for 8,000+ senior performers, is **Unacceptable**. Contracts where we give up protections, like portal to portal that cuts our turn-a-round time **- Unacceptable**. Low rates for background performers **- Unacceptable**. I'm ready to do right by OUR UNION. **Vote MODINE•FISHER MembershipFirst.com**

### 132 / SARA RUE

I have been a proud, grateful union member for over thirty years, working steadily in film and television since I was 9 years old. **I'm running for both Local and National Boards to listen, learn, and vote my conscience in hopes of creating more equitable and safe working environments for performers.** The landscape of our business is ever changing. As more unique opportunities for actors emerge, I believe we need board members who have experience in all capacities and who can provide realistic perspectives on the potential challenges and pitfalls that could lie ahead. **www.UniteforStrength.com**

### 133 / SHAAN SHARMA

In 2019 our Local voted for change and the ruling regime has done everything in their power to punish us for it, including needlessly shutting our Locals down since March 2020. Despite that, we used the forced downtime to educate, support, and empower our members through online Town Halls, and a new union literacy guide and website (solidarity.us). With your continued support, emerging from the pandemic, we are in a position to rebuild our union into one that truly serves all members, not "leaders" serving themselves. Visit ShaanSharma.com for my report and **Vote MODINE•FISHER MembershipFirst.com**

### 134 / ARJAY SMITH

I'm a husband, a father and a middle-class working actor. The same integrity I bring to my marriage, my parenting and my career is the same integrity I will bring to the SAG-AFTRA board. Ideas dream of success. Success dreams of longevity. Longevity dreams of strength and stability. Let's bring back the strength and stability of this union which I have been a proud member of since 1994.

### 135 / BROOKE SMITH

A proud SAG-AFTRA member since 1987. With changes in the industry, I'm working harder and earning less. Let's stop the in-fighting and come together. Only 21% of members voted last time! I decided to stop complaining, get informed, and try to make real changes instead. We all want the same things: better pay and working conditions, good residuals, pension, retirement, healthcare, increased diversity, inclusion, better advanced pay terms, better contract enforcement, an end to unfair exclusivity. I've learned a lot about self-advocating and I will work hard to make our union better for all of us!
**www.UniteforStrength.com**

### 136 / DAVID SOBOLOV

I'm running as an independent candidate for the SAG-AFTRA National Board. If elected, I won't be voting along party lines. I'll be voting with only one priority in mind - serving your interests. As Co-Chair of the National Animation Negotiating Committee during recent contract negotiations, I worked hard to deliver tangible improvements to our members. If elected, my focus will be on finding rational solutions to remove roadblocks preventing us from being paid as promised, and on fostering a culture within the Union where all members are treated with dignity and respect.

### 137 / SHARON STONE

I always tell the truth when it's time to hear the truth. The protections we have achieved don't go nearly far enough. I've been fortunate to enjoy 40 years working in our industry, but I've also been the victim of sexual harassment and discrimination. I also suffered an extreme health emergency and know how critical it is to have our promised healthcare when that unforeseen moment comes. It was an honor to be presented with a Nobel Peace Summit Award for work with the HIV/AIDS crisis. Compassion and hard work are my commitment to you. Vote **MODINE•FISHER MembershipFirst.com**

### 138 / SEAN ASTIN

The current leadership has created an illusion of stability. The era of self-congratulations must end. We should never accept the notion that we are lucky to get what we get, while giving away hard-won benefits. Our contracts are negotiated with too much deference to our employers and not enough from the position of strength we performers actually hold. With 40 years of membership under my belt, it's time to serve. Remembering my mother, Patty Duke's legacy as president of our union & with deep appreciation for her service, I respectfully ask for your vote. **Vote MODINE•FISHER MembershipFirst.com**

### 139 / JANE AUSTIN

It has been an honor to serve on almost 40 committees Nationally and Locally for the last 19 years. My experience has given me the insight to understand the needs of our membership, which is to make sure we negotiate the strongest contracts we can. We also need to do a better job enforcing those contracts and to provide the safest sets for our members to work on. I look forward to continuing my service in creating a strong union that you can rely on. With your help I know we can accomplish this.**Vote MODINE•FISHER www.janeworks.org www.MembershipFirst.com**

### 140 / SHARI BELAFONTE

I have literally been in this "bizniss" all of my life. As a Scion, the daughter of a passionate celebrity activist, I became aware of the strength of unionizing, watching my father fight for what's right in both social justice and artistic arenas. Ageism, sexism, racism, and wage disparity have no place in a strong workforce. I applaud how far we've come, but am staunchly aware of how far we still have to go for fairness in our worth, comparable opportunities, and being hired to tell OUR stories, in front of and behind the camera. Diversity, not Division. **www.UniteforStrength.com**

The Local Officers and National Board Members, by virtue of their election to those positions, shall also serve as Convention Delegates. The Local Officers also serve on the Local Executive Committee. The Local Officers, Local Board Members and Convention Delegates, by virtue of their election to those positions, also serve as Alternate National Board Members and in certain circumstances, Convention Delegates are also eligible to serve as Alternate Local Board Members.

## NATIONAL BOARD MEMBER – ACTOR/PERFORMER AND STUNT PERFORMER

VOTE FOR NO MORE THAN FOURTEEN (14) – ***CONTINUED***

**141 / GABRIELLE CARTERIS**
Being **President of SAG-AFTRA** for the past 5 1/2 years has been an honor and a privilege. I'm stepping down as it's time to pass the baton and asking for your vote as a Los Angeles National Board member. We've made significant progress: reimagining our Commercials contract, securing better streaming residuals, fighting sexual harassment and keeping our members safe, developing Intimacy Coordinator accreditation to provide protection during intimate work. With the Pandemic, we fought to include members in the stimulus package and for additional unemployment compensation, then led the way to reopening the industry. My commitment has not wavered. **www.UniteForStrength.com**

**142 / CYNTHIA LEA CLARK**
Help me make our Union strong, powerful, and working for all members. The status quo is not working. We are losing too much – (1) retirees are losing their health plan, (2) our income hasn't sufficiently been raised in ages, and (3) background and stunt performers are grossly unprotected. As a Forensic Psychologist, I look for multiple ways to fix problems. I fight for what is right! I will fight for all of us! I am needed here. Let's bring back the pride we felt with the first SAG Awards show – I am an actress. Here's my card! #independent

**143 / WILSON CRUZ**
After nearly 30 years as a union member, journeyman actor, and a champion for fairness, equity, and inclusion, it would be a privilege to serve and represent you on our National Board. Alongside my fellow UFS leaders, I will bring a wealth of experience from a career and life that has taught me resilience and has empowered me to be a voice for justice. I have a passion for our work, our art and for our safety, which includes our physical and mental health and an unflinching eye to secure our future. Thank you for your vote. **www.UniteforStrength.com**

Ex I-15

The Local Officers and National Board Members, by virtue of their election to those positions, shall also serve as Convention Delegates. The Local Officers also serve on the Local Executive Committee. The Local Officers, Local Board Members and Convention Delegates, by virtue of their election to those positions, also serve as Alternate National Board Members and in certain circumstances, Convention Delegates are also eligible to serve as Alternate Local Board Members.

Please note that pursuant to Article 5.5. of the Los Angeles Local Constitution, Local members may only vote for convention delegates in their declared category. Therefore, your ballot will only contain the delegate candidates in your declared category.

## CONVENTION DELEGATE – ACTOR/PERFORMER / 2 YEAR TERM

VOTE FOR NO MORE THAN ONE HUNDRED TWENTY-NINE (129)

144. BEHZAD DABU
145. JOE D'ANGERIO
146. PATRIKA DARBO
147. LAUREN DE MIRANDA
148. CATHERINE DENT
149. DENNIS DEPEW
150. SHARMILA DEVAR
151. WILL DINSMOOR
152. JAY DISNEY
153. HOLLY DORFF
154. SUSIE DUFF
155. CAITLIN DULANY
156. MICHELLE DUNKER
157. CATHERINE EADS
158. MAGGIE EGAN
159. AMIN EL GAMAL
160. CAROLE ELLIOTT
161. DAVID ERRIGO JR
162. LARRY FINE
163. ALANNA FOX
164. TIM FRIEDLANDER
165. ELISA GABRIELLI
166. JILL GALBRAITH
167. JEFF GARLIN
168. LEE GARLINGTON
169. BRAD GARRETT
170. SPENCER GARRETT
171. MIKE GENOVESE
172. ANDREA GEONES
173. JASON GEORGE
174. ELLIOT GHERTNER
175. GISELLE GILBERT
176. SHARON GLESS
177. RUBEN ROBERTO GOMEZ
178. ROCHELLE LYNN GOPLEN
179. EVE GORDON
180. ALANA GRACE
181. MELISSA GREENSPAN
182. CLARK GREGG
183. ELIZABETH GUEST
184. NICHOLAS GUEST
185. PAMELA GUEST
186. ARON HADDAD
187. RICHARD HADFIELD
188. BRIAN HAMILTON
189. REN HANAMI
190. GREGORY HARRISON
191. JOE HART
192. SAMANTHA HARTSON
193. CUPID HAYES
194. MARY HEISS
195. LAURI HENDLER
196. CAROLYN HENNESEY
197. LAUREN HENNING
198. LOUIS HERTHUM
199. KEVIN HIGH
200. AUSTIN HIGHSMITH GARCES
201. AMY HILL
202. DULÉ HILL
203. JENNAE HOVING
204. MICHELLE HURD
205. AMEN IGBINOSUN
206. KYM JACKSON
207. HEIDI JAMES
208. MARY ELLEN JENNINGS
209. KEITH JOHNSON
210. DAVID JOLLIFFE
211. LORIS ANNE JONES
212. JACKIE JOSEPH
213. CALVIN JUNG
214. SOHM KAPILA
215. MATT KAVANAUGH
216. ROBERT KENISTON
217. MOBIN KHAN
218. STEVE KNOLL
219. JEN KOBER
220. CLYDE KUSATSU
221. PETER KWONG
222. ERIC LADIN
223. JEFFREY LANDMAN
224. SHYLA LA'SHA
225. DONNA LYNN LEAVY
226. ETHAN LEE
227. JOANNA LEEDS
228. JEN LEVIN
229. KATE LINDER
230. RUTH LIVIER
231. BARRY LIVINGSTON
232. LANCE A LOTT
233. MICHAEL C. MAHON
234. MOUZAM MAKKAR
235. CAMILLE MANA
236. CAMRYN MANHEIM
237. ANTHONY MARCIONA
238. RICK MARKMAN
239. A MARTINEZ
240. KEVIN MCCORKLE
241. CHRISTOPHER MCDANIEL
242. NEAL MCDONOUGH
243. ELIZABETH MCLAUGHLIN
244. LYNN MARIE MIERZEJEWSKI
245. MEL MITCHELL
246. MARILYN MONROVIA
247. JEAN MONTANTI
248. ANNETTE S MOORE
249. ESAI MORALES
250. MAURY MORGAN
251. RON MORGAN
252. BILL MUMY
253. EILEEN MUMY
254. GAYE NELSON
255. NICOLE LEANNE NELSON
256. STEVIE NELSON
257. CHHAYA NENE
258. JAKE O'FLAHERTY
259. JENNY O'HARA
260. ASHLEY NICOLE OLES
261. RICHARD R OLMSTED
262. PEGGY LANE OROURKE
263. MARY OSTROW
264. RON OSTROW
265. LAURIE PALADINO
266. GRETCHEN PALMER
267. TESS PARAS
268. PHIL PAROLISI
269. JACK PATTERSON
270. STEPHEN PELUSO
271. JOHN LOUIS PETERS II
272. LAUREN PETERSON
273. TODD PETERSON
274. ALISON PILL
275. ROBERT PINE
276. HOLLY PITRAGO
277. MARK A PLANAS
278. ASHLEY PLATZ
279. STEFANIE POWERS
280. LEE PURCELL
281. SHERYL LEE RALPH
282. PATRICK RANDOLPH
283. DILEEP RAO
284. ANN MARIE RAVENS
285. JAVIN REID
286. SY RICHARDSON
287. ROBIN RIKER
288. CRYSTAL RIVERS BADEAUX
289. BARBARA ROBERTS
290. ROMY ROSEMONT
291. ALAN ROSENBERG
292. JONATHAN ROUMIE
293. SARA RUE
294. WEDNEZDAY RYAN
295. RICKY RYBA
296. AL SAPIENZA
297. WOODY SCHULTZ
298. KYRA SCHWARTZ
299. SARAH SCOTT
300. SHEA SCULLIN
301. SHAAN SHARMA
302. NIK SHRINER
303. NINA SIEMASZKO
304. ARJAY SMITH
305. BROOKE SMITH
306. JERILYN STAPLETON
307. ARNE STARR
308. ALAN STARZINSKI
309. CONNIE STEVENS
310. JODY STEVENSON
311. ALANA COLLINS STEWART
312. EVELYN STOKES
313. KEITH STOLLER
314. SHARON STONE
315. JAYA SUBRAMANIAN
316. AMIR TALAI
317. RENEE TAYLOR
318. IQBAL THEBA
319. MARIJA THOMAS
320. ERIN TILLMAN
321. RODNEY TO
322. STACEY TRAVIS
323. TONI TRUCKS
324. ARMAND VASQUEZ
325. BILLY VERA
326. DAVID VILLAR
327. KATIE VON TILL
328. LISA ANN WALTER
329. TODD WARING
330. NAOMI WATSON
331. KEVIN E. WEST
332. BRUCE WEXLER
333. BEN WHITEHAIR
334. VIVICCA A WHITSETT
335. ANSON WILLIAMS
336. KAY WILSON
337. KRISTA MARIE YU
338. DIVA ZAPPA
339. BEN ZELEVANSKY
340. CHERI ADAMS
341. LORI ALAN
342. JONELLE ALLEN
343. ZEKE ALTON
344. VINCENT AMAYA
345. JENNIFER LYNN ANDERSEN
346. KEVIN ASHWORTH
347. SEAN ASTIN
348. JANE AUSTIN
349. RACHEL AUTUMN
350. SHONDRELLA AVERY
351. JAMES BABBIN
352. STEVEN BARR
353. MALCOLM BARRETT
354. ISMAIL BASHEY
355. SHOSHANA BEAN
356. GRAHAM BECKEL
357. GINA BELAFONTE
358. SHARI BELAFONTE
359. JORDAN BELFI
360. MICHAEL JAMES BELL
361. BILL BELLAMY
362. JODIE BENTLEY
363. TIMOTHY BLAKE
364. DAVID BLUE
365. NIKITA BOGOLYUBOV
366. ANASTASIA BOISSIER
367. MICHELLE C. BONILLA
368. SEAN MICHAEL BOOZER
369. LILAN BOWDEN
370. STEVE BOZAJIAN
371. LAURA LINDA BRADLEY
372. IVAR BROGGER
373. JEN FAITH BROWN
374. JULIE BROWN
375. ROB BROWNSTEIN
376. MICHAEL BRUEN
377. JULES BRUFF
378. CARLEASE BURKE
379. LYNNE DENISE BURNETT
380. DYAN CANNON
381. MICHAEL CARNEGIE
382. JOI CARR
383. EVER CARRADINE
384. RACHELLE CARSON-BEGLEY
385. GABRIELLE CARTERIS
386. EVA CEJA
387. WILLIAM CHARLTON
388. PARVESH CHEENA
389. FEODOR CHIN
390. TOM CHOI
391. JILLIAN CLARE
392. CYNTHIA LEA CLARK
393. DAVID CLENNON
394. BRYAN COFFEE
395. ASSAF COHEN
396. MINDY COHN
397. DWAYNE COLBERT
398. JOHN P CONNOLLY
399. MELISSA COOK
400. CHANTAL COUSINEAU
401. TIFFANY YVONNE COX
402. ELLEN CRAWFORD
403. WILSON CRUZ
404. ERIN CUMMINGS
405. SONDRA CURRIE
406. JON CURRY
407. WENDY E. CUTLER

