Susan Davis (*pro hac vice* forthcoming)
Olivia R. Singer (Calif. Bar No. 312770)
Kayla Morin (*pro hac vice* forthcoming)
COHEN, WEISS and SIMON LLP
909 Third Avenue, 12th Floor
New York, New York 10022-4869
Tel: (212) 563-4100
sdavis@cwsny.com
*Attorneys for Defendant SAG-AFTRA*

UNITED STATES DISTRICT COURT FOR THE
CENTRAL DISTRICT OF CALIFORNIA

-------------------------------------------------------------------x

ALEXANDER DOUGLAS PLANK,

                *Plaintiff,*

    - v. -

SAG-AFTRA,

                *Defendant.*

-------------------------------------------------------------------x

Case No.
25-cv-07523 (AB) (SSC)

**PROOF OF SERVICE/
DECLARATION OF OLIVIA R.
SINGER**

1

Proof of Service/Declaration of Olivia R. Singer

I hereby certify that on August 15, 2025, I caused the Notice of Appearance or Withdrawal of Counsel: for attorney Jonah Lalas counsel for Defendant SAG-AFTRA (Dkt. No. 10); APPLICATION of Non-Resident Attorney Susan Davis to Appear Pro Hac Vice on behalf of Defendant SAG-AFTRA (Dkt. Nos. 11, 11-1, 11-2, and 11-3); APPLICATION of Non-Resident Attorney Kayla Morin to Appear Pro Hac Vice on behalf of Defendant SAG-AFTRA (Dkt. Nos. 12, 12-1, 12-2, and 12-3); and MEMORANDUM in Opposition to EX PARTE APPLICATION for Temporary Restraining Order EX PARTE APPLICATION for Preliminary Injunction EX PARTE APPLICATION to Expedite [4] filed by Defendant SAG-AFTRA and Declaration of Michelle Bennett (Dkt. Nos. 13, 13-1) (collectively, "SAG-AFTRA's August 15 Filings") to be served via email on Plaintiff Alexander Douglas Plank; and that on August 16, 2025, I caused SAG-AFTRA's August 15 Filings to be served via United States Postal Service Priority Mail on Plaintiff Alexander Douglas Plank, at the following email and mailing addresses:

> Alexander Douglas Plank
> c-o Arise Artists Agency
> PO Box 930
> Manhattan Beach, CA 90267
> Email: alex@alexplank.com
> *Plaintiff*

I declare under penalty of perjury that the foregoing is true and correct to the best of my knowledge and belief.

Executed at New York, New York this 16th day of August 2025.

> */s/ Olivia R. Singer*
> Olivia R. Singer

2

Proof of Service/Declaration of Olivia R. Singer