| | |
|---|---|
| NAME, ADDRESS, AND TELEPHONE NUMBER OF ATTORNEY(S) OR OF PARTY APPEARING IN PRO PER<br>Susan Davis (pro hac vice forthcoming)<br>Olivia R. Singer (Calif. Bar No. 312770)<br>Kayla Morin (pro hac vice forthcoming)<br>COHEN, WEISS and SIMON LLP<br>909 Third Avenue, 12th Floor<br>New York, New York 10022-4869<br>Tel: (212) 563-4100<br>sdavis@cwsny.com<br>ATTORNEY(S) FOR: Defendant SAG-AFTRA | |

**UNITED STATES DISTRICT COURT**
**CENTRAL DISTRICT OF CALIFORNIA**

| | |
|---|---|
| ALEXANDER DOUGLAS PLANK<br><br>Plaintiff(s),<br>v.<br><br>SAG-AFTRA<br>Defendant(s) | CASE NUMBER:<br>25-cv-07523 (AB) (SSC)<br><br>**CERTIFICATION AND NOTICE**<br>**OF INTERESTED PARTIES**<br>**(Local Rule 7.1-1)** |

TO:   THE COURT AND ALL PARTIES OF RECORD:

The undersigned, counsel of record for _Defendant_ or party appearing in pro per, certifies that the following listed party (or parties) may have a pecuniary interest in the outcome of this case. These representations are made to enable the Court to evaluate possible disqualification or recusal.

(List the names of all such parties and identify their connection and interest. Use additional sheet if necessary.)

| PARTY | CONNECTION / INTEREST |
|---|---|
| Alexander Douglas Plank | Plaintiff |
| SAG-AFTRA | Defendant |

| | |
|---|---|
| 8/18/2025 | /s/ Olivia R. Singer /s/ |
| Date | Signature |

Attorney of record for (or name of party appearing in pro per):

SAG-AFTRA