UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

```
                              FILED
                    CLERK, U.S. DISTRICT COURT

                         8/14/2025

                    CENTRAL DISTRICT OF CALIFORNIA
                    BY_____RYO_____DEPUTY
                    DOCUMENT SUBMITTED THROUGH THE
                    ELECTRONIC DOCUMENT SUBMISSION SYSTEM
```

ALEXANDER DOUGLAS          )

PLANK,                     )   Case No. 2:25-cv-07523-AB-SSCx

                           )

      Plaintiff,           )

                           )   MEMORANDUM IN SUPPORT OF

    v.                   )   PLAINTIFF'S EX PARTE APPLICATION

                           )

SAG-AFTRA,                 )

                           )

      Defendant.           )

_____    )


OPPOSING COUNSEL (L.R. 7-19)

Jeffrey Bennett

General Counsel, SAG-AFTRA

5757 Wilshire Blvd., 7th Floor

Los Angeles, CA 90036

Phone: (323) 549-6627

Email: jeffrey.bennett@sagaftra.org

1

REASONS FOR REQUEST

This application seeks immediate relief to prevent or mitigate harm from a union mailing that may have been sent but could still be interrupted in whole or in part. Even if partially mailed, ongoing distribution or subsequent harm to members—including reputational injury, confusion, and interference with federally protected rights—remains imminent and irreparable without court intervention.

SUPPLEMENTAL DECLARATION OF ALEXANDER DOUGLAS PLANK REGARDING URGENCY OF TRO APPLICATION

I, Alexander Douglas Plank, declare:

1. I am the plaintiff in this action. I am making this supplemental declaration in support of my pending Emergency Ex Parte Application for Temporary Restraining Order ("TRO").

2. On August 13, 2025, I notified opposing counsel, Jeffrey Bennett, General Counsel for SAG-AFTRA, of my TRO application pursuant to Local Rule 7-19. Mr. Bennett stated that SAG-AFTRA opposes the TRO. He also stated: "I believe the mailing has already gone out and did so prior to my receiving this email."

3. Mr. Bennett's use of the words "I believe" indicates uncertainty as to whether the mailing is, in fact, complete. No sworn statement or evidence has been

provided confirming that the mailing has been fully processed or sent to all intended recipients.

4. Even if part of the mailing has been sent, I believe additional portions may still be pending or in transit and therefore capable of being stopped by immediate court action.

5. Furthermore, once received, the contents of the mailing will cause continuing harm, including reputational injury, confusion among SAG-AFTRA members, and potential interference with federally protected rights. This harm can be mitigated by corrective or restraining orders issued now.

6. For these reasons, I respectfully submit that urgent judicial intervention remains necessary and appropriate.

I declare under penalty of perjury under the laws of the United States of America

that the foregoing is true and correct.

Executed on August 13, 2025, in Los Angeles, California.

/s/ Alexander Douglas Plank

Alexander Douglas Plank

c/o Arise Artists Agency

PO Box 930

Manhattan Beach, CA 90267

Phone: (703) 966-8504

Email: alex@alexplank.com