Alexander Douglas Plank

c/o Arise Artists Agency

PO Box 930

Manhattan Beach, CA 90267

Phone: (703) 966-8504

Email: alex@alexplank.com

FILED
CLERK, U.S. DISTRICT COURT
8/19/2025
CENTRAL DISTRICT OF CALIFORNIA
BY RYO DEPUTY
DOCUMENT SUBMITTED THROUGH THE
ELECTRONIC DOCUMENT SUBMISSION SYSTEM

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| ALEXANDER DOUGLAS PLANK, ) | Case No.: 2:25-cv-07523-AB-SSCx |
|     Plaintiff, ) | |
|  vs. ) | **PLAINTIFF'S MOTION TO CLARIFY** |
| SAG-AFTRA ) | **THE RECORD ON L.R. 7-19** |
|     Defendant ) | **COMPLIANCE** |

1  PLAINTIFF'S MOTION TO CLARIFY THE RECORD ON L.R. 7-19 COMPLIANCE

2   On August 14, 2025, Plaintiff filed a *Memorandum in Support of Plaintiff's Ex Parte Application for Temporary Restraining Order* (at Dkt. 18).

  Page 1 of that filing expressly listed the name, address, telephone number, and e-mail address of opposing counsel, Jeffrey Bennett, General Counsel for SAG-AFTRA, as required by Local Rule 7-19.

  Defendant's Opposition filed on August 15, 2025 asserts that Plaintiff "did not include the telephone number and e-mail address of counsel for the opposing party in any of the documents filed." *That assertion is incorrect.* Plaintiff's August 14, 2025 filing (at Dkt. 18) contains the required information that Defendant asserted was missing.

  Plaintiff respectfully requests that the Court clarify that his August 14, 2025 filing at Dkt. 18 included the name, address, telephone number, and email address of opposing counsel, in compliance with L.R. 7-19, contrary to Defendant's assertion. To the extent Defendant's Opposition misrepresents Plaintiff's filings, Plaintiff reserves the right to move to strike those portions under Fed. R. Civ. P. 12(f).

Dated: August 19, 2025
Los Angeles, CA


Respectfully submitted,
          /s/Alexander Douglas Plank


Alexander Douglas Plank
c/o Arise Artists Agency
PO Box 930
Manhattan Beach, CA 90267
Phone: (703) 966-8504
Email: alex@alexplank.com