c/o Arise Artists Agency

PO Box 930

Manhattan Beach, CA 90267

Phone: (703) 966-8504

Email: alex@alexplank.com

```
FILED
CLERK, U.S. DISTRICT COURT
8/20/2025
CENTRAL DISTRICT OF CALIFORNIA
BY    RYO    DEPUTY
DOCUMENT SUBMITTED THROUGH THE
ELECTRONIC DOCUMENT SUBMISSION SYSTEM
```

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| ALEXANDER DOUGLAS PLANK, | ) Case No.: 2:25-cv-07523-AB-SSCx |
|     Plaintiff, | ) |
|   vs. | ) PLAINTIFF'S REQUEST FOR LEAVE |
| SAG-AFTRA | ) NUNC PRO TUNC TO FILE REPLY TO |
|     Defendant | ) DEFENDANT'S OPPOSITION TO |
| | ) APPLICATION FOR TEMPORARY |
| | ) RESTRAINING ORDER |
| | ) |
| | ) |
| | ) |

# PLAINTIFF'S REQUEST FOR LEAVE NUNC PRO TUNC TO FILE REPLY TO DEFENDANT'S OPPOSITION TO APPLICATION FOR TEMPORARY RESTRAINING ORDER

Plaintiff respectfully requests that the Court grant leave, nunc pro tunc, to accept and consider Plaintiff's Reply to Defendant's Opposition to Plaintiff's Application for Temporary Restraining Order.

Local Rule 7-10 ordinarily prohibits replies in connection with applications for temporary restraining orders absent leave of Court. Plaintiff filed the Reply on August 18, 2025 in good faith to respond to arguments newly raised in Defendant's Opposition, and to assist the Court in resolving the time-sensitive issues of statutory rights.

No prejudice will result to Defendant from the Court's consideration of the Reply. Defendant received prompt notice and service, and the Reply raises no new claims or theories beyond the scope of Defendant's Opposition. By contrast, Plaintiff would be substantially prejudiced if denied the opportunity to answer those arguments in this expedited posture.

Accordingly, Plaintiff respectfully requests that the Court grant leave nunc pro tunc to accept and consider the Reply filed on August 18, 2025 in support of Plaintiff's Application for Temporary Restraining Order.

Dated: August 17, 2025

Los Angeles, CA


Respectfully submitted,

/s/Alexander Douglas Plank

Alexander Douglas Plank

c/o Arise Artists Agency

PO Box 930

Manhattan Beach, CA 90267

Phone: (703) 966-8504

Email: alex@alexplank.com

PLAINTIFF'S REQUEST FOR LEAVE NUNC PRO TUNC TO FILE REPLY TO DEFENDANT'S OPPOSITION TO APPLICATION FOR TEMPORARY RESTRAINING ORDER -

2