LODGED
CLERK, U.S. DISTRICT COURT
8/20/2025
CENTRAL DISTRICT OF CALIFORNIA
BY ___RYO___ DEPUTY
DOCUMENT SUBMITTED THROUGH THE
ELECTRONIC DOCUMENT SUBMISSION SYSTEM

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| ALEXANDER DOUGLAS PLANK,<br><br>　　　　Plaintiff,<br><br>vs.<br><br>SAG-AFTRA<br><br>　　　　Defendant | Case No.: 2:25-cv-07523-AB-SSCx<br><br>[PROPOSED] ORDER GRANTING PLAINTIFF'S REQUEST FOR LEAVE NUNC PRO TUNC TO FILE REPLY |

[PROPOSED] ORDER GRANTING PLAINTIFF'S REQUEST FOR LEAVE NUNC PRO TUNC TO FILE REPLY

Having considered Plaintiff's Request for Leave Nunc Pro Tunc to file his Reply in support of the Application for Temporary Restraining Order, and good cause appearing,

IT IS HEREBY ORDERED that Plaintiff's Reply, filed on August 18, 2025 is accepted nunc pro tunc as of that date and shall be considered in connection with Plaintiff's Application for Temporary Restraining Order.

IT IS SO ORDERED.

Dated: _____

Hon. André Birotte Jr.
United States District Judge