# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| ALEXANDER DOUGLAS PLANK<br><br>PLAINTIFF(S)<br><br>v.<br><br>SAG−AFTRA<br><br>DEFENDANT(S). | CASE NUMBER:<br><br>2:25−cv−07523−AB−SSC<br><br><br>**NOTICE TO FILER OF DEFICIENCIES IN REQUEST FOR ISSUANCE OF SUMMONS** |

**PLEASE TAKE NOTICE:**

The following problem(s) have been found with your electronically filed document:

| 8/21/2025 | 25 | Request for Summons |
|---|---|---|
| Date Filed | Doc. No. | Title of Doc. |

**ERROR(S) WITH DOCUMENT:**

*Other Error(s):*

The Summons is directed to Jeffrey Paul Bennett, SAG−AFTRA. Bennett is not named as a defendant in this action.

The summons cannot be issued until this defect has been corrected. Please correct the defect and re−file your summons request.

Clerk, U.S. District Court

Date: August 22, 2025    By: /s/ *Grace Kami  grace_kami@cacd.uscourts.gov*
                             Deputy Clerk

**Please refer to the Court's website at www.cacd.uscourts.gov for Local Rules, General Orders, and applicable forms.**

− NOTICE TO FILER OF DEFICIENCIES IN REQUEST FOR ISSUANCE OF SUMMONS −