NAME, ADDRESS, AND TELEPHONE NUMBER OF ATTORNEY(S)
OR OF PARTY APPEARING IN PRO PER

Susan Davis (pro hac vice admitted)
Olivia R. Singer (Calif. Bar No. 312770)
Kayla Morin (pro hac vice admitted)
COHEN, WEISS and SIMON LLP
909 Third Avenue, 12th Floor
New York, New York 10022-4869
Tel: (212) 563-4100
sdavis@cwsny.com

ATTORNEY(S) FOR:  Defendant SAG-AFTRA

## UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA

| ALEXANDER DOUGLAS PLANK | CASE NUMBER: |
|---|---|
| Plaintiff(s), | 25-cv-07523 (AB) (SSC) |
| v. | |
| SAG-AFTRA | **AMENDED** |
| | **CERTIFICATION AND NOTICE** |
| | **OF INTERESTED PARTIES** |
| Defendant(s) | **(Local Rule 7.1-1)** |

TO:    THE COURT AND ALL PARTIES OF RECORD:

The undersigned, counsel of record for _____ Defendant _____
or party appearing in pro per, certifies that the following listed party (or parties) may have a pecuniary interest in
the outcome of this case.  These representations are made to enable the Court to evaluate possible disqualification
or recusal.

(List the names of all such parties and identify their connection and interest. Use additional sheet if necessary.)

| PARTY | CONNECTION / INTEREST |
|---|---|
| Alexander Douglas Plank | Plaintiff |
| SAG-AFTRA | Defendant |
| Scottsdale Insurance Company | Insurance carrier for SAG-AFTRA |

8/26/2025                                        /s/ Olivia R. Singer
Date                                                  Signature

Attorney of record for (or name of party appearing in pro per):

SAG-AFTRA