LODGED
CLERK, U.S. DISTRICT COURT
8/26/25
CENTRAL DISTRICT OF CALIFORNIA
BY _____cs_____ DEPUTY
DOCUMENT SUBMITTED THROUGH THE ELECTRONIC DOCUMENT SUBMISSION SYSTEM

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| ALEXANDER DOUGLAS PLANK,<br><br>Plaintiffs,<br><br>v.<br><br>SAG-AFTRA,<br><br>Defendant. | Case No. 2:25-cv-07523-AB-SSCx<br><br>**[PROPOSED] ORDER FOR PRELIMINARY INJUNCTION** |

[PROPOSED] ORDER

Plaintiff's Motion for Preliminary Injunction came on for hearing on September 26, 2025, before the Honorable André Birotte Jr., United States District Judge.

Having considered the papers filed in support of and in opposition to the motion, the arguments of the parties, and the record in this case, the Court hereby ORDERS:

1. Defendant SAG-AFTRA is enjoined from enforcing or applying its "no animals in photos" policy in a manner that excludes or erases service animals from members' official photographs.

2. Defendant SAG-AFTRA shall accept and maintain Plaintiff's authentic image,

1  including his service animal, for use in union records and publications.
2  3. The Court further orders such other and further relief as it deems just and proper.
3
4  IT IS SO ORDERED.
5
6  **IT IS SO ORDERED.**
7
8  Dated: _____
9  HONORABLE ANDRÉ BIROTTE JR.
   UNITED STATES DISTRICT COURT JUDGE
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28