ALEXANDER DOUGLAS PLANK

C/O ARISE ARTISTS AGENCY

PO BOX 930

MANHATTAN BEACH, CA 90267

PHONE: (703) 966-8504

EMAIL: ALEX@ALEXPLANK.COM

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| ALEXANDER DOUGLAS PLANK,<br><br>Plaintiff,<br><br>v.<br><br>SAG-AFTRA,<br><br>Defendant. | Case No. 2:25-cv-07523-AB-SSCx<br><br>**SUPPLEMENTAL DECLARATION OF ALEXANDER DOUGLAS PLANK IN SUPPORT OF PLAINTIFF'S MOTION FOR PRELIMINARY INJUNCTION** |

I, Alexander Douglas Plank, declare as follows:

1. I am the Plaintiff in this action. I make this declaration in further support of my Motion for Preliminary Injunction. I have personal knowledge of the facts stated below and could testify to them if called as a witness.

2. I am a member of SAG-AFTRA. As part of my membership, I rely on SAG-AFTRA's guides and communications to present myself to colleagues and to participate fully in union affairs.

3. Because of the cropping policy challenged in this action, my photo appears differently than those of other members in the SAG-AFTRA membership guide. Other members' photos appear consistently across SAG-AFTRA's guide and Coalition materials. My photo, by contrast, is cropped and distorted in the guide but properly displayed in the Coalition materials.

1

4. Attached hereto as Exhibit A is a true and correct copy of the page containing the cropped image of me as it appears in the SAG-AFTRA Los Angeles Local Voter Guide. This is the version that Defendant has published and circulated.

5. This disparity makes me feel singled out and unequal compared to members who don't rely on a service animal due to a disability.

6. When members are encouraged to share materials or participate in online postings connected to the union guide, I hesitate. On multiple occasions, I have chosen not to post or share because I knew my photo would not appear on equal terms with others.

7. As a result, I post and participate less frequently than I otherwise would, and less often than nondisabled members. On August 29, 2025, at approximately 10:30 a.m., the SAG-AFTRA Disability Committee held a meeting. I chose not to attend because I felt stigmatized and embarrassed that my official photo in the Guide did not represent me equally alongside other members. I feared that my cropped and distorted photo would undermine how I was perceived in that context, so I stayed away.

8. Each time I refrain from activities, I lose the chance to participate equally in real time with colleagues.

9. Once missed, that opportunity cannot be restored later.

10. The deterrent effect has also caused me to avoid non-election-related activities.

11. Even after the present election concludes, the SAG-AFTRA membership guide will remain in circulation and visible to colleagues, members, and the public. My photo will continue to appear cropped and distorted in that guide.

12. The guide and similar union materials are often referenced by press outlets, coalition partners, and industry professionals. Because my photo is misrepresented in these publications, the stigma and unequal treatment carry forward beyond any single election period.

13. Colleagues and casting professionals consult these union publications outside of election seasons. Each time they do, I am misrepresented by the cropping policy, which impacts how I am perceived professionally.

14. The cropping policy is not limited to this election. It will apply again in future cycles of membership guides and other union communications.

15. Because I know the policy will continue to distort my image in union contexts, I remain hesitant to participate fully even after the election ends. That deterrent effect persists as long as the policy remains in place.

16. The policy also creates unease about my professional reputation. Because my photo is cropped differently than others, I cannot control how colleagues perceive me in union contexts. That uncertainty causes discomfort and deters me from sharing further.

17. The policy signals that I do not "fit" within the system as others do. That stigma is a harm to my dignity that cannot be undone by monetary damages.

18. No monetary award in the future could restore the equal participation I am denied today, or erase the stigma and deterrence I experience as long as the policy remains in place.

19. Attached hereto as Exhibit B is a true and correct copy of the Coalition mailing that includes my authentic photograph. I received this mailing and reviewed it at the time of distribution.

20. The fact that my authentic image appears seamlessly in Coalition materials confirms that there is no technical or logistical barrier to using it. The only reason my image is altered in the SAG-AFTRA Guide is Defendant's cropping policy.

21. The contrast between the Coalition's materials and SAG-AFTRA's Guide makes the stigma more pronounced. When colleagues compare the two, it is apparent that SAG-AFTRA alone altered my image. That discrepancy reinforces my sense

of being singled out and undermines my equal standing in union communications.

22. Attached hereto as Exhibit C is a true and correct copy of the Philadelphia Local Voter Guide. Unlike the Los Angeles Guide, photographs of candidates in the Philadelphia Guide were not cropped to remove visible features. This confirms that Defendant's claimed "uniform" cropping policy is not applied consistently across Locals. The contrast demonstrates that Defendant's asserted need for uniformity is pretextual, and that reasonable modification is both feasible and already practiced in other union contexts.

