ALEXANDER DOUGLAS PLANK

c/o Arise Artists Agency

PO Box 930

Manhattan Beach, CA 90267

Phone: (703) 966-8504

Email: alex@alexplank.com

EDSS

FILED
CLERK, U.S. DISTRICT COURT

9/3/25

CENTRAL DISTRICT OF CALIFORNIA
BY: __CS__ DEPUTY

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| ALEXANDER DOUGLAS PLANK, | Case No. 2:25-cv-07523-AB-SSCx |
|---|---|
| Plaintiff, | **NOTICE OF ERRATA RE PLAINTIFF'S MOTION FOR PRELIMINARY INJUNCTION** |
| v. | |
| SAG-AFTRA, | |
| Defendant. | |

**TO THE COURT, ALL PARTIES, AND THEIR ATTORNEYS OF RECORD:**

PLEASE TAKE NOTICE that Plaintiff respectfully submits this Notice of Errata to correct the Declaratory Relief section on page 14 of his Motion for Preliminary Injunction filed on August 26, 2025 (Doc. No. 30). The submitted version inadvertently included a stray reference to the Equal Protection Clause of the Fourteenth Amendment, cited only Title III of the ADA, and mentioned the Unruh Civil Rights Act.

As the balance of the Motion makes clear, Plaintiff does not pursue a Fourteenth Amendment claim, and his ADA claim arises under the statute broadly — including, but not limited to, Title I and Title III, as applicable. Plaintiff intended to reference California's core civil rights protections applicable here, including FEHA and CDPA, as appropriate. This clarification is made in the interest of accuracy and

1

completeness and is limited to clarifying the Declaratory Relief section of the Conclusion. No other arguments in the Motion are affected.

DATED: September 3, 2025

By

/s/Alexander Douglas Plank

Alexander Douglas Plank

Plaintiff

c/o Arise Artists Agency

PO Box 930

Manhattan Beach, CA 90267

Phone: (703) 966-8504

Email: alex@alexplank.com