# EXHIBIT A



9