# EXHIBIT C

8/12/25, 3:37 PM Case 2:25-cv-07523-AB-SSC    Document 39-3    Filed 09/18/25    Page 2 of 3    Page ID
alexplank.com Mail - URGENT: disability erasure at SAG-AFTRA
#:590



Alexander Plank <alex@alexplank.com>

## URGENT: disability erasure at SAG-AFTRA

**Michelle Bennett** <michelle.bennett@sagaftra.org>  Tue, Aug 12, 2025 at 2:33 PM
To: alex@alexplank.com

Hi Alex,
The LA Local Election Voter's Guide and ballot materials are scheduled to mail tomorrow on Wednesday, August 13, 2025.

As I previously advised you, the photo was cropped only to align with SAG-AFTRA's Nominations & Election Policy and the candidate instructions, which specify that all photos submitted for the Voter's Guide must be a headshot of the candidate. All candidate photos have been cropped to comply with this Rule. The Election Committee does not have the authority to make any exceptions to the rules set forth in the SAG-AFTRA Nominations and Election Policy; it only has the authority to determine whether the candidate requirements have been met.

Michelle

---------- Forwarded message ---------
From: **Alexander Plank** <alex@alexplank.com>
Date: Fri, Aug 8, 2025 at 4:55 PM
Subject: Re: URGENT: disability erasure at SAG-AFTRA
To: Michelle Bennett <Michelle.Bennett@sagaftra.org>
Cc: Jeffrey Bennett <jpb@sagaftra.org>, <Rebecca.krinsky@sagaftra.org>

Hi Michelle,
I submitted a headshot that includes a disability aid visible within the frame. You cropped the photo to remove that disability aid. Your guide from this year and other years includes headshots framed more widely of other actors so this is not about framing.

Cropping my photo because there is evidence of my disability in the frame is a violation of federal disability rights legislation as well as the equal protection clause in the 14th amendment of the constitution.

Unions do not have the authority to override federal law.

You are violating these laws based on your misunderstanding union rules and the laws surrounding disabled individuals, but either way, your interpretation of the sag-aftra union rules is premised on your ableist belief that a headshot should not show signs of a disability.

Sending these out with the cropped image will cause me to suffer irreparable harm due to the following (but not limited to the following): public misrepresentation of my disability accommodations and identity as a disabled actor, harm to my my reputation and credibility as a producer, disability rights activist, and disabled performer, and—as you acknowledged—emotional distress due to discrimination and erasure of my identity as a disabled actor who relies on a service animal.

Could please let me know when you are intending to send these out? If you intend to send these out with the cropped image of me, that is going to be a problem.

Just to be clear, you do not have my permission to send anything to the membership if it includes the photo of me with my service animal cropped out.

Alex

----
Alex Plank
+1 212-321-0730

On Fri, Aug 8, 2025 at 3:46 PM Michelle Bennett <michelle.bennett@sagaftra.org> wrote:

8/12/25, 3:37 PM  Case 2:25-cv-07523-AB-SSC    Document 39-3  Filed 09/18/25  Page 3 of 3   Page ID
alexplank.com Mail - URGENT: disability erasure at SAG-AFTRA
#:591

Hi Alex,

Thank you for reaching out to me. I want to assure you that the Union does not stand for disability erasure and that the photo was cropped only to align with SAG-AFTRA's Nominations & Election Policy and the candidate instructions which specify that all photos submitted for the voter's guide must be a headshot of the candidate.

While I understand this situation has caused distress, the Election Committee does not have the authority to make any exceptions to the rules set forth in the SAG-AFTRA Nominations and Election Policy; it only has the authority to determine whether the candidate requirements have been met.

We are always open to suggestions for improving the Union's rules and policies. We will certainly add this to the list of recommendations to be considered and approved for future election cycles.

Michelle

On Fri, Aug 8, 2025 at 2:40 PM Alexander Plank <alex@alexplank.com> wrote:
> Hi Michelle,
> I am a member of the national and local disability committees. I was just informed that SAG-AFTRA is planning on cropping out my service animal from my candidate photo for the voter guide in this election.
>
> I am running for LA local board and hoped to use my position on the board to advocate for disabled performers, especially those with service animals. But if disability erasure is something this union stands for, it is not a union I can be a part of.
>
> I am hoping that SAG-AFTRA will fix this situation because I strongly believe in the power of unions, including this one. But removing visible indicators of disability, regardless of the reason, is not something I can ever stand for.
>
> Thanks,
> Alex
>
> ----
> Alex Plank
> +1 212-321-0730

-

-