# EXHIBIT D

⊗ ⊘ 2025 Philadelphia Local Voter Guide.pdf

The National Board member, by virtue of their election to that position, shall also serve as a Convention Delegate. The National Board Member will also serve as a Local Board Member and Local Executive Committee Member during the first two years of the term. The Vice President – Actor/Performer will also serve as a member of the Local Executive Committee. The Local Officer and Local Board Members, by virtue of their election to those positions, are eligible to serve as Alternate National Board Members.

# NATIONAL BOARD MEMBER / 4 YEAR TERM
VOTE FOR NO MORE THAN ONE (1)



### 01 / HAROLD G. EDER II
Look at These other Bio's; for all the years of experience and time as "leadership", what have they Done on your Behalf? Is there documented proof to back it up? Together Let's utilize Ingenuity and Boldness with programs that will be the model for other Locals & National. Your Member$hip Due$ Currently are Nothing more than a glorified Time$hare. Eating in a restaurant would you accept a menu item That wa$n't what you ordered? If it came out under cooked,$end it back? Elect me to be your repre$entative and you will have a yearly Budget to vote up or

### 02 / NIKKI IZANEC
I serve as: Proud two-term Philadelphia local President Voting member of both the national commercials and network codes negotiating committees. Co-Chair of the commercial performer's committee, vice chair of the child protection task force nationally as well as various other committees and initiatives. A member in this pivotal time navigating AI, scarcity of work, and job retention (the same as most of you). It would be my privilege to serve as your Philadelphia National Board Member. I won't be spending money on election mailers and rather spend the funds patronizing the arts and the artists who work.