# EXHIBIT B

8/12/25, 3:37 PM  Case 2:25-cv-07523-AB-SSC   Document 40-2   Filed 08/19/25   Page 2 of 2   Page ID
                                                                #:605
SAG-AFTRA Mail - URGENT: disability erasure at SAG-AFTRA



Alexander Plank <alex@alexplank.com>

---

## URGENT: disability erasure at SAG-AFTRA

**Michelle Bennett** <michelle.bennett@sagaftra.org>  Tue, Aug 12, 2025 at 2:33 PM
To: alex@alexplank.com

Hi Alex,
The LA Local Election Voter's Guide and ballot materials are scheduled to mail tomorrow on Wednesday, August 13, 2025.

As I previously advised you, the photo was cropped only to align with SAG-AFTRA's Nominations & Election Policy and the candidate instructions, which specify that all photos submitted for the Voter's Guide must be a headshot of the candidate. All candidate photos have been cropped to comply with this Rule. The Election Committee does not have the authority to make any exceptions to the rules set forth in the SAG-AFTRA Nominations and Election Policy; it only has the authority to determine whether the candidate requirements have been met.

Michelle

---------- Forwarded message ---------
From: **Alexander Plank** <alex@alexplank.com>
Date: Fri, Aug 8, 2025 at 4:55 PM
Subject: Re: URGENT: disability erasure at SAG-AFTRA
To: Michelle Bennett <Michelle.Bennett@sagaftra.org>
Cc: Jeffrey Bennett <jpb@sagaftra.org>, <Rebecca.krinsky@sagaftra.org>


Hi Michelle,
I submitted a headshot that includes a disability aid visible within the frame. You cropped the photo to remove that disability aid. Your guide from this year and other years includes headshots framed more widely of other actors so this is not about framing.

Cropping my photo because there is evidence of my disability in the frame is a violation of federal disability rights legislation as well as the equal protection clause in the 14th amendment of the constitution.

Unions do not have the authority to override federal law.

You are violating these laws based on your misunderstanding union rules and the laws surrounding disabled individuals, but either way, your interpretation of the sag-aftra union rules is premised on your ableist belief that a headshot should not show signs of a disability.

Sending these out with the cropped image will cause me to suffer irreparable harm due to the following (but not limited to the following): public misrepresentation of my disability accommodations and identity as a disabled actor, harm to my my reputation and credibility as a producer, disability rights activist, and disabled performer, and—as you acknowledged—emotional distress due to discrimination and erasure of my identity as a disabled actor who relies on a service animal.

Could please let me know when you are intending to send these out? If you intend to send these out with the cropped image of me, that is going to be a problem.

Just to be clear, you do not have my permission to send anything to the membership if it includes the photo of me with my service animal cropped out.

Alex

---
Alex Plank
+1 212-321-0730


On Fri, Aug 8, 2025 at 3:46 PM Michelle Bennett <michelle.bennett@sagaftra.org> wrote: