# EXHIBIT E

3   Finally, Plaintiff's argument that this Court must reconsider its ruling
4   that his TRO Motion was procedurally deficient also fails. Although Plaintiff's
5   later filing of the Supplemental Declaration cured his initial failure to provide the
6   telephone number and e-mail address for opposing counsel, at the time SAG-
7   AFTRA filed its Opposition Brief, that Supplemental Declaration had not yet been
8   docketed, and SAG-AFTRA had not been served with a copy of it. Thus, based on
9   the information available to it at the time, SAG-AFTRA accurately stated in its
10  brief that Plaintiff had failed to include the telephone number and e-mail address
11  for opposing counsel in his filings.[5] See Opposition Brief at 17. And, as discussed

PLAINTIFF'S MOTION FOR SANCTIONS UNDER RULE 11 [Served Pursuant to Fed. R. Civ. P. 11(c)(2); Not Filed]

6

focus on the mailing of the Voter's Guide. As such, the Court properly held that the TRO Motion was moot. *See* Order at 3–4.[4]

Finally, Plaintiff's argument that this Court must reconsider its ruling that his TRO Motion was procedurally deficient also fails. Although Plaintiff's later filing of the Supplemental Declaration cured his initial failure to provide the telephone number and e-mail address for opposing counsel, at the time SAG-AFTRA filed its Opposition Brief, that Supplemental Declaration had not yet been docketed, and SAG-AFTRA had not been served with a copy of it. Thus, based on the information available to it at the time, SAG-AFTRA accurately stated in its brief that Plaintiff had failed to include the telephone number and e-mail address for opposing counsel in his filings.[5] *See* Opposition Brief at 17. And, as discussed in SAG-AFTRA's Opposition Brief, this initial omission was not the only procedural defect in Plaintiff's moving papers. *See id.* at 17–18.

## CONCLUSION

For all the foregoing reasons, this Court should deny Plaintiff's Motion for Reconsideration of Order Denying Ex Parte TRO and his Request for Leave Nunc Pro Tunc to File Reply to Defendant's Opposition to Application for Temporary Restraining Order.

---

[4] Even if the Court finds that the relief Plaintiff seeks is not entirely moot, it should deny Plaintiff's Motion for Reconsideration because Plaintiff cannot satisfy the high threshold for a Motion for Reconsideration or a TRO, as discussed *supra*.

[5] As such, Plaintiff's assertion that SAG-AFTRA's Opposition Brief misrepresented his filings, *see* Motion to Clarify at 1, is incorrect.

7

Memorandum of Points and Authorities in Opposition to Plaintiff's Motion for Reconsideration of Order Denying Ex Parte TRO and in Opposition to Plaintiff's Request for Leave Nunc Pro Tunc to File Reply to Defendant's Opposition to Application for Temporary Restraining Order