# EXHIBIT F

 Gmail

Alexander Plank <alex@alexplank.com>

---

## Submission and Pay.gov Payment Confirmation
1 message

**Civil Intake** <do-not-reply@cacd.uscourts.gov>    Tue, Aug 12, 2025 at 5:30 PM
To: alex@alexplank.com

**Dear Alexander Plank:**

Your payment has been processed by Pay.gov. The transaction details are below. This email also confirms that the document(s) listed below were received by the United States District Court for the Central District of California at the date and time indicated:

**Name:** Alexander Plank
**Tracking Number:** EDS-250812-002-3545
**Pay.gov Tracking ID:** 27QHBL2D
**Transaction Date:** 8/12/2025 12:00:00 AM
**Transaction Amount:** $405

Uploaded files:

- **CV-071.pdf**
  *Civil Cover Sheet*
- **CV-030 copy.pdf**
  *Certification and Notice of Interested Parties*
- **PROPOSED TRO.pdf**
  *PROPOSED TRO*
- **TRO MOTION.pdf**
  *TRO MOTION*
- **COMPLAINT.pdf**
  *Complaint*
- **ao440 copy.pdf**
  *Summons in a Civil Action*

The document(s) have not yet been filed. Just like documents received through the U.S. Mail, documents received through the Electronic Document Submission System ("EDSS") will not be considered filed until court staff have uploaded them into the Court's Case Management/Electronic Case Filing System ("CM/ECF"). Documents submitted using EDSS will be processed in the order they are received and should be uploaded to CM/ECF within 3-5 business (or court) days after receipt. However, the date of EDSS submission will be considered the filing date for any documents received through EDSS and later filed into CM/ECF.

If you have registered for electronic service of documents in previous cases, you may receive a Notice of Electronic Filing ("NEF") from the CM/ECF System when the documents listed above are filed. If you have not previously registered for e-service, or if court staff cannot quickly identify your previous e-service registration record when processing your current submission, you will receive notice of this filing, with your new case number, by U.S. Mail. Once you receive your case number, you may register to receive electronic service of future documents filed in this case. (Click here for information about registering for e-service.)

If you are an attorney required by the local rules to file your documents electronically using the Court's CM/ECF System, your document(s) will not be filed if submitted through EDSS, and you will not receive any further communication from the Court about your EDSS submission.

Please include the tracking number listed above as your reference on any communications with the Court about this submission. We recommend that you keep this email for your records.

Civil Intake
United States District Court
Central District of California
Tel: (213) 894-3535

https://mail.google.com/mail/u/0/?ik=a7f415584c&view=pt&search=all&permthid=thread-f:1840298097662041125&simpl=msg-f:1840298097662041125    1/1

# Verify Document(s)

[2:25-cv-07523-AB-SSC Alexander Douglas Plank v. SAG-AFTRA](#)

| Date | # | Docket Text |
|---|---|---|
| 08/13/2025 | 1 | COMPLAINT against Defendant SAG-AFTRA.Case assigned to Judge Andre Birotte Jr for all further proceedings. Discovery referred to Magistrate Judge Stephanie S. Christensen.(Filing fee $ 405:PAID), filed by plaintiff Alexander Douglas Plank. (Attachments: # 1 CV-71) (ghap) |

File size is 3046218

File size is 205844

## Original Signature(s)

**Document No:** 40722379
**Document description:**Main Document
**Original filename:**C:\fakepath\LA25CV07523-AB-SSCx.COMPLAINT.pdf
**Electronic document Stamp:**
[STAMP cacdStamp_ID=1020290914 [Date=8/13/2025] [FileNumber=40722379-0
] [9f9b9c350d4212b86c84fab75fdbb240e307ed9118aed93121a13598c1f4d520ef7
129fb844ebfb8eab30129283aea4abd5994d2d54daef9cb28ed55ed3ea8d3]]

**Document No:** 40722379
**Document description:** CV-71
**Original filename:**C:\fakepath\LA25CV07523-AB-SSCx.CV-71.pdf
**Electronic document Stamp:**
[STAMP cacdStamp_ID=1020290914 [Date=8/13/2025] [FileNumber=40722379-1
] [bed4fce8cfe9f1461542b2121cacbfdee31cd9b751027c8b9b7eee88eeb2a1e75e9
9c29e61c353964b7cba939827ba9f4d65b7eb6cdd735a4985f02a2e8f5f37]]

