ALEXANDER DOUGLAS PLANK

c/o Arise Artists Agency

PO Box 930

Manhattan Beach, CA 90267

Phone: (703) 966-8504

Email: alex@alexplank.com

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

ALEXANDER DOUGLAS PLANK,

    Plaintiff,

v.

SAG-AFTRA,

    Defendant.

Case No. 2:25-cv-07523-AB-SSCx

**DECLARATION OF ALEXANDER DOUGLAS PLANK IN SUPPORT OF PLAINTIFF'S RULE 11 SANCTIONS MOTION AGAINST JONAH LALAS, SUSAN DAVIS, OLIVIA SINGER, KAYLA MORIN, AND THEIR FIRMS**

I, Alexander Douglas Plank, pursuant to 28 U.S.C. § 1746, declare as follows:

1. I am the Plaintiff in this action. I make this declaration based on my personal knowledge, and if called as a witness I could and would testify competently to the facts set forth herein.

2. On August 26, 2025, I served on counsel for Defendant SAG-AFTRA copies of Plaintiff's Notice of Motion and Motion for Sanctions Pursuant to Rule 11 of the Federal Rules of Civil Procedure, along with supporting documents.

3. Attached as Exhibit A is a true and correct copy of the Safe Harbor Notice and sanctions motion that I served on Jonah Lalas & Altshuler Berzon LLP.

1

4. Attached as Exhibit B is a true and correct copy of the Safe Harbor Notice and sanctions motion that I served on Olivia Singer (Cohen, Weiss & Simon LLP).

5. Attached as Exhibit C is a true and correct copy of the Safe Harbor Notice and sanctions motion that I served on Kayla Morin (Cohen, Weiss & Simon LLP).

6. Attached as Exhibit D is a true and correct copy of the Safe Harbor Notice and sanctions motion that I served on Susan Davis & Cohen, Weiss & Simon LLP.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

Dated: September 20, 2025

Respectfully submitted,

*/s/Alexander Douglas Plank*

Alexander Douglas Plank

Plaintiff

c/o Arise Artists Agency

PO Box 930

Manhattan Beach, CA 90267

Phone: (703) 966-8504

Email: alex@alexplank.com

2

DECLARATION OF ALEXANDER DOUGLAS PLANK IN SUPPORT OF PLAINTIFF'S RULE 11 SANCTIONS MOTION AGAINST JONAH LALAS, SUSAN DAVIS, OLIVIA SINGER, AND KAYLA MORIN AND THEIR FIRMS