ALEXANDER DOUGLAS PLANK

c/o Arise Artists Agency

PO Box 930

Manhattan Beach, CA 90267

Phone: (703) 966-8504

Email: alex@alexplank.com

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

ALEXANDER DOUGLAS PLANK,

    Plaintiff,

v.

SAG-AFTRA,

    Defendant.

Case No. 2:25-cv-07523-AB-SSCx

## **DECLARATION OF ALEXANDER DOUGLAS PLANK REGARDING SERVICE OF RULE 11 MOTION ON JONAH LALAS, SUSAN DAVIS, OLIVIA SINGER, KAYLA MORIN, AND THEIR FIRMS**

I, Alexander Douglas Plank, pursuant to 28 U.S.C. § 1746, declare as follows:

1. I am the Plaintiff in this action. I make this declaration based on my personal knowledge, and if called as a witness I could and would testify competently to the facts set forth herein.

2. On August 26, 2025, I served on counsel for Defendant SAG-AFTRA copies of Plaintiff's Notice of Motion and Motion for Sanctions Pursuant to Rule 11 of the Federal Rules of Civil Procedure, along with supporting documents.

3. I served the Rule 11 Safe Harbor Notice by sending four individual mailings via U.S. Certified Mail, postage prepaid, directed to the following counsel at their

respective offices: Susan Davis, Olivia R. Singer, and Kayla Morin (Cohen, Weiss & Simon LLP), and Jonah Lalas (Altshuler Berzon LLP).

4. Exhibit A is a true and correct copy of the USPS Certified Mail receipt and delivery confirmation reflecting service Jonah Lalas & Altshuler Berzon.

5. Exhibit B is a true and correct copy of the USPS Certified Mail receipt and delivery confirmation reflecting service on Olivia Singer.

6. Exhibit C is a true and correct copy of the USPS Certified Mail receipt and delivery confirmation reflecting service on Kayla Morin.

7. Exhibit D is a true and correct copy of the USPS Certified Mail receipt and delivery confirmation reflecting service on Susan Davis & Cohen, Weiss & Simon.

8. These records confirm that the service packages were delivered and accepted by employees at each of the above-listed offices.

9. Exhibit E is a true and correct copy of my Personal Service Log, executed on August 26, 2025, contemporaneously documenting the mailing of the Rule 11 Safe Harbor Notice to defense counsel, including photographic evidence showing the four mailings in the custody of a USPS employee.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

DATED: September 20, 2025        */s/ Alexander Douglas Plank*

Alexander Douglas Plank
c/o Arise Artists Agency
PO Box 930
Manhattan Beach, CA 90267
Phone: (703) 966-8504
Email: alex@alexplank.com

2
DECLARATION OF ALEXANDER DOUGLAS PLANK REGARDING SERVICE OF RULE 11 MOTION ON JONAH LALAS, SUSAN DAVIS, OLIVIA SINGER, KAYLA MORIN, AND THEIR FIRMS