September 19, 2025

Dear Alexander Plank:

The following is in response to your request for proof of delivery on your item with the tracking number: **9414 8118 9956 0605 5653 09**.

| Item Details | |
|---|---|
| Status: | Delivered, Front Desk/Reception/Mail Room |
| Status Date / Time: | August 28, 2025, 10:04 am |
| Location: | PASADENA, CA 91105 |
| Postal Product: | First-Class Mail® |
| Extra Services: | Certified Mail™ |
| | Return Receipt Electronic |
| Recipient Name: | Jonah Lalas Altshuler Berzon LLP |

| Shipment Details | |
|---|---|
| Weight: | 6.0oz |

| Destination Delivery Address | |
|---|---|
| Street Address: | 350 W COLORADO BLVD STE 420 |
| City, State ZIP Code: | PASADENA, CA 91105-1855 |

| Recipient Signature | |
|---|---|
| Signature of Recipient: | *[signature]* |
| Address of Recipient: | *[handwritten: 350 Colorado]* |

Note: Scanned image may reflect a different destination address due to Intended Recipient's delivery instructions on file.

Thank you for selecting the United States Postal Service® for your mailing needs. If you require additional assistance, please contact your local Post Office™ or a Postal representative at 1-800-222-1811.

Sincerely,
United States Postal Service®
475 L'Enfant Plaza SW
Washington, D.C. 20260-0004