ALEXANDER DOUGLAS PLANK

c/o Arise Artists Agency

PO Box 930

Manhattan Beach, CA 90267

Phone: (703) 966-8504

Email: alex@alexplank.com

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| ALEXANDER DOUGLAS PLANK, | Case No. 2:25-cv-07523-AB-SSCx |
|---|---|
| Plaintiff, | **NOTICE OF WITHDRAWAL OF MOTION FOR PRELIMINARY INJUNCTION** |
| v. | |
| SAG-AFTRA, | |
| Defendant. | |

**TO THE COURT, ALL PARTIES, AND THEIR ATTORNEYS OF RECORD:**

   PLEASE TAKE NOTICE that Plaintiff Alexander Douglas Plank respectfully withdraws his Motion for Preliminary Injunction (Dkt. 30), in light of intervening developments and to conserve judicial resources while other matters are pending.

   This withdrawal is made without prejudice to Plaintiff's ability to renew or refile an application for preliminary injunctive relief in the future.

| | | |
|---|---|---|
| 1 | Dated: September 24, 2025 | Respectfully submitted, |
| 2 | | /s/Alexander Douglas Plank |
| 3 | | |
| 4 | | Alexander Douglas Plank |
| 5 | | Plaintiff |
| 6 | | c/o Arise Artists Agency |
| 7 | | PO Box 930 |
| 8 | | Manhattan Beach, CA 90267 |
| 9 | | Phone: (703) 966-8504 |
| 10 | | Email: alex@alexplank.com |

NOTICE OF WITHDRAWAL OF MOTION FOR PRELIMINARY INJUNCTION