NAME, ADDRESS, AND TELEPHONE NUMBER OF ATTORNEY(S) OR OF PARTY APPEARING IN PRO PER

Alexander Douglas Plank
c/o Arise Artists Agency
PO Box 930
Manhattan Beach, CA 90267
Phone: (703) 966-8504
Email: alex@alexplank.com

ATTORNEY(S) FOR:

CLEAR FORM

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| Alexander Douglas Plank<br>Plaintiff(s),<br>v.<br>SAG-AFTRA<br>Defendant(s) | CASE NUMBER:<br>2:25-cv-07523-AB-SSCx<br><br>**CERTIFICATION AND NOTICE<br>OF INTERESTED PARTIES**<br>**(Local Rule 7.1-1)** |

TO:   THE COURT AND ALL PARTIES OF RECORD:

The undersigned, counsel of record for _Alexander Douglas Plank_ or party appearing in pro per, certifies that the following listed party (or parties) may have a pecuniary interest in the outcome of this case. These representations are made to enable the Court to evaluate possible disqualification or recusal.

(List the names of all such parties and identify their connection and interest. Use additional sheet if necessary.)

| PARTY | CONNECTION / INTEREST |
|---|---|
| Alexander Douglas Plank | Plaintiff |

September 25, 2025                    /s/Alexander Douglas Plank
Date                                  Signature

Attorney of record for (or name of party appearing in pro per):

Alexander Douglas Plank

CV-30 (05/13)                    NOTICE OF INTERESTED PARTIES