| | |
|---|---|
| 1 | Susan Davis (*pro hac vice* admitted) |
| 2 | Olivia R. Singer (Calif. Bar No. 312770) |
|   | Kayla Morin (*pro hac vice* admitted) |
| 3 | COHEN, WEISS and SIMON LLP |
|   | 909 Third Avenue, 12th Floor |
| 4 | New York, New York 10022-4869 |
| 5 | Tel: (212) 563-4100 |
|   | sdavis@cwsny.com |
| 6 | *Attorneys for Defendant SAG-AFTRA* |

UNITED STATES DISTRICT COURT FOR THE
CENTRAL DISTRICT OF CALIFORNIA

-----------------------------------------------------------x

ALEXANDER DOUGLAS PLANK,

                *Plaintiff*,

    - v. -

SAG-AFTRA,

                *Defendant.*

-----------------------------------------------------------x

Case No.
25-cv-07523 (AB) (SSC)

**SAG-AFTRA'S NOTICE OF MOTION TO DISMISS PLAINTIFF'S FIRST AMENDED COMPLAINT**

FRCP 12(b)(1), 12(b)(5), and 12(b)(6)

**Hearing Date:** October 31, 2025
**Time:** 10:00 a.m.
**Judge:** Hon. André Birotte Jr.
**Courtroom:** 7B

## SAG-AFTRA'S NOTICE OF MOTION AND MOTION TO DISMISS

Please take notice that Defendant SAG-AFTRA will, and hereby does, move for an order dismissing Plaintiff's First Amended Complaint ("FAC") with prejudice pursuant to Federal Rules of Civil Procedure 12(b)(1), 12(b)(5), and 12(b)(6). Plaintiff's claims must be dismissed for lack of subject-matter jurisdiction pursuant to Rule 12(b)(1), as the election at issue has concluded and there is no live controversy remaining for this Court to adjudicate. Plaintiff's federal claim under the Americans with Disabilities Act must also be dismissed under Rule 12(b)(1), as Plaintiff lacks standing to pursue the claim and has failed to state a cause of action within the scope of federal law. In addition to the Court's lack of subject-matter jurisdiction, Plaintiff's Americans with Disabilities Act claim must be dismissed under Rule 12(b)(6) for failure to state a claim upon which relief can be granted under the Americans with Disabilities Act.

Because Plaintiff has failed to state a viable federal cause of action, the Court should decline to exercise supplemental jurisdiction over Plaintiff's state-law claims. Additionally, Plaintiff's state-law claims fail to state a claim upon which relief can be granted under Rule 12(b)(6). Finally, the Court should dismiss the FAC pursuant to Rule 12(b)(5) for failure to effectuate proper service of the summons and complaint.

This motion is set for hearing on October 31, 2025, at 10:00 a.m. in Courtroom 7B at First Street U.S. Courthouse, 350 West First Street, Los Angeles, CA, 90012, before the Honorable André Birotte Jr. This motion is based on the accompanying Memorandum of Points and Authorities and evidence submitted therewith, the complete files and records of this action, and such other matters as the Court may properly consider in ruling on the motion.

This motion is made following the conference of counsel for SAG-AFTRA and Plaintiff pursuant to Local Rule 7-3, which took place on September 24, 2025.

Dated: October 2, 2025
New York, New York

Respectfully submitted,

*/s/ Susan Davis*

Susan Davis (*pro hac vice* admitted)
Olivia R. Singer (Calif. Bar No. 312770)
Kayla Morin (*pro hac vice* admitted)
COHEN, WEISS and SIMON LLP
909 Third Avenue, 12th Floor
New York, New York 10022-4869
Tel: (212) 563-4100
sdavis@cwsny.com
*Attorneys for Defendant SAG-AFTRA*