Susan Davis (*pro hac vice* admitted)
Olivia R. Singer (Calif. Bar No. 312770)
Kayla Morin (*pro hac vice* admitted)
COHEN, WEISS and SIMON LLP
909 Third Avenue, 12th Floor
New York, New York 10022-4869
Tel: (212) 563-4100
sdavis@cwsny.com
*Attorneys for Defendant SAG-AFTRA*

UNITED STATES DISTRICT COURT FOR THE
CENTRAL DISTRICT OF CALIFORNIA

------------------------------------------------------x

| | |
|---|---|
| ALEXANDER DOUGLAS PLANK, | Case No. 25-cv-07523 (AB) (SSC) |
| *Plaintiff*, | **DECLARATION OF MICHELLE BENNETT IN SUPPORT OF SAG-AFTRA'S MOTION TO DISMISS PLAINTIFF'S FIRST AMENDED COMPLAINT** |
| - v. - | |
| SAG-AFTRA, | **Hearing Date:** October 31, 2025 |
| *Defendant*. | **Time:** 10:00 a.m. |
| | **Judge:** Hon. André Birotte Jr. |
| | **Courtroom:** 7B |

------------------------------------------------------x

1

I, Michelle Bennett, under penalty of perjury, and in lieu of an affidavit as permitted by 28 U.S.C. § 1746, declare as follows:

1. I am over 18 years of age and competent to give this declaration. This declaration is based on my personal knowledge, information and belief.

2. I am the Chief Governance and Equity & Inclusion Officer for SAG-AFTRA, a position I have held since June 2021.

3. On September 12, 2025, SAG-AFTRA completed its internal election for national officers, National Board members, local officers, Local Board members, and Convention Delegates.

4. Alexander Douglas Plank is a member of SAG-AFTRA's Los Angeles Local Union ("LA Local"). Plank ran for and won a seat on the LA Local Board, as well as a Convention Delegate position, in the 2025 SAG-AFTRA LA Local election (the "2025 Election").

5. Because SAG-AFTRA adopts a new Nominations and Election Policy ("Election Policy") and related procedures for each election cycle, the 2025 Election Policy is no longer in effect for future election cycles. Prior to finalizing the new policies in each election cycle, SAG-AFTRA reviews suggested changes to its Election Policy and related procedures. SAG-AFTRA leaders and staff, including myself, discuss those suggestions prior to the next election cycle and, where appropriate, make recommendations to SAG-AFTRA's National Board for approval of any changes. I added Plaintiff's suggestion about including service animals in campaign photos to the list of recommendations to be considered for the 2027 election cycle.

6. On September 17, 2025, following the conclusion of the internal election for national officers, National Board members, local officers, Local Board members, and Convention Delegates, SAG-AFTRA removed the

Voter's Guide for the LA Local from its website, and all of the voter guides were then deleted from the website on September 25, 2025.

I declare under penalty of perjury that the foregoing is true and correct to the best of my knowledge and belief.

Executed at Los Angeles, California, this 2 day of October 2025.

*[signature]*
Michelle Bennett

Declaration of Michelle Bennett in Support of SAG-AFTRA's Motion to Dismiss the First Amended Complaint