UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| Alexander Plank,<br><br>        Plaintiff,<br><br>    v.<br><br>SAG-AFTRA,<br><br>        Defendant. | Case No.<br>25-cv-07523 (AB) (SSC)<br><br>**[PROPOSED] ORDER GRANTING DEFENDANT SAG-AFTRA'S MOTION TO DISMISS PLAINTIFF'S FIRST AMENDED COMPLAINT**<br><br>FRCP 12(b)(1), 12(b)(5), and 12(b)(6)<br><br>**Hearing Date:** October 31, 2025<br>**Time:** 10:00 a.m.<br>**Judge:** Hon. André Birotte Jr.<br>**Courtroom:** 7B |
|---|---|

   Defendant SAG-AFTRA has moved to dismiss the First Amended Complaint ("FAC") pursuant to Federal Rules of Civil Procedure 12(b)(1), 12(b)(5), and 12(b)(6). After considering the submissions of the parties in connection with the motion, the Court hereby rules as follows:

   Plaintiff's FAC is dismissed for lack of subject-matter jurisdiction pursuant to Rule 12(b)(1) because Plaintiff's claims, which concern an election that has already concluded, are moot. *See Protectmarriage.com-Yes on 8 v. Bowen*, 752 F.3d 827, 834 (9th Cir. 2014). Furthermore, even if Plaintiff's claims were not moot, Plaintiff's federal claim pursuant to the Americans with Disabilities Act is dismissed for lack of subject-matter jurisdiction, as Plaintiff lacks standing to pursue the claim, *Ervine v. Desert View Reg'l Med. Ctr. Holdings, LLC*, 753 F.3d 862, 867 (9th Cir. 2014), *Erasmus v. Chien*, 650 F.Supp.3d 1050, 1060 (E.D. Cal. 2023), and has failed to state a cause of action within the scope of federal law, *Mercer v. Amalgamated Transit*

*Union Div. 689, AFL-CIO*, No. GJH-21-3274, 2023 WL 2213689, at *5 (D. Md. Feb. 24, 2023).  In addition to the Court's lack of subject-matter jurisdiction, Plaintiff's Americans with Disabilities Act claim is dismissed under Rule 12(b)(6) for failure to state a claim upon with relief can be granted.  *See Ashcroft v. Iqbal*, 556 U.S. 662, 679–80 (2009).

Because the Court lacks subject-matter jurisdiction over Plaintiff's federal claim, the Court does not exercise supplemental jurisdiction over Plaintiff's state-law claims.  *See Herman Fam. Revocable Tr. v. Teddy Bear*, 254 F.3d 802, 805 (9th Cir. 2001).  In any event, Plaintiff's state-law claims fail to state a claim upon which relief can be granted under Rule 12(b)(6) and are therefore dismissed.

Finally, the FAC is dismissed under Rule 12(b)(5) due to Plaintiff's failure to serve the summons and complaint on Defendant SAG-AFTRA.  *See* Fed. R. Civ. P. 4(c)(1) ("A summons must be served with a copy of the complaint.").

Accordingly, Plaintiff's First Amended Complaint is DISMISSED, with prejudice.

**IT IS SO ORDERED.**

Dated: _____

HONORABLE ANDRÉ BIROTTE JR.
UNITED STATES DISTRICT COURT JUDGE