Susan Davis (*pro hac vice* admitted)
Olivia R. Singer (Calif. Bar No. 312770)
Kayla Morin (*pro hac vice* admitted)
COHEN, WEISS and SIMON LLP
909 Third Avenue, 12th Floor
New York, New York 10022-4869
Tel: (212) 563-4100
sdavis@cwsny.com
*Attorneys for Defendant SAG-AFTRA*

UNITED STATES DISTRICT COURT FOR THE
CENTRAL DISTRICT OF CALIFORNIA

---------------------------------------------------------x

ALEXANDER DOUGLAS PLANK,

                *Plaintiff*,

- v. -

SAG-AFTRA,

                *Defendant.*

---------------------------------------------------------x

Case No. 25-cv-07523 (AB) (SSC)

**DECLARATION OF SUSAN DAVIS IN OPPOSITION TO PLAINTIFF'S MOTION FOR SANCTIONS**

**Hearing Date:** October 24, 2025
**Time:** 10:00 a.m.
**Judge:** Hon. André Birotte Jr.
**Courtroom:** 7B

1

Declaration of Susan Davis in Opposition to Plaintiff's Motion for Sanctions

# DECLARATION OF SUSAN DAVIS

I, Susan Davis, under penalty of perjury, and in lieu of an affidavit as permitted by 28 U.S.C. § 1746, declare as follows:

1. I am the managing partner at the law firm Cohen, Weiss and Simon LLP, which serves as counsel to defendant SAG-AFTRA in this case. I make this declaration in support of SAG-AFTRA's opposition to Plaintiff's motion for sanctions.

2. Attached hereto as Exhibit A is a copy of the email thread between Plaintiff and counsel for SAG-AFTRA dated August 21, 2025.

3. On September 16, 2025, counsel for SAG-AFTRA emailed Plaintiff regarding scheduling a meet and confer to discuss SAG-AFTRA's anticipated motion to dismiss. Attached hereto as Exhibit B is a copy of the email sent to Plaintiff seeking to schedule a meet and confer pursuant to Local Rule 7-3.

4. Plaintiff did not meet and confer with counsel for SAG-AFTRA prior to filing the motion for sanctions.

I declare under penalty of perjury that the foregoing is true and correct to the best of my knowledge and belief.

Executed at New York, New York, this 3rd day of October 2025.

                                                      */s/ Susan Davis*
                                                      Susan Davis