# Exhibit B

| | |
|---|---|
| **From:** | Kayla Morin <kmorin@cwsny.com> |
| **Sent:** | Tuesday, September 16, 2025 3:55 PM |
| **To:** | Alexander Plank |
| **Cc:** | Susan Davis; Olivia R. Singer |
| **Subject:** | Plank v. SAG-AFTRA |

Dear Mr. Plank,

We understand that you were successful in the LA Local Election and won a seat as a Local Board member and Convention Delegate.  In light of that outcome, do you still intend to pursue your case against SAG-AFTRA?

If you do plan to continue to pursue the case, SAG-AFTRA intends to file a motion to dismiss.  Pursuant to the Central District of California's Local Rule 7-3, we are required to meet and confer with you prior to filing a motion to dismiss.  We are available on Thursday, September 18, from 7 a.m. to 2 p.m. Pacific Time for a videoconference to discuss SAG-AFTRA's anticipated motion.  Please let us know your availability in that window.

Thank you.

Sincerely,



**Kayla Morin**
909 Third Avenue, 12th Floor
New York, NY 10022-4731
o  212.356.0257
c  269.552.8315
f  646.473.8257
kmorin@cwsny.com
www.cwsny.com
Biography

Under applicable Treasury Regulations, we are required to inform you that no U.S. tax advice in this email or an attachment to this email is intended or written to be used, nor can it be used, to avoid a penalty under the Internal Revenue Code, or to promote, market or recommend to another party a transaction or matter addressed in this email or attachment.

This E-Mail and any attachments may contain material that is protected by an attorney-client privilege or that is otherwise confidential. Please do not permit anyone other than an addressee or an employee or other authorized agent of an addressee to read this e-mail or any of its attachments without the consent of Cohen, Weiss and Simon LLP. If you are not one of the people specified in the previous sentence, please delete this e-mail and its attachments and notify me.