Susan Davis (*pro hac vice* admitted)
Olivia R. Singer (Calif. Bar No. 312770)
Kayla Morin (*pro hac vice* admitted)
COHEN, WEISS and SIMON LLP
909 Third Avenue, 12th Floor
New York, New York 10022-4869
Tel: (212) 563-4100
sdavis@cwsny.com
*Attorneys for Defendant SAG-AFTRA*

UNITED STATES DISTRICT COURT FOR THE
CENTRAL DISTRICT OF CALIFORNIA

-----------------------------------------------------------x
ALEXANDER DOUGLAS PLANK,

        *Plaintiff*,

  - v. -

SAG-AFTRA,

        *Defendant.*
-----------------------------------------------------------x

Case No.
25-cv-07523 (AB) (SSC)

**PROOF OF SERVICE/
DECLARATION OF
SUSAN DAVIS**

      I hereby certify that on October 3, 2025, I electronically filed with the **Clerk of Court using the CM/ECF** system Defendant SAG-AFTRA's Memorandum of Points and Authorities in Opposition to Plaintiff's Motion for Sanctions and Declaration of Susan Davis in Opposition to Plaintiff's Motion for Sanctions with attached exhibits, which will cause the foregoing to be served on the following by **CM/ECF Notice of Electronic Filing**:

        Alexander Douglas Plank
        c/o Arise Artists Agency
        PO Box 930
        Manhattan Beach, CA 90267
        *Via CM/ECF*
        *Plaintiff*

1

I declare under penalty of perjury that the foregoing is true and correct to the best of my knowledge and belief. Executed at New York, New York this 3rd day of October 2025.

*/s/ Susan Davis*
Susan Davis