Susan Davis (*pro hac vice* admitted)
Olivia R. Singer (Calif. Bar No. 312770)
Kayla Morin (*pro hac vice* admitted)
COHEN, WEISS and SIMON LLP
909 Third Avenue, 12th Floor
New York, New York 10022-4869
Tel: (212) 563-4100
sdavis@cwsny.com
*Attorneys for Defendant SAG-AFTRA*

UNITED STATES DISTRICT COURT FOR THE
CENTRAL DISTRICT OF CALIFORNIA

-----------------------------------------------------------x

ALEXANDER DOUGLAS PLANK,

         *Plaintiff*,

   - v. -

SAG-AFTRA,

         *Defendant.*

-----------------------------------------------------------x

Case No. 25-cv-07523 (AB) (SSC)

**JOINT STIPULATION REGARDING STAY OF DISCOVERY AND FILING OF SECOND AMENDED COMPLAINT**

**STIPULATION**

IT IS HEREBY STIPULATED by Plaintiff Alexander Douglas Plank, proceeding pro se, and Defendant SAG-AFTRA, by and through its attorneys, as follows:

WHEREAS, Plaintiff filed his original complaint in the above-captioned matter on August 13, 2025, Dkt. No. 1, and filed a First Amended Complaint ("FAC") on September 18, 2025, Dkt. No. 39;

WHEREAS, SAG-AFTRA filed a motion to dismiss the FAC on October 2, 2025, which is set for hearing on October 31, 2025, Dkt. No. 49;

WHEREAS, the Court issued a Scheduling Order on October 3, 2025, setting a Scheduling Conference for November 7, 2025, and ordering the parties to file a Joint Rule 26(f) report 14 days prior to the Scheduling Conference, Dkt. No. 50;

WHEREAS, the parties met and conferred pursuant to Local Rule 7-3 on October 9, 2025, in advance of SAG-AFTRA's anticipated motion to stay discovery pending the outcome of its motion to dismiss;

WHEREAS, Plaintiff stated at the October 9, 2025 meet and confer that he intended to seek leave to amend to file a Second Amended Complaint ("SAC");

WHEREAS, pursuant to Rule 15(a)(2) of the Federal Rules of Civil Procedure, a party may amend its pleading with the written consent of the opposing party; and

WHEREAS, Defendant SAG-AFTRA does not object to Plaintiff filing an SAC;

The parties hereby stipulate as follows:

1. Having conferred, in light of Plaintiff's anticipated SAC, the parties now agree it would serve the interest of judicial economy and conserve the parties' resources to stay discovery until SAG-AFTRA files an answer to

Plaintiff's SAC, or, should SAG-AFTRA file a motion to dismiss under Rule 12, until the Court rules on the motion to dismiss.

2. The parties agree that the Scheduling Conference set for November 7, 2025 and related deadlines should be continued pending SAG-AFTRA's response to Plaintiff's SAC and only rescheduled following SAG-AFTRA's filing of an answer or the Court's adjudication of SAG-AFTRA's Rule 12 motion.

3. The parties agree that Plaintiff shall have until October 24, 2025 to file an SAC.

4. The parties agree that SAG-AFTRA shall have until December 5, 2025 to respond to the SAC.

5. SAG-AFTRA's motion to dismiss the FAC, Dkt. No. 49, is withdrawn without prejudice as moot and taken off calendar.

6. By entering into this stipulation, Defendant SAG-AFTRA does not waive any rights to respond to the SAC in any manner permitted by applicable law.

7. The parties understand this stipulation to be effective only upon the Court's approval.

IT IS SO STIPULATED.

Joint Stipulation Regarding Stay of Discovery and Filing of Second Amended Complaint

Dated: October 10, 2025
New York, New York

Respectfully submitted,

*/s/ Susan Davis*
Susan Davis (*pro hac vice* admitted)
Olivia R. Singer (Calif. Bar No. 312770)
Kayla Morin (*pro hac vice* admitted)
COHEN, WEISS and SIMON LLP
909 Third Avenue, 12th Floor
New York, New York 10022-4869
Tel: (212) 563-4100
sdavis@cwsny.com
*Attorneys for Defendant SAG-AFTRA*

Pursuant to Local Rule 5-4.3.4(a)(2)(i) of the Central District of California, all other signatories listed below, and on whose behalf this filing is submitted, concur in the filing's content and have authorized the filing:

Dated: October 10, 2025
Los Angeles, California

Respectfully submitted,

*/s/ Alexander Douglas Plank*
Alexander Douglas Plank
c/o Arise Artists Agency
PO Box 930
Manhattan Beach, CA 90267
alex@alexplank.com

Joint Stipulation Regarding Stay of Discovery and Filing of Second Amended Complaint