Susan Davis (*pro hac vice* admitted)
Olivia R. Singer (Calif. Bar No. 312770)
Kayla Morin (*pro hac vice* admitted)
COHEN, WEISS and SIMON LLP
909 Third Avenue, 12th Floor
New York, New York 10022-4869
Tel: (212) 563-4100
sdavis@cwsny.com
*Attorneys for Defendant SAG-AFTRA*

UNITED STATES DISTRICT COURT FOR THE
CENTRAL DISTRICT OF CALIFORNIA

-----------------------------------------------------------x

ALEXANDER DOUGLAS PLANK,

          *Plaintiff*,

   - v. -

SAG-AFTRA,

          *Defendant.*

-----------------------------------------------------------x

Case No.
25-cv-07523 (AB) (SSC)

**DECLARATION OF KAYLA MORIN IN SUPPORT OF JOINT STIPULATION**

1

Declaration of Kayla Morin in Support of Joint Stipulation

## DECLARATION OF KAYLA MORIN

I, Kayla Morin, under penalty of perjury, and in lieu of an affidavit as permitted by 28 U.S.C. § 1746, declare as follows:

1. I am over 18 years of age and competent to give this declaration. This declaration is based on my personal knowledge, information and belief.

2. I am an attorney in the law firm Cohen, Weiss and Simon LLP, which serves as counsel to Defendant SAG-AFTRA in this case.

3. I make this declaration in support of the parties' Joint Stipulation Regarding Stay of Discovery and Filing of Second Amended Complaint.

4. On October 9, 2025, I met and conferred with Plaintiff via a Zoom videoconference for approximately twenty-five minutes.

5. During the meet and confer, I explained that SAG-AFTRA intended to move for a stay of discovery pending the Court's decision on SAG-AFTRA's pending motion to dismiss. Dkt. No. 49.

6. In response, Plaintiff stated in sum and substance that he would consider stipulating to a stay of discovery if SAG-AFTRA stipulated to his filing a Second Amended Complaint ("SAC").

7. Following the meet and confer and further communication between the parties, the parties agreed that it would serve the interest of judicial economy and conserve the parties' resources to stay discovery until SAG-AFTRA filed an answer to Plaintiff's SAC, or, should SAG-AFTRA file a motion to dismiss under Rule 12, until the Court ruled on the motion to dismiss.

8. As such, the parties reached the agreement set forth in the Joint Stipulation Regarding Stay of Discovery and Filing of Second Amended Complaint.

I declare under penalty of perjury that the foregoing is true and correct to the best of my knowledge and belief.

Executed at New York, New York, this 10th day of October 2025.

*Kayla Morin*
_____
Kayla Morin

3

Declaration of Kayla Morin in Support of Joint Stipulation