UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| Alexander Douglas Plank, | Case No. 25-cv-07523 (AB) (SSC) |
|---|---|
| Plaintiff, | |
| v. | **[PROPOSED] ORDER GRANTING STAY OF DISCOVERY AND FILING OF SECOND AMENDED COMPLAINT** |
| SAG-AFTRA, | |
| Defendant. | |

Upon consideration of the parties' Joint Stipulation Regarding Stay of Discovery and Filing of Second Amended Complaint, and good cause appearing therefor, IT IS ORDERED THAT:

    1.    Plaintiff shall file a Second Amended Complaint ("SAC") by October 24, 2025.

    2.    Defendant SAG-AFTRA shall have until December 5, 2025 to respond to the SAC.

    3.    Discovery is hereby stayed until SAG-AFTRA responds to the SAC. If SAG-AFTRA files a motion to dismiss the SAC, discovery is stayed until the Court rules on SAG-AFTRA's motion.

    4.    The Scheduling Conference set for November 7, 2025 and related deadlines are hereby continued pending further order of this Court.

    5.    SAG-AFTRA's motion to dismiss the FAC, Dkt. No. 49, is withdrawn without prejudice as moot and taken off calendar.

**IT IS SO ORDERED.**

Dated: _____

HONORABLE ANDRÉ BIROTTE JR.
UNITED STATES DISTRICT COURT JUDGE