UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| Alexander Douglas Plank,<br><br>            Plaintiff,<br><br>    v.<br><br>SAG-AFTRA,<br><br>            Defendant. | Case No. 2:25-cv-07523-AB (SSCx_)<br><br>[~~PROPOSED~~] **ORDER GRANTING STAY OF DISCOVERY AND FILING OF SECOND AMENDED COMPLAINT** |

Upon consideration of the parties' Joint Stipulation Regarding Stay of Discovery and Filing of Second Amended Complaint, and good cause appearing therefor, IT IS ORDERED THAT:

1. Plaintiff shall file a Second Amended Complaint ("SAC") by October 24, 2025.

2. Defendant SAG-AFTRA shall have until December 5, 2025 to respond to the SAC.

3. Discovery is hereby stayed until SAG-AFTRA responds to the SAC. If SAG-AFTRA files a motion to dismiss the SAC, discovery is stayed until the Court rules on SAG-AFTRA's motion.

4. The Scheduling Conference set for November 7, 2025 and related deadlines are hereby continued pending further order of this Court.

5. SAG-AFTRA's motion to dismiss the FAC, Dkt. No. 49, is withdrawn without prejudice as moot and taken off calendar.

**IT IS SO ORDERED.**

Dated: October 17, 2025

HON. ANDRÉ BIROTTE JR.
UNITED STATES DISTRICT JUDGE