# EXHIBIT A

---

FIRST AMENDED VERIFIED COMPLAINT-

1



9