UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| Alexander Plank,<br><br>    Plaintiff,<br><br>v.<br><br>SAG-AFTRA,<br><br>    Defendant. | Case No.<br>25-cv-07523 (AB) (SSC)<br><br>**[PROPOSED] ORDER GRANTING DEFENDANT SAG-AFTRA'S MOTION TO DISMISS PLAINTIFF'S SECOND AMENDED COMPLAINT**<br><br>FRCP 12(b)(1), 12(b)(5), and 12(b)(6)<br><br>**Hearing Date:** December 19, 2025<br>**Time:** 10:00 a.m.<br>**Judge:** Hon. André Birotte Jr.<br>**Courtroom:** 7B |
|---|---|

  Defendant SAG-AFTRA has moved to dismiss the Second Amended Complaint ("SAC") pursuant to Federal Rules of Civil Procedure 12(b)(1), 12(b)(5), and 12(b)(6). After considering the submissions of the parties in connection with the motion, the Court hereby rules as follows:

  Plaintiff's SAC is dismissed for lack of subject-matter jurisdiction pursuant to Rule 12(b)(1) because Plaintiff's claims, which concern an election that has already concluded, are moot. *See Protectmarriage.com-Yes on 8 v. Bowen*, 752 F.3d 827, 834 (9th Cir. 2014). Furthermore, even if Plaintiff's claims were not moot, Plaintiff's federal claim pursuant to the Americans with Disabilities Act is dismissed for lack of subject-matter jurisdiction, as Plaintiff has failed to state a cause of action within the scope of federal law. *See Mercer v. Amalgamated Transit Union Div. 689, AFL-CIO*, No. GJH-21-3274, 2023 WL 2213689, at *5 (D. Md. Feb. 24, 2023). In addition to the Court's lack of subject-matter jurisdiction, Plaintiff's Americans with Disabilities

Act claim is dismissed under Rule 12(b)(6) for failure to state a claim upon which relief can be granted. *See Ashcroft v. Iqbal*, 556 U.S. 662, 679–80 (2009).

Because the Court lacks subject-matter jurisdiction over Plaintiff's federal claim, the Court does not exercise supplemental jurisdiction over Plaintiff's state-law claims. *See Herman Fam. Revocable Tr. v. Teddy Bear*, 254 F.3d 802, 805 (9th Cir. 2001). In any event, Plaintiff's state-law claims fail to state a claim upon which relief can be granted under Rule 12(b)(6) and are therefore dismissed.

Finally, the SAC is dismissed under Rule 12(b)(5) due to Plaintiff's failure to serve the summons and complaint on Defendant SAG-AFTRA. *See* Fed. R. Civ. P. 4(c)(1) ("A summons must be served with a copy of the complaint.").

Accordingly, Plaintiff's Second Amended Complaint is DISMISSED, with prejudice.

**IT IS SO ORDERED.**

Dated: _____

HONORABLE ANDRÉ BIROTTE JR.
UNITED STATES DISTRICT COURT JUDGE