ALEXANDER DOUGLAS PLANK

C/O ARISE ARTISTS AGENCY

PO BOX 930

MANHATTAN BEACH, CA 90267

PHONE: (703) 966-8504

EMAIL: ALEX@ALEXPLANK.COM

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| Alexander Douglas Plank, | Case No. 2:25-cv-07523-AB-SSC |
|---|---|
| Plaintiffs, | |
| v. | **SUPPLEMENTAL DECLARATION OF ALEXANDER DOUGLAS PLANK** |
| SAG-AFTRA, | |
| Defendant. | |

I, Alexander Douglas Plank, declare as follows:

1. I am the Plaintiff in this action. I submit this declaration in support of my Opposition to Defendant's Motion to Dismiss.

2. I accessed and downloaded the document located at:
   https://www.sagaftra.org/sites/default/files/2025-08/2025%20L.A.%20Local%20Voter%20Guide.pdf
   (the "Guide") repeatedly between approximately 9:56 PM Pacific Time on September 25, 2025 and 5:27 PM Pacific Time on November 28, 2025. A true and correct forensic summary of these downloads is attached as Exhibit A.

3. A true and correct copy of the Voter Guide I downloaded—identical to the copies I downloaded at the dates and times in Exhibit A—is attached as Exhibit B.

4. Exhibit A reflects seventy-four (74) separate downloads of the Voter Guide

1  recorded on my computer systems between the above dates.

2  5. Across all 74 downloads, Defendant's server returned the same PDF file, each time producing the identical SHA-256 hash value: 825fd9d760631e9b3c87ce5086e82a750bed63e509ba75feaa48e20dbfc85e54.

6. For each download, I also computed longer SHA-512 cryptographic hashes of the file I received. Every download produced the same SHA-512 value: 0233b84878504627a7362abed7f825e9d9e487ba9603d4f712f3fc49e813928dd10a1ce32ce938bb6b068d6791f4c3193a2b4bf1ee67923295cac5ffd266fea0.

7. SHA-256/SHA-512 are the same cryptographic hashing standards used by the federal CM/ECF filing system to verify the integrity of documents filed with the Court. A hash functions as a unique digital fingerprint, so identical hash values confirm that each downloaded file is the exact same Voter Guide.

8. In every download, Defendant's server reported the same Last-Modified timestamp: "Fri, 08 Aug 2025 17:43:40 GMT."

9. The Guide remains publicly accessible at the above URL, including as of 5:27 PM Pacific Time on November 28, 2025, which is the time of the most recent download reflected in Exhibit A.

10. At the November 14, 2025 meet-and-confer, defense counsel stated that the Guide "had been taken off the website" after which I stated that I believed it was "still present." At the time I made this statement and throughout the dates reflected in Exhibits A and B, Defendant's server continued to serve the file.

11. The server-provided values reflected in Exhibit A—including the ETag, the Last-Modified timestamp, the Content-Type, the server date, and the X-Cache information—were generated automatically by Defendant's server at the time of each download. My SHA-256 hashes were computed locally from the files I received. The hashes and server-provided values are independently reproducible by any party, including Defendant or the Court, by accessing the same URL.

Executed on November 28, 2025, at Charlottesville, Virginia.

| | |
|---|---|
| */s/ Alexander Douglas Plank* | Alexander Douglas Plank |
| | c/o Arise Artists Agency |
| | PO Box 930 |
| | Manhattan Beach, CA 90267 |
| | Phone: (703) 966-8504 |
| | Email: alex@alexplank.com |