Ex I-16

The Local Officers and National Board Members, by virtue of their election to those positions, shall also serve as Convention Delegates. The Local Officers also serve on the Local Executive Committee. The Local Officers, Local Board Members and Convention Delegates, by virtue of their election to those positions, also serve as Alternate National Board Members and in certain circumstances, Convention Delegates are also eligible to serve as Alternate Local Board Members.

Please note that pursuant to Article 5.5. of the Los Angeles Local Constitution, Local members may only vote for convention delegates in their declared category. Therefore, your ballot will only contain the delegate candidates in your declared category.

## CONVENTION DELEGATE – BROADCAST – ENTERTAINMENT / 2 YEAR TERM

VOTE FOR NO MORE THAN ONE (1)

408. TAMARA HEIDE
409. SAM RUBIN
410. LISA STANLEY

## CONVENTION DELEGATE – DANCER / 2 YEAR TERM

VOTE FOR NO MORE THAN ONE (1)

411. DONNA RUSSO
412. DANIELLE TOWNE

## CONVENTION DELEGATE – SINGER / 2 YEAR TERM

VOTE FOR NO MORE THAN FOUR (4)

413. SAM HARRIS
414. JASPER RANDALL
415. FLETCHER SHERIDAN
416. SUZANNE WATERS
417. CHARLEAN CARMON

## CONVENTION DELEGATE – STUNT PERFORMER / 2 YEAR TERM

VOTE FOR NO MORE THAN THREE (3)

418. ALYMA DORSEY
419. NICK EPPER
420. DEBBIE EVANS
421. MARIE FINK
422. EDWIN GARCIA II
423. LESLIE HOFFMAN
424. DEREK JOHNSON
425. MIKAL KARTVEDT
426. HENRY KINGI JR
427. KURT LOTT
428. BOB CARLSON

PAGE INTENTIONALLY LEFT BLANK

18 / LOS ANGELES LOCAL ELECTION

Ex I-18

262345_04_SAG-AFTRA SAAF07210002_VG LA.indd 18 7/27/2021 8:38:45 AM

PAGE INTENTIONALLY LEFT BLANK

19 / LOS ANGELES LOCAL ELECTION

Ex I-19

262345_04_SAG-AFTRA SAAF07210002_VG LA.indd 19 7/27/2021 8:38:45 AM

# VOTING INSTRUCTIONS

## IMPORTANT! Make Sure Your Vote Counts

FAILURE TO FOLLOW THESE INSTRUCTIONS COULD JEOPARDIZE YOUR VOTE.
READ COMPLETELY BEFORE CASTING YOUR VOTE.

**Your LIME GREEN LOS ANGELES LOCAL ELECTION PACKET contains four pieces:**

1. A "Voter's Guide and Voting Instructions" Booklet – showing all candidates and statements.
2. A lime green coded Ballot.
3. A lime green "Secret Ballot" Envelope.
4. A lime green "Business Reply Mail" Return Envelope.

### STEP 1

When you are ready to vote, use a black or dark pen to solidly mark the appropriate oval next to your choice of candidate for each office on your Ballot. Please note that ANY mark inside of an oval constitutes a vote for that candidate.

The ballot is scanned by optical scanners. If you make an error, you MAY request a replacement ballot. Contact SAG-AFTRA by telephone at 323-549-6458 or by email at replacementballot@sagaftra.org to request a replacement ballot.
**The deadline for requesting a replacement ballot is 12:00 p.m. (PDT) on Monday, August 30, 2021.**

### STEP 2

Remove the numbered stub on the ballot and retain for your records.

### STEP 3

Seal only your voted lime green coded Ballot in the lime green "Secret Ballot" Envelope.
**DO NOT place more than one ballot in the "Secret Ballot" envelope.**

### STEP 4

Put the sealed **LIME GREEN** "Secret Ballot" Envelope into the **LIME GREEN** "Business Reply Mail" Return Envelope addressed to: SAG-AFTRA c/o Integrity Voting Systems, PO BOX 48916, Los Angeles, CA 90048-9145.

USE THE SUPPLIED OFFICIAL LIME GREEN RETURN ENVELOPE. If it is missing, you MUST request a replacement return envelope. Contact SAG-AFTRA by telephone at 323-549-6458 or by email at replacementballot@sagaftra.org to request a replacement return envelope.
**DO NOT place more than one "Secret Ballot" envelope in the return envelope.**

### STEP 5

Mail your completed ballot – no postage is required. **Include ONLY your lime green coded Los Angeles ballot (in its lime green secret ballot envelope) in the enclosed "Business Reply Mail" return envelope.**
**DO NOT include your GOLD National Officers Ballot in the LIME GREEN "Business Reply Mail" return envelope.**

A search of the returned envelopes will be conducted to assure that a replacement ballot is not a duplicate vote. Should two return envelopes be found from the same voter (an original and a replacement), only the ballot in the original envelope will be counted.

THIS IS A SECRET BALLOT: Before the "Secret Ballot" Envelope is opened, it is removed and separated from the Return Envelope.

**BE SURE TO VOTE IMMEDIATELY**

Your Ballot must be received via U.S. Mail at the Los Angeles Post Office Box by **6:30 AM (PDT) Thursday, September 2, 2021.**

An Integrity Voting Systems® Product
©2005-2021 Integrity Voting Systems®

# Exhibit J

REVISED

SAAF08230049

# Voter's Guide and Voting Instructions for the 2023 Los Angeles Local Election

**August 9, 2023**

The candidates have been requested to provide, at their discretion, statements for this brochure in accordance with the rules outlined in the SAG-AFTRA Constitution and the Nominations and Election Policy ("Guidelines"). Except as set forth in the guidelines, statements will be printed exactly as submitted. Photos and statements for Convention Delegate positions are not permitted.

**THE CANDIDATES' STATEMENTS IN THIS BROCHURE ARE SOLELY THOSE OF EACH OF THE CANDIDATES. SAG-AFTRA DOES NOT ENDORSE ANY OF THE CONTENTS OF, OR OPINIONS EXPRESSED IN, THESE STATEMENTS.**

Please note that the candidate names are listed in order by randomly selecting a letter and then listing candidate names alphabetically by last name starting with the letter selected. The random letter selected this year is "P".

If a candidate for any office is unopposed, the candidate shall be declared elected without the necessity of a membership vote.

Please note that the following candidates ran unopposed and will be installed in office on September 8, 2023:

**National Board Member – Dancer** - Danielle Towne;
**Local Board Member – Dancer** - Lauren Froderman;
**Local Board Members – Singer/Recording Artist** - Arnold Livingston Geis and Fletcher Sheridan;
**Convention Delegate – Broadcast – Entertainment** - Samuel Rubin;
**Convention Delegate – Dancer** - Lauren Froderman;
**Convention Delegates – Singer** - Charlean Carmon, Kenton Chen, Fletcher Sheridan and Suzanne Waters

• • •

## IMPORTANT!

**Before marking your ballot, please read the "Voting Instructions" on back of this guide. Following these instructions assures that your vote will be cast properly.**

Ex J-1

The Local Officers and National Board Members, by virtue of their election to those positions, shall also serve as Convention Delegates. The Local Officers also serve on the Local Executive Committee. The Local Officers, Local Board Members and Convention Delegates, by virtue of their election to those positions, also serve as Alternate National Board Members and in certain circumstances, Convention Delegates are also eligible to serve as Alternate Local Board Members.

# PRESIDENT / 2 YEAR TERM

## VOTE FOR NO MORE THAN ONE (1)

**01 / MAYA GILBERT-DUNBAR**

Background- you're the SPINE of SAG-AFTRA, I know your struggles. I toiled in those undervalued, underpaid trenches for years. Seniors- leadership FAILED YOU when you needed protection the most. Stunts, dancers, VO- you've been treated as second class citizens. We've ALL been pushed to our limits mentally, physically, emotionally, & financially. Let's end this assault on our creative freedom by staff & failed factions. I'm here FOR YOU, giving a voice to the voiceless, NOT producers. It's time to put POWER in the hands of MEMBERS and reclaim the union WE fund. **VOTE INDEPENDENT! VOTE DUNBAR•BRUCE UnionMemberNews.com**

**02 / JODI LONG**

As your LA Local President, and now Chair of the National Self Tape Task Force and Co-Chair of the TV Theatrical negotiating committee, I have fought for a wide range of diverse voices to be heard regarding the many industry issues we face – AI technology, streaming, self tapes and dwindling residuals! I will continue to fight for transparency, inclusiveness, our health plan(!) and coming to consensus in order to best serve *YOU* – our members. Make no mistake, this unity/joint slate is about having ***the most power at the negotiating table.*** Vote Drescher / Fisher - Unity2023.com

---

# VICE PRESIDENT / 2 YEAR TERM

## VOTE FOR NO MORE THAN TWO (2)

**03 / SHERYL LEE RALPH**

I believe in the power of collective action and the potential for positive change. As a 45 year SAG/AFTRA member, I have witnessed firsthand the challenges and aspirations of my fellow members. I am driven to advocate for their rights, amplify their voices, and fight for fair contracts and equitable PAY. Together, we can strengthen solidarity, champion performers rights, and create a stronger, more inclusive union that uplifts and empowers us all. I am committed to serving with integrity, passion, and a deep sense of responsibility to my union family. Vote Drescher/Fisher - Unity2023.com

**05 / ROCKMOND DUNBAR**

I am an INDEPENDENT candidate. As a 30 year performer having faced *HISTORIC* and *UNPRECEDENTED* employment discrimination I ask: where was OUR UNION? Just imagine the struggles of rank-and-file members who don't have the advantages of a successful career. I vowed to myself to get involved with union service because I've experienced firsthand how union service is 'involved' in our livelihoods. I promise you, my fellow members, I will never deny any human being a chance to earn a living, and I will hold anyone that does *ACCOUNTABLE*. **VOTE INDEPENDENT! GILBERT-DUNBAR•ANTICO•BRUCE** UnionMemberNews.com

**04 / VERONICA BRUCE**

I am an INDEPENDENT candidate. **Let's transform this union together:** Support a forensic audit to promote more transparency and efficiency of the general fund. Put serious investment into flipping non-union jobs into union jobs for **all** categories. Singers, dancers, stunt performers, and background need proper representation. Mandatory boardroom transparency to inform general membership. Empower our membership with better benefits and education. I've learned from long standing unionists and want to raise their voices and powerful representation. **VOTE INDEPENDENT! UnionMemberNews.com**

**06 / DAVID JOLLIFFE**

I have dedicated myself to protecting all union performers. I haven't been quiet when forces within our union have tried to jeopardize those protections. When our health plan stripped away long held promised benefits… I fought back, hard. When bad deals were presented to you, we in Los Angeles fought back. We're now poised to make truly significant gains in our contracts. For the first time in years I see actual progress being made. I ask for your vote to continue fighting for us all. Vote Drescher/Fisher - Unity2023.com

The Local Officers and National Board Members, by virtue of their election to those positions, shall also serve as Convention Delegates. The Local Officers also serve on the Local Executive Committee. The Local Officers, Local Board Members and Convention Delegates, by virtue of their election to those positions, also serve as Alternate National Board Members and in certain circumstances, Convention Delegates are also eligible to serve as Alternate Local Board Members.