Executed on September 5, 2025, in Los Angeles, California.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

Dated: September 5, 2025          Respectfully submitted,

                                  /s/ Alexander Douglas Plank
                                  Alexander Douglas Plank
                                  c/o Arise Artists Agency
                                  PO Box 930
                                  Manhattan Beach, CA 90267
                                  Phone: (703) 966-8504
                                  Email: alex@alexplank.com

1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

# EXHIBIT A

SUPPLEMENTAL DECLARATION OF ALEXANDER DOUGLAS PLANK IN SUPPORT OF PLAINTIFF'S MOTION FOR PRELIMINARY INJUNCTION

The Local Officers and National Board Members, by virtue of their election to those positions, shall also serve as Convention Delegates. The Local Officers also serve on the Local Executive Committee. The Local Officers, Local Board Members and Convention Delegates, by virtue of their election to those positions, also serve as Alternate National Board Members and in certain circumstances, Convention Delegates are also eligible to serve as Alternate Local Board Members.

# LOCAL BOARD MEMBER – ACTOR/PERFORMER AND STUNT PERFORMER  /  2 YEAR TERM
VOTE FOR NO MORE THAN FORTY-ONE (41) – *CONTINUED ON NEXT PAGE*



**020 / JENNY O'HARA**
$750 Million in tax incentives!! The accomplishments of our LA Board, members, leaders, and staff who advocate for us are remarkable. The member turnout during the TV/Theatrical strike was extraordinary and led, I am certain, to our historic gains in our subsequent contract negotiations. It has been a pretty amazing year, all in. We applaud the stamina and unwavering commitment of our negotiating teams and our members. I am asking once again for your vote for LA Local Board and Delegate. Onward! Service: LA Local First VP, LA Local Board, National Board.  Committees - National HATS, LA HATS, TV/Theatrical Negotiating, Executive, Communications, Women's, Self Tape, TVTheatrical Principal Performers.
www.TheCoalition2025.org



**024 / ALEX PLANK**
Once elected, I will be the only member of leadership with a service dog. As an autistic actor and disability rights activist, I have a passion for improving things for marginalized performers. Having served as a strike captain and on the performers with disabilities and communications committees, I'm excited to continue to work to bring SAG-AFTRA into the modern era by increasing our union organizing efforts, building solidarity, and improving future negotiations so that our members have opportunities in a rapidly changing world.
TheCoalition2025.org



**028 / LINSAY ROUSSEAU**
As a VO and on-camera actor, I work across multiple contracts. I know firsthand that one size doesn't fit all. I've served on the Interactive Negotiating Committee and LA Local Committee, always putting members first. Our video game negotiations proved what's possible when we stand strong together. I'll keep fighting for fair contracts, safe sets, and AI protections — especially in VO and stunts, where members are often overlooked. I'm also VP of QueerVox and on the board of NAVA. I don't represent one category—I represent all of us. I'm running because OUR union deserves leadership that listens, shows up, and never



**021 / PEGGY LANE OROURKE**
I currently Chair the *Child Protection Task Force* and have vastly improved our contracts with changes that haven't happened in 40 years. There is now an Institutional Initiative to continue this essential work for Minors. I Chair the *Sexual Harassment Prevention Committee* and the *Stand In/Rehearsal Actor Committee*. I came up with the 150.00 adjustment for Multi Camera Rehearsal Actors and Photo Doubles. I believe in doing the work. Not complaining about what hasn't been done, but working towards what CAN be done. I'd appreciate your vote so I can keep doing that on your behalf.
**TheCoalition2025.org**



**025 / STEFANIE POWERS**
I am running to resume my position on the Local Board after much consideration because I feel there is still so much to accomplish on behalf of my fellow performers and I live in hope that my participation will add to those of like mind who feel that a union is important in defending the four principles for which it was formed... to safeguard and defend wages and working conditions, and to protect our pension and health care. TheCoalition2025.org



**029 / JERI RYAN**
I've been lucky enough to work as an actor since 1990. For most of those years, I took all of this - our rights, our union-won protections — for granted. But I've seen the seismic shift in our industry. Watched it become less viable as a career for many working class actors. While we've made some gains, our fight continues. The past 2 years, I've been proud to serve on the LA Local Board, on National Committees : TV/Theatrical Principal Performers, Sexual Harrassment, Government Affairs & Public Policy, Honors & Tributes, and on LA Local Committees: Executive,Sexual Harassment, Women's. Now, I'm ready to keep fighting to protect this industry we all love.
TheCoalition2025.org