## Verified Signature(s)

**Document No:** 40722379
**Document description:**Main Document
**Original filename:**C:\fakepath\LA25CV07523-AB-SSCx.COMPLAINT.pdf
**Electronic document Stamp:**
[STAMP cacdStamp_ID=1020290914 [Date=8/13/2025] [FileNumber=40722379-0
] [9f9b9c350d4212b86c84fab75fdbb240e307ed9118aed93121a13598c1f4d520ef7
129fb844ebfb8eab30129283aea4abd5994d2d54daef9cb28ed55ed3ea8d3]]

**Document No:** 40722379
**Document description:** CV-71
**Original filename:**C:\fakepath\LA25CV07523-AB-SSCx.CV-71.pdf
**Electronic document Stamp:**
[STAMP cacdStamp_ID=1020290914 [Date=8/13/2025] [FileNumber=40722379-1
] [bed4fce8cfe9f1461542b2121cacbfdee31cd9b751027c8b9b7eee88eeb2a1e75e9
9c29e61c353964b7cba939827ba9f4d65b7eb6cdd735a4985f02a2e8f5f37]]

## The documents signatures are the same

If the list of cases shown above is incorrect, click the back button of the browser to change it.

(SSCx),DISCOVERY,MANADR

# UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA (Western Division – Los Angeles)
## CIVIL DOCKET FOR CASE #: 2:25−cv−07523−AB−SSC

Alexander Douglas Plank v. SAG−AFTRA  
Assigned to: Judge Andre Birotte Jr  
Referred to: Magistrate Judge Stephanie S. Christensen  
Demand: $250,000  
Cause: 28:1331 Fed. Question: Employment Discrimination  

Date Filed: 08/13/2025  
Jury Demand: None  
Nature of Suit: 445 Civil Rights: Americans with Disabilities – Employment  
Jurisdiction: Federal Question  

**Plaintiff**

**Alexander Douglas Plank**      represented by  **Alexander Douglas Plank**  
c−o Arise Artists Agency  
PO Box 930  
Manhattan Beach, CA 90267  
703−966−8504  
Email: alex@alexplank.com  
PRO SE  


V.

**Defendant**

**SAG−AFTRA**      represented by  **Jonah Lalas**  
Altshuler Berzon LLP  
350 West Colorado Blvd., Suite 420  
Pasadena, CA 91105  
323−963−8693  
Fax: 415−362−8064  
Email: jlalas@altber.com  
*ATTORNEY TO BE NOTICED*

**Kayla Morin**  
Cohen, Weiss and Simon LLP  
909 Third Avenue, 12th Floor  
New York, NY 10022−4731  
212−356−0257  
Fax: 646−473−8257  
Email: kmorin@cwsny.com  
*PRO HAC VICE*  
*ATTORNEY TO BE NOTICED*

**Olivia Singer**  
Cohen, Weiss and Simon LLP  
Legal Department  
909 Third Avenue, 12th Floor  
New York, NY 10022  
212−356−0206  
Fax: 646−473−8206  
Email: osinger@cwsny.com  
*ATTORNEY TO BE NOTICED*

**Susan Davis**  
Cohen Weiss and Simon LLP  
909 Third Avenue, 12th Floor  
New York, NY 10022−4731  
212−356−0207  
Fax: 646−473−8207  
Email: sdavis@cwsny.com  
*PRO HAC VICE*  
*ATTORNEY TO BE NOTICED*