## LOCAL BOARD MEMBER – ACTOR/PERFORMER AND STUNT PERFORMER / 2 YEAR TERM

VOTE FOR NO MORE THAN FORTY-ONE (41) – ***CONTINUED ON NEXT PAGE***

**07 / WOLE PARKS**

I've been a "working actor" for over twelve years, but that term seems to apply to less of us as time goes by. We're needing more work because each job pays less, yet demands more. I know companies will squeeze us but that's why our union is supposed to protect us. Communication needs to be increased, as does (financial) worker protection. We need more clarity on what the union is doing to **REVERSE the rise of non-union work** that hurts everyone in the long-run. Plus, more financial transparency BEFORE each crisis develops. No more defense, we need offense.

**08 / STEFANIE POWERS**

I am running for re-election to the LA local board for the first time and after much consideration because I feel there is still so much to accomplish on behalf of my fellow performers and I live in hope that my participation will add to those of like mind who feel that a union is important in defending the four principles for which it was formed...to safeguard and defend wages and working conditions, and to protect our pension and health care. Vote Drescher/Fisher - Unity2023.com

**09 / SARAH RAMOS**

When I was ten, I was obsessed with celebrities. So I became a professional actor, knowing that by eleven, I'd be a rich, powerful movie star. Join the union? Sure, but I wouldn't need it! 23 years later, I'm… a professional actor. I'm proud of my TV/film credits. But I'm even prouder to be advocating for the value of actors' work that most people don't see, especially in auditions. That's why I served on the union's LA Self-Tape, National Self-Tape, & 2023 TV/Theatrical Negotiating Committees, and why I'm running for SAG-AFTRA leadership. Vote Drescher/Fisher - Unity2023.com

**10 / CHELSEA RENDON**

It's been an incredible honor to be a SAG-AFTRA member for the past 22 years. During this time I have seen the business change and not all for the best. My experience has given me a great perspective on what our union needs to be fighting for to make positive changes that support every performer. I'm very excited for the opportunity to represent my fellow members, to share my passion for our craft, and to establish a new voice on the board.

**11 / ALAN ROSENBERG**

I am an INDEPENDENT candidate. From 2005-2009 I was honored to serve as SAG National President. I served then and am running now because our members remain in crisis. With every new technology (DVD, streaming, AI) our compensation diminishes as our employers create revenue streams. Never do we adequately participate in the billions our work generates. This deficiency threatens to turn professional actors into hobbyists. I pledge to fight on your behalf. **VOTE INDEPENDENT!**

**12 / LINSAY ROUSSEAU**

No Statement

**13 / JERI RYAN**

I've been lucky enough to work as an actor since 1990. For most of those years, I took our rights and union-won protections for granted. But with the seismic shifts in our industry, our profession has become less and less viable as a full-time career for too many working class actors. It's time to give back to the union that's protected me, and I'm ready to fight for all of us to ensure that we remain strong and protected. **Unity2023.com**

**14 / WEDNEZDAY RYAN**

Serving the union on many committees since 2009 I've seen division and partisanship undermine our ability to be effective. Being elected to the board will increase my capacity to give members a voice. My desire is to protect our inalienable rights, fiercely stand up for **all** generations and to motivate through up to date, accurate, transparent information. A very small group of people have been making decisions without our consent. Let's shift the balance of power back to the membership. Vote for people who will represent YOU and are not afraid to speak up or ask questions. **Independently,**…W https://wednezdayryan.workbooklive.com/

**15 / MARCO SANCHEZ**

As a graduate of UCLA's School of Theater, Film, and Television, I've been a proud member of SAG-AFTRA for almost 34 years. With the seismic changes brought on by the streaming services, self-tape auditions now the new norm, and the threats posed by Artificial Intelligence, a strong and unified SAG-AFTRA (working in solidarity with our fellow unions) has never been more crucial. This is why I picketed in support of the WGA strike, voted YES to authorize a SAG-AFTRA strike, and why I'm running.

**16 / ROB SCHNEIDER**

I am an INDEPENDENT candidate. It has been my honor to serve my fellow actors and try to give back to my profession for the great opportunity that this Union has afforded me. I have consistently stood up against National Board decisions like older members losing out on their residuals and losing their health benefits and I always opposed discrimination of vaccine mandates. As your **LA Local Board Member** I promise to never bow to the mob that wants to take away YOUR rights and benefits. **VOTE INDEPENDENT!**

**17 / WOODY SCHULTZ**

Proud unionist and advocate for the rights and protections of members since 1995. As a founding member of the NextGen Performers, Innovation and New Technology, and Performance Capture Committees, I constantly engage with emerging technologies and recognize their potential threat. For 20 years I've fought to protect against any illegal use or manipulation of our work and images, most recently with respect to AI. As a LGBTQ+ performer, I'll tirelessly fight for more accurate, inclusive representations of the diverse world we inhabit. Together, let's forge a future that guarantees fair compensation and endless possibilities for every performer. **Unity2023.com**

**18 / SARAH SCOTT**

As a veteran actress and premiere intimacy coordinator, I have witnessed an evolving awareness happening on sets, while at the same time seen vast inequities and growing uncertainty among our members. Developing actors deserve fair wages and respectable residuals. Our minor members must have stronger contractual protections. All members need to be educated and protected from sexual harassment in the work place. Strides have been made. Progress is upon us. Let's stay the course to ensure a solid future. I would be honored to serve another two years for you. Vote Drescher/Fisher - Unity2023.com

The Local Officers and National Board Members, by virtue of their election to those positions, shall also serve as Convention Delegates. The Local Officers also serve on the Local Executive Committee. The Local Officers, Local Board Members and Convention Delegates, by virtue of their election to those positions, also serve as Alternate National Board Members and in certain circumstances, Convention Delegates are also eligible to serve as Alternate Local Board Members.

## LOCAL BOARD MEMBER – ACTOR/PERFORMER AND STUNT PERFORMER / 2 YEAR TERM

VOTE FOR NO MORE THAN FORTY-ONE (41) – ***CONTINUED ON NEXT PAGE***

**19 / BRENT SEXTON**

Independent candidate wondering, "What do you call our representatives whose words don't match their actions?" Union Trust = Transparency. Open, recorded meetings for all members and Roll Call Votes must be implemented to eliminate the gaslighting. Consider: why doesn't current leadership have this accountability in place already? Avoid the 'Unity Slate' deceivers, who literally lost foundational members of their group this past June and July. Choose *Independent* representatives who protect all members including Background and Stunts, and let's get Senior's residuals qualified toward their healthcare again. **VOTE INDEPENDENT / GILBERT-DUNBAR•ANTICO•BRUCE www. UnionMemberNews.com**

**20 / SHAAN SHARMA**

Thanks to your trust and support, we have reformed LA Local leadership and put our union in its strongest negotiating position in SAG-AFTRA history. Over the past two years, I led efforts to protect members from abusive and unreasonable self-taped audition practices, relaunched the LA Conservatory with a first-ever vetting process to ensure qualified instructors, resumed table reads with WGA writers, rebuilt our Member Orientations from the ground up, and served on the TV/Theatrical Negotiating Committee for the first time. I would be honored to continue serving our Local. Vote Drescher/Fisher - Unity2023.com

**21 / KYLIE SPARKS**

As a 19-year nonbinary member, starting as a child actor, working 95% of all contracts, I am running as an independent candidate after serving as a 2019 convention delegate and as a member of three local & national committees from 2019-2021. My focus, if elected, is equitable inclusion for all in this industry, including initiatives to help actors of color, LGBTQ actors, and disabled actors thrive in our union, as well as working with the local board to make sure our union enforces clauses in our contracts that may be overlooked but benefit the actor. Thank you for

**22 / ALAN STARZINSKI**

I'm here to ACTUALLY get some shit done.

**23 / BEX TAYLOR-KLAUS**

I strongly believe that our national board needs a shakeup. Some new blood is perfect for the job! I've officially been in this union for over a decade, and I am more than ready to stand up and support my fellow actors in whatever way I can. We deserve fair treatment, fair pay, and job security. These shouldn't be pipe dreams.

**24 / CHRISTIAN TELESMAR**

I am excited to run for the LA Local Board and Convention Delegate positions in SAG-AFTRA. With a decade of union membership, I am passionate about diversity, equity, and inclusion in the arts. Experience on the Orientation Subcommittee and as co-chair of the LA Responsible Strike Preparedness Committee has given me valuable insights into union organizing. As a business owner with an MFA and an MBA, I offer a fresh perspective on technology and innovation to the union's leadership. If elected, I will fight for better communication, compensation, and representation. Vote Drescher/Fisher - Unity2023.com

**25 / KATIE VON TILL**

Labor is having a moment in this country. We need to seize this opportunity to strengthen our union and all unions. My keen analytical skills, cool head, independent spirit, and unwavering dedication have proven to be assets on committees, in board rooms, and at convention. As *National Chair* of the **Commercial Performers' Committee** and *LA Vice Chair* of the **Commercial Contract Negotiating Committee**, I helped lead a successful strike against BBH and helped to create an entirely new revenue stream for our union with the Influencer Agreement. Outreach and organizing continue to be my focus. We are stronger together. **Unity2023.com**

**26 / LISA ANN WALTER**

As Chair of LA Local Womens & National Womens Committee member, I led efforts to protect our members working in states with prohibitive reproductive health laws. For the last two conventions, my proposals passed overwhelmingly and my committee turned them into action; including an interactive map detailing state laws and policies to travel our members to safe states in an emergency. Other Committees; Cameo, Sexual Harassment, GAP, Negotiation. I'm proud of my MANY hours fighting for meaningful streaming pay/residuals, AI regulations and healthcare/fare wages for ALL contracts. We can and WILL achieve better. Vote Drescher/Fisher - Unity2023.com

**27 / JAMIE ANNE ALLMAN**

I'm an INDEPENDENT candidate. Having been a SAG-AFTRA member & working actor for 20+ years, I believe we all have a voice in our Union. I would love to contribute to our ever-changing industry with better contracts, residuals, and health insurance for all. I support transparency in decisions which would benefit the entire membership. Looking forward to serving. **VOTE INDEPENDENT! ANTICO•BRUCE•DUNBAR unionmembernews.com**

**28 / PETER ANTICO**

Los Angeles Technology Chair, Stunt Safety Chair, MacroEconomic Scholar, Capital Management, 44 yr. vested member, I incepted the Asner legal action winning a 20.6 million settlement. SAG-AFTRA borrowed 10 million from PPP, cut 30% of staff, cut member services, gave executive staff over 1 million in raises while working from home. 42 million office expense, Purchased building for 47 million cash, tax assessed value 23 million while members lost healthcare. I will restore financial responsibility, transparency & honesty. I support residuals for TV coordinators, increased BG coverage nationwide, meaningful residual increases & AI protection. **VOTE INDEPENDENT! GILBERT-DUNBAR•ANTICO UnionMemberNews.com**

**29 / KRISTEN ARIZA**

When I first joined the Union, admittedly I was more concerned about that little plastic SAG card than the info booklet that came with it. Cut to 23 years later, I pride myself on not only being a working theatrical and commercial performer, but also being an informed, educated and passionate member determined to make our Union stronger, inclusive and more transparent. I am running for Convention Delegate with an **Independent** heart, a fire in my belly and ideas in my mind. I will show up, listen and collaborate with everyone. I am ready! and hope to get your vote.