**022 / RON OSTROW**
I've been a working actor for almost 40 years. I know from personal experience as a two-time cancer survivor how important our health benefits are and how hard they are to earn. During 10 major negotiations I've been fighting to improve our contracts, protect our plans, increase residuals, and make benefits accessible for all. As chair of the National Background Actors Committee, I fight hard for background. We need contracts that support everyone and leaders who'll work for you. I respectfully ask for your vote for another term on the LA Local Board. **TheCoalition2025.org**



**026 / BEATA POZNIAK**
As a 35-year SAG-AFTRA member, performer, and award-winning voice artist, I understand the challenges and dreams we share in every corner of our industry. For many years, I've fought for underrepresented voices by serving on the Local and National Women's Committees. I have spearheaded events to honor great achievements of women in our industry and beyond. I also initiated and lobbied for the first bill in the history of US Congress recognizing International Women's Day in America, proving I can get things done. Together, we can protect fair pay, strengthen healthcare and pensions, and build a future where every



**030 / WEDNEZDAY RYAN**
UPDATE: Los Angeles 2023, ballots mailed 60,957 only 10,697 voted. How is this democracy? Encourage members to VOTE! Since 2008 I have spent most of my time resisting dangerous globalist policies that have been gutting our access to the work, while simultaneously sounding the alarm about emerging technologies for well over a decade.  Ever wonder WHY the work is going overseas or WHY scanning is now a condition of employment or WHO gets these fund$? Insanity= doing the same thing over and over again expecting different results. SAG-AFTRA needs unentangled, futurist leaders transparent enough to ask questions like these.
https://wednezdayryan.workbooklive.com



**023 / CHEYENNE PEREZ**
I'm a working-class actor running for the LA Local Board to represent those making a living gig by gig. I serve as Vice Chair of the LA Organizing Committee and was a Strike Captain and Lot Organizer at Warner Bros. during the 2023 TV/Theatrical Strike. Since joining SAG-AFTRA in 2018, I've been committed to building member power from the ground up. I'm running to fight for accessible healthcare, enforceable contracts, and fair pay for all performers. It's 2025—our union must meet this moment with courage, solidarity, and a clear vision for a stronger future. TheCoalition2025.org



**027 / SHERYL LEE RALPH**
Greetings. I'm running for local and national SAG/AFTRA board leadership because I believe in building a stronger, more inclusive, and transparent union that truly reflects the needs of OUR members. I've seen firsthand as LA Local VP the power of collective action, but I've also seen where we can do better whether it's in communication, advocacy, or protecting our rights on the ground. I'm committed to fighting for real change. With your support, I'll work to ensure that our union remains a force for fairness, equity, and lasting progress. Thank you. Sheryl Lee Ralph TheCoalition2025.org



**031 / WOODY SCHULTZ**
Since joining SAG-AFTRA, I've proudly advocated for our members' rights and protections. As AI Task Force chair and Innovations and New Technology vice-chair, I'm focused on how emerging technologies like AI can benefit members while fighting to mitigate the potential threats to our livelihoods. On multiple negotiating committees I've bargained strong contract language to safeguard a performer's voice and likeness. As a Government Affairs and Public Policy Committee member I've fought for legislation to protect performers' work and images and for increased tax incentives to bring work back to California. Together, let's ensure a future with fair compensation and endless possibilities for all members. www.TheCoalition2025.org

# EXHIBIT B

# FIGHTING FORWARD, TOGETHER

*We are a coalition of member-leaders committed to building a stronger, more responsive union – one that respects members as the independent professionals they are, and puts their needs before the interests of our employers.*

Our mission is rooted in **transparency, inclusion, and empowerment.** We fight to ensure that your ideas and priorities are heard – not just during contract campaigns, but through ongoing engagement: meaningful W&Ws, open forums, and the newly approved LA Local Town Halls designed to bring leadership directly to members.

**We believe in a culture of real inclusion and real power – built through robust, informed participation.** That means engaging members before decisions are made, not just after. It means ensuring every category and community – across locals and across the country – has a seat at the table, access to union resources, and a real voice in shaping our future.

**Bringing together veteran activist-negotiators and a bold new wave of non-partisan, rank-and-file careerists, this coalition is ready to lead with experience and cutting-edge vision.** We know what's working. And we're ready to challenge what isn't. That balance of continuity and courage is what makes this team uniquely equipped to lead meaningful, lasting change.

We are building on hard-won progress, and course-correcting where needed:

- **Artificial Intelligence:** We established first-ever protections and we're pushing for stronger, enforceable safeguards.
- **Pension & Health:** We secured the first major employer contribution increase to caps in decades – and that's just the start.
- **Self-Tape Guidelines:** We got them into the contract – now we're fighting for enforcement.
- **Broadcast Protections:** We're committed to real protections for broadcast professionals – defending their work, their rights, their safety, and their essential role in the future of our union.
- **Streaming Bonus and Residuals:** We set a long-overdue floor, and we're ready to raise it.
- **Access to Benefits:** Fighting for real access to Pension & Health – by supporting senior members who lost lifetime coverage they counted on, and removing barriers that keep newer members from qualifying.