| Date Filed | # | Docket Text |
|---|---|---|
| 08/13/2025 | 1 | COMPLAINT against Defendant SAG–AFTRA.Case assigned to Judge Andre Birotte Jr for all further proceedings. Discovery referred to Magistrate Judge Stephanie S. Christensen.(Filing fee $ 405:PAID), filed by plaintiff Alexander Douglas Plank. (Attachments: # 1 CV–71) (ghap) (Entered: 08/13/2025) |
| 08/13/2025 | 2 | Request for Clerk to Issue Summons on Complaint – (Discovery), 1 filed by plaintiff Alexander Douglas Plank. (ghap) (Entered: 08/13/2025) |
| 08/13/2025 | 3 | NOTICE TO FILER OF DEFICIENCIES in Filed Document RE: Complaint – (Discovery), 1 . The following error(s) was/were found: Document lacks required signature. In response to this notice, the Court may: (1) order an amended or correct document to be filed; (2) order the document stricken; or (3) take other action as the Court deems appropriate. You need not take any action in response to this notice unless and until the Court directs you to do so. (ghap) (Entered: 08/13/2025) |
| 08/13/2025 | 4 | EX PARTE Motion for for Temporary Restraining Order, and for Expedited Hearing on Preliminary Injunction, filed by plaintiff Alexander Douglas Plank. (Attachments: # 1 Proposed Order) (ghap) (Entered: 08/13/2025) |
| 08/13/2025 | 5 | CERTIFICATION AND NOTICE of Interested Parties filed by Plaintiff Alexander Douglas Plank. (ghap) (Entered: 08/13/2025) |
| 08/13/2025 | 6 | NOTICE OF ASSIGNMENT to District Judge Andre Birotte Jr and Magistrate Judge Stephanie S. Christensen. (ghap) (Entered: 08/13/2025) |
| 08/13/2025 | 7 | NOTICE TO PARTIES OF COURT–DIRECTED ADR PROGRAM filed. (ghap) (Entered: 08/13/2025) |
| 08/13/2025 | 8 | Notice to Counsel Re Consent to Proceed Before a United States Magistrate Judge. (ghap) (Entered: 08/13/2025) |
| 08/14/2025 | 9 | INITIAL STANDING ORDER upon filing of the complaint by Judge Andre Birotte Jr. (evc) (Entered: 08/14/2025) |
| 08/14/2025 | 18 | MEMORANDUM in Support of Ex Parte Application for Temporary Restraining Order 4 filed by Plaintiff Alexander Douglas Plank. (gk) (Entered: 08/19/2025) |
| 08/14/2025 | 19 | APPLICATION for Pro Se Litigant to electronically file documents in a specific case filed by Plaintiff Alexander Douglas Plank. (gk) (Entered: 08/19/2025) |
| 08/15/2025 | 10 | Notice of Appearance or Withdrawal of Counsel: for attorney Jonah Lalas counsel for Defendant SAG–AFTRA. Adding Jonah J. Lalas as counsel of record for SAG–AFTRA for the reason indicated in the G–123 Notice. Filed by defendant SAG–AFTRA. (Attorney Jonah Lalas added to party SAG–AFTRA(pty:dft))(Lalas, Jonah) (Entered: 08/15/2025) |
| 08/15/2025 | 11 | APPLICATION of Non–Resident Attorney Susan Davis to Appear Pro Hac Vice on behalf of Defendant SAG–AFTRA (Pro Hac Vice Fee – $500 Fee Paid, Receipt No. ACACDC–40315287) filed by defendant SAG–AFTRA. (Attachments: # 1 Exhibit Certificate of Good Standing, # 2 Exhibit Certificate of Good Standing, # 3 Proposed Order) (Lalas, Jonah) (Entered: 08/15/2025) |
| 08/15/2025 | 12 | APPLICATION of Non–Resident Attorney Kayla Morin to Appear Pro Hac Vice on behalf of Defendant SAG–AFTRA (Pro Hac Vice Fee – $500 Fee Paid, Receipt No. ACACDC–40315406) filed by defendant SAG–AFTRA. (Attachments: # 1 Exhibit Certificate of Good Standing, # 2 Exhibit Certificate of Good Standing, # 3 Proposed Order) (Lalas, Jonah) (Entered: 08/15/2025) |
| 08/15/2025 | 13 | MEMORANDUM in Opposition to EX PARTE APPLICATION for Temporary Restraining Order EX PARTE APPLICATION for Preliminary Injunction EX PARTE APPLICATION to Expedite 4 filed by Defendant SAG–AFTRA. (Attachments: # 1 Declaration of Michelle Bennett)(Attorney Olivia Singer added to party SAG–AFTRA(pty:dft))(Singer, Olivia) (Entered: 08/15/2025) |