**30 / SEAN ASTIN**

Our Union is my passion. Thank you for allowing me to serve. At the end of my first term as a National & LA Local Board member, serving on the Executive Committee, GRC (Rules), National & Local Government Public Policy, Netflix & TV/Theatrical Negotiating Committees, having formed & Chaired the LA Responsible Strike Preparedness & Mental Health Committees, I am loving every complex, frustrating, thrilling and beautiful moment. We have built unity where there was none. We have fought hard. Next up is reforming the antiquated and cumbersome Governance Structure, how your union works. Vote Drescher/Fisher - Unity2023.com

Ex J-4

The Local Officers and National Board Members, by virtue of their election to those positions, shall also serve as Convention Delegates. The Local Officers also serve on the Local Executive Committee. The Local Officers, Local Board Members and Convention Delegates, by virtue of their election to those positions, also serve as Alternate National Board Members and in certain circumstances, Convention Delegates are also eligible to serve as Alternate Local Board Members.

## LOCAL BOARD MEMBER – ACTOR/PERFORMER AND STUNT PERFORMER / 2 YEAR TERM

VOTE FOR NO MORE THAN FORTY-ONE (41) – ***CONTINUED ON NEXT PAGE***

### 31 / JANE AUSTIN

Member since 1987 and former National Secretary-Treasurer for four years, Jane Austin has demonstrated her commitment to strengthening contracts and raising awareness for action on crucial industry issues. Jane's priorities for the upcoming administrative term will focus on improving streaming residuals, safeguarding emerging performance work that should be covered and compensated, and expanding member services and education opportunities through her work with the Conservatory. If elected, Jane will continue to fight for SAG members' future and ensure that artists from across our creative world are valued, represented, and protected. Vote Drescher/Fisher - Unity2023.com

### 32 / SHONDRELLA AVERY

As an experienced corporate professional and a storyteller in the entertainment industry, I comprehend the essence of business. I am cognizant of the delicate balance between artistic sensitivity and commercial considerations. With my dual perspective, I aim to unite these worlds. Let us uplift one another, focusing on the present rather than dwelling on the past. I stand prepared to contribute and humbly recognize the invaluable service you all have rendered. Together, let's forge a path of mutual growth and build each other up going from victory to victory. Vote Drescher/Fisher - Unity2023.com

### 33 / MICHELLE C. BONILLA

I've been a working actor in SAG-AFTRA for over 29 years and work under many of our contracts as a performer. Providing safer working conditions, proper wages, diversity, inclusion, and bettering our CBA has always been my focus. As a 2021 Convention Delegate, I authored two resolutions regarding self-tapes (which were passed) and now serve on the National Self-Tape Committee as well as the National Latino Committee. Past Committees: TV/Theatrical, TV/Theatrical Negotiating and EEO. In this evolving world, we must continue to protect our members. It would be an honor to serve on our Los Angeles Local Board. **Unity2023.com**

### 34 / VERONICA BRUCE

I am an INDEPENDENT candidate. Ensuring union policies don't *unintentionally* take away opportunities and benefits for lesser known actors is a priority. How do we strengthen our union by strengthening each member? More education for both our craft and business sense so we are confident and abundant performers. More union jobs and respect for the value performers provide. I'm committed to hearing all sides and bridging the divide in the board room. **VOTE INDEPENDENT! UnionMemberNews.com**

### 35 / MATT BUSH

Our employers will never stop seeking new ways to exploit our labor. We need leaders who are vigilant; middle class working actors who fight like their survival in the industry depends on it. Sensing timidness heading into these negotiations, I organized a grassroots movement alongside fellow members that successfully pressured the National Board to call for the Strike Authorization Vote. Electing me means embracing bold leadership, one that recognizes our indispensable role in the industry. United, we possess something a single performer rarely does - *leverage* – and it MUST be harnessed at every turn. Vote Drescher/Fisher - Unity2023.com

### 36 / EVER CARRADINE

I have been a proud union member and working actor for over 25 years. I've worked in sitcoms, network TV, cable, studio films, independents, and streamers. I have been everything from a day player to number one on the callsheet. I have seen first hand how our business has changed, and how hard it has become to make a living wage as an actor. I am not afraid to use my voice to call out injustice, and I would be honored to give my time and my voice to work on behalf of my fellow actors. **Unity2023.com**

### 37 / JILLIAN CLARE

As a union member since 2001, I'm proud to represent our local members and fight for what matters most to us: fair contracts, healthcare, protecting our image, residuals, and safety. In the past two years, I've had the honor of serving as Co-Chair of the LA Young Performer's Committee, providing our most vulnerable talent with tools and panels to help them succeed. Serving our members has brought me great joy and purpose and I would love nothing more than to represent you all on our local Los Angeles board. @jillianclare Vote Drescher/Fisher - Unity2023.com

### 38 / JOSH COVITT

Not a celebrity, even though I've got a famous-ish last name (zero relation to COVID, I swear). I've made my living for 15 years as a working class actor and I want to make sure more of our members can do the same. I'm not affiliated with any "party" because I'm tired of the politics and frivolous in-fighting - I'm interested in getting the best rates, residuals, and protections for our members. If you're eager for a change in leadership, I'd love your vote. Elect me to the board and I will work for ALL our members. Thank you!

### 39 / JAMES CROAK

SAG-Aftra purpose is to raise the bottom for performers pay; create an equitable work environment; and create safe guidelines for studios to follow. The guild's principles only hold true if every member is educated and empowered to act as representatives on every set we work. We are the guild. I seek to serve to help create ways to streamline that process. I have a multi pronged plan to improve guild services, education, and outreach to members. A reworked applcation, website, and contract workshops will elevate our membership and in turn our guild. Together we rise.

### 40 / JOE D'ANGERIO

INDEPENDENT CANDIDATE FOR L. A. LOCAL BOARD. I am a current L. A. Board Member and have been for the past 18 years. **Health Care** - The removal of Seniors over 65 and not allowing residuals to count for health care coverage is unforgivable and this fight is not over. **Pensions** - There hasn't been a dollar increase in over 12 years. New P and H Trustees are needed. **Residuals** - Must be protected. I ask for your support. Thank You. VOTE INDEPENDENT CANDIDATES.

### 41 / ROBERT DAVI

Artists , I joined SAG in1977 , I remember the enormous gratitude I felt ,even now ,46 years later that has never left me . My first role was with Frank Sinatra and since have worked with and gotten to know many members . We must cherish not only diversity of race, color and sex but also diversity of Ideas. It is in this spirit I ask for your support and will work tirelessly in giving representation to all members in negotiations which I feel sometimes have not always seemed best for us all .VOTE INDEPENDENT , Thank You, Robert Davi

### 42 / CHERYL DENT

INDEPENDENT candidate for the LA Local Board, I will fight for personal freedom & better pay for all. SAG brings in $100 million in dues each year; yet we have little idea how this money is spent. We need to honor the health plan promises made to our seniors. Age & Service rules must be restored to allow more actors to qualify for health care as they age. We must resolve the split earnings conundrum that leave many working members unable to qualify for a pension point. I will be your ***INDEPENDENT*** voice.

Ex J-5

The Local Officers and National Board Members, by virtue of their election to those positions, shall also serve as Convention Delegates. The Local Officers also serve on the Local Executive Committee. The Local Officers, Local Board Members and Convention Delegates, by virtue of their election to those positions, also serve as Alternate National Board Members and in certain circumstances, Convention Delegates are also eligible to serve as Alternate Local Board Members.

## LOCAL BOARD MEMBER – ACTOR/PERFORMER AND STUNT PERFORMER / 2 YEAR TERM

VOTE FOR NO MORE THAN FORTY-ONE (41) – *CONTINUED ON NEXT PAGE*

### 43 / SUSIE DUFF

***INDEPENDENT*** Board Members pledge to: make whole thousands of our Senior Performers who, three years ago, were abandoned by the very Health Plan that they, for decades, paid into; oversee forensic audits of our Pension and Health Plans; remedy the pension disparity that forces you to accrue at a lower rate than your own paid employees; open all National and Local Board meetings--sunshine is our best disinfectant. As an LA Local Board Incumbent, National Board Replacement, and M.O.V.E. Committee Co-Chair, I know that solutions are yours for the voting when you elect ***INDEPENDENT*** Board Members.

### 44 / CAITLIN DULANY

In my decades-long career as a journeywoman actor, my greatest pride has been working alongside talented, hard-working fellow union members. I deeply respect the passion, focus and commitment we all bring to our jobs. It has been an honor to serve in my current positions as a member of the Local Board, National Negotiating Committee, and Sexual Harassment Prevention and GAPP Committees. I'm dedicated to continuing to work for our members in the fight for righteous contracts, exemplary safety standards and the pension and health plans we demand and deserve. Vote Drescher/Fisher - Unity2023.com

### 45 / ROCKMOND DUNBAR

I am an INDEPENDENT candidate. As a 30 year performer having faced *HISTORIC* and *UNPRECEDENTED* employment discrimination I ask: where was OUR UNION? Just imagine the struggles of rank-and-file members who don't have the advantages of a successful career. I vowed to myself to get involved with union service because I've experienced firsthand how union service is 'involved' in our livelihoods. I promise you, my fellow members, I will never deny any human being a chance to earn a living, and I will hold anyone that does *ACCOUNTABLE*. **VOTE INDEPENDENT! GILBERT-DUNBAR•ANTICO•BRUCE** UnionMemberNews.com

### 46 / MERRIN DUNGEY

As a consistently working SAG member since 1994, there's nothing I want more than to help fight to keep our industry thriving and strong. The concerns we face at this moment are monumental, with AI, residuals, self tapes, our health plans. I truly understand the needs of a working class actor who has spent many years living on residuals. *Our time to take a stand is **NOW** and I feel I will be a great asset in negotiating for our **RIGHTS**. It would be my pleasure to serve as a SAG AFTRA delegate and on our board.* **Unity2023.com**

### 47 / DAVID ERRIGO JR

No Statement

### 48 / MARIE FINK

SAG-AFTRA needs to be aggressive, calculative and adaptable. SAG-AFTRA needs FORWARD THINKING, EQUITABLE contracts with straightforward language and premium residuals. New Media contracts must be revised to be strong and lucrative. Members need a union that is HIGHLY-PRINCIPLED. A union that will FIGHT for us and have our best interests at the forefront. SAG-AFTRA must ENFORCE our contracts and stop productions from undermining the terms of our collectively bargained agreements. I am a working union stuntwoman of 18 years. I will fight for ALL MEMBERS to make sure our futures are protected. Vote Drescher/Fisher - Unity2023.com

### 49 / FRANCES FISHER

I've served our beloved union for 24 years. National Board, LA Local VP & Boardmember. I've fought hard for your protections - Including co-leading the grass roots effort to save healthcare for our members who were wrongly kicked off and must be reinstated. NOTHING is more important than this once in a generation contract. Our union parties have banded together in the Negotiating Committee with one purpose: To protect YOU. We are doing this for our collective future. Putting our membership first. Vote my ride-or-die, Union Stalwart David Jolliffe. Vote for Unity. Vote Drescher/Fisher - Unity2023.com

### 50 / JOELY FISHER

It is with humility and understanding of the sheer magnitude of the responsibility, that I ask for your vote to continue on the LA Local and National Boards. The landscape of the entertainment industry has encountered a seismic shift. Allow us to continue our work to harness AI. We hear your despair over the need for guardrails on self-taped auditions. We hope to finally deliver a contract that addresses streaming residuals and real protections on healthcare, safety, and retirement. I vow to protect and ensure both economic and creative justice now and for future generations. Vote Drescher/Fisher unity2023.com

### 51 / LESLIE FLEMING-MITCHELL

I AM AN **INDEPENDENT candidate**. These tough times demand a change in leadership. The stakes are very high and popularity contests and the rule of an insular elite are no longer options. We need members who are discerning, well-researched, fed up - and CARE greatly. This is who I am. The only way our union rises again is on the backs of courageous, honest, Truth-telling leaders whose sole agenda is the dignity, protection and equal representation of ALL 160,000 members. I stand with **Maya Gilbert-Dunbar** and **Pete Antico** for their powerful intelligence, clarity and courage. **VOTE INDEPENDENT! Vote**

### 52 / JASON GEORGE

For better or worse, technology has changed our industry forever. Better: diversity is now a requirement of the business model. Worse: streaming has destabilized the economics of the business. As a 20-year veteran of our TV/TH Negotiating Committee, I use logic, experience, and strategy to fight for the contract you deserve. As *chair* of the **National Diversity Advisory Committee,** I'll continue to fight for better, more authentic representation and equal treatment on both sides of the camera in all categories of work, for all races, ethnicities, genders, sexual orientations, ages, and disabilities. Our diversity and unity is our strength. **Unity2023.com**

### 53 / MAYA GILBERT-DUNBAR

Background you're the SPINE of SAG-AFTRA, I know your struggles. I toiled in those undervalued, underpaid trenches for years. Seniors, leadership FAILED YOU when you needed protection the most. Stunts, dancers, VO, you've been treated as second class citizens. We've ALL been pushed to our limits mentally, physically, emotionally, & financially. Let's end this assault on our creative freedom by staff & leadership. I'm here FOR YOU, giving voice to the voiceless NOT producers. It's time to put POWER in the hands of MEMBERS and reclaim the union WE fund. **VOTE INDEPENDENT! GILBERT-DUNBAR•ANTICO UnionMemberNews.com**

### 54 / MICHELLE JUBILEE GONZÁLEZ

**Change must begin from within.** Our union has the potential to be a magnificent reservoir of intelligence and carve the path for creative evolution as we embark on negotiating new contracts in the now "old" media of streaming. Providing my experience not only as an active performer, but also as an entrepreneur, financial negotiator, and analytical businesswoman, if elected to serve on the **National and Local board**, I will facilitate much needed change for the financial and professional wellness of all the members of this union. Thank you for your support. **VOTE GILBERT-DUNBAR•ANTICO *INDEPENDENT* UnionMemberNews.com**

Ex J-6

The Local Officers and National Board Members, by virtue of their election to those positions, shall also serve as Convention Delegates. The Local Officers also serve on the Local Executive Committee. The Local Officers, Local Board Members and Convention Delegates, by virtue of their election to those positions, also serve as Alternate National Board Members and in certain circumstances, Convention Delegates are also eligible to serve as Alternate Local Board Members.