*We encourage you to vote for the entire Coalition2025 ticket.*

Last Minute Ballots can be walked into the Post Office **NO LATER THAN 5:00pm on Thursday, September 11, 2025.**

P.O. Address: 7610 Beverly Blvd., Los Angeles CA 90048

**IMPORTANT:** Hand it directly to the Postal Worker. **DO NOT** drop it in the regular collection box.

## ENDORSEMENTS

*Jane Fonda • Brendan Fraser • Orlando Bloom • Ke Huy Quan • Josh Brolin • LeVar Burton • Debra Messing • Mark Hamill • Jinkx Monsoon • Matt Walsh • Elijah Wood • Joseph Gordon-Levitt • Mark Ruffalo • Melissa Joan Hart • Patton Oswalt • Martha Plimpton • John Goodman • Michael Chiklis • Felicia Day • Peter Facinelli • Dermot Mulroney • Gina Torres • Wil Wheaton • Bradley Whitford • Amy Landecker • Billy Boyd • Elaine Hendrix • Kate Micucci • Josh Gad • Meredith Salinger • Jeremy Piven • Sarah Drew • Michael Dorn • Gates McFadden • Alison Pill • Jim Cummings • Jennifer Esposito • Joe Pantoliano • Nolan North • Phil LaMarr • Aunjanue Ellis-Taylor • Scott Grimes • Mackenzie Astin • Alysia Reiner • Brent Spiner • Steve Lukather • Shirley Jones • Lou Diamond Phillips • Maurice LaMarche • Dominic Monaghan • Joshua Malina • Jewel Staite • Alexandra Shipp • Karen Valentine • Joanna Cassidy • John Astin • Tress MacNeille • Jonathan Del Arco • Lisa Vidal • Anson Mount • Maureen McCormick • Rob Paulsen • Garrett Dillahunt • Spencer Garrett • Ali Astin •*

## the COALITION

### 2025 SAG-AFTRA ELECTION GUIDE



**SEAN ASTIN**
NATIONAL PRESIDENT



**MICHELLE HURD**
NATIONAL SECRETARY-TREASURER



**LISA ANN WALTER**
LA VICE-PRESIDENT



**JOELY FISHER**
LA PRESIDENT



**DAVID JOLLIFFE**
LA VICE-PRESIDENT

*Grounded in experience, driven by purpose – we're ready to move SAG-AFTRA forward.*

### www.TheCoalition2025.org

**MembershipFirst + Unite For Strength + Non-Partisans**

# HOW TO USE THIS GUIDE

Use the color-coded numbers below to find COALITION candidates on your ballot.

**LB** — LOCAL
**NB** — NATIONAL

# NATIONAL OFFICER CANDIDATES


**SEAN ASTIN** — 02
NATIONAL PRESIDENT


**MICHELLE HURD** — 04
NATIONAL SECRETARY-TREASURER

# LA LOCAL BOARD OFFICER CANDIDATES


**JOELY FISHER** — 002
LA LOCAL PRESIDENT


**LISA ANN WALTER** — 004
LA LOCAL VICE PRESIDENT


**DAVID JOLLIFFE** — 007
LA LOCAL VICE PRESIDENT

# MAIL YOUR BALLOT NO LATER THAN SEPT. 5TH

VOTE FOR NO MORE THAN **16** NATIONAL **41** LOCAL & **128** DELEGATE CANDIDATES

---

**CATHERINE LIDSTONE** — 009
**ANTHONY MARCIONA** — 012
**PAULA MARSHALL** — 075
**A MARTINEZ** — 013
**SARAH ANN MASSE** — 014
**KEVIN McCORKLE** — 015
**SHIVA NEGAR** — 078
**THOMAS OCHOA** — 019
**JENNY O'HARA** — 020
**PEGGY LANE O'ROURKE** — 021

**RON OSTROW** — 022 / 079
**CHEYENNE PEREZ** — 023
**ALEX PLANK** — 024
**STEFANIE POWERS** — 025 / 080
**SHERYL LEE RALPH** — 027 / 081
**LINSAY ROUSSEAU** — 028
**JERI RYAN** — 029 / 082
**GRANT SHOW** — 083
**MARTIN STARR** — 084
**ALYSON STONER** — 033