## LOCAL BOARD MEMBER – ACTOR/PERFORMER AND STUNT PERFORMER / 2 YEAR TERM

VOTE FOR NO MORE THAN FORTY-ONE (41) – ***CONTINUED ON NEXT PAGE***

### 55 / CHRISTOPHER GORHAM

I joined this union in 1996, and my wife, Anel Lopez Gorham, joined in 1997. Together we've raised three incredible kids here in LA. I want to ensure that a career and life like ours is available to the next generation of performers. It's become almost impossible to work full time as an actor and raise a family. Like our WGA brothers and sisters with whom we've walked side by side on the picket lines for months, we must fight together for the respect we deserve. **Unity2023.com**

### 56 / ELLIOTT GOULD

INDEPENDENT. Most importantly this Union has been the backbone of stability and security for me, my family, and the rest of us who have worked so hard to become members. It is essential that we stay current with our industry, and evolve together, to further the interests and needs of our fellow artists. We must navigate in solidarity to support and realistically maintain the health, the education, and the welfare of our precious union. I want to continue to serve us on our board, as there is still important work to do. With integrity, devotion, and intelligence. **VOTE INDEPENDENT!**

### 57 / EILEEN GRUBBA

As an active member of National and Local Performers With Disabilities committees, currently serving on the PGEC at the TV Academy, with decades of experience advocating for disability inclusion in our industry, my experience would add a much-needed voice in the room. I've been in the trenches 30 years, battling for every role, primetime, streaming, film, struggling to make critical health insurance every single year, so I'm not afraid to speak up and fight for what is fair and just for ALL performers. Vote Drescher/Fisher - Unity2023.com

### 58 / PAMELA GUEST

SAG-AFTRA since 1974. Boards since 2017. Lifetime member the Actors Studio. We must protect the rights and futures of our fellow actors through truth, transparency and strong negotiation. I'll continue to fight where I can for casting more women (the national/LA women's committees), minorities and seniors (LA seniors committee); for safe workplaces free from harassment (Chair/Founder LA Sexual Harassment Prevention committee, member National, a deeply personal mission); for a living wage and pension guaranteed by residuals; for affordable health care for all members. Vote Drescher/Fisher - Unity2023.com

### 59 / RICHARD HADFIELD

The goal for every union and any elected union leader should be to elevate the standard of living of the members that they represent. I'm asking for your vote so that I can continue to work for the actors-performers, singer-recording artists and broadcasters in that effort. I have now served several terms on the Los Angeles local Board and as Chair of the LA Government Review Committee. This experience gives me the ability to better guide the local in assisting LA members in achieving their career goals. Vote Drescher/Fisher - Unity2023.com

### 60 / SAMANTHA HARTSON

I've enjoyed serving our members over these last two years. I feel like our union is starting to right itself, and it's becoming easier to work together, and actually accomplish things that will matter to **OUR** members. So much has been neglected, it's a long list, but it feels like finally there's light and, I hope you will let me continue working on your behalf. I feel honored to been chosen to serve on The TV/Theatrical Negotiating Committee. Working on behalf of all categories, Background Actors, Stunt's, Dancers, Singers, VO, Principals, etc. Vote Drescher/Fisher - Unity2023.com

### 61 / LOUIS HERTHUM

No Statement

### 62 / AUSTIN HIGHSMITH GARCES

For the past three years, I've been fortunate to serve on two different committees which has invigorated my passion for helping actors and being of service to our union. I've worked many of the contracts our union offers from theatrical movies to micro-budget to commercial radio VO. I've been a journeyman actress for 20 years, so I know exactly what the middle class performer is facing because that performer is me. I want to work with all of our members and to fight for a sustainable career for everyone in this industry. **Unity2023.com**

### 63 / JENNAE HOVING

Over the past several years, in addition to being elected an LA Local Board member, I've been a member of a variety of local/national committees, and a LA local committee chair. This experience has given me extensive knowledge and insight into various communities of interest as well as the issues facing the members. I am asking for your vote, so I can use the experience and knowledge that I've gained, to continue to make sure that the LA local serves the LA local members as well as it possibly can. Vote Drescher/Fisher - Unity2023.com

### 64 / DAJUAN JOHNSON

Hey, I'm DaJuan Johnson and I'm running as an INDEPENDENT. After proudly working on a streamer for 7 years and seeing the residuals pay structure change, I want to make sure the voices of our working actors get heard. I've spent 20 years in SAG-AFTRA partnering with actors on screen, as a coach and in classrooms. I love us. Actors. I truly want the saying, "I want to make my living as an actor" to be more than just a pipe dream. Transformational + Career Coach for Actors INSTAGRAM: @thinkbiggercoaching **VOTE INDEPENDENT!**

### 65 / MATT KAVANAUGH

We cannot afford to have leadership that prioritize themselves over the membership. Accountability is key. 6 years on the board, I vow to continue to work towards stronger negotiating tactics and much-needed governance reforms. Given the existential nature of the TV/Theatrical negotiations, we must stand together in unity during these poorly timed elections. By the time you read this, we will have achieved a strong contract that benefits all members, or are on a righteous strike to get there. If not, I'll be raising hell until we do. Vote Drescher/Fisher - Unity2023.com

### 66 / DIANE LADD

INDEPENDENT Platform because I do not believe in one-party rule. Hitler did. Mussolini did. Franco did. A two-party system may not prevent a dictatorship, but it can help. Fought against the merger of SAG-AFTRA which put SAG in a great financial bind. Fought residuals not counting for our insurance but does for our collected dues, *(outrageous!)* …and entices salary boosts among staff. Fought against our guild imposing medical demands during covid agreeing with RFK jr. against our country's democratic foundation. 30 years fighting for members not as lucky as me. Your welfare is why I fight. **VOTE INDEPENDENT!**

Ex J-7

The Local Officers and National Board Members, by virtue of their election to those positions, shall also serve as Convention Delegates. The Local Officers also serve on the Local Executive Committee. The Local Officers, Local Board Members and Convention Delegates, by virtue of their election to those positions, also serve as Alternate National Board Members and in certain circumstances, Convention Delegates are also eligible to serve as Alternate Local Board Members.

## LOCAL BOARD MEMBER – ACTOR/PERFORMER AND STUNT PERFORMER / 2 YEAR TERM

VOTE FOR NO MORE THAN FORTY-ONE (41) – ***CONTINUED ON NEXT PAGE***

**67 / SCOTT LAMBRIGHT**
No Statement

**68 / BRANDY LAMKIN**
My name is Brandy Lamkin, I have been an active SAG-AFTRA member serving on multiple committee's for over a decade. I am extremely passionate about advocating for our community. My hope in serving on the board is to continue to create and foster positive change for artists.

**69 / ANDREW LEEDS**
I've been in the union for over 30 years. I have seen firsthand how our contracts have eroded and how the studios have taken advantage of us. I have a good grasp of these contracts. I don't mess around. I like efficiency. I like transparency. I like getting things done. Why am I doing this? To make sure that as many of us as possible can make a living and have healthcare and a pension. I will fight so that you don't have to. Vote Drescher/Fisher - Unity2023.com

**70 / JOANNA LEEDS**
Having served on the board for six years, this is the term I've been waiting for. We have one of the most important negotiations on the table and I want to be there to make sure we do not cave and get the deal we so deserve. I will remain as active as ever and I will always fight to protect our entire membership. I'm available anytime to answer questions and to make sure your voice is heard. Vote Drescher/Fisher - Unity2023.com

**71 / JEN LEVIN**
I feel incredibly lucky to be involved in SAG-AFTRA. I have served as a delegate at four National Conventions and am a member of the Los Angeles Local Communication Committee. I would love to continue my union service as a board member for the Los Angeles Local. I have seen the incredible things we can achieve as a unified union. I want to encourage all members to work together so current and future members have the same opportunities we've been able to have. **Unity2023.com**

**72 / CATHERINE LIDSTONE**
Member since '13 and Committee Volunteer and Vice Chair since '20, I have begun fighting for what matters most—our membership. SAG-AFTRA has endured a merger, massive shifts in media distribution and consumption, and startling changes to our pension and health plans. The last three years have revealed significant chinks in the armor of both our leadership and governance. I intend to represent the underrepresented in the LA Local Board and ensure that all of our members are provided for equally by a union we all support and need in order to thrive. Vote Drescher/Fisher - Unity2023.com

**73 / MONIQUE MARISSA LUKENS**
Member since 2000 - inducted in Philadelphia. Worked various markets as principal and background. Prior to the plandemic, I was on a principal role roll. Then, the c-19 "tests" and injection rolled out. Due to research and strong beliefs, I said, "No." The financial aspect of my SAG-AFTRA jobs rolled to a halt. Documented speaking out to SAG-AFTRA May 2020 onward. Am utilizing the law for restitution. Inclusion has been a life-long practice, not from politics, but from the soul. (I'm vegan - organic.) Thank you for your attention to elect ethical candidates, based upon your research. Priorities: Protection and

**74 / ANTHONY MARCIONA**
(He/him) I'm fed up with all our contractual losses, due to Union politics. I fight for higher living wages, guaranteed Health&Pension, safer working conditions, removing "local hire" restrictions and abolishing low-wage NetCode contracts. I advocate on many committees including Dancers (Co-Chair), Seniors, Sexual Harassment, and LGBTQ+. Only stronger negotiations will champion a respectable, sustainable livelihood. An out proud working Actor/Dancer over 50 years, with your vote, I will get this Union back on track. anthonymarciona.com Vote Drescher/Fisher - Unity2023.com

**75 / A MARTINEZ**
I'm A Martinez, running for the National and Los Angeles boards. SAG-AFTRA's recent embrace of unity is the most important move we've made in a long time. The pace of difficult change is accelerating across the world, and some of the most daunting challenges we'll face can scarcely be imagined right now. To remain nimble, relevant and wise in the storms to come — we'll need our solidarity-forged wits about us as never before. Courage and forgiveness open to clarity. And clarity is the path we must be traveling. Vote Drescher/Fisher - Unity2023.com

**76 / KEVIN MCCORKLE**
More power and control for all Union members. An exclusive casting database FREE to ONLY our membership. Stricter self-taping rules. Make our new building a hub for creativity and content creation not just an office space for staff. More social interaction, relationship building programs for members. Increased opportunity for every member, not just A-listers. New contracts and affordable technology give us more freedom to create our own content. Programs and training to do that. These are my priorities, vote for me and together we'll make it happen. Vote Drescher/Fisher - Unity2023.com

**77 / LYNN MARIE MIERZEJEWSKI**
INDEPENDENT. Please elect me: **Los Angeles Local Board Member**, attendance and accountability will be my **TOP** priority. My integrity and passion to assist my fellow performers is my launchpad on day one. I will spring into action to deliver our local the best results possible. If anyone has any questions, comments, and/or concerns I will be readily available to support our local team. With your help we can bring this local into balance. Can I count on your support? **VOTE INDEPENDENT!** *Please choose ONLY 40 other candidates or this portion of your ballot is invalid*

**78 / MATTHEW MODINE**
I am an INDEPENDENT candidate for **Los Angeles Local Board**. Thank you for expressing your confidence in me through your vote. Looking forward to working with you again. **VOTE INDEPENDENT CANDIDATES 2023!**

Ex J-8

The Local Officers and National Board Members, by virtue of their election to those positions, shall also serve as Convention Delegates. The Local Officers also serve on the Local Executive Committee. The Local Officers, Local Board Members and Convention Delegates, by virtue of their election to those positions, also serve as Alternate National Board Members and in certain circumstances, Convention Delegates are also eligible to serve as Alternate Local Board Members.