**CHRISTIAN TELESMAR** — 034
**KATIE VON TILL** — 035
**CRISTELA ALONZO** — 088
**MÄDCHEN AMICK** — 089
**KRISTEN ARIZA** — 041
**SEAN ASTIN** — 042 / 091
**JANE AUSTIN** — 043
**SHONDRELLA AVERY** — 044
**SHARI BELAFONTE** — 093
**DAVID BLUE** — 045

**KATE BOND** — 046
**MICHELLE C. BONILLA** — 047
**HEATHER-ASHLEY BOYER** — 048
**LAURA LINDA BRADLEY** — 049
**YVETTE NICOLE BROWN** — 095
**MATT BUSH** — 050
**DANICE CABANELA** — 051
**JESSE MARTINEZ CARLOS** — 052
**EVER CARRADINE** — 053
**VANESSA CHESTER** — 055

**JILLIAN CLARE** — 056
**KEITH DAVID** — 101
**WILLIAM STANFORD DAVIS** — 062
**MARIE FINK** — 065
**FRANCES FISHER** — 066
**JOELY FISHER** — 104
**JASON GEORGE** — 105
**RICHARD HADFIELD** — 067
**SAMANTHA HARTSON** — 068
**AUSTIN HIGHSMITH GARCES** — 069

**MATT KAVANAUGH** — 071
**HENRY KINGI, JR.** — 072

---

### !! IMPORTANT: VOTE FOR NO MORE THAN 125 ACTOR/PERFORMER & 3 STUNT PERFORMER DELEGATES !!

**125 ACTOR / PERFORMERS**

108 – KHRISTINA LOUISE LAMONTE
109 – BJ LANGE
110 – PAUL LECLAIR
112 – JEN LEVIN
113 – CATHERINE LIDSTONE
115 – RUTH LIVIER
119 – ANTHONY MARCIONA
120 – SARAH ANN MASSE
121 – JAMES MATHIAS III
122 – KEVIN McCORKLE
123 – ROBIN McWILLIAMS
126 – CARMEN MOLINARI
128 – LIZZA MONET MORALES
129 – RON MORGAN
131 – MILO (ZEUS) MUSTANG
133 – THOMAS OCHOA
134 – JENNY O'HARA
135 – PEGGY LANE O'ROURKE
136 – MARY OSTROW
137 – CUTTER RAY PALACIOS
139 – CHEYENNE PEREZ
140 – TODD PETERSON
141 – HOLLY PITRAGO
142 – MARK PLANAS
143 – ALEX PLANK
146 – LEE PURCELL
147 – JULIA RACHLEWSKI
148 – DILEEP RAO
149 – CARLA RENATA
150 – LINSAY ROUSSEAU
151 – CATHY CAHLIN RYAN
154 – TEMA SALL
155 – WOODY SCHULTZ
156 – CHELSEA SCHWARTZ
157 – JOAN SCHWARTZ
158 – SHEA SCULLIN
159 – MARA SHUSTER-LEFKOWITZ
160 – NINA SIEMASZKO
162 – DEEP SINGH
163 – NICK SMOKE
164 – YOLANDA SNOWBALL
165 – ARNE STARR
166 – EVELYN STOKES
167 – ALYSON STONER
168 – ALYSON STOVER
169 – JASON STUART
170 – LAURA SUMMER
171 – CHRISTIAN TELESMAR
172 – IQBAL THEBA
173 – RENEE THREATTE
174 – JEFF TORRES
175 – STACEY TRAVIS
176 – KATIE VON TILL
177 – HILARY WARD
178 – CARYN WEST
180 – BEN WHITEHAIR
182 – RUTH WILHOIT
183 – TERRY WILKERSON
187 – VINCENT AMAYA
188 – KONSTANTINE ANTHONY
189 – KRISTEN ARIZA
190 – SHONDRELLA AVERY
191 – NANDINI BAPAT
194 – DEMETRI BELARDINELLI
195 – MICHAEL JAMES BELL
196 – LeQUAN ANTONIO BENNETT
197 – DAVID BLUE
198 – KATE BOND
199 – MICHELLE C. BONILLA
200 – SEAN MICHAEL BOOZER
201 – HEATHER-ASHLEY BOYER
202 – LAURA LINDA BRADLEY
204 – JULIE BROWN
207 – CARLEASE BURKE
208 – MATT BUSH
209 – DANICE CABANELA
210 – MADONNA CACCIATORE
211 – CASSANDRA CAPOCCI
212 – JESSE MARTINEZ CARLOS
213 – MICHAEL CARNEGIE
214 – JOI CARR
215 – EVER CARRADINE
217 – WILLIAM CHARLTON
218 – VANESSA CHESTER
219 – JILLIAN CLARE
221 – DAVE CLENNON
222 – ASSAF COHEN
223 – JOHN P. CONNOLLY
225 – ELLEN CRAWFORD
228 – PATRIKA DARBO
230 – LAUREN DE MIRANDA
231 – JODI DENNITHORNE
233 – WILL DINSMOOR
234 – JAY DISNEY
236 – CASEY FEIGH
237 – FRED FEIN
238 – CELIA FINKELSTEIN
239 – CHANON FINLEY
240 – ROBERT FISHER
241 – ROBIN FITZGERALD
242 – MARY M. FLYNN
243 – RORI FLYNN
244 – TIM FRIEDLANDER
245 – KAITLYN FUREY
247 – JASON T. GAFFNEY
250 – MIKE GENOVESE
252 – MARC GESCHWIND
253 – GISELLE GILBERT
254 – RUBEN ROBERTO GOMEZ
255 – EILEEN GRUBBA
256 – RICHARD HADFIELD
257 – REN HANAMI
258 – LINDA HARCHARIC
259 – SAMANTHA HARTSON
261 – MARY HEISS
262 – HAYDEN HIEBERT
263 – AUSTIN HIGHSMITH GARCES
264 – EDWARD HONG
265 – JENNAE HOVING
266 – DIANA ELIZABETH JORDAN
267 – JACKIE J. JOSEPH
268 – MATT KAVANAUGH
269 – ALEX KEENER
270 – ALI KINKAIDE
271 – JAY KOGEN