## LOCAL BOARD MEMBER – ACTOR/PERFORMER AND STUNT PERFORMER / 2 YEAR TERM

VOTE FOR NO MORE THAN FORTY-ONE (41) – ***CONTINUED***

**79 / MARILYN MONROVIA**

I am an INDEPENDENT candidate. Serving SAG-AFTRA as an INDEPENDENT leader, in a leadership role during a changing time, while working along side the members is my goal. Learn more about me on Facebook. Contact me on twitter **@Bunnyshines**. I will carefully listen to your ideas. your feedback is a gift. Thanks for the opportunity to represent. Please take a moment and vote, stats say less than 35% of you do! **VOTE INDEPENDENT!**

**80 / ESAI MORALES**

I'm an INDEPENDENT thinker/candidate, here to serve our common interests. It's time to change the guard to benefit all members. Your participation is crucial. Salaries, working conditions and pension/health plans - hard won gains - have slowly been eroded under weak contracts sold as gains and political infighting. Having a union should leverage our collective power in negotiations. Independent candidates are our best bet going forward. **VOTE INDEPENDENTLY!**

**81 / LIZZA MONET MORALES**

With a career spanning over 20 years as a working actor and TV host, I proudly joined both SAG and AFTRA when they were separate unions. While change is inevitable, transparency is crucial more than ever, now that we are 1 union representing over 13 different types of media professionals. To be #SAGAFTRAStrong, is to continue fostering an inclusive local leadership that advocates for better protection of all the contributions our members make to the entertainment industry. I aim to amplify the voices and ideas of our diverse community, and improve how time-sensitive information is communicated for a

**82 / GAYE NELSON**

***INDEPENDENT*** Candidate. Are you making a living as a performer? Qualified for P & H, especially if you're a senior? Happy with your residuals? Got unreasonable self-tape requests? Your vote is power. You are casting a project called "SAG-AFTRA Leadership". Select people who will serve your needs. Those you elect will advocate for fair pay, safe sets and secure Pension and Health Plans, if you choose wisely. I definitely will! Member since age 3, Convention Delegate 2017, 2019 and 2021, National Board Replacement, Co-Chair M.O.V.E. and Chair Open Board Committees, LA Fed Representative. Vote ***INDEPENDENT!***

**83 / THOMAS OCHOA**

Performers are the foundation of our industry, but SAG-AFTRA often fails to leverage our power. We need fresh, fearless leadership more than ever. I'm Latinx, Genderfluid, and used to fighting for my place and advocating for my value. I'm passionate about protecting access to livable incomes and benefits. I understand the urgent need to reimagine how SAG-AFTRA communicates; to rebrand as a union unafraid and rebuild trust. Through committee service, in co-founding *AuditionsAreWork.org*, I've fiercely championed our community. I'd be honored to continue that work as an LA Local Board Member. Vote Drescher/Fisher - Unity2023.com

**84 / JENNY O'HARA**

I have served this Union proudly for 12 years and make no mistake, we are now at a watershed moment in our union's history. The contract that we are negotiating is the most important of our lives. The economic future of all of us, every category, will be deeply impacted by this outcome. We have a strong negotiating committee with leader members from all over the country, dedicated Chairs and brilliant staff negotiators. This is no time for divisiveness. When we stand UNITED we win. Let's go! National Board; LA Board; first Los Angeles Vice President; Chair, Honors and Tributes, Disciplinary Review, Women's, Self-Tape, Executive. **Unity2023.com**

**85 / PEGGY LANE OROURKE**

Negativity is not productive - actions are. I've been on 8 Negotiating Committees and I Chair the Stand In Committee. I've written two proposals for BG Actors and Stand Ins which are "institutional proposals" across all contracts. I too lost my earned Lifetime Medical and Syndication Residuals and I am angry about that. I want to be part of the solution. I have the temperament, passion and knowledge for this. And I show up. I always show up. Please let me continue what I've started. Vote Drescher/Fisher - Unity2023.com

**86 / RON OSTROW**

I'm a two-time cancer survivor and a working actor for over 30 years. I know how important our health benefits are and how hard they are to earn. That's why during 7 major negotiations I've fought to improve our contracts, protect our plans, increase our residuals, and make benefits accessible for all. As chair of both the National and LA Background Actors Committees, I've fought for BG issues. Background needs a permanent board seat. We need contracts that support everyone and leaders who'll fight for you. I ask for your support. Vote Drescher/Fisher - Unity2023.com

Ex J-9

The Local Officers and National Board Members, by virtue of their election to those positions, shall also serve as Convention Delegates. The Local Officers also serve on the Local Executive Committee. The Local Officers, Local Board Members and Convention Delegates, by virtue of their election to those positions, also serve as Alternate National Board Members and in certain circumstances, Convention Delegates are also eligible to serve as Alternate Local Board Members.

## LOCAL BOARD MEMBER – BROADCASTER / 2 YEAR TERM

VOTE FOR NO MORE THAN ONE (1)



**87 / DR DREW PINSKY**
For your consideration: **Dr. Drew** for **Los Angeles Local Board Member - Broadcaster**: In recent years, **SAG-AFTRA** leaders have voted forward medical decisions for our members without medical licenses. As a 35-year board-licensed physician and **News and Entertainment Broadcaster**; I have the medical background AND the Hollywood experience that the present moment demands. I've often served in leadership positions in organizations and hospitals, but now it's time for me to serve our membership. My unique, extensive, and trusted expertise will benefit our members. With your support we'll now have a real doctor on "speed-dial". **VOTE INDEPENDENT** Rumble.com/DrDrew



**88 / SAMUEL RUBIN**
As a Union Broadcaster for over 32 years, and KTLA's Entertainment Reporter, I've had many occasions to hear from my fellow SAG-AFTRA Members about their concerns regarding the myriad issues facing us all. I am still troubled to hear that thousands of my fellow Union Members lost their health insurance. I rely on our insurance as do my four children. My voice in our Los Angeles Boardroom will be one of finding beneficial solutions. I ask for your vote to allow me to represent us in moving forward with both strength and integrity. Vote Drescher/Fisher - Unity2023.com

Ex J-10

The Local Officers and National Board Members, by virtue of their election to those positions, shall also serve as Convention Delegates. The Local Officers also serve on the Local Executive Committee. The Local Officers, Local Board Members and Convention Delegates, by virtue of their election to those positions, also serve as Alternate National Board Members and in certain circumstances, Convention Delegates are also eligible to serve as Alternate Local Board Members.

The twelve (12) National Board Member candidates receiving the highest plurality of votes for the Actor/Performer and Stunt Performer member category group will serve for a four (4) year term and the next one (1) candidate in the Actor/Performer and Stunt Performer member category group will serve for a two (2) year term.

## NATIONAL BOARD MEMBER – ACTOR/PERFORMER AND STUNT PERFORMER

VOTE FOR NO MORE THAN THIRTEEN (13) – ***CONTINUED ON NEXT PAGE***

**89 / SARAH RAMOS**

When I was ten, I was obsessed with celebrities. So I became a professional actor, knowing that by eleven, I'd be a rich, powerful movie star. Join the union? Sure, but I wouldn't need it! 23 years later, I'm… a professional actor. I'm proud of my TV/film credits. But I'm even prouder to be advocating for the value of actors' work that most people don't see, especially in auditions. That's why I served on the union's LA Self-Tape, National Self-Tape, & 2023 TV/Theatrical Negotiating Committees, and why I'm running for SAG-AFTRA leadership. Vote Drescher/Fisher - Unity2023.com

**90 / LARRY ROSENTHAL**

I have been a member of the National and LA Stunt and Safety Committee for years along with being a member of the negotiating committee this current year for It's A Laugh Productions. Also have been doing stunts that long as well as stunt coordinating, what a blast!! No pun intended. It's time that I spread my wings and get more deeply involved with what is going on inside SAG-AFTRA. Being a member for over 30 years I have experienced many changes in the business and want to keep up with the ever changing platforms in which we view our entertainment. I am

**91 / LINSAY ROUSSEAU**

No Statement

**92 / MARCO SANCHEZ**

As a graduate of UCLA's School of Theater, Film, and Television, I've been a proud member of SAG-AFTRA for almost 34 years. With the seismic changes brought on by the streaming services, self-tape auditions now the new norm, and the threats posed by Artificial Intelligence, a strong and unified SAG-AFTRA (working in solidarity with our fellow unions) has never been more crucial. This is why I picketed in support of the WGA strike, voted YES to authorize a SAG-AFTRA strike, and why I'm running.

**93 / ROB SCHNEIDER**

I am an INDEPENDENT candidate. It has been my honor to serve my fellow actors and try to give back to my profession for the great opportunity that this Union has afforded me. I have consistently stood up against National Board decisions like older members losing out on their residuals and losing their health benefits and I always opposed discrimination of vaccine mandates. As your **LA National Board Member** I promise to never bow to the mob that wants to take away YOUR rights and benefits. **VOTE INDEPENDENT!**

**94 / BRENT SEXTON**

Independent candidate and working actor since 1989. Our current leadership censors and discriminates against membership, while operating in secrecy makes them untrustworthy. Solutions: forensic audits of pension and health plans; rectify staff pensions that accrue higher than ours; and open, recorded meetings with Roll Call Votes must be implemented to hold leadership accountable. Ask yourself: why don't we have transparency now? Then choose *Independent* representatives who will protect all members including Background and Stunts, and let's get Senior's residuals qualified toward their healthcare again. **VOTE INDEPENDENT / GILBERT-DUNBAR•ANTICO www.UnionMemberNews.com**

**95 / SHAAN SHARMA**

I live and breathe our union. For 6 years in Local and National Board service, I've been a fearless advocate of our value and for reform, informing our members about the actions of leadership, and education to increase our collective union and contract literacy. Under Jodi Long's strong, graceful, and kind leadership our LA Local is finally operating properly. Now we can focus on building true **SOLIDARITY** with our 24 other Locals across the country. I would be honored by your support to continue representing LA and our union in the National Boardroom. Vote Drescher/Fisher - Unity2023.com

**96 / BEX TAYLOR-KLAUS**

I strongly believe that our LA local board needs a shakeup. Some new blood is perfect for the job! I've officially been in this union for over a decade, and I am more than ready to stand up and support my fellow actors in whatever way I can. We deserve fair treatment, fair pay, and job security. These shouldn't be pipe dreams.

**97 / JONATHAN TAYLOR THOMAS**

This is an exciting time to be a union member. We are more united than ever in our fight for strong contracts, improved minimums, better and more accessible healthcare and pensions, and a fair deal for background actors. With your help and engagement we can protect our craft and livelihoods into the future. Vote Drescher/Fisher - Unity2023.com

**98 / LISA ANN WALTER**

As Chair of LA Local Womens & National Womens Committee member, I led efforts to protect our members working in states with prohibitive reproductive health laws. For the last two conventions, my proposals passed overwhelmingly and my committee turned them into action; including an interactive map detailing state laws and policies to travel our members to safe states in an emergency. Other Committees; Cameo, Sexual Harassment, GAP, Negotiation. I'm proud of my MANY hours fighting for meaningful streaming pay/residuals, AI regulations and healthcare/fare wages for ALL contracts. We can and WILL achieve better. Vote Drescher/Fisher - Unity2023.com

**99 / JAMIE ANNE ALLMAN**

I'm an INDEPENDENT candidate. Having been a SAG-AFTRA member & working actor for 20+ years, I believe we all have a voice in our Union. I would love to contribute to our ever-changing industry with better contracts, residuals, and health insurance for all. I support transparency in decisions which would benefit the entire membership. Looking forward to serving. **VOTE INDEPENDENT! GILBERT-DUNBAR•ANTICO unionmembernews.com**

**100 / PETER ANTICO**

Los Angeles Technology Chair, Stunt Safety Chair, MacroEconomic Scholar, Capital Management, 44 yr. vested member, I incepted the Asner legal action winning a 20.6 million settlement. SAG-AFTRA borrowed 10 million from PPP, cut 30% of staff, cut member services, gave executive staff over 1 million in raises while working from home. 42 million office expense, Purchased building for 47 million cash, tax assessed value 23 million while members lost healthcare. I will restore financial responsibility, transparency & honesty. I support residuals for TV coordinators, increased BG coverage nationwide, meaningful residual increases & AI protection. **VOTE INDEPENDENT! GILBERT-DUNBAR•ANTICO UnionMemberNews.com**

Ex J-11

The Local Officers and National Board Members, by virtue of their election to those positions, shall also serve as Convention Delegates. The Local Officers also serve on the Local Executive Committee. The Local Officers, Local Board Members and Convention Delegates, by virtue of their election to those positions, also serve as Alternate National Board Members and in certain circumstances, Convention Delegates are also eligible to serve as Alternate Local Board Members.

The twelve (12) National Board Member candidates receiving the highest plurality of votes for the Actor/Performer and Stunt Performer member category group will serve for a four (4) year term and the next one (1) candidate in the Actor/Performer and Stunt Performer member category group will serve for a two (2) year term.