**3 STUNT PERFORMERS**

274 – MARIE FINK
275 – GINA KESSLER
276 – HENRY KINGI, JR.

---

Visit **www.TheCoalition2025.org** to learn more & support the Coalition ticket today

## OUR PLATFORM

*NEED A REPLACEMENT BALLOT?*
EMAIL: REPLACEMENTBALLOT@SAGAFTRA.ORG
CALL: (323) 549-6458

**IMPORTANT: DO NOT OVERVOTE**

Selecting more than the above specified number of candidates will result in your ballot's disqualification. Following this guide will help ensure you vote for the correct number of candidates.

**- NOT PAID FOR WITH SAG-AFTRA FUNDS -**

1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

# EXHIBIT C

4

SUPPLEMENTAL DECLARATION OF ALEXANDER DOUGLAS PLANK IN SUPPORT OF PLAINTIFF'S MOTION FOR PRELIMINARY INJUNCTION





# Voter's Guide and Voting Instructions for the 2025 Philadelphia Local Election

**August 8, 2025**

The candidates have been requested to provide, at their discretion, statements for this brochure in accordance with the rules outlined in the SAG-AFTRA Nominations and Election Policy ("Guidelines"). Except as set forth in the guidelines, statements will be printed exactly as submitted.

**THE CANDIDATES' STATEMENTS IN THIS BROCHURE ARE SOLELY THOSE OF EACH OF THE CANDIDATES. SAG-AFTRA DOES NOT ENDORSE ANY OF THE CONTENTS OF, OR OPINIONS EXPRESSED IN, THESE STATEMENTS.**

Please note that the candidate names are listed in order by randomly selecting a letter and then listing candidate names alphabetically by last name starting with the letter selected. The random letter selected this year is "L".

If a candidate for any office is unopposed, the candidate shall be declared elected without the necessity of a membership vote.

Please note that the following candidates ran unopposed and will be installed in office on September 12, 2025:

**Vice President – Broadcast** - Markus Goldman;
**Secretary** - Monica Avery;
**Convention Delegates** - Harold G. Eder II, Tracy (Armbruster) Flynn, Meagan Hill, Nikki Izanec, Mike Kraycik, Gail Lewis, Margaret E Owens, Lou Pecheco, Greg Pronko, J. S. Williamson and David Woo



**IMPORTANT!**
Before marking your ballot, please read the "Voting Instructions" on back of this guide.
Following these instructions assures that your vote will be cast properly.

The National Board member, by virtue of their election to that position, shall also serve as a Convention Delegate. The National Board Member will also serve as a Local Board Member and Local Executive Committee Member during the first two years of the term. The Vice President – Actor/Performer will also serve as a member of the Local Executive Committee. The Local Officer and Local Board Members, by virtue of their election to those positions, are eligible to serve as Alternate National Board Members.