## NATIONAL BOARD MEMBER – ACTOR/PERFORMER AND STUNT PERFORMER

VOTE FOR NO MORE THAN THIRTEEN (13) – ***CONTINUED ON NEXT PAGE***

### 101 / JANE AUSTIN

Member since 1987 and former National Secretary-Treasurer for four years, Jane Austin has demonstrated her commitment to strengthening contracts and raising awareness for action on crucial industry issues. Jane's priorities for the upcoming administrative term will focus on improving streaming residuals, safeguarding emerging performance work that should be covered and compensated, and expanding member services and education opportunities through her work with the Conservatory. If elected, Jane will continue to fight for SAG members' future and ensure that artists from across our creative world are valued, represented, and protected. Vote Drescher/Fisher - Unity2023.com

### 102 / JENNIFER BEALS

I've been privileged to work in this profession for over 40 years. During that time I've witnessed the decline of securities provided by our union. I took for granted safety on sets, health and pension, residuals, twelve-hour turnarounds. Witnessing them now being whittled away has made me take notice not only out of concern for our present well being but for the well being of generations of members to come. Our pension is underfunded and residuals are being stripped from our contracts. Vote Drescher/Fisher - Unity2023.com

### 103 / VERONICA BRUCE

I am an INDEPENDENT candidate. **Worker's Rights > Producer's Privilege** Restoration of the union's strength through strong contract enforcement, viable benefits, and a purity of focus for more jobs for union workers. Time for greater transparency of board meetings and free flowing correspondence between representatives and membership. Let's engage more involvement of union members. I'm committed to standing up for **all** performers and staying aligned with labor union values. **VOTE INDEPENDENT! GILBERT-DUNBAR•ANTICO UnionMemberNews.com**

### 104 / JOANNA CASSIDY

When I began in this industry it was a time of generosity, expansive ideas and fearlessness. I'm running to represent you in the fight to alter the greed that is intimidating us to surrender and to restore our union to its core purpose: Negotiations, Health and Pension benefits, Contract Enforcement, and Organizing new work. What has happened to Seniors with their health care is unforgivable and residuals need to count for retirees. You can bet your ass I will fight for that. Vote Drescher/Fisher - Unity2023.com

### 105 / JAMES CROAK

SAG-Aftra purpose is to raise the bottom for performers pay; create an equitable work environment; and create safe guidelines for studios to follow. The guild's principles only hold true if every member is educated and empowered to act as representatives on every set we work. We are the guild. I seek to serve to help create ways to streamline that process. I have a multi pronged plan to improve guild services, education, and outreach to members. A reworked applcation, website, and contract workshops will elevate our membership and in turn our guild. Together we rise.

### 106 / ROBERT DAVI

Artists , I joined SAG in1977 , I remember the enormous gratitude I felt ,even now ,46 years later that has never left me . My first role was with Frank Sinatra and since have worked with and gotten to know many members . We must cherish not only diversity of race, color and sex but also diversity of Ideas. It is in this spirit I ask for your support and will work tirelessly in giving representation to all members in negotiations which I feel sometimes have not always seemed best for us all .VOTE INDEPENDENT , Thank You, Robert Davi

### 107 / ROCKMOND DUNBAR

I am an INDEPENDENT candidate. As a 30 year performer having faced *HISTORIC* and *UNPRECEDENTED* employment discrimination I ask: where was OUR UNION? Just imagine the struggles of rank-and-file members who don't have the advantages of a successful career. I vowed to myself to get involved with union service because I've experienced firsthand how union service is 'involved' in our livelihoods. I promise you, my fellow members, I will never deny any human being a chance to earn a living, and I will hold anyone that does *ACCOUNTABLE*. **VOTE INDEPENDENT! GILBERT-DUNBAR•ANTICO** UnionMemberNews.com

### 108 / DAVID ERRIGO JR

No Statement

### 109 / FRANCES FISHER

I've served our beloved union for 24 years. National Board, LA Local VP & Boardmember. I've fought hard for your protections-Including leading the grass roots effort to save healthcare for our members who were wrongly kicked off and must be reinstated. NOTHING is more important than this once in a generation contract. Our union parties have banded together in the Negotiating Committee with one purpose: To protect YOU. We are doing this for our collective future. Putting our membership first. Vote my ride-or-die, Union Stalwart David Jolliffe. Vote for Unity. Vote Drescher/Fisher - Unity2023.com

### 110 / JOELY FISHER

It is with humility and understanding of the sheer magnitude of the responsibility, that I ask for your vote to continue on the LA Local and National Boards. The landscape of the entertainment industry has encountered a seismic shift. Allow us to continue our work to harness AI. We hear your despair over the need for guardrails on self-taped auditions. We hope to finally deliver a contract that addresses streaming residuals and real protections on healthcare, safety, and retirement. I vow to protect and ensure both economic and creative justice now and for future generations. Vote Drescher/Fisher unity2023.com

### 111 / MAYA GILBERT-DUNBAR

Background you're the SPINE of SAG-AFTRA, I know your struggles. I toiled in those undervalued, underpaid trenches for years. Seniors, leadership FAILED YOU when you needed protection the most. Stunts, dancers, VO, you've been treated as second class citizens. We've ALL been pushed to our limits mentally, physically, emotionally, & financially. Let's end this assault on our creative freedom by staff & leadership. I'm here FOR YOU, giving voice to the voiceless NOT producers. It's time to put POWER in the hands of MEMBERS and reclaim the union WE fund. **VOTE INDEPENDENT! GILBERT-DUNBAR•ANTICO UnionMemberNews.com**

### 112 / MICHELLE JUBILEE GONZÁLEZ

**Change must begin from within.** Our union has the potential to be a magnificent reservoir of intelligence and carve the path for creative evolution as we embark on negotiating new contracts in the now "old" media of streaming. Providing my experience not only as an active performer, but also as an entrepreneur, financial negotiator, and analytical businesswoman, if elected to serve on the **National and Local board**, I will facilitate much needed change for the financial and professional wellness of all the members of this union. Thank you for your support. **VOTE GILBERT-DUNBAR•ANTICO *INDEPENDENT* UnionMemberNews.com**

Ex J-12

The Local Officers and National Board Members, by virtue of their election to those positions, shall also serve as Convention Delegates. The Local Officers also serve on the Local Executive Committee. The Local Officers, Local Board Members and Convention Delegates, by virtue of their election to those positions, also serve as Alternate National Board Members and in certain circumstances, Convention Delegates are also eligible to serve as Alternate Local Board Members.

The twelve (12) National Board Member candidates receiving the highest plurality of votes for the Actor/Performer and Stunt Performer member category group will serve for a four (4) year term and the next one (1) candidate in the Actor/Performer and Stunt Performer member category group will serve for a two (2) year term.

## NATIONAL BOARD MEMBER – ACTOR/PERFORMER AND STUNT PERFORMER

VOTE FOR NO MORE THAN THIRTEEN (13) – ***CONTINUED***

**113 / ELLIOTT GOULD**

INDEPENDENT. Most importantly this Union has been the backbone of stability and security for me, my family, and the rest of us who have worked so hard to become members. It is essential that we stay current with our industry, and evolve together, to further the interests and needs of our fellow artists. We must navigate in solidarity to support and realistically maintain the health, the education, and the welfare of our precious union. I want to continue to serve us on our board, as there is still important work to do. With integrity, devotion, and intelligence. **VOTE INDEPENDENT!**

**114 / LOUIS HERTHUM**

**INDEPENDENT, 43 year** member. So many problems! #1 ***YOUR*** union has been stolen from you! It's no longer ***"member-run"***, as intended. Negotiators forfeit their most powerful tool, 97.91% strike authorization vote. Negotiations are **"confidential"**, but we're promised a ***"seminal deal"*** yet don't know what's in it. ***Zero transparency*****!** When's *the last time a new contract put something* ***INTO your pocket, not take*** *something* ***OUT****? Executive staff enjoy HUGE salaries,* while actors, background, stunts, seniors, and dancers are forgotten. ***P&H plan,*** *in trouble. Dues money wasted! Let's* ***Take OUR union back! VOTE INDEPENDENT!*** **Vote Gilbert-Dunbar•Antico. UnionMemberNews.com**

**115 / ELLYN DAWN HUMPHREYS**

**PLEASE VOTE FOR ONLY 13 NATIONAL BOARD CANDIDATES OR THIS PORTION OF YOUR BALLOT WILL BE TOSSED OUT AND INVALIDATED.**

**116 / MICHELLE HURD**

I have been a proud union actor since 1994, working many contracts: soap operas, commercials, VO and on-camera, background, stand-in, day players, guest stars, recurring arcs and principal series regulars. Every contract deserves a strong voice fighting for rights and security in this changing market. I've been honored to serve as a POC National Board member. As and actor and activist, **I cannot stay silent witnessing inequality and injustices**. I understand the intricacies of negotiations and the diligence required to protect our rights in this shifting playing field. I want to continue to be that voice. **Unity2023.com**

**117 / DAJUAN JOHNSON**

Hey, I'm DaJuan Johnson and I'm running as an INDEPENDENT. After proudly working on a streamer for 7 years and seeing the residuals pay structure change, I want to make sure the voices of our working actors get heard. I've spent 20 years in SAG-AFTRA partnering with actors on screen, as a coach and in classrooms. I love us. Actors. I truly want the saying, "I want to make my living as an actor" to be more than just a pipe dream. Transformational + Career Coach for Actors INSTAGRAM: @thinkbiggercoaching **VOTE INDEPENDENT!**

**118 / DAVID JOLLIFFE**

I have dedicated myself to protecting all union performers. I haven't been quiet when forces within our union have tried to jeopardize those protections. When our health plan stripped away long held promised benefits… I fought back, hard. When bad deals were presented to you, we in Los Angeles fought back. We're now poised to make truly significant gains in our contracts. For the first time in years I see actual progress being made. I ask for your vote to continue fighting for us all. Vote Drescher/Fisher - Unity2023.com

**119 / DIANE LADD**

INDEPENDENT Platform because I do not believe in one-party rule. Hitler did. Mussolini did. Franco did. A two-party system may not prevent a dictatorship, but it can help. Fought against the merger of SAG-AFTRA which put SAG in a great financial bind. Fought residuals not counting for our insurance but does for our collected dues, *(outrageous!)* …and entices salary boosts among staff. Fought against our guild imposing medical demands during covid agreeing with RFK jr. against our country's democratic foundation. 30 years fighting for members not as lucky as me. Your welfare is why I fight. **VOTE INDEPENDENT!**

**120 / SCOTT LAMBRIGHT**

No Statement

**121 / BRANDY LAMKIN**

My name is Brandy Lamkin, I have been an active SAG-AFTRA member serving on multiple committee's for over a decade. I am extremely passionate about advocating for our community. My hope in serving on the board is to continue to create and foster positive change for artists.

**122 / JODI LONG**

As your LA Local President, and now Chair of the National Self Tape Task Force and Co-Chair of the TV Theatrical negotiating committee, I have fought for a wide range of diverse voices to be heard regarding the many industry issues we face – AI technology, streaming, self tapes and dwindling residuals! I will continue to fight for transparency, inclusiveness, our health plan(!) and coming to consensus in order to best serve *YOU* – our members. Make no mistake, this unity/joint slate is about having ***the most power at the negotiating table.*** Vote Drescher / Fisher - Unity2023.com

**123 / A MARTINEZ**

I'm A Martinez, running for the National and Los Angeles boards. SAG-AFTRA's recent embrace of unity is the most important move we've made in a long time. The pace of difficult change is accelerating across the world, and some of the most daunting challenges we'll face can scarcely be imagined right now. To remain nimble, relevant and wise in the storms to come — we'll need our solidarity-forged wits about us as never before. Courage and forgiveness open to clarity. And clarity is the path we must be traveling. Vote Drescher/Fisher - Unity2023.com

Ex J-13

The Local Officers and National Board Members, by virtue of their election to those positions, shall also serve as Convention Delegates. The Local Officers also serve on the Local Executive Committee. The Local Officers, Local Board Members and Convention Delegates, by virtue of their election to those positions, also serve as Alternate National Board Members and in certain circumstances, Convention Delegates are also eligible to serve as Alternate Local Board Members.

## NATIONAL BOARD MEMBER – BROADCAST (NEWS & ENTERTAINMENT) / 4 YEAR TERM

VOTE FOR NO MORE THAN ONE (1)

**124 / DR DREW PINSKY**

For your consideration: **Dr. Drew** for **Los Angeles National Board Member - Broadcast**: In recent years, **SAG-AFTRA** leaders have voted forward medical decisions for our members without medical licenses. As a 35-year board-licensed physician and **News and Entertainment Broadcaster**; I have the medical background AND the Hollywood experience that the present moment demands. I've often served in leadership positions in organizations and hospitals, but now it's time for me to serve our membership. My unique, extensive, and trusted expertise will benefit our members. With your support we'll now have a real doctor on "speed-dial". **VOTE INDEPENDENT** Rumble.com/DrDrew

**125 / HAL EISNER**

Broadcast working conditions matter! Broadcasters in this union matter especially as our business changes. When I worked in a right-to-work state I dreamed of working in a union market. After it happened I wanted to be an active part of it. I embraced our union and have for many years. For the last six years I've been your National Board Member for **Broadcast**. I have also served on the **National Broadcast Steering Committee**, the **National Executive Committee** and others. I'd like to continue that service for another term and hope you'll support me. SAG-AFTRA matters! **Unity2023.com**

The Local Officers and National Board Members, by virtue of their election to those positions, shall also serve as Convention Delegates. The Local Officers also serve on the Local Executive Committee. The Local Officers, Local Board Members and Convention Delegates, by virtue of their election to those positions, also serve as Alternate National Board Members and in certain circumstances, Convention Delegates are also eligible to serve as Alternate Local Board Members.