# NATIONAL BOARD MEMBER / 4 YEAR TERM
## VOTE FOR NO MORE THAN ONE (1)



### 01 / HAROLD G. EDER II
Look at These other Bio's; for all the years of experience and time as "leadership", what have they Done on your Behalf? Is there documented proof to back it up? Together Let's utilize Ingenuity and Boldness with programs that will be the model for other Locals & National. Your Member$hip Due$ Currently are Nothing more than a glorified Time$hare. Eating in a restaurant would you accept a menu item That wa$n't what you ordered? If it came out under cooked,$end it back? Elect me to be your repre$entative and you will have a yearly Budget to vote up or

### 02 / NIKKI IZANEC
I serve as: Proud two-term Philadelphia local President Voting member of both the national commercials and network codes negotiating committees. Co-Chair of the commercial performer's committee, vice chair of the child protection task force nationally as well as various other committees and initiatives. A member in this pivotal time navigating AI, scarcity of work, and job retention (the same as most of you). It would be my privilege to serve as your Philadelphia National Board Member. I won't be spending money on election mailers and rather spend the funds patronizing the arts and the artists who work.

The National Board member, by virtue of their election to that position, shall also serve as a Convention Delegate. The National Board Member will also serve as a Local Board Member and Local Executive Committee Member during the first two years of the term. The Vice President – Actor/Performer will also serve as a member of the Local Executive Committee. The Local Officer and Local Board Members, by virtue of their election to those positions, are eligible to serve as Alternate National Board Members.

# PRESIDENT / 2 YEAR TERM
## VOTE FOR NO MORE THAN ONE (1)



### 03 / HAROLD G. EDER II
Convention Delegate Actions: 1 nomination for the Actor/Performer Vice-President. Successfully petitioned to Reconvene National Convention Voted on all 68 resolutions. Spoke in favor of resolution 2024-R-033 Spoke against resolution 2024-R-043 2 Motions: A) to vote on all resolutions with out speakers first. B) to allow voting to continue after the convention adjournment. Submitted: 2 Constitutional Changes 2 Resolutions Communications: Advised Local & National Officers about Constitutional reformation of the Election Tabulation and the National Board Attended: 26 Meetings 12 W&W's 2 Conventions 7 W&W's proposals



### 04 / MIKE KRAYCIK
Fellow members, I ask for your vote as our next Philadelphia LOCAL PRESIDENT. For 16 years I have proudly served as Local Board Member, Vice President (2017-2019) and last 6 years as your National Board Member. CONSERVATORY COMMITTEE Chair 2010-2023, cofounded/chaired our NEXTGEN COMMITTEE, Co-Chair BACKGROUND COMMITTEE, National AI TASKFORCE Vice-Chair and served as (self-funded) Convention Delegate. Master's Degree in Business Innovation from SCAD (finance emphasis) I have technical & business acumen to keep us ahead of issues like AI. I'll continue to pursue bringing more union work to town through incentives, partnerships and broadcast organizing. More at MKPhilly.com

# VICE PRESIDENT – ACTOR/PERFORMER / 2 YEAR TERM
## VOTE FOR NO MORE THAN ONE (1)



### 05 / DEBORAH CARN
I am an Actor/Performer/Commercial Model and a proud mother. I have been a member for over twenty years and served on the board in various roles since 2004. I presently serve as Conservatory Chair which involves education and outreach efforts. I have experience in Contract negotiations and experience as a Contracts Supervisor for over twelve years. I have spoken to Local and State officials regarding legislation. I will adhere to your concerns and create strategies to help our members. As your Vice President, I will listen and be a voice for you!



### 06 / MEAGAN HILL
I have proudly served on the SAG-AFTRA Board for the past 13 years; 6 years as your VP Actor/Performer. During that time, I have devoted myself to union causes and worked to make producers aware of our numerous contracts for low-budget and student films. Together with other union leaders I helped organize and participate in rallies during the SAG-AFTRA strike and protests at WHYY. In addition to my union duties, I have volunteered to speak with nonunion actors and college students to make them aware of the benefits of union membership. Help me to continue to work for YOU by

The National Board member, by virtue of their election to that position, shall also serve as a Convention Delegate. The National Board Member will also serve as a Local Board Member and Local Executive Committee Member during the first two years of the term. The Vice President – Actor/Performer will also serve as a member of the Local Executive Committee. The Local Officer and Local Board Members, by virtue of their election to those positions, are eligible to serve as Alternate National Board Members.

# LOCAL BOARD MEMBER – ACTOR/PERFORMER / 2 YEAR TERM

VOTE FOR NO MORE THAN NINE (9) – *CONTINUED ON NEXT PAGE*



### 07 / GAIL LEWIS
We inform, educate, and entertain. We all are that incredible union! As your current board member with a Wharton (Univ. of Penn) business background and various education and entertainment experiences (including principal and extra), I would like to continue to strive to speak out for our concerns. Reelect me. Keep sharing your input, and I will continue to strive to be a channel of information pushing for more work in our region; making sure our rights and goals are fulfilled and not unjustly compromised; raising my voice so that your voice is heard.