**Please note:** Pursuant to Article 5.5. of the Los Angeles Local Constitution, Local members may only vote for convention delegates in their declared category. Therefore, your ballot will only contain the delegate candidates in your declared category.

## CONVENTION DELEGATE – ACTOR/PERFORMER / 2 YEAR TERM

VOTE FOR NO MORE THAN ONE HUNDRED THIRTY (130)

126. ERIK PASSOJA
127. STEPHEN PELUSO
128. LATEISHA PERNELL
129. TODD PETERSON
130. HOLLY PITRAGO
131. ASHLEY PLATZ
132. LEE PURCELL
133. TIM RANSOM
134. DILEEP RAO
135. JEN RAY
136. JEFFREY REEVES
137. CARLA RENATA
138. CHELSEA RENDON
139. BARBARA ROBERTS
140. JOHN ROMANO
141. ALAN ROSENBERG
142. LINSAY ROUSSEAU
143. JERI RYAN
144. WEDNEZDAY RYAN
145. MARCO SANCHEZ
146. ROB SCHNEIDER
147. WOODY SCHULTZ
148. JOAN SCHWARTZ
149. SARAH SCOTT
150. SHEA SCULLIN
151. BRENT SEXTON
152. TIMOTHY SNYDER
153. KYLIE SPARKS
154. ARNE STARR
155. ALAN STARZINSKI
156. EVELYN STOKES
157. ALYSON STOVER
158. JASON STUART
159. JAYA SUBRAMANIAN
160. BEX TAYLOR-KLAUS
161. CHRISTIAN TELESMAR
162. IQBAL THEBA
163. SEAN TOMAZIN
164. STACEY TRAVIS
165. KATIE VON TILL
166. NAOMI WATSON
167. CARYN WEST
168. BRUCE WEXLER
169. BEN WHITEHAIR
170. VIVICCA A. WHITSETT
171. ANSON WILLIAMS
172. CYNTHY WU
173. MIKI YAMASHITA
174. BEN ZELEVANSKY
175. CHERI ADAMS
176. VINCENT AMAYA
177. KRISTEN ARIZA
178. SHONDRELLA AVERY
179. JODI BALFOUR
180. NATE BARLOW
181. MALCOLM BARRETT
182. MICHAEL JAMES BELL
183. DAVID BLUE
184. KATE BOND
185. MICHELLE C. BONILLA
186. SEAN MICHAEL BOOZER
187. BRENDAN BRADLEY
188. LAURA LINDA BRADLEY
189. LESLEY-ANN BRANDT
190. VERONICA BRUCE
191. JULES BRUFF
192. CARLEASE BURKE
193. MATT BUSH
194. MADONNA CACCIATORE
195. JESSE MARTINEZ CARLOS
196. MICHAEL CARNEGIE
197. JOI CARR
198. EVER CARRADINE
199. GABRIELLE CARTERIS
200. EVA CEJA
201. GERARDO CELASCO
202. CARRIE LYNN CERTA
203. WILLIAM CHARLTON
204. PARVESH CHEENA
205. JILLIAN CLARE
206. CYNTHIA LEA CLARK
207. BRADLEY CLOVERSETTLE
208. ASSAF COHEN
209. JOHN P. CONNOLLY
210. MELISSA COOK
211. JOSH COVITT
212. ELLEN CRAWFORD
213. ERIN CUMMINGS
214. JOE D'ANGERIO
215. PATRIKA DARBO
216. WILLIAM STANFORD DAVIS
217. LAUREN DE MIRANDA
218. CATHERINE DENT
219. CHERYL DENT
220. SHARMILA DEVAR
221. PETER R.J. DEYELL
222. WILL DINSMOOR
223. JAY DISNEY
224. HOLLY DORFF
225. SUSIE DUFF
226. CAITLIN DULANY
227. ROCKMOND DUNBAR
228. MERRIN DUNGEY
229. MICHELLE DUNKER
230. CATHERINE EADS
231. MAGGIE EGAN
232. MELANIE EHRLICH
233. DEVON ELORA
234. DAVID ERRIGO JR
235. CHANON FINLEY
236. LESLIE FLEMING-MITCHELL
237. ALANNA FOX
238. ELISA GABRIELLI
239. LEE GARLINGTON
240. MIKE GENOVESE
241. JASON GEORGE
242. GISELLE GILBERT
243. MAYA GILBERT-DUNBAR
244. RUBEN ROBERTO GOMEZ
245. NOEMI GONZALEZ
246. CHRISTOPHER GORHAM
247. ELLIOTT GOULD
248. EILEEN GRUBBA
249. ELIZABETH GUEST
250. NICHOLAS GUEST
251. PAMELA GUEST
252. MARC GUTIERREZ
253. RICHARD HADFIELD
254. REN HANAMI
255. LINDA HARCHARIC
256. SAMANTHA HARTSON
257. MARY HEISS
258. LAURI HENDLER
259. LOUIS HERTHUM
260. AUSTIN HIGHSMITH GARCES
261. AMY HILL
262. KYLE HUMPHREY
263. ELLYN DAWN HUMPHREYS
264. MICHELLE HURD
265. KYM JACKSON
266. MARY ELLEN JENNINGS
267. DAJUAN JOHNSON
268. KEITH JOHNSON
269. DIANA ELIZABETH JORDAN
270. JACKIE JOSEPH
271. CALVIN JUNG
272. TARA KARSIAN
273. MATT KAVANAUGH
274. ALEX KEENER
275. CHRISTOPHER KHAI
276. MOBIN KHAN
277. STEVE KNOLL
278. PETER KWONG
279. DIANE LADD
280. SCOTT LAMBRIGHT
281. BRANDY LAMKIN
282. KHRISTINA LOUISE LAMONTE
283. ANGELA LANDIS
284. STEVE LANZA
285. SHYLA LA'SHA
286. NOREEN LEE
287. ANDREW LEEDS
288. JOANNA LEEDS
289. JEN LEVIN
290. CATHERINE LIDSTONE
291. KATE LINDER
292. DONNA LOYD
293. MONIQUE MARISSA LUKENS
294. JAMILA MAJESTY
295. ANTHONY MARCIONA
296. RICK MARKMAN
297. SARAH ANN MASSE
298. HEATHER MATARAZZO
299. KEVIN MCCORKLE
300. ROBIN MCWILLIAMS
301. REBECCA METZ
302. LYNN MARIE MIERZEJEWSKI
303. MARILYN MONROVIA
304. LIZZA MONET MORALES
305. RON MORGAN
306. DERMOT MULRONEY
307. ROB NAGLE
308. GAYE NELSON
309. NICOLE LEANNE NELSON
310. KATY O'BRIAN
311. THOMAS OCHOA
312. JENNY O'HARA
313. RICHARD OLMSTED
314. MATT O'NEILL
315. PEGGY LANE OROURKE
316. ROBIN O ROURKE
317. MARY OSTROW

## CONVENTION DELEGATE – BROADCAST – NEWS/INFORMATION / 2 YEAR TERM

VOTE FOR NO MORE THAN TWO (2)

318. DR DREW PINSKY
319. ROB ARCHER
320. JOY BENEDICT

## CONVENTION DELEGATE – STUNT PERFORMER / 2 YEAR TERM

VOTE FOR NO MORE THAN FOUR (4)

321. ALLEN ROBINSON
322. PETER ANTICO
323. DEE BRYANT
324. WADE CORDTS
325. JAMES CROAK
326. MARIE FINK
327. HENRY KINGI JR
328. KURT LOTT

Ex J-15

# Exhibit K

From: **Michelle Bennett** <michelle.bennett@sagaftra.org>
Date: Tue, Aug 12, 2025 at 2:33 PM
Subject: Fwd: URGENT: disability erasure at SAG-AFTRA
To: <alex@alexplank.com>

Hi Alex,
The LA Local Election Voter's Guide and ballot materials are scheduled to mail tomorrow on Wednesday, August 13, 2025.

As I previously advised you, the photo was cropped only to align with SAG-AFTRA's Nominations & Election Policy and the candidate instructions, which specify that all photos submitted for the Voter's Guide must be a headshot of the candidate. All candidate photos have been cropped to comply with this Rule. The Election Committee does not have the authority to make any exceptions to the rules set forth in the SAG-AFTRA Nominations and Election Policy; it only has the authority to determine whether the candidate requirements have been met.

Michelle

---------- Forwarded message ---------
From: **Alexander Plank** <alex@alexplank.com>
Date: Fri, Aug 8, 2025 at 4:55 PM
Subject: Re: URGENT: disability erasure at SAG-AFTRA
To: Michelle Bennett <Michelle.Bennett@sagaftra.org>
Cc: Jeffrey Bennett <jpb@sagaftra.org>, <Rebecca.krinsky@sagaftra.org>

Hi Michelle,

I submitted a headshot that includes a disability aid visible within the frame. You cropped the photo to remove that disability aid. Your guide from this year and other years includes headshots framed more widely of other actors so this is not about framing.

Cropping my photo because there is evidence of my disability in the frame is a violation of federal disability rights legislation as well as the equal protection clause in the 14th amendment of the constitution.

Unions do not have the authority to override federal law.

You are violating these laws based on your misunderstanding union rules and the laws surrounding disabled individuals, but either way, your interpretation of the sag-aftra union rules is premised on your ableist belief that a headshot should not show signs of a disability.

Sending these out with the cropped image will cause me to suffer irreparable harm due to the following (but not limited to the following): public misrepresentation of my disability accommodations and identity as a disabled actor, harm to my my reputation and credibility as a producer, disability rights activist, and disabled performer, and—as you acknowledged—emotional distress due to discrimination and erasure of my identity as a disabled actor who relies on a service animal.

Could please let me know when you are intending to send these out? If you intend to send these out with the cropped image of me, that is going to be a problem.

Just to be clear, you do not have my permission to send anything to the membership if it includes the photo of me with my service animal cropped out.

Alex

----
Alex Plank
+1 212-321-0730

On Fri, Aug 8, 2025 at 3:46 PM Michelle Bennett <michelle.bennett@sagaftra.org> wrote:

Hi Alex,
Thank you for reaching out to me. I want to assure you that the Union does not stand for disability erasure and that the photo was cropped only to align with SAG-AFTRA's Nominations & Election Policy and the candidate instructions which specify that all photos submitted for the voter's guide must be a headshot of the candidate.

While I understand this situation has caused distress, the Election Committee does not have the authority to make any exceptions to the rules set forth in the SAG-AFTRA Nominations and Election Policy; it only has the authority to determine whether the candidate requirements have been met.

We are always open to suggestions for improving the Union's rules and policies. We will certainly add this to the list of recommendations to be considered and approved for future election cycles.

Michelle

On Fri, Aug 8, 2025 at 2:40 PM Alexander Plank <alex@alexplank.com> wrote:

Hi Michelle,

I am a member of the national and local disability committees. I was just informed that SAG-AFTRA is planning on cropping out my service animal from my candidate photo for the voter guide in this election.

I am running for LA local board and hoped to use my position on the board to advocate for disabled performers, especially those with service animals. But if disability erasure is something this union stands for, it is not a union I can be a part of.

I am hoping that SAG-AFTRA will fix this situation because I strongly believe in the power of unions, including this one. But removing visible indicators of disability, regardless of the reason, is not something I can ever stand for.

Thanks,

Alex

----
Alex Plank
+1 212-321-0730

# Exhibit L

---------- Forwarded message ---------
From: **Alexander Plank** <alex@alexplank.com>
Date: Wed, Aug 13, 2025 at 7:50 PM
Subject: Notice: Emergency TRO filed — Plank v. SAG-AFTRA, Case No. 2:25-cv-07523-AB-SSC
To: Jeffrey Bennett <jpb@sagaftra.org>

Hi Jeffrey,
I am the plaintiff in Plank v. SAG-AFTRA, No. 2:25-cv-07523-AB-SSC. I filed an emergency TRO seeking to prevent a union mailing that may go out today. Per Local Rule 7-19 and Judge Birotte's procedures, I am notifying you that an ex parte/TRO application has been filed.

Please advise me as soon as you're able to whether SAG-AFTRA intends to oppose the application. I will be emailing chambers (AB_Chambers@cacd.uscourts.gov) with the same attachments and will copy you on that message per Judge Birotte's procedures.

Sincerely,
Alexander Douglas Plank
----
Alex Plank
+1 212-321-0730