### 08 / MARGARET E OWENS
**As a proud union member for the past 11 years, I am deeply committed to strengthening our community. It would be honored to serve on the local board to advocate for our shared interests and ensure every member feels supported and empowered.**



### 09 / LOU PACHECO
Dear Fellow Members, I am honored to announce my candidacy for re-election as your Philadelphia local SAG-AFTRA board member and delegate. With a deep commitment to our union's values and track record of active involvement, I am dedicated to advocating for all members from background actors to A-list performers. Over the years I have consistently championed issues that impact our diverse membership. Whether it's fair wages, ensuring safe working conditions, or protecting our health and pension benefits, I have been at the forefront. Our industry is evolving and so must our union. I am committed to: Strengthening contract negotiations Enhancing member engagement fighting for members



### 10 / GREG PRONKO
I am humbly requesting your vote to serve a 2nd term as Philadelphia Local SAG-Aftra Representative. I am also running for Convention Delegate. I would like to continue to fight for our workers' rights. It's been an honor to represent you, the Philadelphia and surrounding region by attending the many meetings, strike rallies, conventions and legislative events in order to further the causes of our union. Thank you my friends so much for your past and future support!



### 11 / J. S. WILLIAMSON
No Statement



### 12 / DAVID WOO
The ability of this Union to move forward depends upon the principle of solidarity. In my opinion, Board Directors serve the interests of the Union as a whole and not sliced and diced demographics. It's in the name, Union. We're stronger together. I expect to uphold the power of our unity by making decisions to vote in the interest of the whole and not of any individuals, or a caucus. I hope to continue to serve at the pleasure of our membership.

The National Board member, by virtue of their election to that position, shall also serve as a Convention Delegate. The National Board Member will also serve as a Local Board Member and Local Executive Committee Member during the first two years of the term. The Vice President – Actor/Performer will also serve as a member of the Local Executive Committee. The Local Officer and Local Board Members, by virtue of their election to those positions, are eligible to serve as Alternate National Board Members.

# LOCAL BOARD MEMBER – ACTOR/PERFORMER / 2 YEAR TERM
## VOTE FOR NO MORE THAN NINE (9)



### 13 / DEBORAH CARN
I am an actor/performer/commercial model and proud mother. I have been a member for over twenty years and served on the board in various roles since 2004. I serve presently as Conservatory Chair which involves education and outreach efforts. I have experience in contracts negotiations and worked as a Contract's Supervisor for over twelve years. I have spoken to local and state officials regarding legislation. It is my personal goal to adhere to concerns and create strategies to help our members. I will listen and be the voice for you!



### 14 / HAROLD G. EDER II
**Your Choice is a Mindless Megalomaniac Executive(s) or an ACCA personality combined with DAFECIE critical thinking Leader. Work Still to do:** The pension, health plan, and foundation should have separate elected members on their respective boards Open and recorded Board and Business meetings with membership voted transactions Creation of our Hiring Hall a More robust local Constitution Scale-able wage increase to match Cost of Living based on experience **Transparency is Key then Vote Please vote Chuck Slavin National President, Peter Antico Secretary Treasurer, & Harold G. Eder II for which office you see fit; Thanks.**



### 15 / TRACY (ARMBRUSTER) FLYNN
I've been an involved member who is new to running for local office however, I'm excited to be here for your consideration. Our local leaders have helped and encouraged me along with a great team that I'm excite to be a part of for the upcoming term. I'm ready to serve the SAG-AFTRA Philadelphia Community. At this time I won't be spending money on election mailers & would rather spend the funds to support the arts/artist of our community. Thanks!



### 16 / MEAGAN HILL
I have proudly served on the SAG-AFTRA Board for the past 13 years; 6 years as your VP Actor/Performer. During that time, I have devoted myself to union causes and worked to make producers aware of our numerous contracts for low-budget and student films. Together with other union leaders I helped organize and participate in rallies during the SAG-AFTRA strike and protests at WHYY. In addition to my union duties, I have volunteered to speak with nonunion actors and college students to make them aware of the benefits of union membership. Help me to continue to work for YOU by



### 17 / MIKE KRAYCIK
Fellow Philadelphia Local members, I ask for your support in reelecting me as Local Board Member. For 16 years I have proudly served as Local Board Member (along w VP 2017-2019 & National Board 2019-2025). Conservatory Committee Chair 2010-2023, co-founded/chaired our NextGen Committee, Co-Chair Background Committee, National AI Taskforce Vice-Chair and served as (self-funded) Convention Delegate. Master's Degree in Business Innovation from SCAD (emphasis on finance) and have technical & business acumen to keep us ahead of items like AI. I'll continue to pursue bringing more union work to town through incentives, partnerships and broadcast organizing. More at MKPhilly.com